EXHIBIT A

# staugustine.com | The St. Augustine Record

**COLUMNS | Opinion** *This piece expresses the views of its author(s), separate from those of this publication.*

# Chrite's resignation leads B-CU alumni to ask for 'best practices,' more participation

**Johnny L. McCray Jr.** Daytona

Published 2:00 p.m. ET April 8, 2021

As stakeholders of Bethune-Cookman University, the National Alumni Association is ready to stand with university leaders in support of best practices. For a decade, we have advocated for board reform, transparency, and more effective collaboration with stakeholders, including the NAA. Board reform is not merely the replacement of people, but the re-education of trustee roles and responsibilities as the university's fiduciary agent, distinct from "the administration" of the institution.

**More:** Chrite addresses B-CU resignation, praises school's board, acknowledges disagreements

After President LaBrent Chrite's seemingly sudden resignation and the initial reaction of the board denying any knowledge of the resignation, many (especially alumni) were taken back. As events unfolded, we learned from Chrite's statement that he and the board "were not aligned" in the vision for the institution. We also learned the chair of the board provided a reference for Chrite's new job. But what was telling was that while most stakeholders assumed the university was recovering well from past board and administration mistakes, dysfunction was lurking in the background that led to the departure of a president in less than two years and a board chair who wished him well.

Recognizing that Chrite "did not align" with the board leadership, we ask: What does the president need to "align" appropriately with the board to bring security and stability to the institution? Do stakeholders have confidence that, given the abruptness of Chrite's departure, trustees are capable of employing yet another president while upholding its fiduciary responsibilities and ensuring stability? The NAA is not confident of this.

That's why the NAA recently voted "no confidence" in the leadership of the Board of Trustees. The administration and board leadership learned of this, and asked that the NAA not announce its "no confidence vote" due to potential negative impact on urgent financial

matters. We agreed to hold off for several weeks and in the meantime, wanted to meet with trustees to discuss the concerns that led to the no-confidence vote. That's why the announcement was not made, as planned, at the NAA Town Hall Meeting on March 20.

But we communicated that alumni were anxious to get responses to the issues we raised and clarity on the next steps following Chrite's resignation before the next town hall meeting Saturday.

Specifically, we wanted to discuss:

> Engaging an external search firm to manage the appointment of both an interim and permanent president;
> A commitment to board reform and education and
> A restoration of the official voice and vote of the NAA on the board. The alumni who currently serve on the board do not represent the voice of the association as a body and are not accountable to the association.

Over the past three weeks, the Board of Trustees has not agreed to meet with the NAA.

The NAA is ready and well able to partner with the Board of Trustees. We feel the search that resulted in the last selection of our president was nearly terminated, challenged by conflicts of interest (the current board chair applied for the job), a lack of transparency and a lack of experience associated with "best practices."

We know the long-term tenures of Dr. Richard V. Moore and Dr. Oswald Perry Bronson are uncommon in the 21st century. We understand that best practices call for a clear delineation between administrative matters and board responsibilities, and that the tenure for current university presidents is more than 20 months. We believe those best practices require a level of respect and communication among the alumni organization, the administration, and the board of trustees. The more transparency with stakeholders, the better.

In the 20th century Bethune-Cookman was blessed with administrative and board leaders who were loyal to the university and fully understood the nuances of educational leadership. In the 21st century, Bethune-Cookman needs a president and trustees with compatible visions for the university, as well as recognition of the vital role the NAA played and will play to ensure stability.

Over just the past year, NAA leadership has worked to increase alumni giving, financially assisted the university with its marketing plan, recruited hundreds of students and lobbied the Legislature for increased funding in the 2020-21 budget.

Bethune-Cookman is vital to the state and nation. We must be attuned to the best practices that will guide us to an inspired trajectory for centuries to come. The NAA is advocating for that. Let's go Wildcats!

*Johnny L. McCray Jr., a Pompano Beach attorney, is president of the Bethune Cookman University National Alumni Association and graduated from B-CU in 1978.*

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,010,916**

Registered Nov. 1, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# BETHUNE-COOKMAN

BETHUNE-COOKMAN COLLEGE, INC. (FLORI-DA CORPORATION)

640 MARY MCLEOD BETHUNE BOULEVARD

DAYTONA BEACH, FL 32114

FOR: PRINTED INSTRUCTIONAL, EDUCATION-AL, AND TEACHING MATERIALS IN THE FIELDS OF ART, HUMANITIES, BUSINESS, EDUCATION, NURSING, SCIENCE, ENGINEERING, MATHE-MATICS, AND SOCIAL SCIENCES, STATIONERY, FOLDERS, WRITING INSTRUMENTS, BINDERS, CALENDARS, POSTERS, AND LETTER OPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

FOR: SHIRTS, PANTS, HEADWEAR, FOOT-WEAR, SHORTS, SLEEPWEAR, BABY BIBS NOT OF PAPER, UNDERGARMENTS, AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,974,478.

SER. NO. 78-416,702, FILED 5-11-2004.

SHARON MEIER, EXAMINING ATTORNEY

**EXHIBIT B**

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

**Reg. No. 2,997,255**

Registered Sep. 20, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# BETHUNE-COOKMAN

BETHUNE-COOKMAN COLLEGE, INC. (FLORI-
    DA CORPORATION)
640 MARY MCLEOD BETHUNE BOULEVARD
DAYTONA BEACH, FL 32114

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY PROVIDING COURSES OF
INSTRUCTION AT THE UNIVERSITY LEVEL; AR-
RANGING AND CONDUCTING ATHLETIC
SPORTING EVENTS; AND LIVE PERFORMANCES
BY A MUSICAL BAND, A CHORAL GROUP, OR AN
ORCHESTRAL PERFORMING GROUP, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,974,478.

SER. NO. 78-368,474, FILED 2-16-2004.

SHARON MEIER, EXAMINING ATTORNEY

**EXHIBIT
C**

T06000001446

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600081294256

T06-1446

11/03/06--01051--011  **350.00



FILED
06 NOV -7 AM 11: 00
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



**EXHIBIT
D**

Thomas T. Cobb
(1916-2004)

Jonathan D. Kaney Jr.
J. Lester Kaney
C. Allen Watts
Harold C. Hubka
Thomas S. Hart
Scott W. Cichon
Robert A. Merrell III
Bruce A. Hanna
John P. Ferguson
Rhoda Bess Goodson
Jonathan D. Kaney III
Thomas J. Leek
Michael P. Olivari
Mark A. Watts

# Cobb & Cole

Law Offices • Daytona Beach • DeLand

Since 1925

150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, Florida 32115-2491
(386) 255-8171
CobbCole.com

October 30, 2006

Heather Bond Vargas
Robert Taylor Bowling
Joshua J. Pope
Andrea M. Kurak
Andrew C. Grant
Kathryn D. Weston
Elan R. Kaney
R. Brooks Casey
Christopher N. Challis
Kelly V. Parsons
Michael J. Woods
Maja S. Sander
Katherine Jane Hurst

RETIRED
W. Warren Cole, Jr.
Jay D. Bond, Jr.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**RECEIPT NO. 7005 1820 0004 0747 5897**

Florida Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, Florida 32314

Re:   State trademark applications

Dear Sir or Madam:

Enclosed for your attention are the following:

1.   An original and a copy of the Application for the Registration of a Trademark or
     Service Mark for the *Bethune-Cookman* word only mark in Classes 16, 25 and 41
     along with three specimens in each class consisting of a photograph of a binder, a
     printout from the college's website of clothing for goods (products are too bulky to
     provide) and a printout of the Bethune-Cookman's home page for services in
     association with the mark; and

2.   An original and a copy of the Application for the Registration of a Trademark or
     Service Mark for the Bethune-Cookman College *Seal* (design mark) in Class 41
     along with three specimens consisting of a printout from the college's website for
     services in association with the mark;

3.   Check in the amount of Three Hundred Fifty Dollars ($350.00) for the required filing
     fees.

# Cobb & Cole

Page 2
October 30, 2006

Please file the enclosed Applications and return confirmations of the filings to the undersigned in the envelope provided.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Cynthia Wizi
Certified Paralegal
Direct Dial (386) 254-6317
Email Cynthia.Wizi@CobbCole.com
Telecopier (386) 238-7003

Enclosures

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK

PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:**   **Division of Corporations**
**Post Office Box 6327**
**Tallahassee, FL  32314**

Name & address to whom acknowledgment should be sent:

Heather Bond Vargas, Esquire

150 Magnolia Avenue

Daytona Beach, Florida  32114

( 386  )  255-8171

Daytime Telephone number

## PART I

1. (a) Applicant's name: Bethune-Cookman College, Inc.

(b) Applicant's business address: 640 Mary McLeod Bethune Boulevard

Daytona Beach, Florida  32114-3099

City/State/Zip

If different, Applicant's mailing address: same as above

City/State/Zip

(c) Applicant's telephone number: (_____)

☐ Individual        ☑ Corporation        ☐ Joint Venture        ☐ Other:_____

☐ General Partnership    ☐ Limited Partnership    ☐ Union

If other than an individual,

(1) Florida registration/document number: 712633        (2) Domicile State: Florida

(3) Federal Employer Identification Number: 590704726

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
(i.e., furniture moving services, diaper services, house painting services, etc.)

Educational and entertainment services, namely providing courses of instruction at the university level;

arranging and conducting athletic sporting events; and live performances by a musical band, a choral group,

or an orchestral performing group

(b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
(i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

Printed instructional, educational, and teaching materials in the fields of art, humanities, business, education, nursing,

science, engineering, mathematics, and social sciences, stationery, folders, writing instruments, binders, calendars,

posters, and letter openers; Shirts, pants, headwear, shorts, sleepwear, baby bibs not of paper, undergarments, and ties.

(c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

Internet website, catalogs, labels, and decals , and magazines

(Continued)

, d) The class(es) in which goods or services fall:

16, 25, and 41

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere:   12/31/1926   (b) Date first used in Florida:   12/31/1926

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

BETHUNE-COOKMAN

English  Translation _____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____
_____ " APART FROM THE MARK AS SHOWN.

I, Dr. Trudie Kibbe-Reed _____ , being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor.  I make this affidavit and verification on my/the applicant's behalf.  I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct

Dr. Trudie Kibbe-Reed, President
Typed or printed name of applicant

Applicant's signature
(List name and title)

STATE OF  Florida

COUNTY OF  Volusia

On this _17th_ day of _Oct_ , 2006 , Dr. Trudie Kibbe-Reed, as President personally appeared before me,
☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

Notary Public Signature

(Seal)

PHARSANDRA L LUNDY
MY COMMISSION # DD 534198
EXPIRES: March 28, 2010
Bonded Thru Notary Public Underwriters

My Commission Expires

**FEE: $87.50 per class**



SPECIMEN CLASS 16

Long Sleeve T-Shirt:eFollett.com                                    Page 1 of 1

Home | Visit **Bethune-Cookman College**          Your Account | Shopping Cart | Careers | Site





**B O O K S T O R E**



**INFO AND DEALS TOO GOOD TO MISS. JOIN OUR MAILING LIST!**

Exclusive Offer

# Product Details



- Books
- Computer Products
- Apparel and Gifts
  - > Greek Gear
  - > Apparel
    - - T-Shirts
    - - Sweatshirts
    - - Women's
    - - Kids
    - - Outerwear
  - > Gifts & Accessories
  - > Alumni
- Supplies
- Gift Cards
- Faculty Services

*Long Sleeve T-Shirt*

Jansport®

Printed long sleeve t-shirt.

100% Cotton, Imported

Product #: 058890
TF37/P199/P200

**Color Code:**
Choose a Color Code

**Size:**
Choose a Size

**Price:**$28.00

**Availability:** Available

**Quantity:**
1



Buy stocks



Rap. Indie. Econ audible



COU COA



Maga Price Fr

SPECIMEN CLASS 25

Copyright 2004 - Follett Higher Education Group          FAQs | About efollett.com | About Buyback | Shipping | Contact | Hours | T



POWERED B
folle
ONLINE, O



SPECIMEN CLASS 41



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

November 18, 2021

COBB COLE P.A.
HEATHER BOND VARGAS
149 S. RIDGEWOOD AVE, STE. 700
DAYTONA BEACH, FL 32114

RE: T06000001446

The mark renewal for BETHUNE-COOKMAN was filed on November 5, 2021.   The
date of expiration of this mark is now November 7, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your
next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071,
Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-
6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations                    Letter number: 921A00028045

Int. Cls.: 41 and 43

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,031,481

Registered Dec. 20, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# FLORIDA CLASSIC

BETHUNE-COOKMAN COLLEGE, INC. (FLORI-
DA CORPORATION)
640 MARY MCLEOD BETHUNE BOULEVARD
DAYTONA BEACH, FL 32114 AND
FLORIDA AGRICULTURAL AND MECHANICAL
UNIVERSITY BOARD OF TRUSTEES (UNITED
STATES STATE UNIVERSITY)
400 LEE HALL
MARTIN LUTHER KING BOULEVARD
TALLAHASSEE, FL 23207

FOR: ENTERTAINMENT SERVICES, NAMELY
FOOTBALL GAMES, GOLF TOURNAMENTS, GA-
LAS, MARCHING BAND EVENTS, DANCE
EVENTS, FASHION SHOWS, FESTIVALS, AND LIVE
PERFORMANCES BY A MUSICAL BAND, A CHOR-
AL GROUP, OR AN ORCHESTRAL PERFORMING
GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

FOR: SERVING FOOD AND BEVERAGES AT
LUNCHEONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-381,494, FILED 3-10-2004.

SCOTT OSLICK, EXAMINING ATTORNEY

EXHIBIT
E

# T06000001498



**600081910116**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

11/20/06--01045--021   **175.00

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 NOV 20  PH 1: 57

Office Use Only

J. BRYAN  DEC - 1 2006

Brenda Knott GAVE
AUTHORIZATION BY PHONE TO
CORRECT by adding other Co owner's Name to App.
DATE 12/01/06 @ 2:15 pm
DOC. EXAM J. Bryan

**EXHIBIT
F**

Thomas T. Cobb
(1916-2004)

Jonathan D. Kaney Jr.
J. Lester Kaney
C. Allen Watts
Harold C. Hubka
Thomas S. Hart
Scott W. Cichon
Robert A. Merrell III
Bruce A. Hanna
John P. Ferguson
Rhoda Bess Goodson
Jonathan D. Kaney III
Thomas J. Leek
Michael P. Olivari
Mark A. Watts

# Cobb & Cole

Law Offices • Daytona Beach • DeLand

Since 1925

150 Magnolia Avenue
Post Office Box  2491
Daytona Beach, Florida 32115-2491
(386) 255-8171
CobbCole.com

Heather Bond Vargas
Robert Taylor Bowling
Joshua J. Pope
Andrea M. Kurak
Andrew C. Grant
Kathryn D. Weston
Elan R. Kaney
R. Brooks Casey
Christopher N. Challis
Kelly V. Parsons
Michael J. Woods
Maja S. Sander
Katherine Jane Hurst

RETIRED
W. Warren Cole, Jr.
Jay D. Bond, Jr.

November 16, 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**RECEIPT NO. 7006 0810 0003 4990 2586**
Florida Department of State
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 NOV 20  PM 1:57

Re:     Florida Classic Trade/Service Mark Application

Dear Sir or Madam:

        Enclosed for your attention are the following:

        1.      Application for the Registration of a Trademark or Service Mark for "Florida Classic" in classes 41 and 42 along with three specimens for each class consisting of print outs from a website showing the mark in use in association with the services listed.

        2.      Check in the amount of $175.00 for the filing fee ($87.50 for each class)

        Please file the enclosed Application and return confirmation of filing to the attention of the undersigned in the envelope provided.

        Please contact me if you have any questions.

                                        Sincerely,

                                        Brenda L. Knott
                                        Certified Paralegal
                                        Direct Dial (386) 323-9251
                                        Email Brenda.Knott@CobbCole.com
                                        Telecopier (386) 238-7003

/blk
Enclosures

000263-941-005 : BKNOT/BKNOT : 00506858.WPD; 1

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK

PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:**  **Division of Corporations**
Post Office Box 6327
Tallahassee, FL 32314

Name & address to whom acknowledgment should be sent:

**Heather Bond Vargas, Esquire**

150 Magnolia Avenue

Daytona Beach, Florida 32114

( 386 ) 255-8171
Daytime Telephone number

## PART I

Florida Agricultural and Mechanical University Board
of Trustees STATE UNIVERSITY UNITED STATES
400 Lee Hall Martin Luther King Boulevard
Tallahassee FLORIDA 23207

1. (a) Co- Applicant's name: Bethune-Cookman College, Inc.

(b) Co- Applicant's business address: 640 Mary McLeod Bethune Boulevard

Daytona Beach, Florida 32114-3099
_____ City/State/Zip

If different, Co- Applicant's mailing address: same as above

_____ City/State/Zip

(c) Applicant's telephone number: (_____)
☐ Individual   ☑ Corporation   ☐ Joint Venture   ☐ Other:_____
☐ General Partnership   ☐ Limited Partnership   ☐ Union

If other than an individual,
(1) Florida registration/document number: 712633        (2) Domicile State: Florida
(3) Federal Employer Identification Number: 590704726

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
(i.e., furniture moving services, diaper services, house painting services, etc.)

Entertainment services, namely football games, golf tournaments, galas, marching band events, dance events,

fashion shows, festivals, and live performances by a musical band, a choral group, or an orchestral performing

group; Serving food and beverages at luncheons

(b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
(i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

_____

_____

(c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

Internet website, magazines, newspaper advertisements, tickets, and decals

_____

_____

(Continued)

d) The class(es) in which goods or services fall:

41, 42

<hr>

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: __12/31/1978__   (b) Date first used in Florida: __12/31/1978__

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

Florida Classic

English  Translation_____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____
_____ " APART FROM THE MARK AS SHOWN.

*I* __Dr. Trudie Kibbe-Reed_____, *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor.  I make this affidavit and verification on my/the applicant's behalf.  I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct*

Dr. Trudie Kibbe-Reed, President
Typed or printed name of applicant

Co-  Applicant's signature
(List name and title)

STATE OF __Florida__

COUNTY OF __Volusia__

On this __17th__ day of __Oct_____, __2006__, Dr. Trudie Kibbe-Reed, as President_____personally appeared before me,
☑ who is personally known to me  ☐ whose identity I proved on the basis of _____

Notary Public Signature

(Seal)

Notary's Printed Name

My Commission Expires:_____

CASSANDRA A. L. LUNDY
MY COMMISSION # DD 534198
EXPIRES: March 29, 2010
Bonded Thru Notary Public Underwriters

**FEE: $87.50 per class**

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 NOV 20  PM 1:57

d) The class(es) in which goods or services fall:

41, 42

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: _12/31/1978_  (b) Date first used in Florida: _12/31/1978_

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

Florida Classic

*FILED SECRETARY OF STATE DIVISION OF CORPORATIONS 06 NOV 20 PH 1: 57*

English Translation _____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____
_____ " APART FROM THE MARK AS SHOWN.

I, **Dr. Castell Bryant, Interim-President** , being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct

**Dr. Castell Bryant, Interim-President**
Typed or printed name of applicant

*Castell Vaughn Bryant*
Co–Applicant's signature
(List name and title)

STATE OF _Florida_

COUNTY OF _Leon_

On this _14th_ day of _November_ , _2006_ , _Dr. Castell Bryant, as Interim-President_ personally appeared before me,
☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

(Seal)

_____
Notary Public Signature

*Annie L. Bryant*
Notary's Printed Name

My Commission Expires: _3/28/2010_

**FEE: $87.50 per class**

FCSPORTS.COM :::::::::::::::::::::::::::::::::::::::::::::::::::    SEARCH



Nov. 18, 2006
Time: TBD

      

About FCSports | Bowl Patch | Club Suites | Official Partners | Media | Membership | Sponsorship | Stadium | Varsity Club

| TICKETS | BETHUNE-COOKMAN COLLEGE | FLORIDA A&M | HISTORY | MEDIA |

## 2006 Official Florida Classic Events

**(as of April 13 - exact times and locations are TBD)**

📠 Printer-Friendly Format
✉ E-mail this article

### April 13, 2006

The following events are official events sanctioned by the Florida Classic Consortium. Proceeds from these events support educational initiatives at Bethune-Cookman College and Florida A&M University.

**Corporate Luncheon - Friday, Nov. 17**
Central Florida civic and corporate leaders gather in support of the Florida Classic and the missions of both Bethune-Cookman College and Florida A&M University.

**Alumni Gala - Friday, Nov. 17**
The national alumni associations of both institutions come together for a black tie gala. The event features school presidents, headline entertainment and all of the pomp and glitter of Hollywood. Held on the eve of the game, it is sure to become a trademark formal event in Central Florida.

**Battle of the Bands - Friday, Nov. 17**
Eight of the best high school bands from across the nation perform at the TD Waterhouse Centre in this perennially sold-out event. The night is headlined by show-stopping performances from two of the nation's best college bands, The FAMU Marching "100" and The Marching Wildcats of B-CC.

**Florida Classic Game - Saturday, Nov. 18**
Bethune-Cookman College and Florida A&M University renew their classic gridiron rivalry on the field and a thundering halftime performance from the school marching bands adds to this festive event.

**Student Concert - Saturday, Nov. 18**
After the game, students and fans will be treated to another big show at the Florida Citrus Bowl Stadium, featuring top-level entertainment to end the Florida Classic weekend in style.

**Alumni Hospitality Party - Saturday, Nov. 18**
Alumni from both schools will be entertained at the official alumni party following the conclusion of the Florida Classic game.

ADVERTISEMENT ▼



Join Florida Citrus Sports Today
and get Capital One Bowl tickets, and Champs Sports Bowl tickets, and Orlando Citrus Parade Grandstand seats, and VIP parking, and pregame tailgates, and net-working opportunities, and merchandise credit, and college football scouting, and...

Contact FCSports | Florida Classic Home

Specimen Class 42



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

November 17, 2021

COBB COLE P.A.
HEATHER BOND VARGAS
149 SOUTH RIDGEWOOD AVE.
DAYTONA BEACH, FL  32114

RE: T06000001498

The mark renewal for FLORIDA CLASSIC was filed on November 8, 2021.  The date of expiration of this mark is now November 20, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071, Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations                    Letter number: 621A00027947

Int. Cls.: 20, 21, 25 and 41

Prior U.S. Cls.: 2, 13, 28, 33, 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,974,478
Registered May 21, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BETHUNE-COOKMAN COLLEGE (FLORIDA PRIVATE INSTITUTION OF HIGHER EDUCATION)
640 SECOND AVENUE
DAYTONA BEACH, FL 32118

FOR: NON-METAL KEY CHAINS, IN CLASS 20 (U.S. CL. 28).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: BEVERAGE GLASSWARE; NAMELY, SHOT GLASSES AND MUGS , IN CLASS 21 (U.S. CLS. 2, 13 AND 33).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: CLOTHING; NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: EDUCATION AND ENTERTAINMENT SERVICES; NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE LEVEL AND PROMOTING SPORTS AND ATHLETIC PROGRAMS IN CONJUNCTION WITH ITS EDUCATIONAL ACTIVITIES AS A UNIVERSITY, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-0-1923; IN COMMERCE 8-0-1923.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE", "1872", "1904" AND "1923", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF TWO PARALLEL CIRCLES ENCIRCLING AN INVERTED TRISECTED ISOSCELES TRIANGLE IN WHICH

**EXHIBIT G**

2                                          1,974,478

THE WORDS "HEAD", "HAND", AND "HEART" ARE ARRANGED CLOCK-WISE WITHIN EACH SECTION; THE DATES "1923", "1872", AND "1904" ARE ARRANGED IN A CLOCKWISE FASHION BETWEEN THE ISOS-CELES TRIANGLE AND THE INNER CIRCLE; READING LEFT TO RIGHT FROM THE 4:00 POSITION TO THE 8:00 POSITION OF THE BORDER OF THE CIRCLE WRITTEN IN BOLD PRINT IS "*BETHUNE-COOKMAN*"; PRINTED IN BOLD PRINT ALONG THE BOTTOM BORDER OF THE CIRCLE IS THE WORD "COLLEGE".

SER. NO. 74–429,052, FILED 8–27–1993.

JULIA HARDY COFIELD, EXAMINING AT-TORNEY

Division of Corporations                                    Page 1 of 1



Florida Department of State
Division of Corporations
Electronic Filing

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H11000066242 3)))

|||||||| barcode ||||||||

H110000662423ABCW

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6383

From:
        Account Name   : COBB & COLE
        Account Number : I20030000050
        Phone          : (386)255-1811
        Fax Number     : (386)238-7003
```

**Trademark/Servicemark Registration**
**Bethune Cookman Seal**

| | |
|---|---|
| Certificate of Registration | 0 |
| Certified Copy | 0 |
| Page Count | 22 |
| Estimated Charge | $87.50 |

Electronic Filing Menu        Trademark/Servicemark        Help
                              Filing Menu

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
11 MAR 14 PM 1:22

EXHIBIT
H

B Tadlock  MAR 1 5 2011

*This registration is equivalent to state registration T06000001445. It contains two non-material alterations in that the word "College" has become "University" and the year "2007" has been added to the outer circle to reflect the College's transition to University status. The corresponding federal registration 1974478, is being amended accordingly. Since the state registration system does not allow for amendments in the same way as the federal system, this new registration has been filed to reflect this amendment.*

H11000066242 3

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:   Division of Corporations
      Post Office Box 6327
      Tallahassee, FL  32314

## PART I

1. OWNER/APPLICANT:  Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

   (a) Owner's/Applicant's name: Bethune-Cookman University, Inc.

   (b) Owner's/Applicant's business address: 640 Dr. Mary McLeod Bethune Boulevard

                                    Daytona Beach, FL 32114-3099
                                                        City/State/Zip

If different, Owner's/Applicant's mailing address: _____

                                                        City/State/Zip

   (c) Owner's/Applicant's telephone number: ( 386 ) 481-2000

Check the appropriate box to indicate the Owner/Applicant is a(n):

☐ Individual    ☑ Corporation    ☐ Joint Venture    ☐ Limited Liability Company
☐ General Partnership    ☐ Limited Partnership    ☐ Union    ☐ Other: _____

If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State.  If the Owner/Applicant is <u>not</u> an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

(1)  Florida registration/document number: 712633

(2)  Domicile State or Country:  FL

(3)  Federal Employer Identification Number: 590704726

2. (a)  <u>SERVICE MARK</u>:  If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark.  If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with.  For example:  furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc.  <u>If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:</u>

(Note:  List only those services currently being rendered by the owner/applicant.  Do not include future services.)

Educational services, namely providing courses of instruction at the college level

H11000066242 3

H11000066242 3

2. (b) <u>TRADEMARK:</u> If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark.  If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify.  For example: ladies sportswear, cat food, barbecue grills, shoe laces, etc.  <u>If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:</u>

(Note:  List only those product(s) currently available.  Do not include future products.)

_____

_____

_____

2. (c) <u>HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:</u>

<u>SERVICE MARKS:</u>  If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public.  For example:  newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc.  <u>If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:</u>

Internet website, catalogs, magazines, labels, and decals _____

_____

_____

<u>TRADEMARKS:</u>  If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging.  For example:  a tag, label, imprinted or engraved on the actual product, etc.  <u>If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:</u>

_____

_____

_____

2. (d) <u>FEE(S) AND CLASS(ES):</u>  There are a total of 45 classes or categories in which all products or services must be categorized.  The fee to register a mark is $87.50 per class.  Make check payable to Florida Department of State.

<u>List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above:</u>

41 _____

_____

H11000066242 3

H11000066242 3

## PART II

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.

**Note:  The Florida Statutes require a mark to be in use prior to registration.**

(a) Date first used in other state or country, if applicable:   _August 31, 1923_

(b) Date first used in Florida:   _August 31, 1923_

## PART III

**ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:**

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering. The description of the logo and/or design must be 25 words or less. List the exact name, slogan, and/or description of the logo/design here: (NOTE: The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

Trisected triangle within double circles; "Bethune-Cookman University" across top and "2007" along bottom;

"HEAD", "HAND", "HEART" within triangle; "1923", "1872", "1904" between triangle and circles.

Provide the English translation of any and all terms listed #1 above, when applicable:_____

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others. Commonly used terms or designs must be disclaimed. When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design. All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.). Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

Enter all terms listed in #1 above which require a disclaimer in the space provided below:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S)" "University" "1923" "1872" "1904" "2007"_____ " APART FROM THE MARK AS SHOWN.

**Page 3 of 4**

H11000066242 3

H11000066242 3

3.  ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use:  You must submit three specimens FOR EACH CLASS listed in Part I #2(d).  The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered.  You may provide three identical specimens or three different specimens.  For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof.  For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof.  Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

<u>SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:</u>

I, Dr. Trudie Kibbe-Reed                    , *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive.  I make this affidavit and verification on my/the applicant's behalf.  I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.*

Dr. Trudie Kibbe-Reed, President
Typed or printed name of applicant

Applicant's signature
(List name and title)

STATE OF Florida

COUNTY OF Volusia

On this 28th day of January , 2011 , Dr. Trudie Kibbe-Reed                    personally appeared before me,

☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

(Seal)

Sally Mose
Notary Public Signature

Sally Mose
Notary's Printed Name

My Commission Expires: _____

FILING FEE: $87.50 per class

SALLY MOSE
Notary Public, State of Florida
My Comm. Expires Sept. 12, 2013
Commission No. DD 902424

Page 4 of 4

H11000066242 3

H11000066242 3





*Sustaining A Legacy of Faith, Scholarship and Service*

*Bethune-Cookman University*
*640 Dr. Mary McLeod Bethune Blvd.*
*Daytona Beach, FL 32114-3099*
*386-481-2000*

*www.cookman.edu*

H11000066242 3

H11000066242 3

2   Bethune-Cookman University

# 2009-2010 UNDERGRADUATE CATALOG

Bethune-Cookman University is accredited by
the Commission on Colleges of the Southern Association of Colleges and Schools
to award the Bachelor of Arts, Bachelor of Science and Master of Science degrees.
Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097
or call 404-679-4500 for questions about the accreditation of Bethune-Cookman University.

Also accredited by
*National League for Nursing Accrediting Commission, Inc.,*
3343 Peachtree Road NE, Suite 500,
Atlanta, GA 30326, telephone: 404-975-5000
Accreditation Commission for Programs in Hospitality Administration
National Collegiate Athletic Association
Florida State Board of Nursing (approved)
Florida State Department of Education for Special Programs
National Council for Accreditation of Teacher Education
University Senate of the United Methodist Church

Affiliated with
American Association of Colleges of Nursing
American Association of Collegiate Registrars and Admissions Officers
American Association of Colleges for Teacher Education
American Assembly of Collegiate Schools of Business
American Association of Higher Education
American Council on Education
American Library Association
American Management Association
Association of American Colleges and Universities
Association of Church-Related Institutions of Higher Education
Association for Continuing Higher Education
Association for Computer Machinery
Association of Fundraising Professionals
Association of Governing Boards of Universities and Colleges
Association of Institutional Research
Central Florida Library Consortium (CFLC)
College Entrance Examination Board
Council for Advancement and Support of Education
Council for Christian Colleges & Universities
Council on Hotel, Restaurant and Institutional Education
Council of Independent Colleges
Florida Association of Colleges and Universities
Florida Association of Colleges of Nursing
Florida Association for Private College and University Admissions
Florida Association of Institutional Research
Florida Chamber of Commerce
Florida Council on Aging
Florida Department of Education, School of Colleges & Universities
Florida Library Network (FLIN)

## CONTACTING THE UNIVERSITY

Address for all areas: Bethune-Cookman University
640 Dr. Mary McLeod Bethune Boulevard
Daytona Beach, Florida 32114-3099, USA
*Campus Telephone Number:* 386-481-2000
www.bethune.cookman.edu

H11000066242 3

# TABLE OF CONTENTS

BETHUNE-COOKMAN UNIVERSITY
Accreditation Status ................................................................. 2
Contacting the University ........................................................ 2
Campus Map & Legend ........................................................... 4
Academic Calendar ................................................................. 6
The University Catalog ............................................................ 10
President's Statement of Philosophy ....................................... 12

GENERAL INFORMATION
History of the University ......................................................... 13
Last Will and Testament, (Dr. Mary McLeod Bethune Founder)......... 15
The Mary McLeod Bethune Home ......................................... 16
University Mission .................................................................. 17
Core Values............................................................................. 17
Ethics ...................................................................................... 18
Institutional Student Learning Outcomes .............................. 18
Equal Employment and Educational Opportunities ............... 20
Sexual Harassment.................................................................. 20
Admissions.............................................................................. 21
Financial Information.............................................................. 32
Student Life and Support Services.......................................... 50
General Academic Information................................................ 65
Civic Participation & Social Responsibility .......................... 85
Research .................................................................................. 88
Academic Schools and Programs............................................ 90
Degrees ................................................................................... 91
Computing Services and Resources........................................ 92
Academic Support Services .................................................... 92
Honors Program ..................................................................... 95
Carl S. Swisher Library/Learning Resources Center ............. 96
School of Arts and Humanities ............................................... 105
School of Business .................................................................. 164
School of Education ................................................................ 197
School of Nursing ................................................................... 241
School of Science, Engineering, and Mathematics................. 256
School of Social Sciences ....................................................... 302
Air Force ROTC ..................................................................... 340
Army ROTC ........................................................................... 343
Professional Studies Program ................................................ 350
Alumni Relations .................................................................... 353
Board of Trustees.................................................................... 354
Officers of the Administration ............................................... 357
Faculty .................................................................................... 358
Staff ........................................................................................ 372
Index ....................................................................................... 373

**DISCLAIMER**
*The Catalog of Bethune-Cookman University is, in effect, an agreement between the student and the University. It contains information concerning academic requirements as well as specific regulations of the University. Each student should familiarize himself with its provisions in order to prevent unnecessary uncertainty, difficulties, and delays that will impede progress toward graduation. While this catalog accurately reflects the programs, policies, and requirements of the institution at the time of printing, the University reserves the right to change or amend its contents in any way deemed necessary.*

H11000066242 3



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

March 15, 2021

COBB COLE LAW FIRM
HEATHER VARGAS, ESQ.
149 S RIDGEWOOD AVE, STE. 700
DAYTONA BEACH, FL  32114

RE: T11000000242

The mark renewal for TRISECTED TRIANGLE WITHIN DOUBLE CIRCLES;"BETHUNE-COOKMAN UNIVERSITY" ACROSS TOP & "2007" ALONG BOTTOM;"HEAD", "HAND", "HEART" WITHIN TRIANGLE;"1923","1872","1904" BETWEEN TRIANGLE AND CIRCLES was filed on March 8, 2021.   The date of expiration of this mark is now March 14, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071, Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations                    Letter number: 721A00005431

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,406,777**
**Registered Sep. 24, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BETHUNE-COOKMAN UNIVERSITY INC. (FLORIDA NON-PROFIT CORPORATION)
640 DR. MARY MCLEOD BETHUNE BLVD.
DAYTONA BEACH, FL 32114

FOR: EDUCATION SERVICES IN THE NATURE OF COURSES AT THE UNIVERSITY LEVEL; ENTERTAINMENT IN THE NATURE OF BEAUTY PAGEANTS; ENTERTAINMENT SERVICES IN THE NATURE OF DANCE, MUSICAL, THEATER, PEP RALLY, PARADES, PERFORMING ARTS, COMEDY, AND STEP PERFORMANCES; FASHION MODELING FOR ENTERTAINMENT PURPOSES; ORGANIZING AND CONDUCTING COLLEGE SPORT COMPETITIONS AND ATHLETIC EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

THE MARK CONSISTS OF A SKETCH OF AN ANGLE VIEW OF A WILD CATS HEAD.

SER. NO. 85-851,343, FILED 2-15-2013.

GEORGE LORENZO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**EXHIBIT
I**

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 90863047**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863047\xml1 \ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED**<br>**(If applicable)** | |
| **\*DESCRIPTION OF THE MARK**<br>**(and Color Location, if applicable)** | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Bethune-Cookman University, Inc. |
| **\*MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| **\*CITY** | Daytona Beach |
| **\*STATE**<br>**(Required for U.S. applicants)** | Florida |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 32114 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

**EXHIBIT J**

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 020 |
| *IDENTIFICATION | Chairs; Portable folding stadium seats |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\630\90863047\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\630\90863047\xml1 \ FTK0004.JPG |
| SPECIMEN DESCRIPTION | photographs of chair and stadium seat bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S.<br>Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |

| | |
|---|---|
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *****TOTAL FEES DUE** | 250 |
| *****TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***** **SIGNATURE** | /Hiram C. Powell/ |
| ***** **SIGNATORY'S NAME** | Dr. Hiram C. Powell |
| ***** **SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE NUMBER** | 3864812004 |
| ***** **DATE SIGNED** | 08/03/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 90863047
Filing Date: 08/03/2021

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
   640 Dr. Mary McLeod Bethune Blvd.
   Daytona Beach, Florida 32114
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 020:  Chairs; Portable folding stadium seats

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of chair and stadium seat bearing the mark.
Specimen File1
Specimen File2


Webpage URL: None Provided
Webpage Date of Access: None Provided


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.


The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   P.O. Box 2491
   Daytona Beach, Florida 32115
   United States
   386-323-9230(phone)
   heather.vargas@cobbcole.com


Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Heather Bond Vargas, Esq.
    PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<b>Declaration</b>

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863047
Payment Accounting Date: 08/03/2021

Serial Number: 90863047
Internet Transmission Date: Tue Aug 03 14:46:58 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144658981
189-90863047-7816f95f633aa5d3385e72baddd
6afddd7ca8744b14d591a68ff53d31f6622621-C
C-46572225-20210803133353486955







PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863045**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863045\xml1 \ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED**<br>**(If applicable)** | |
| **\*DESCRIPTION OF THE MARK**<br>**(and Color Location, if applicable)** | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Bethune-Cookman University, Inc. |
| **\*MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| **\*CITY** | Daytona Beach |
| **\*STATE**<br>**(Required for U.S. applicants)** | Florida |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 32114 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Beverageware |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863045\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of mug bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| SIGNATURE INFORMATION | |
| *SIGNATURE | /Hiram C. Powell/ |
| *SIGNATORY'S NAME | Dr. Hiram C. Powell |
| *SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| *DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 06/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 90863045**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
   640 Dr. Mary McLeod Bethune Blvd.
   Daytona Beach, Florida 32114
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 021:  Beverageware

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of mug bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   P.O. Box 2491
   Daytona Beach, Florida 32115
   United States
   386-323-9230(phone)
   heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863045
Payment Accounting Date: 08/03/2021

Serial Number: 90863045
Internet Transmission Date: Tue Aug 03 14:45:18 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144518864
689-90863045-78146441eb18e3334d5e8e543d9
d8f6c3744b6101f1e4ed7bb02e71c16f49-CC-45
172196-20210803134233573009





PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863053**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of Interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Bethune-Cookman University, Inc. |
| ***MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| ***CITY** | Daytona Beach |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 32114 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | CORPORATION |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Decals; Folders being stationery; Pens; Spiral-bound notebooks; Three-ring binders |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0005.JPG |
| SPECIMEN DESCRIPTION | photographs of products bearing mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | heather.vargas@cobbcole.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| * **TOTAL FEES DUE** | 250 |
| * **TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| * **SIGNATURE** | /Hiram C. Powell/ |
| * **SIGNATORY'S NAME** | Dr. Hiram C. Powell |
| * **SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE NUMBER** | 3864812004 |
| * **DATE SIGNED** | 08/03/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863053**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The applicant is not claiming color as a feature of the mark. The mark consists of Interlocking block letters B and C.

The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Decals; Folders being stationery; Pens; Spiral-bound notebooks; Three-ring binders

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of products bearing mark.

Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863053
Payment Accounting Date: 08/03/2021

Serial Number: 90863053
Internet Transmission Date: Tue Aug 03 14:49:16 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144916843
549-90863053-78176b97bac8279088f26722811
04e251f61a24d9a7f1f3deb913e17d22350d63-C
C-49152268-20210803130740432262









PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863032**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED**<br>**(If applicable)** | |
| **\*DESCRIPTION OF THE MARK**<br>**(and Color Location, if applicable)** | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Bethune-Cookman University, Inc. |
| **\*MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| **\*CITY** | Daytona Beach |
| **\*STATE**<br>**(Required for U.S. applicants)** | Florida |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 32114 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| \*INTERNATIONAL CLASS | 025 |
| \*IDENTIFICATION | Gloves; Hats; Scarves; Shirts; Shorts; Sweatshirts; Jackets; Ties as clothing |
| \*FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0009.JPG |
| SPECIMEN DESCRIPTION | photographs of clothing items bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| \*TRANSLATION (if applicable) | |
| \*TRANSLITERATION (if applicable) | |
| \*CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| \*CONSENT (NAME/LIKENESS) (if applicable) | |
| \*CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |

| CITY | Daytona Beach |
|---|---|
| **STATE** | Florida |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 32115 |
| **PHONE** | 386-323-9230 |
| **EMAIL ADDRESS** | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Heather Bond Vargas, Esq. |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | heather.vargas@cobbcole.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *****TOTAL FEES DUE** | 250 |
| *****TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| ***** **SIGNATURE** | /Hiram C. Powell/ |
| ***** **SIGNATORY'S NAME** | Dr. Hiram C. Powell |
| ***** **SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE NUMBER** | 3864812004 |
| ***** **DATE SIGNED** | 08/03/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863032**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025:  Gloves; Hats; Scarves; Shirts; Shorts; Sweatshirts; Jackets; Ties as clothing

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of clothing items bearing the mark.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)

heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863032
Payment Accounting Date: 08/03/2021

Serial Number: 90863032
Internet Transmission Date: Tue Aug 03 14:40:51 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144051445
310-90863032-781ba39db5a423e130b18cfef2d

d7c335b826d5ddfbed06257e30a9a9bac8d3-CC-
40492116-20210803135943098761

















PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90862998**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\629\90862998\xml1 \ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Bethune-Cookman University, Inc. |
| ***MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| ***CITY** | Daytona Beach |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 32114 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | CORPORATION |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | Key chains |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\629\90862998\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of key chain bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S.<br>Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| *SIGNATURE | /Hiram C. Powell/ |
| *SIGNATORY'S NAME | Hiram C. Powell |
| *SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| *DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90862998**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 014:  Key chains

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of key chain bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90862998
Payment Accounting Date: 08/03/2021

Serial Number: 90862998
Internet Transmission Date: Tue Aug 03 14:37:28 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803143728764
979-90862998-78191c52e3ff815ce9f81121c1b
5b3a1322c5b84b7b5d30a0d781e9bc73db5ab8a8
-CC-37272048-20210803090439702993





PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863036**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863036\xml1 \ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED**<br>**(If applicable)** | |
| **\*DESCRIPTION OF THE MARK**<br>**(and Color Location, if applicable)** | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Bethune-Cookman University, Inc. |
| **\*MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| **\*CITY** | Daytona Beach |
| **\*STATE**<br>**(Required for U.S. applicants)** | Florida |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 32114 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 024 |
| *IDENTIFICATION | Towels |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\630\90863036\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of towel bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole |
| INTERNAL ADDRESS | P.O. Box 2491 |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

| FEE INFORMATION | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| * **TOTAL FEES DUE** | 250 |
| * **TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| * **SIGNATURE** | /Hiram C. Powell/ |
| * **SIGNATORY'S NAME** | Dr. Hiram C. Powell |
| * **SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE NUMBER** | 3864812004 |
| * **DATE SIGNED** | 08/03/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863036**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 024:  Towels

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 024, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of towel bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.


The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com


Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Heather Bond Vargas, Esq.
      PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863036
Payment Accounting Date: 08/03/2021

Serial Number: 90863036
Internet Transmission Date: Tue Aug 03 14:43:21 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144321596
464-90863036-7815a8254267f3f41dae4e6ccc8
f3fe11a0fd6241d4aec5c9a9c54d3f5d5291d-CC
-43202158-20210803135248588479





# 2020

# Bylaws



National Alumni Association
Bethune-Cookman University, Inc.
4/28/2020

**EXHIBIT
K**

# TABLE OF CONTENTS

**ARTICLE I** ....................................................................................................................................5

PREAMBLE – THE ARTICLE OF INCORPORATION ...............................................................5

    Section 1 Purpose ..........................................................................................................................5

    Section 2 Duration ........................................................................................................................5

    Section 3 Charter ..........................................................................................................................5

    Section 4 Supremacy ....................................................................................................................6

    Section 5 Chapter Assessment......................................................................................................6

    Section 6 Chapter Membership ....................................................................................................6

    Section 7 Fiscal Year ....................................................................................................................6

    Section 8 Audit Committee ...........................................................................................................6

    Section 9 Activities Prohibited ....................................................................................................7

**ARTICLE II** ..................................................................................................................................7

OFFICERS .......................................................................................................................................7

    Section 1 Composition ..................................................................................................................7

    Section 2 Duties ............................................................................................................................7

    Section 3 Terms ............................................................................................................................9

    Section 4 Executive Committee ....................................................................................................9

**ARTICLE III** ..............................................................................................................................10

MEMBERSHIP ..............................................................................................................................10

    Section 1 Eligibility ....................................................................................................................10

    Section 2 Voting Rights ..............................................................................................................10

    Section 3 Dues ............................................................................................................................10

**ARTICLE IV** ..............................................................................................................................11

ALUMNI TRUSTEE.......................................................................................................................11

    Section 1 Board Representation ..................................................................................................11

**ARTICLE V** ................................................................................................................................11

BOARD OF DIRECTORS ..............................................................................................................11

    Section 1 Administration ............................................................................................................11

    Section 2 Term ............................................................................................................................11

    Section 3 Duties ..........................................................................................................................11

    Section 4 Meetings ......................................................................................................................12

    Section 5 Quorum .......................................................................................................................12

**ARTICLE VI** ..............................................................................................................................12

MEETING OF NATIONAL ASSOCIATION...................................................................................12

    Section 1 Time and Place of National Meeting ..........................................................................12

    Section 2 Notice of Meeting .......................................................................................................12

Section 3 Quorum ........................................................................................................13

Section 4 Minutes .......................................................................................................13

Section 5 Special Meeting ..........................................................................................13

Section 6 Attendance at National Meeting ..................................................................13

**ARTICLE VII** ................................................................................................................14

COMMITTEES .............................................................................................................14

Section 1 Standing Committees ..................................................................................14

Section 2 Membership .................................................................................................14

Section 3 Duties ..........................................................................................................15

**ARTICLE VIII** ..............................................................................................................18

STAFF ..........................................................................................................................18

Section 1 Administration Aides ...................................................................................18

**ARTICLE IX** .................................................................................................................18

NOMINATION AND ELECTION ....................................................................................18

Section 1 Nomination /Election Committee .................................................................18

Section 2 Ballots .........................................................................................................20

Section 3 Election Results ..........................................................................................20

**ARTICLE X** ..................................................................................................................21

RESIGNATIONS ..........................................................................................................21

Section 1 Resignations ...............................................................................................21

**ARTICLE XI** .................................................................................................................21

VACANCIES .................................................................................................................21

Section 1 Vacancies ...................................................................................................21

**ARTICLE XII** ................................................................................................................22

REPORTS .....................................................................................................................22

Section 1 State Law Requirements .............................................................................22

Section 2 Committee Reports ......................................................................................22

Section 3 Submission to Directors ...............................................................................22

Section 4 Other Financial Reports ...............................................................................22

**ARTICLE XIII** ...............................................................................................................23

PUBLICATIONS ............................................................................................................23

Section 1 Authorization ...............................................................................................23

Section 2 Purpose .......................................................................................................23

Section 3 Publication Procedure ..................................................................................23

Section 4 Editor-In-Chief .............................................................................................23

**ARTICLE XIV** ...............................................................................................................23

EXPENDITURE OF FUNDS .........................................................................................23

Section 1 Authorized Signature ...................................................................................23

Section 2 Board Authorization ...................................................................................................23

Section 3 Presidential Authorization .........................................................................................23

**ARTICLE XV** ....................................................................................................................................24

DISBURSEMENTS .......................................................................................................................24

Section 1 Travel Expenses .........................................................................................................24

Section 2 Contributions .............................................................................................................24

**ARTICLE XVI** ..................................................................................................................................24

QUORUM .....................................................................................................................................24

**ARTICLE XVII** ................................................................................................................................24

PROCEDURES .............................................................................................................................24

**ARTICLE XVIII** ..............................................................................................................................25

AMENDMENTS ...........................................................................................................................25

Section 1 Procedure ..................................................................................................................25

Section 2 Compliance ................................................................................................................25

**ARTICLE XIX** .................................................................................................................................25

SEAL ............................................................................................................................................25

Section 1 Form ..........................................................................................................................25

# BYLAWS
# National Alumni Association of B-CU, Inc.

## ARTICLE I

## PREAMBLE – THE ARTICLE OF INCORPORATION

The general purpose of this corporation shall be to perpetuate the history, ideals and philosophy of Bethune Cookman University and to promote the University as an institution of academic excellence and to create and maintain an environment that encourages alumni participation through volunteerism and financial support for the Association and University. In addition, the Association shall maintain, foster and expand the unique and special relationship between the University and its alumni.

.

### Section 1 Purpose

The corporate purpose of the National Alumni Association of Bethune-Cookman University, Inc. herein referred to as the Association shall be primarily carried out through chapters and they shall exist for that reason.

The Association shall charter as many alumni chapters as they deem necessary to carry out its corporate purpose throughout the world.

### Section 2 Duration

The existence of this corporation shall be perpetual.

### Section 3 Charter

a. Five members or more of the Association in good standing may apply for a charter, provided they:
    1. Make application on the form provided.
    2. Pay the charter fee of $50.00 to the Association
    3. Pledge to abide by the charter and Bylaws of the Association

b. The National President or President's designee, subject to the approval of the Executive Committee, shall issue the charter unless it is determined that there is an active charter within said city.

c. In cities where there are more than one-hundred thousand people, the National President subject to the approval of the Executive Committee may issue a charter for each one-hundred thousand people, as needed, based on the number of alumni in the city.

d. The National President shall be responsible for obtaining permission from responsible state authorities that will allow this Association to do business in their state if the new chapter is outside the State of Florida.

### Section 4 Supremacy

All chapters shall be a constituent and subordinate unit of the Association subject to the general authority and jurisdiction of the Board of Directors of the Association.

### Section 5 Chapter Assessment

a.  Each chapter shall pay an assessment as approved by the Board of Directors each year to include scholarship, donation to the University and operational expenses of the Association.

b.  Chapter assessments shall be determined by the Board of Directors based on the chapter's potential for members and its newness.

c.  Any chapter that fails to pay the assessment shall lose the right to vote unless it is determined by the Board of Directors that the chapter had a valid reason for non-payment.

d.  Any chapter that fails to pay the assessment for two consecutive years shall be suspended by the Board of Directors at the National Meeting unless it is determined that the chapter had a valid reason for non-payment.

### Section 6 Chapter Membership

a.  Chapter membership dues shall include National dues unless the person is a life member.

b.  Each chapter shall have at least five members in good standing. Good standing shall consist of the following:
    1.  Payment of dues, and
    2.  Participation in and support of chapter and national activities

c.  The charter of any chapter with less than five (5) members in good standing shall be revoked unless the Board of Directors determines that there is a hardship.
d.  Each Chapter shall appoint or elect a chapter Historian to work with the NAA History Committee.

### Section 7 Fiscal Year

Each chapter shall adopt a fiscal year that begins July 1st of each year, which shall specifically set forth their proposed national assessment.

### Section 8 Audit Committee

a.  The Audit Committee shall conduct an annual audit.  The committee shall review and propose internal controls, perform quarterly internal audits, and report audit findings to the National Office by January 25th of each year.

b.  The failure of the chapter through its audit committee to submit a timely audit may result in the chapter losing its right to solicit money using the name or tax number of the Association.

### Section 9 Activities Prohibited

a.  No chartered organization or individual shall pledge the credit of the corporation without the express written consent of the Board of Directors.

b.  No chartered organization or individual shall enter into any contract in excess of two thousand dollars ($2,000.00) using its chartered name without the express written consent of the Board of Directors.

c.  No chartered organization shall participate in any illegal activity.

d.  No chartered organization shall use the Association's tax exempt number without written consent of the Executive Committee.

e.  Each chapter chartered by the Association shall have a hearing with the Board of Directors for resolution on any issue before being suspended.

f.  There shall be a formal meeting with the affected chapter and the Board of Directors to resolve the issue.

## ARTICLE II

## OFFICERS

### Section 1 Composition

The officers of the Association shall be President, Vice President, Recording Secretary, Corresponding Secretary, Financial Secretary, Treasurer, Parliamentarian, Chaplain, Public Relations Director, and two (2) representatives to the University Trustee Board who shall be graduates of Bethune-Cookman University.

### Section 2 Duties

a.  **PRESIDENT** - The President shall preside at meetings of the Board of Directors, serve as Chairman of the Executive Committee; be a member of all chapters and committees ex officio, except the Nominating Committee and shall appoint all chairpersons. The President shall be the chief administrative officer. Upon election, the President shall be recommended by the Association to the Board of Trustees of Bethune-Cookman University for appointment to their board for a term commensurate with his/her term of office. The President shall be  bonded.

b.  **VICE PRESIDENT -** The Vice President shall be actively involved and knowledgeable of all duties and responsibilities of the President and shall perform all the duties of the President during the latter's absence and shall succeed to the presidency in the event of withdrawal or resignation of the President for any reason. He/she shall serve as Chairman of Membership Committee. The Vice President shall also perform such other duties as may be assigned by the Executive Committee.

c. **RECORDING SECRETARY-** The Recording Secretary shall keep a record of the proceedings of the National Meeting, the Board of Directors, and the Executive Board and shall be permanently preserved. The Secretary shall perform all other duties of such office and be subject to the directions of the President, the Board of Directors/Executive Committee of the Association.

d. **TREASURER -** The Treasurer shall be bonded, hold all funds of the Association in a reputable bank, write checks only after presentation of voucher signed by the President or Financial Secretary. The Treasurer shall have complete charge of all financial transactions of the Association. The Treasurer must deposit all monies no later than seven (7) business days after receiving said funds in an approved bank under the name of the Association. The Treasurer shall supervise the preparation of the annual budget and issue at least one (1) financial statement at least 60 days prior to the close of each fiscal year. The statement shall be audited in accordance with Article VII, Section 3, Budget and Finance, Part K, page16.

e. **PARLIAMENTARIAN -** The Parliamentarian shall insure the verification of the qualifications for each candidate for office. The Parliamentarian shall advise the presiding officer of the rules governing situations in the sessions upon the request of the chair or members of the assembly. In the event the Parliamentarian is a candidate for an elected office, he/she shall be disqualified from insuring the verification of the qualifications for candidates for office. In such instances, the Chairperson of the Bylaws Committee shall serve in lieu of the Parliamentarian.

f. **CHAPLAIN -** The Chaplain shall hold devotional periods before each session of the National meeting, Board of Directors/Executive Committee meetings and other called meetings.

g. **DIRECTOR OF PUBLIC RELATIONS -** The Director of Public Relations shall work in conjunction with the President, Executive Committee/Board of Directors and Assistant Vice President/Director of Alumni Relations in the distribution of news to the media.

1. In concert with the Assistant Vice President/Director of Alumni Relations, maintain a current mail listing of all the major media sources of all levels.

2. Develop in conjunction with the National's volunteer staff a resource file on the past and present achievements of the Alumni. The volunteer staff shall be responsible for maintaining such a file current.

3. Cooperate with the staff in being a liaison to the media whenever the Association is sponsoring designated activities.

h. **FINANCIAL SECRETARY -** The Financial Secretary shall receive and record the funds for the Association according to the Financial Procedure Manual.

1. The Financial Secretary shall give or mail receipts for all income and record same in a duplicate receipt book (original copy shall be given or mailed to person or organization from whom money is received). Copies of deposit tickets, receipts, and other documentation of income and expenses may be submitted via mail or electronic methods.

2. The Financial Secretary shall submit all funds received to the Treasurer with statement indicating the source.

3. Maintain current record of funds available

4. The Financial Secretary shall be bonded.

i. **CORRESPONDING SECRETARY -** The Corresponding Secretary shall notify the Executive Committee of regular and call meetings, retrieve mail from Association mailbox and distribute to appropriate individuals, generate correspondence as directed by President, maintain a correspondence file and read (or recap) all correspondence to the Association.  The Corresponding Secretary shall be bonded.

j. **SERGEANT-AT-ARMS -** The Sergeant-At-Arms shall assist in preserving order as the Chair may direct in Board of Directors and at National meetings, handle certain physical arrangements such as furnishing and seating.  Ensure video/audio is properly working and placed, when used, distribute printed materials for meetings, and manage the members' sign-in sheet during meetings.  They shall be responsible for the seating of delegates and the National Meeting.

### Section 3 Terms

a. All elected officers term of office shall be for a period of two (2) years.

b. The President, Director of Public Relations, at least one (1) alumni nominee to the University Trustee Board, and the Parliamentarian shall be elected in even numbered years.

c. The Vice President, Recording Secretary, Treasurer, Chaplain, and one (1) nominee to the University Trustee Board shall be elected in odd numbered years.

d. The President shall appoint the Corresponding Secretary and Financial Secretary for a term of two (2) years.

e. No officer shall hold the same office more than two consecutive terms in a six (6) year period unless no candidate files to run for the office by the filing deadline. This ruling applies to elected officials only.

### Section 4 Executive Committee

The Executive Committee of the Association shall consist of all of the elected and appointed National Officers, and the immediate Past President.

All Executive Committee Members of the Association shall hold Membership in the Association's Life Membership Club, or subscribing before seeking office.

The Executive Committee shall act between the meetings of the Board of Directors and shall have all of the power of the Board.

Actions of the Executive Committee shall be reported to the Board of Directors at the next scheduled meeting.

The actions of the Executive Committee shall be recorded within the report of the Board of Directors at the National Meeting.

9

# ARTICLE III

## MEMBERSHIP

### Section 1 Eligibility

a.  All members including Life Members shall be financial in a local chapter if  there is one. A local chapter shall be defined as the city or county within a radius of 60 miles.

b.  Members of the Association shall be:
    1.  All graduates of Bethune-Cookman University
    2.  All students of Bethune-Cookman University who attended one semester
    3.  Associate Members (non-attendees) shall be entitled to all member privileges except holding a National or Local office or Chair of National Standing Committee
    4.  Honorary members as nominated by the local chapters and presented to the Executive Committee/Board of Directors and elected by the Association at its National Meeting.
    5.  All the above members may be a Life member and/or eligible to become a Life Member

### Section 2 Voting Rights

a.  All members in good standing shall have the right to cast a ballot on issues before the Association.
b.  Voting shall be by secret ballot for the election of officers.

### Section 3 Dues

a.  Each individual member of the Association shall pay an annual fee as stipulated by the Board of Directors at the National Meeting for the fiscal year.

b.  The deadline for payment of annual fees (national dues) shall be April 1st of each year. Individuals or chapters submitting dues with a postmark after April 1st and the end of the fiscal year (June 30th) will be assessed a late fee of $5.00 for each dues submitted.

c.  Life members shall pay a one-time non-refundable fee as established by the Association at its National Meeting.  If paid through installments, the fee shall be paid in full within 3 fiscal years and if not paid in full within established time; the  amount already paid is non-refundable.

d.  A Subscribing life member is one who has not completed full payment.  He/she shall pay Association dues until Life Membership pledge is paid in full.

# ARTICLE IV

## ALUMNI TRUSTEE

### Section 1 Board Representation

The Association shall recommend to the Board of Trustees of Bethune-Cookman University three (3) of its members for election to its Board, one of whom shall be the President, and who shall be known as the Alumni Trustee. One Trustee shall be elected in even numbered years and one shall be elected in odd numbered years. Each Alumni Trustee shall hold office for two (2) years with the opportunity for reelection provided no Alumni Trustee is serving for more than two (2) consecutive terms. Pursuant to the agreement reached between Alumni and Bethune-Cookman University and the Board of Directors of the Association, the Alumni Trustees, other than the President, shall be elected by the members of the Association.

# ARTICLE V

## BOARD OF DIRECTORS

### Section 1 Administration

The administration of the affairs of the Association shall be vested in a Board of Directors consisting of the President, Vice President, Recording Secretary, Treasurer, Parliamentarian, Chaplain, Director of Public Relations, Alumni Trustee(s), Financial Secretary, Corresponding Secretary,  Historian, Curator of Alumni Center, current Miss Alumni, immediate past President of the Association. Chapter Presidents, Chairpersons of Standing Committees as hereafter provided in Article VII, Section 1.  Ex-officio members without voting rights are Miss Alumni and Curator of the Alumni Center.

### Section 2 Term

Directors and Officers shall assume office on July 1st and shall serve for two (2) years and thereafter until their successors shall have been duly elected or appointed. Directors may be reappointed and Officers may be reelected, but no officer may serve more than two (2) successive terms except as stipulated in Article II Section 3(e).

### Section 3 Duties

a.  The Board of Directors shall manage the business operation of the Association.

b.  The Board of Directors, through the secretary and approved by the President, shall make written reports after each meeting to the local chapters.

c.  The Board of Directors through the President shall make an annual report (written) at the National Meeting.

d.  The Board of Directors of the Association shall have the right and the ability to remove officers who have not performed their duties as outlined in the bylaws by 2/3 vote of the Board of Directors at the next scheduled meeting.

## Section 4 Meetings

a.  The Board of Directors shall hold regularly scheduled meetings at such times and places as it shall establish. The Board of Directors should meet at least two times per year.  Minutes of all meetings will be provided to chapter presidents and members present.

b.  There may be a special call meeting if concurred in by two-thirds of the members of the Board, or the Board shall convene upon the written request of a majority of its members.

c.  The procedure for notice and agenda matters shall be the same as with a special called National Meeting (See Article VI, Section 5)

d.  Meetings shall be face-to-face or via teleconference.

## Section 5 Quorum

At least eight (8) members of the Board of Directors, excluding ex-officio members, present at a duly called meeting or special meeting that has been announced shall constitute a quorum.

# ARTICLE VI

# MEETING OF NATIONAL ASSOCIATION

## Section 1 Time and Place of National Meeting

a.  The time of the National Meeting shall be set by the Executive Committee/Board of Directors and announced before the close of the National Meeting.

b.  Local chapters shall have the right to bid or volunteer for the hosting of the National Meeting.

c.  Requests for hosting the National Meeting should be presented in writing from the Host City and Chapter as set forth in the guidelines approved by the Executive Committee/Board of  Directors for their recommendation to the National Meeting.

d.  The National Meeting will be held every two years, occurring in odd numbered years.

e.  The National Meeting may be cancelled if it is detrimental to the Association or jeopardizes the achievement of the Association's mission, and if concurred by two-thirds vote of the members of the Board of Directors.

## Section 2 Notice of Meeting

a.  The notice of the National Meeting of the Association shall be published in the official  Alumni Journals, local and national newspapers, social media, and other available news media.

b.  All members in good standing shall be sent written notice of the National Meeting no less than two weeks prior to said meeting, at their last known address, or electronic mail (email).

c.  The Corresponding Secretary and/or webmaster shall be responsible for getting out notifications.

d.  At least one meeting per quadrennial shall be held in Daytona Beach, Florida.

## Section 3 Quorum

a.  Members present at a duly called meeting of the members shall constitute a quorum, with the exception of ex-officio members.

b.  No proxy votes shall be allowed at any meeting.

## Section 4 Minutes

a.  The Alumni Business Sessions minutes shall be read daily at the beginning of each business session.

b.  The Association shall approve each Business Session minutes.

c.  The last day Business Session minutes shall be approved by the Board of Directors at its official meeting following the close of the National Meeting of the Association.

## Section 5 Special Meeting

a.  The Association shall meet in Special Session at the call of the National President, provided the special meeting is approved by two-thirds of the members of the Board of Directors, or the National meeting shall convene upon the written request of two-thirds of the chapter presidents. After due call with proper notice, the members present shall constitute a quorum, with the exception of ex-officio members.

b.  The notice for the special meeting shall include the date, time, and place of said meeting along with the agenda items to be acted upon.

c.  The special meeting shall only deal with those matters listed in the notice of call. In no case shall other matters be dealt with at a special meeting.

d.  No proxy vote shall be permitted.

e.  No less than three (3) days written notice be given.

## Section 6 Attendance at National Meeting

a.  All Chapters shall have at least two representatives at the National Meeting.

b.  Any chapter that fails to attend at least two national meetings, within a four (4) year time frame, shall be reviewed by the Executive Committee, for action to be taken by the Board of Directors recommending withdrawal, probation, and/or other sanctions.

# ARTICLE VII

## COMMITTEES

### Section 1 Standing Committees

There shall be seven (7) Standing Committees:

a.  Fundraising Committee
b.  Budget and Finance Committee
c.  Bylaws Committee
d.  Reunion Committee
e.  Chapter Liaison
f.  Nomination/Election Committee
g.  Manual of Operational Procedures Committee (MOPAC)

### Section 2 Membership

a.  Each Standing Committee shall consist of no more than (12) or less than (6) persons.

b.  The President shall appoint the Chairperson to serve on (7) Standing Committees. No more than two (2) voting members of each committee shall be from the same chapter.

c.  Each Standing Committee shall at the National Meeting hold an organizational meeting at which time the Secretary and Business Manager of the Committee shall be elected by and from the members of said committee.

d.  Each Standing Committee shall function for a period of one (1) year.

e.  Each Standing Committee shall make a minimum of three (3) reports annually. The said reports shall be made in writing to the Executive Committee/Board of Directors at its regular meetings and at the National Meeting.

f.  Each Standing Committee's report must, among other things, give a progress report and make positive recommendations for the betterment of the program of the Association.

g.  Each Standing Committee is expected to submit annually Bylaws Amendments concerning their Committee when the committee deems it necessary by its members.

h.  The exception to the limited number of persons on a given committee shall be the Fund Raising Committee, Budget and Finance Committee and the Election Committee. These committees may consist of a higher number of persons.

i.  ~~Each Standing Committee shall be personally responsible for travel to and from committee meetings~~

j.  The chairperson of each standing committee shall be a member of the Board of Directors.
k.  Standing Committees can be added or removed with the majority vote of the Board of Directors.

### Section 3 Duties

### FUND RAISING COMMITTEE

a. Shall be responsible for implementing the financial program of the Association as designated by the membership in its National Meeting.

b. The said implementation shall take form of various fund raising activities, which shall be supported by local chapters, individual members and donors.

c. The Fund Raising Committee shall make a minimum of three (3) reports annually to the Executive Committee and the final being a comprehensive report at the National Meeting.

d. The annual report of the Fund Raising Committee shall include a report of past and present performances and recommendations for forthcoming campaigns.

e. Shall be responsible for devising the Fund Raising activities of the Association.

f. Shall be responsible for setting a realistic timetable for the ongoing Fund Raising activities of the Association.

g. Fund Raising activities shall have precedence over ALL other activities, which might be in conflict.

h. Shall cooperate with local chapters in joining Fund Raising activities and develop a percentage plan for sharing receipts and expenditures.

i. Must work in harmony with the Budget and Finance Committee.

### BUDGET AND FINANCE COMMITTEE

a. Shall be responsible for the development of a comprehensive budget for the Association, which will serve to meet the goals and objectives of the Association.

b. The committee must work in harmony with the Fund Raising Committee.

c. Both the Fund Raising and Budget and Finance Committees shall designate the dates, times and places wherein the Association activities shall take precedence over all other considerations.

d. Shall insure that all facets of the Association's work are duly funded.

e. Shall work in conjunction with the National Treasurer and Financial Secretary in ensuring that the work of the Association is moving in a positive direction.

f. Shall make a minimum of three (3) reports annually to the Executive Committee/Board of Directors Meeting. The final shall be a comprehensive report at the National Meeting.

g.  The annual report shall include a report of the past budgeting items, the actual amount utilized, and a projection for forthcoming year(s).

h.  The recommended budget for the Association shall be published and distributed to the local chapters and presented at the Fall Board of Directors Meeting.

i.  The recommended budget for the Association shall be approved by the Board of Directors.

j.  Shall assist in setting up the accounting system of the Association.

k.  Shall be responsible for having an annual internal audit by the audit committee of the Association's financial records and by a certified public accountant when a new treasurer is elected.

## BYLAWS COMMITTEE

a.  Shall be responsible for recommending to the Executive Committee changes in the Bylaws and Constitution, which will be beneficial to the growth of the organization.  The Executive committee shall be responsible for evaluating all proposed Bylaw changes prior to the Bylaw Committee report being presented to the Board of Directors.

b.  Shall be the receivers of proposed amendments to the Bylaws from local chapters or individual members.

c.  Shall make local chapters aware of proposed changes to the bylaws before the National Meeting.

d.  Shall apprise the Board of Directors of the proposed changes being contemplated.

e.  Shall be responsible for preparing sufficient copies of the proposed amendments for the National Meeting. The said amendment proposals shall have included the recommendations from the Board and/or their amendment proposals.

## REUNION COMMITTEE

a.  Shall be responsible for encouraging alumni to plan and participate in their class reunion activities.

b.  Shall work in accordance with the Memorandum of Understanding, in maintaining listings of classes along with their addresses.

c.  Shall be responsible for setting up guidelines for the reunion activities in conjunction with the Assistant Vice President/Director of Alumni Relations.

d.  Shall be responsible for making an Annual Report to the Association on the proposed reunions and the result of those held.

e.  Shall utilize this method in attempting to rekindle the Bethune-Cookman University spirit

## CHAPTER LIAISON

a.  Shall work, to develop plans and programs, which will strengthen local alumni chapters.

b.  Shall be responsible for an annual report to the Association at its National Meeting.

c.  Shall include in their report recommendations for developing better relations and understandings.

d.  Shall make recommendations to the Executive Committee/Board of Directors related to chapters and their relationships to the ongoing program of the University.

e.  Shall be responsible for assisting in the coordination of National and local activities.

f.  Shall be responsible, along with the National President in assuring that all chapters comply with local and state laws and bylaws as they affect that chapter and the Association.

g.  Shall present a National Alumni calendar of events and bylaws at the National Meeting.

h.  Shall be a member of the Membership committee.

## NOMINATIONS/ELECTIONS COMMITTEE

a.  Shall utilize the official journal to publish the vacant positions for election.

b.  Shall be recipients of the nominations for all elected positions.

c.  Shall be responsible for the preparation of the official ballot of the recommended candidates of elected officers.

d.  Shall certify in its annual report the results of the election based upon the external accounting firm's tabulations.

e.  Shall, in its annual report, make recommendations that will enhance the election process.

## MANUAL OF OPERATIONAL PROCEDURES COMMITTEE

a.  Shall monitor the effectiveness of the Manual in facilitating better organizational function at the National, Regional, and local levels.

b.  Will send updates of the Manual of Operational Procedure to the Board of Directors at the fall and Spring Meetings.

c.  Shall make recommendations for Bylaw Amendments and/or addition to keep the Manual in compliance with the regulations of the Association.

## CHAIRPERSON'S DUTIES

**THE PRESIDING OFFICER OF EACH STANDING COMMITTEE SHALL**:

a.  Preside over the committee as per <u>Robert's Rule of Order, Newly Revised</u>.

b.  Make written, oral and/or electronic reports to the Board of Directors at its regular meetings and/or at special call meetings.

c.  Keep their committee members informed of the changes in the Association's policies.

d.  Work harmoniously with the National President for the good of the Association.

e.  Have authority to formulate sub-committees to assist in the committee's achievement of their goals.

f.  Ensure that a budget for said committees is submitted to the Budget and Finance committee.

g.  Ensure that the said committees shall not exceed its approved budget without permission from the Board of Directors.

# ARTICLE VIII

## STAFF

### Section 1 Administration Aides

a.  The staff of the Association shall consist of volunteers and such other persons hired by the Association or loaned to the Association to implement the program of the Association.

b.  Persons volunteering their services to the Association shall be considered staff members.

c.  All staff shall be accountable to the Executive Committee/Board of Directors through the President.

# ARTICLE IX

## NOMINATION AND ELECTION

### Section 1 Nomination /Election Committee

a.  In accordance with the provisions of the Bylaws, the Nomination/Election Committee shall annually publish the positions in the Association, which shall become vacant.

b.  The Nomination/ Election Committee shall list persons qualified for vacancies among the officers of the Association. To qualify for the office of President, Vice President, Alumni Trustee and Treasurer, a member must have been in good standing of the Association and a local chapter for at least two (2) consecutive fiscal years immediately prior to seeking an elective office and

18

served on the Executive Committee or Board of Directors. The candidate must have been fully registered and attended at least one National Meeting within the last two fiscal years prior to seeking an elective office.

c.  All other candidates for elective offices must have been a member in good standing of the Association and a local chapter, for at least one (1) fiscal year prior to seeking an elective office. The candidate must have been fully registered and attended at least one National Meeting within the last two fiscal years prior to seeking an elective office.

d.  The Parliamentarian shall review the requirements and guidelines for each office with the committee and assist the committee in verifying the qualifications of the candidates in accordance with and subject to the limitations of Article II, Section 2(e) and Section 3(e).

e.  The accounting firm  shall be responsible for receiving ballots of all members of the Association.

f.  The Nomination/Election Committee shall report at the 2nd Plenary Session of the National Meeting.

g.  The Nomination/Election Committee shall officially announce the predetermined deadline for sending in nominations. Nominations shall not be accepted after the deadline date.

h.  The Nomination/Election Committee shall receive nominations from members of the Associations on forms approved by them for this purpose.

i.  No candidate's name shall be presented without his/her written consent.

j.  Election shall be held by nominations and secret ballot as described in Article IX Section 2.

## Section 2 Ballots

a.  The Nomination/Election Committee shall mail ballots containing the names of all candidates (a minimum of 30 days) prior to the National Meeting to all members in good standing with the Association.

b.  Upon the return of the individual ballots they shall not be opened until the official meeting of the Nomination/Election Committee at the seat of the National Meeting.

c.  The deadline for the return of ballots shall be stated in publications of the Association and on the ballots.

d.  Members shall have the option of voting for the entire slate of officers on the ballot or for any combination he/she desires without penalty.

e.  Provisions shall be made available in each category for "Write Ins" on the official ballot.

f.  In a special election, only those returned ballots received in the association's Post Office Box postmarked by the U.S. Postal Service prior to/on the deadline date will be considered valid.

g.  At the close of each election, the ballots shall be stored for a period of at least one (1) year.


## Section 3 Election Results

a.  The Nominations/Election Committee shall announce the official results of the election at the National Meeting of the Association.

b.  The election results shall be published in the official periodicals of the Association.

c.  The National President  with the signature of the Chairperson of the  Nomination/Election Committee shall notify the Administration of Bethune-Cookman University in writing of the election results.

d.  All elections for offices of the Association will be decided by a majority of votes cast in said election. If there are more than two (2) candidates for any office of the Association, and no majority reached on the first ballot, a run-off election shall be held between the two (2) candidates receiving the greatest number of votes. The run-off election will be held at the National Meeting of the Association by those in good standing and in attendance. The time and place shall be determined and announced by the Executive Committee.

e.  In case of a tie, the winner shall be determined by an onsite revote conducted by the Nomination/Election Committee.

# ARTICLE X

## RESIGNATIONS

### Section 1 Resignations

a.  Members of the Association who wish to resign their position whether elected, appointed or on a specific committee, shall do so in writing. The Executive Committee/Board of Directors shall consider this statement of resignation.

b.  The vote of the Executive Committee on this matter may be taken by individual ballot. This is the ONLY exception wherein a member of the Executive Committee rather than being present at the meeting may send in a proxy or ballot.

c.  Members of the Association who hold office whether elected, appointed or serving on a given committee who refuse to submit a letter of resignation upon 3/4 vote by the Board of Directors shall be expelled from said post.  This decision can be appealed to the Board of Directors.

# ARTICLE XI

## VACANCIES

### Section 1 Vacancies

a.  In the event any of the elected or appointed offices of the Association shall become vacant for whatever reason, the vacancy shall be filled by the action of the Board of Directors.

b.  The vacancy involving the election process shall be in the case of:

  1.  The vacancy in the office of President shall be filled by the Vice President

  2.  The Board of Directors would then fill the vacancy in the office of Vice President until the completion of that term.

c.  The vacancies in the Standing Committee Chairperson shall be filled as set forth in Article VII Committees, Section 2, Membership, Item b.

# ARTICLE XII

## REPORTS

### Section 1 State Law Requirements

The Board of Directors shall present at the National Meeting an annual report consistent with Chapter 617 of the Florida Statutes

- d. The assets and liabilities of the Association as of the end of a 12-month fiscal period

- e. The principal changes in assets and liabilities during the year immediately preceding the date of the report (prior budget).

- f. The revenue or receipts of the Association during the year immediately preceding the date of the report (prior budget).

- g. The expenses or disbursements of the Association during the year preceding the date of the report.

- h. The number of members of the Association as of the date of the report, together with a statement of increase or decrease in such number during the year immediately preceding the date of the report, and a statement of the place where the names and places of residence of the current members may be found (membership roster).

The report shall be filed with the records of the Association and a copy thereof shall be entered in the minutes of the National Meeting of the members.

### Section 2 Committee Reports

Every officer, every standing committee, the Alumni Trustees and special committees shall present written and/or electronic reports to the Board of Directors and to the Association at its National Meeting.

### Section 3 Submission to Directors

No report shall be presented to the Association at its National Meeting which has not been submitted previously to the Board of Directors. The Executive Committee/Board of Directors may advise changes or demand additional information to be formulated in the report before it is presented to the Association.

### Section 4 Other Financial Reports

The Chairperson of the Budget and Finance Committee shall present at the National Meeting a report concerning any assets held by the Association in trust for, or with a direction to apply the same to, any specific purpose, and the use made of such assets and of income thereof.

# ARTICLE XIII

## PUBLICATIONS

### Section 1 Authorization

The Association shall issue a publication at least annually.

### Section 2 Purpose

The purpose of the publication shall be to publish alumni news, to further various alumni projects and to promote the best interest of Bethune-Cookman University.

The Alumni News can give notice to membership of special meetings and the National Meeting along with publishing any other information as called for by the Bylaws.

### Section 3 Publication Procedure

This publication is distributed as directed by the Board of Directors, pursuant to editorial policy established by the Board of Directors.

### Section 4 Editor-In-Chief

The Public Relations Director shall serve as editor-in-chief of the publication and shall have the authority to appoint an Editorial Board consisting of five (5) members. The editor-in-chief shall be the Chairperson of the Editorial Board.

# ARTICLE XIV

## EXPENDITURE OF FUNDS

### Section 1 Authorized Signature

Any two (2) of the following: President, Treasurer, or Financial Secretary signatures shall be necessary to authorize expenditures of Association monies.

### Section 2 Board Authorization

The Executive Committee/Board of Directors may authorize the payment of certain line items in advance, without those items coming before the body.

### Section 3 Presidential Authorization

The President may authorize the expenditures approved within the annual budget.  The Executive Committee may revoke this privilege, if expenditures are not accounted for with the appropriate receipts.

# ARTICLE XV

## DISBURSEMENTS

### Section 1 Travel Expenses

a.  Executive Committee officers who attend a minimum of 75% of the duly called meetings shall be reimbursed for the National Meeting registration fee plus up to $300.00 to help defray the cost of related expenses (travel and lodging) at the National Meeting upon submitting receipts and the Voucher form to the NAA Treasurer.

b.  Each officer living in Florida shall be paid a prorated fee according to distance traveled up to $50.00 per trip to assist with expenses incurred at Board of Directors meetings or Executive Committee meetings.  Officers living out-of state shall be afforded up to $200.00 to assist with airfare, when applicable.  To assist the President, if living out of state, not to exceed $1,000.

c.  The National President shall have funds allocated in the budget for travel related expenses (lodging, airfare and shuttle) when applicable.

d.  Local chapters shall be responsible for the travel expenses for their presidents, committee chairpersons, Ms. Alumni contestant and/or representatives.

e.  The expenses of the Association's Ms. Alumni queen, Ms. Maroon and Ms. Gold shall be covered as directed in the Ms. Alumni Guidelines.

f.  It is understood that said per diem and travel expenses (listed in items a-e above) are subject to the condition of the Treasury.

### Section 2 Contributions

a.  All contributions, dues, and correspondence shall be mailed directly to National Alumni Association of Bethune-Cookman University, Inc., P. O. Box 11646, Daytona Beach, FL  32120.

b.  Checks should be made payable to National Alumni Association of Bethune-Cookman University, Inc.

# ARTICLE XVI

## QUORUM

Where the Bylaws do not specify a quorum, the quorum shall be a majority of the membership present where due notice has been given, with the exception of ex-officio members..

# ARTICLE XVII

## PROCEDURES

These Bylaws and <u>Robert Rules of Order</u>, Newly Revised shall govern the proceedings of all meetings of the Association and of the Board of Directors.

24

# ARTICLE XVIII

## AMENDMENTS

### Section 1 Procedure

These Bylaws may be amended by vote of the majority of the members present at the National Meeting or at any special meeting duly called for that purpose, provided that notices of such proposed amendments shall be mailed at least 30 days prior to the date for which the meeting is called and the Executive Committee/Board of Directors shall have conducted two readings approving said amendment(s) with the final reading being at the time of adoption.  Proposed amendments shall be submitted in writing to the Chairperson of the Bylaws Committee at least 60 days before the date, with the final meeting being at the National Meeting or special meeting.

### Section 2 Compliance

Any amendments to the Bylaws affecting a change in the number of Directors shall conform to the provisions of the Not-For-Profit Corporation Law of the State of Florida.

# ARTICLE XIX

## SEAL

### Section 1 Form

The corporate seal shall have the name of the corporation and the word "SEAL" inscribed thereon, and may be an impression seal.

*THE BYLAWS ADOPTED AS AMENDED THE*  _28th_  *DAY OF*  _JUNE_  *IN THE YEAR OF OUR LORD TWO THOUSAND AND EIGHTEEN.*

**BETHUNE-COOKMAN UNIVERSITY**
**BOARD OF TRUSTEES**
**RESOLUTION NO:**_____

The Board of Trustees (the "Board") of Bethune-Cookman University, Inc., a Florida not-for-profit corporation (the "University), at a duly called meeting on September 1, 2021, resolves:

**WHEREAS**, the University is moving towards establishing a Direct Support Organization to support the efforts of alumni affairs and other auxiliaries that represent the University.

**WHEREAS**, the Board recognizes the immense value of having an active alumni association and will endeavor to create an appropriately sanctioned organization that will serve, among other things, to positively promote and support the efforts of the University's students and alumni and be formally recognized as a Direct Support Organization.

**WHEREAS**, any Memorandum of Understanding between the National Alumni Association of Bethune-Cookman University, Inc. ("NAA") and the University has expired.

**WHEREAS**, the Board has determined that it is in the best interest of the University that the NAA in its current form be dissolved and to the extent it continues to exist as a Florida nonprofit corporation or other 501(c)(3) tax exempt organization that the NAA ceases any mention or representation that it acts with any authority or that it represents in any formal manner the University.

**WHEREAS**, the Board has determined there is a need to restructure all Direct Support Organizations using the University's name, trademark Head, Hand and Heart Seal and logos, property, facilities, or personal services, or who raise funds for the benefit of the University or in the name of the University, or who receive, hold, invest, or administer assets or property or make expenditures for the benefit of the University under its supervision in order to ensure consistency and uniformity among those organizations.

**NOW, THEREFORE BE IT RESOLVED,** that:

The University will establish a Direct Support Organization and procedures for governing the same.

I HEREBY CERTIFY that the foregoing is a full, true and correct copy of the Resolution adopted by the Board of Trustees of the University.  This Resolution shall become effective immediately and remain in effect until amended or revoked by the Board of Trustees.

**Dated this** 2nd **day of September 2021**


Belvin Perry, Jr., Esquire, Chairperson

Dated: 9-2-2021

Jennifer L. Adams, Secretary

Dated: 9-2-2021

**EXHIBIT**
**L**



ALEXANDER | DEGANCE | BARNETT

Michelle Bedoya Barnett
(904) 345-3278
Michelle.barnett@adblegal.com

September 17, 2021

VIA EMAIL AND CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
Willie J. Walker, Esquire
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202
Email: wjwesq@aol.com

Dear Mr. Walker:

This Firm represents Bethune-Cookman University ("B-CU"). I am in receipt of your letter dated September 13, 2021 addressed to the Board of Trustees ("Board"). I have been tasked with responding to your letter. Please understand that B-CU appreciates the efforts of its alumni and is appreciative of the support its alumni have afforded over the years. However, as B-CU works to ensure that there is uniformity in its practices and that B-CU's records are appropriately maintained, B-CU is moving towards establishing a Direct Support Organization program to support the efforts of alumni affairs and other auxiliaries that represent the B-CU. As it relates to the National Alumni Association of Bethune-Cookman University, Inc. ("NAA"), at the board meeting on September 1, 2021, the Board unanimously approved a resolution stating that it is in the best interest of the University that the NAA in its current form be dissolved. To the extent that it is not dissolved and continues to exist as a Florida nonprofit corporation or other 501(c)(3) tax exempt organization, the NAA should cease any mention or representation that it acts in any manner on behalf of B-CU.

As I am sure you understand, the NAA is not sanctioned by B-CU and for this reason, it is not legally authorized to use B-CU's name, likeness, logos, facilities or to represent itself publicly as being associated with B-CU in any way. A review of the website https://www.naabcu.org/ suggests that this organization is associated with B-CU and membership dues are collected on behalf of B-CU. Moreover, it appears that discounted rates are negotiated based on the representation that the NAA is acting on B-CU's behalf. The University respectfully requests that the website and all representations regarding or relating to a formal relationship between NAA and the University be removed from any websites, social media and other publications and that the NAA and you, in your position as its legal counsel, ensure that no further representations are made. To be clear, the NAA is not authorized by B-CU to represent itself as having a formal relationship with the University and to the extent the NAA is conducting any business which suggests in any way that it is associated with or sanctioned by B-CU, these actions should immediately cease, and efforts should be taken to rectify any misrepresentations that have been made.

EXHIBIT
M

{00395794 1 }

B-CU does not find it necessary to engage in mediation.  Rest assured that B-CU is committed to its alumni network and to this end is developing programming to ensure its alumni engagement.

I ask that you and your client, the NAA, refrain from contacting the Board, faculty, and staff of B-CU regarding this matter.  If you have any questions or there is anything that you would like to discuss, please feel free to contact me directly.


Sincerely,

Michelle Bedoya Barnett


CC: Valencia Gallon-Stubbs

Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
William A. Rice
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Nika K. Hosseini
Sydney V. Cichon



OF COUNSEL
Larry D. Marsh

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Daytona Beach • DeLand

149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
(386) 255-8171
CobbCole.com

September 29, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT NO.: 7020 1810 0000 9086 7346**
**AND ELECTRONIC MAIL**
wjwesq@aol.com
National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202

Re:    Final Demand to Cease and Desist False Association- National Alumni
Association of Bethune-Cookman University, Inc.

Dear Mr. Walker:

This firm represents Bethune-Cookman University ("B-CU").  As you know, B-CU is establishing a Direct Support Organization program to support the efforts of alumni affairs and other auxiliaries that represent B-CU.  On September 1, 2021, B-CU's Board of Trustees approved a resolution for the dissolution/disassociation of the National Alumni Association of Bethune-Cookman University, Inc. ("NAA").  Subsequently, you received a letter dated September 17, 2021, from B-CU's counsel, Michelle Bedoya Barnett, advising that to the extent that the NAA is not dissolved, it should cease any mention or representation that it acts in any manner on behalf of B-CU, including use of B-CU's name, likeness, logos, or representing itself publicly as associated with B-CU.

As of the date of this letter, NAA has announced that it is changing its name to the "Dr. Mary McLeod Bethune National Alumni Association."  Not only does this new name strongly indicate association with B-CU, but NAA's website (https://www.naabcu.org/) and logos still contain B-CU's name, likeness, logos, and public representation that the NAA is associated with B-CU.  Thus, NAA continues to create the false impression that it is associated with B-CU.

EXHIBIT
N

National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
September 29, 2021
Page | 2

  This conduct is a violation of federal and state trademark law, including prohibitions against infringement, dilution, false advertising, and false association.  We note for your consideration this surprisingly similar 2020 case regarding the dissociation of the Oakwood University Alumni Association from Oakwood University:  *Oakwood Univ., Inc. v. Oakwood Univ. Alumni Ass'n*, Case No. 5:18-cv-870-MHH (N.D. Ala. Aug. 14, 2020).  The court in that case issued a preliminary injunction against the alumni association for conduct that is virtually identical to the conduct of the NAA in this matter.

  Accordingly, please immediately cease and desist any public representation that NAA is associated with B-CU or its founder, Dr. Mary McLeod Bethune, and refrain from any fundraising or other activity indicating a relationship with the school, and specifically, in association with the university's upcoming homecoming events.

  Please respond by no later than October 1, 2021, confirming that NAA will comply with this demand.  Should NAA fail or refuse to comply, B-CU will take the appropriate legal action necessary to enjoin NAA from any further conduct in violation of state or federal law.

  Thank you for your anticipated cooperation.

       Sincerely,

       **Heather Bond Vargas**
       Board Certified in Intellectual Property Law
       Direct Dial (386) 323-9220
       Email: Heather.Vargas@CobbCole.com
       Fax (386) 323-9206

HBV/lad

# The Walker Law Offices, P.A.
# Attorneys and Counselors at Law

625 W. Union Street - Suite 3
Jacksonville, FL  32202
Phone: (904)358-7104   Fax: (904)353-3702

Willie J. Walker, Esq.**+
Louis J. Fields, III, Esq.*

*Licensed in Florida
**Licensed in Florida and Georgia
+Circuit Civil Mediator

**VIA US MAIL**
Heather Bond Vargas, Esquire
Cobb Cole Attorneys at Law
149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114

**RE: Bethune Cookman Alumni**

Dear Ms. Vargas,

  I have reviewed your recent correspondence and the same has been shared with my clients. As you know, the Organization in question consists of alumni volunteers. They have been working over the past several weeks to disengage from the University as requested by the University through its board of trustees. These efforts are continuing. The expectation is that by the end of the month of October, the Organization formerly known as the National Alumni Association of Bethune-Cookman University and its alumni membership will have been completely disassociated from the University. I would ask that they be given until that time to do so.

  I previously submitted correspondence to the University's corporate counsel regarding the attempted conscription of the subservient chapters from my client. I am attaching a copy of said correspondence to this letter. Please emphasize to your clients they are not to attempt to take away chapters which derive their authority from the corporation now known as Dr.  Mary McLeod Bethune National Alumni Association. In this regard and to the extent those activities have been continuing, we would request you advised them to cease and desist.

Sincerely,

Willie J. Walker, Esquire

WJW/ajh

**EXHIBIT
O**

Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
William A. Rice
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Nika K. Hosseini
Sydney V. Cichon



**OF COUNSEL**
Larry D. Marsh

**RETIRED**
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Daytona Beach • DeLand

**149 South Ridgewood Avenue, Suite 700**
**Daytona Beach, Florida 32114**
**(386) 255-8171**
**CobbCole.com**

October 12, 2021

**VIA US MAIL**
**AND ELECTRONIC MAIL**
wjwesq@aol.com
National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202

Re:   Dr. Mary McLeod Bethune Cookman National Alumni Association- Response
to Letter Received October 5, 2021- Final Demand to Cease and Desist

Dear Mr. Walker:

I am in receipt of your correspondence of October 5, 2021, in response to Bethune-Cookman University's ("B-CU" or "the University") September 29, 2021 demand that the National Alumni Association of Bethune-Cookman University, Inc. d/b/a Dr. Mary McLeod Bethune National Alumni Association ("NAA") cease publicly representing that it is associated with B-CU, including use of B-CU's name, likeness, and logos, and the use of "Dr. Mary McLeod Bethune"—whose name and image are inextricably associated with the University. As we have previously discussed, continued use of "Dr. Mary McLeod Bethune" by the NAA and its chapters will cause confusion among alumni/donors, in violation of federal and state trademark law. As of the date of this letter, NAA's website, email address(es), domain name(s), and flyers circulated, continue to use B-CU's name, likeness, and logos. See for example, enclosed flyer recently circulated by the NAA.

I understand from your correspondence that the NAA and its chapters request until the end of October 2021 to completely disassociate from the University. Please recall that B-CU's counsel originally demanded that the NAA disassociate back on September 17, 2021. Accordingly, the University demands that the NAA and its chapters completely disassociate, including use of B-

**EXHIBIT P**

National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
October 12, 2021
Page | 2

CU's name, likeness, and logos, and use of "Dr. Mary McLeod Bethune" within ten (10) days of receipt of this letter—which is over thirty (30) days since the original demand.

      Again, B-CU will take the appropriate legal action necessary to enjoin NAA from any further conduct in violation of state or federal law.

                                        Sincerely,

**Heather Bond Vargas**
Board Certified in Intellectual Property Law
Direct Dial (386) 323-9220
Email: Heather.Vargas@CobbCole.com
Fax (386) 323-9206

HBV/lad
Enclosure

From: The National Alumni Association.... <info@naabcu.org>
Sent: Tue, Oct 5, 2021 6:00 pm
Subject: Hope To See You on The Yard...

### The National Alumni Association...

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar

1





Dr. Mary McLeod Bethune National Alumni Association
(MMBNAA)

# NAA Homecoming
# RALLY

**FRIDAY, OCTOBER 8, 2021 - 3:30PM - 5:30PM**

New Mt. Zion Missionary Baptist Church
515 Dr. Mary McLeod Bethune Boulevard
Daytona Beach, Fl 32114
(4 Blocks East of B-CU)

**COME & SHARE YOUR QUESTIONS & CONCERNS**

TOPIC OF DISCUSSION

*NAA & University*
*Relationship*
*(Update/Next Steps)*

PUBLIC SPEAKERS:

**Johnny McCray Jr., Esq,**
**President & Task Force**
**Committee**

All Alumni, Students, Supporters & Friends Are Welcome



FOR MORE INFORMATION:
Transparency@naabcu.org

B-CU Belongs To All of US!





National Alumni Association… | PO BOX 11646, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by info@naabcu.org powered by



Try email marketing for free today!

EXHIBIT
Q



# Dr. Mary McLeod Bethune
# National Alumni Association

HOME          ABOUT US          MEMBERSHIP          TRANSPARENCY          DONATE          EVENTS          CONTACT          RESOURCES

READ MORE   >

# WELCOME HOME

No matter how far away we are, Bethune-Cookman University is part of us. It's where we became a family. And where we realized we were part of something much bigger than ourselves. So, of course, when we depart from dear B-CU, we feel the need to continue that connection with others who share the love for our alma mater.

The Dr. Mary McLeod Bethune National Alumni Alumni Association was established to always keep you connected to home. It's our place to come together and connect with all things B-CU and continue the legacy of our founder Dr. Mary McLeod Bethune.

**Q-1**









## MEMBERSHIP/SERVICE

Join the National Alumni Association and find your local chapter to connect to fellow Wildcats!
Learn how to be of service to your community.

READ MORE >>

---

### Highlights of the 53rd Convention

READ MORE >>

## DONATE

Invest in the legacy of Dr. Mary McLeod Bethune through your donation to the National Alumni Association.

READ MORE >>

# NAA NEWS

### Meet the Candidates Forum

### #ILEAVEYOULOVE

"Invest in the human soul. Who knows, it might be a diamond in the rough."

**Dr. Mary McLeod Bethune**

# HELP US TO GIVE BACK!
Learn how to donate with NAA B-CU

**DONATE NOW>>**

---

ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

 

---



# Dr. Mary McLeod Bethune
# National Alumni Association

## Donate

"Invest in the human soul. Who knows, it may be a diamond in the rough" - Dr. Mary McLeod Bethune

When you give to the Dr. Mary McLeod Bethune National Alumni Association, you help make it possible to offer scholarships to deserving students. From your generous gift to volunteering your time, giving back has an immeasurable impact on students and fellow alumni.

## MBBNAA DONATE FORM

When you give to the Dr. Mary McLeod Bethune National Alumni Association make it possible to offer scholarships to deserving students. From your gen to volunteering your time, giving back has an immeasurable impact on stude fellow alumni.

* Required

Email *

Your email

First Name *

Your answer

Q-2



Last Name *

Your answer

Cell Phone Number *

Your answer

Home Number *
If none put N/A

Your answer

Home Address *

Your answer

Please choose which secured payment you would like to use: *
VERY IMPORTANT - In subject, please put your info (name, email, cell number, and addr[...]

○ PayPal

○ Cash App

○ Zelle

Next

Never submit passwords through Google Forms.

GoogleForms    This form was created inside of Bethune-Cookman University National Alumni Association.

Your generosity and dedication to Bethune-Cookman University will help to improve the lives of alumni, as well as bring the best students in the world, regardless of socio-economic standing.

You may make your contribution online or by mail, in honor or memoriam of someone. Specific instructions are outlined below. Thank you again for giving back to the Wildcat community.

    

## GIVE ONLINE

Make your tax-deductible donation in a secure and convenient way. Pay with a credit card or through your PayPal account.

DONATE NOW

## MATCHING GIFTS

Does your employer match your giving? Thousands of companies support their workforce by matching gifts to the institutions their employees care about. To see if your company is one, check the database of matching gift companies before making your donation. Learn how you can increase your giving with matching gifts!

READ MORE

## MEMORIAL & TRIBUTE GIFTS

Make a donation in memory or on behalf of a wildcat. We make it easy to give for any occasion.

READ MORE

---

## ABOUT US

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

## ADDRESS

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

## SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

 

# 2020

# Bylaws



National Alumni Association
Bethune-Cookman University, Inc.
4/28/2020

**Q-3**

# NATIONAL ALUMNI ASSOCIATION

# MANUAL OF OPERATIONAL PROCEDURES



**DAYTONA BEACH, FLORIDA**

**REVISED: JUNE 2020**

**Q-4**

# NAA HISTORY AND STRUCTURE



This section contains information about the history of the National Alumni Association, National Convention, and the structure of its makeup, individual/chapter/Life membership guidelines and related processes.



Dr. Mary McLeod Bethune
National Alumni Association

ALUMNI NEWS

*Scroll Down*



## Alumni Newsletter Submission

Please click below to submit chapter updates, news, events, and alumni spotlights.
Submissions are due on the 1st of every month.

**CLICK HERE**

ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

| Name |
|---|

| Email Address |
|---|

| Subscribe Now |
|---|

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org



# Dr. Mary McLeod Bethune
# National Alumni Association

HOME          ABOUT US          MEMBERSHIP          TRANSPARENCY          DONATE          EVENTS          CONTACT          RESOURCES



**Q-6**



ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org





# Dr. Mary McLeod Bethune
# National Alumni Association

HOME          ABOUT US          MEMBERSHIP          TRANSPARENCY          DONATE          EVENTS          CONTACT          RESOURCES



## NAA B-CU
## Bio-Questionnaire

The NAA B-CU's History Committee is documenting the stories of Alumni for preservation at the University archives. Please complete this questionnaire.

Learn More



## Tell Us About Your Experience
## at B-CC/B-CU

Share the story of your time as a student at Bethune-Cookman to be shared for generations to come.

Learn More

### ABOUT US

### ADDRESS

### SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a
comprehensive alumni association dedicated to
serving alumni and Bethune-Cookman
University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

  

# THE NATIONAL ALUMNI ASSOCIATION PRESENTS



**Q - 8**



HOME       ABOUT US       MEMBERSHIP       TRANSPARENCY       DONATE       EVENTS       CONTACT       RESOURCES



READ MORE   >

Q-9

# New Logo Competition

The purpose of this contest is to design a logo to be used by the NAA. The logo's design should reflect the values of NAA. This includes promoting the legacy of our esteemed founder, Dr. Mary McLeod Bethune. The logo should incorporate the full NAA name. The logo must be appropriate for a professional business setting. Entries must be submitted as a PNG files. The logo must be easy to use, handle, resize, and manipulate for all reproduction purposes. It should be visually appealing on both small (as small as 2 cm x 2 cm) and large scales.

Switch account

The name and photo associated with your Google account will be recorded when you upload files and submit this form. Only the email you enter is part of your response.

* Required

Email *

Your email

First Name *

Your answer

Last Name *

Your answer

**Q-10**

Postal Address *

Your answer

Cell Number *

Your answer

Upload PNG file here for submissions. *

⬆ Add file

Please fill free to express your design and or   on  ept in detail.

Your answer

A copy of your responses will be emailed to the address you provided.

Submit                                          Clear form

Never submit passwords through Google Forms.

**reCAPTCHA**
Privacy  Terms

This form was created inside of Bethune-Cookman University National Alumni Association. Report Abuse

**Google** Forms

-----Original Message-----
From: Dr. Mary McLeod Bethune National Alumni Association <jmccray@mmbnaa.org>

Sent: Thu, Nov 11, 2021 4:17 pm
Subject: Happy Veterans Day to Chapter Presidents & Chapter Members

## From the desk and pen of Johnny McCray, President of the MMBNAA

**Greetings Fellow Alumni:**

Today, the United States observes Veterans Day, honoring its citizens who serve and have served in the armed forces. This day serves as a formal recognition of the commitment and valor that safeguards the rule of law and protects us all. Everyday, we acknowledge the sacrifice this requires of our military personnel and their families.

Our esteemed founder, Dr. Mary McLeod Bethune, was no stranger to supporting her people and the armed forces. During the war years, the National Council of Negro Women, under Dr. Bethune's leadership, focused on, among other projects, a campaign for the admission of African American women into the Women's Auxiliary Army Corps (WAACS) and the appointment of Women for Voluntary Emergency Service (WAVES). In 1944, Dr. Bethune toured hospitals in the First, Second, and Third Service Commands, advising on the rehabilitation of America's war veterans.

Today, the Dr. Mary McLeod Bethune National Alumni Association joins the country in saluting our alumni, students, faculty, and staff, who have served in the military. But we also honor them every day by supporting their work as a year-round demonstration of our continued commitment to veterans when they return home. In that way, we uphold the principles of liberty and freedom for which so many have worked so hard and given so much.

**Q-11**

**Thank you for your patriotic sacrifice. You are "The Real Heroes"!**

**Best regards,**


**Johnny L. McCray, Jr., Esq.**

**President, MMBNAA**


Your copy should address 3 key questions: Who am I writing for? (Audience) Why should they care? (Benefit) What do I want them to do here? (Call-to-Action)

Create a great offer by adding words like "free" "personalized" "complimentary" or "customized." A sense of urgency often helps readers take an action, so think about inserting phrases like "for a limited time only" or "only 7 remaining!"



MMBNAA | 5460 N Ocean Dr., 12b, Riveria Beach, FL 33404

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by jmccray@mmbnaa.org powered by



Try email marketing for free today!

-----Original Message-----
From: Dr. Mary McLeod Bethune National Alumni Association <info@mmbnaa.org>
To: chriteb@cookman.edu
Sent: Thu, Nov 25, 2021 10:00 am
Subject: Special Thanksgiving From MMBNAA President McCray



**From the desk and pen of Johnny McCray President of the MMBNAA**

Wildcats:

It's Thanksgiving and I would like to share a message of gratitude with you. Thanksgiving affords us the opportunity to take the time to assess our lives and reflect on all that we're grateful for.Though the last several months have been unlike anything we could have ever imagined or thought about. It would be easy to focus on the difficult times and challenges we have faced, but I hope this Thanksgiving and the days to come allow us to pause and focus our attention on the people and occasions that have meant so much to us.

I am grateful for the resilience of the Dr. Mary McLeod Bethune National Alumni Association, Inc. Much like our esteemed founder and namesake, the MMBNAA is committed to the cause of making a difference in the lives of those who need and desire to become formally educated. Collectively, we will support, preserve, and promote the legacy of Dr. Bethune by, among other initiatives, preparing ourselves to provide scholarships to needy and deserving students aspiring to matriculate at our alma mater.

I am grateful to lead the MMBNAA at such an important time in our alma mater's history. I take very seriously the responsibility given to me, and I know that I am serving as a steward of this amazing organization that has the moral responsibility to provide meaningful oversight of our alma mater as well as call for accountability, and to transform the lives of our young people through assisting them in gaining a college education.

Personally, I am grateful for my family – for my wife Karen and my three kids, Lauren, Johnny III and AJ. They remind me of what's truly important in my life and bring me great joy.

I know this year's Thanksgiving gatherings will be close to normal and is likely different than last year; you are once again able to be with family and friends. I hope nevertheless you're able to take some time and reflect on the many blessings in your own life.

Peace and all good. And may God bless you and your families. Spread the gratitude, love and joy!

Johnny L. McCray, Jr., Esq. '78

  

**Q-12**

**Fw: Support Our Fellow Wildcats**



Dr. Mary McLeod Bethune
National Alumni Association

**News & Updates**

Visit our Website

# Hail Wildcats!

Anthony Barfield, c/o 2003, who is one of our dedicated Wildcats and an active member of the NAA has been nominated as the 2021 Grand Marshal for the 50th Annual Holiday Parade for the City Boynton Beach, FL. The parade will take place on December 4th, beginning at 4p in #downtownboynton.

The person with the most Facebook photo "LIKES" will be invited to be the Grand Marshal. Votes will be tallied on Tuesday, November 30 at 4:00 PM.

As of November 29th at 8:30pm-EST, he ranked in 3rd place.



Here is the nomination that was submitted on his behalf.

*In what ways has the nominee helped a fellow resident during the COVID-19 pandemic?*

"During the pandemic, Mr. Barfield didn't give up on trying to provide music instruction Online and in-person to the students of Boynton Beach High. He provided high quality instruction and genuinely showed humility with the many different situations."

*Why does the nominee deserved to be honored?*

"Anthony deserves this honor because he has been caring for his wife who was diagnosed with cancer for the second time. He has been by her side while maintaining the band program."

  

**VOTE NOW BY LIKING HIS PHOTO ON FACEBOOK**

**Q-13**

**The UNCF Torch Bearer Magazine**

Kudos to our Director of Public Relations, Anthony H. Brown, c/o 1992, who also leads the UNCF National Alumni Council. Under his leadership, his team has created this electronic-interactive magazine. The Torch Bearer is the official publication of UNCF National Alumni Council & National Pre-Alumni Council, the entire HBCU community, institutions, supporters and friends. The management and staff are committed to provide relevant topics and stories, to include, HBCU Advocacy, Student Recruitment/Scholarships, Alumni Engagement, Fundraising, Networking & Career Development and HBCU Sports & Entertainment.



  

National Alumni Association Bethune-Cookman University | PO BOX 11646, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by jmccray@mmbnaa.org powered by



Try email marketing for free today!



  

 Dr. Mary McLeod Bethune Nati... 



## About                                      See all

558 Oak St Daytona Beach, FL 32114

The Dr. Mary McLeod Bethune National Alumni Association (MMBNAA) is a non-profit organization which provides financial support to the University through networking and programs to increase social and professional interaction. **See less**

The Dr. Mary McLeod Bethune National Alumni Association (DMMB NAA) is a group of graduates of Bethune-Cookman. The mission is to primarily support recruitment of students and networking for all alumni. We are a non-profit organization which provides financial support to the University through networking and coordination of efforts, activities, and programs to increase social and professional interaction among alumni. **See less**

 Dr. Mary McLeod Bethune Nati...    ✉ Send Email    👍 Like    💬 Message    🔍    •••

## About                    See all



📍 558 Oak St Daytona Beach, FL 32114

ℹ️ The Dr. Mary McLeod Bethune National Alumni Association (MMBNAA) is a non-profit organization which provides financial support to the University through networking and programs to increase social and professional interaction. **See less**

ℹ️ The Dr. Mary McLeod Bethune National Alumni Association (DMMB NAA) is a group of graduates of Bethune-Cookman. The mission is to primarily support recruitment of students and networking for all alumni. We are a non-profit organization which provides financial support to the University through networking and coordination of efforts, activities, and programs to increase social and professional interaction among alumni. **See less**

👍 3,585 people like this including 1 of your friends




**PINNED POST**

 **Dr. Mary McLeod Bethune National Alumni Association**    •••
November 13 at 7:30 AM · 🌐

Florida Classic Game Day Transportation

Wildcats roaring at the Florida Classic.
Round Trip Transportation From The Rosen Centre Hotel To The Stadium.... **See more**



**Q-15**



Dr. Mary McLeod Bethune
National Alumni Association

HOME    ABOUT US    MEMBERSHIP    TRANSPARENCY    DONATE    EVENTS    CONTACT    RESOURCES



EVENTS



Sat, Nov 20  |  Rosen Centr...

Florida Classic
Game Day
Transportatio
n Rosen
Centre Hotel



Register Now



Sat, Oct 23 | Mississippi V...

## Wildcats Roar On The Road

Join us on the road to Mississippi as we fight the Jackson State University Tigers. #HailWildcats #BCUBeatJSU #WildcatsRoar

Details



Fri, Oct 08 | Daytona Beach

## The Alumni Kickback

The Alumni Kickback Rooftop Party - Kickoff your homecoming weekend after the pep rally with your fellow alumni!

Details

Sat, Jun 26  |  Online Event

## 53rd Annual Convention

Join the National Alumni Association of Bethune-Cookman University, Inc. for the 53rd Annual Convention. Don't miss The Year of the Resilient Wildcat: Renewing the B-C in U!

Details





Thu, Jun 17  |  Online Event

## NAA B-CU Convention Town Hall

Details

Wed, Apr 28  |  Livestream ...

## Meet the Candidates



Meet the candidates for the
2021 election season in a

[ Details ]





Sat, Apr 10 | Zoom

Alumni Town

[ Details ]

Sat, Mar 20 | Zoom

Alumni Town
Hall

Join the National Alumni
Association of Bethune-
Cookman University, Inc. for
a special town hall meeting
regarding the recent
resignation of university
president Dr. E. LaBrent

[ Details ]





Sat, Feb 27  |  Zoom

## Alumni Membership Rally

Wildcats...It's Time to Get on the Bus! Join the NAA B-CU for an evening of fun and fellowship as we seek to increase membership within

Details

Wed, Jan 13  |  Zoom

## A Virtual Evening with Master Sculptor Nilda Comas

Join NAA B-CU for a conversation with Nilda

Details





Wed, Dec 16  |  Online Event

## WILDCAT WINTER WONDERLAND



You are invited to our
Wildcat Winter Wonderland,
a scholarship fundraiser for
Hillsborough Alumni Chapter

Details

---



Sat, Nov 21 | Zoom

## Florida Classic Wildcat Pep Rally

Join the NAA B-CU on the
zoom platform for the
Florida Classic Wildcat Pep
Rally. Hosted by Comedian
ROD Z, music by DJ ChiTunes,

Details

---



Sat, Oct 10 | Zoom

## Virtual Wildcats Homecoming Pep Rally

To join the Wildcat Virtual
Homecoming Pep Rally use
the Zoom meeting
information below. Meeting

---



Thu, Sep 03  |  Zoom

ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org



-----Original Message-----

From: Dr. Mary McLeod Bethune National Alumni Association <Info@mmbnaa.org>

Sent: Sat, Nov 13, 2021 7:30 am
Subject: Florida Classic Game Day Transportation Rosen Centre Hotel

## Florida Classic Game Day Transportation

**Wildcats roaring at the Florida Classic.**
**Round Trip Transportation From The Rosen Centre Hotel To The Stadium.**



**Q-17**

   

MMBNAA | 5460 N Ocean Dr., 12b, Riveria Beach, FL 33404

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by info@mmbnaa.org powered by



Try email marketing for free today!





From: The National Alumni Association.... <info@naabcu.org>
Sent: Tue, Oct 5, 2021 6:00 pm
Subject: Hope To See You on The Yard...

## The National Alumni Association...

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar

**Q-19**











National Alumni Association... | PO BOX 11646, Daytona Beach, FL 32120

## Dr. Mary McLeod Bethune National Alumni Association
## Monthly News & Updates

Visit our Website

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar



**Q-20**





T0500000 1399

---

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

789/2928/740/671

Florida

Office Use Only



300060155463

10/03/05--01058--032   **175.00

W05-45676
T05-1399

C5 OCT 27 AM 9:08

FILED
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**EXHIBIT
R**



**FLORIDA DEPARTMENT OF STATE**
Glenda E. Hood
Secretary of State

October 4, 2005

FLORIDA A&M UNIVERSITY, % GLYNDELL B. PRESLEY
1601 MARTIN LUTHER KING JR. BLVD.
SUITE 103, LEE HALL
TALLAHASSEE, FL  32307

SUBJECT: FLORIDA CLASSIC AND DESIGN OF A BETHUNE-COOKMAN
FOOTBALL HELMET AND A FAMU FOOTBALL HELMET FACING EACH
OTHER AGAINST AN INVERTED TRIANGLE, THE WORDS "FLORIDA
CLASSIC" WRITTEN ABOVE THE HELMETS
Ref. Number: W05000045676

We have received your document for FLORIDA CLASSIC AND DESIGN OF A
BETHUNE-COOKMAN FOOTBALL HELMET AND A FAMU FOOTBALL
HELMET FACING EACH OTHER AGAINST AN INVERTED TRIANGLE, THE
WORDS "FLORIDA CLASSIC" WRITTEN ABOVE THE HELMETS and your
check(s) totaling $175.00.  However, the enclosed document has not been filed
and is being returned for the following correction(s):

You must list a more specific service in #2(a) in Part I of the application.

Your mark contains word(s)/design(s) that must have a disclaimer.  All
geographical terms, such as cities, states, countries, and designs of same, must
be disclaimed.  Some commonly used words and corporate suffixes must also be
disclaimed. You must disclaim the following term(s) by completing the disclaimer
statement found in #2 of Part III of the application: "FLORIDA"

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6918.

Nanette Causseaux
Document Specialist Supervisor                    Letter Number: 805A00060228



**FLORIDA DEPARTMENT OF STATE**
Glenda E. Hood
Secretary of State

October 13, 2005

FLORIDA A&M UNIVERSITY, % GLYNDELL B. PRESLEY
1601 MARTIN LUTHER KING JR. BLVD.
SUITE 103, LEE HALL
TALLAHASSEE, FL 32307

SUBJECT: FLORIDA CLASSIC AND DESIGN OF A BETHUNE-COOKMAN
FOOTBALL HELMET AND A FAMU FOOTBALL HELMET FACING EACH
OTHER AGAINST AN INVERTED TRIANGLE, THE WORDS "FLORIDA
CLASSIC" WRITTEN ABOVE THE HELMETS
Ref. Number: W05000045676

We have received your document for FLORIDA CLASSIC AND DESIGN OF A
BETHUNE-COOKMAN FOOTBALL HELMET AND A FAMU FOOTBALL
HELMET FACING EACH OTHER AGAINST AN INVERTED TRIANGLE, THE
WORDS "FLORIDA CLASSIC" WRITTEN ABOVE THE HELMETS and your
check(s) totaling $175.00.  However, the enclosed document has not been filed
and is being returned for the following correction(s):

You failed to make the correction(s) requested in our previous letter.

You must list a more specific service in #2(a) in Part I of the application.

If you use this mark with an annual event or a combination of events, we  must
know what those events are, and the services these events are providing.

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6918.

Nanette Causseaux
Document Specialist Supervisor                    Letter Number: 805A00062554

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
### PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:    **Division of Corporations**
       **Post Office Box 6327**
       **Tallahassee, FL 32314**

Name & address to whom acknowledgment should be sent:

## Florida A&M University

c/o Glyndell B. Presley, 1601 Martin Luther King Jr. Blvd., Suite 103 Lee Hall

## Tallahassee, Florida 32307

( 850 )  599-3413
Daytime Telephone number

### PART I

1. (a) Applicant's name: **Florida A&M University and Bethune-Cookman College**

   (b) Applicant's business address: **1601 Martin Luther King Jr. Blvd., Suite 103 Lee Hall**

   **Tallahassee, Florida 32307**
   City/State/Zip

   If different, Applicant's mailing address: _____

   _____
   City/State/Zip

   (c) Applicant's telephone number: ( 850 )  599-3413
   ☐ Individual        ☐ Corporation        ☐ Joint Venture     ☑ Other: _____
   ☐ General Partnership   ☐ Limited Partnership   ☐ Union

   If other than an individual,

   (1) Florida registration/document number: _____   (2) Domicile State: _____

   (3) Federal Employer Identification Number: **59-0977035**

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
       (i.e., furniture moving services, diaper services, house painting services, etc.)

   Education and entertainment; and miscellaneous *Printing and publication of*
   *books, signs, brochures, labels, decals* ~~for~~ *our annual*
   ~~Florida~~ *Classic between the two colleges in November. Example: Classic*
   *football game and tickets*

   (b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
       (i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

   _____

   _____

   (c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

   Labels, decals, newspaper advertisements, brochures, signs, books and other miscellaneous items.

   _____

   _____

   (Continued)

d) The class(es) in which goods or services fall:

41 and 42

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: 11-24-97 _____    (b) Date first used in Florida: 11-24-97 _____

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

A Bethune-Cookman football helmet and a FAMU football helmet facing each other against an inverted triangle. The words "Florida Classic" are written above the helmets.

English Translation_____

2. DISCLAIMER (if applicable)

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " Florida _____ " APART FROM THE MARK AS SHOWN.

I, Florida A&M University and Bethune-Cookman College , *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct*

Florida A&M University
Typed or printed name of applicant

Glyndell Pres , Director of Publications
Applicant's signature
(List name and title)

STATE OF FLORIDA

COUNTY OF LEON

On this 8th day of September , 2005 . Glyndell Pres By personally appeared before me,

☑ who is personally known to me    ☐ whose identity I proved on the basis of _____

(Seal)

Abigail V. Raddar
Notary Public Signature

Abigail V. Raddar
Notary's Printed Name

My Commission Expires: April 29, 2005

**FEE: $87.50 per class**

NOTARY PUBLIC STATE OF FLORIDA

ABIGAIL V. RADDAR
MY COMMISSION # DD 207141
EXPIRES: April 29, 2007
1-800-3-NOTARY    FL Notary Discount Assoc Co



Florida Citrus Sports                                                                                              9/7/05 12:41 PM

**F C S P O R T S . C O M** .............................................................................                    **SEARCH**



# FLORIDA CLASSIC

       

About FCSports | Bowl Patch | Club Suites | Official Partners | Media | Membership | Sponsorship | Stadium | Varsity Club

| TICKETS | BETHUNE-COOKMAN COLLEGE | FLORIDA A&M | HISTORY | MEDIA |



Rodney Johnson rumbled for a 15-yard touchdown in overtime to lead BCC past FAMU in the Walt Disney World Florida Classic in 2004.

**Walt Disney World Florida Classic Tickets On Sale Wednesday, June 1**

Tickets for the 2005 Walt Disney World Florida Classic will go on sale beginning at 10:00 a.m. on Wednesday, June 1. The 26th Annual Classic, which features intra-state rivals Bethune-Cookman College and Florida A&M University, will be played Saturday, November 19 in the Florida Citrus Bowl Stadium at 4:00 p.m.
Complete Story

# T05000001399

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000354105700

10/30/20--01017--004   **175.00

K. SALY
NOV 3 2020

Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Szinapstajler
Matthew S. Welch
Robert E. Doan
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Joseph A. Cottingham
Nika K. Hosseini
Sydney V. Cichon



Attorneys at Law
Since 1925

Daytona Beach · DeLand

149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
(386) 255-8171
CobbCole.com

OF COUNSEL
Harold C. Hubka
Larry D. Marsh

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2001)
W. Warren Cole, Jr.
(1926-2008)

October 22, 2020

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

Re:    State Trademark Registration
       Bethune-Cookman University, Inc.
       Registration No.: T05000001399

To Whom It May Concern:

Enclosed please find the Mark Renewal Application for the above-referenced Trademark and our firm's check in the amount of $175.00 to cover the renewal fee.

Should you need anything further, please feel free to contact our office.

Sincerely,

**Heather Bond Vargas**
Board Certified in Intellectual Property Law
Direct Dial (386) 323-9220
Email Heather.Vargas@CobbCole.com

Enclosures
1. Application
2. Check

# MARK RENEWAL APPLICATION

Name and Mailing Address of Owner:

Florida A&M University

1700 Lee Hall Drive, Suite 304

Tallahassee, FL 32307

Return To: Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

1) Mark Registered: Florida Classic and design

2) Registration Number: T05000001399

3) Date Filed: 10/27/2005     4.) Renewal Date: 10/27/2020     5.) Class(es) Filed: 41 & 16

6) Renewal statement pursuant to section 495.071, Florida Statues.  Below you must state the mark is still in use in Florida or state the reason for its nonuse is not due to any intention to abandon the mark.

Mark is still in use in Florida.

7) If the mark is still in use, a specimen showing actual use of the mark is included with this application.

8) If applicant is a business entity, enter the state of incorporation/formation/organization: FL

Fee: $87.50 Per Class
Certificate of Renewal: $8.75
(Optional)

Florida A&M University

Typed or Printed Name of Owner

Owner's Signature or Authorized  Person's Signature

STATE OF FLORIDA
COUNTY OF _LEON_

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this (numeric date) this ___23rd___ day of ___October___ ,__2020__ by ( _Larry Robinson_ ).
                              numeric date              month          year     name of person making statement

ABIGAIL VALERIE RADDAR
MY COMMISSION # GG056593
EXPIRES January 26, 2021

_Abigail V. Raddar_
Notary Public's Signature

_Abigail V. Raddar_
Notary Public's Printed Name

Personally Known ☑ OR Produced Identification ☐ _____

Type of Identification Produced: _____

CR2E005 (1/20)

# MARK RENEWAL APPLICATION

Name and Mailing Address of Owner:

| Bethune-Cookman University, Inc. |
| 640 Dr. Mary McLeod Bethune Blvd. |
| Daytona Beach, FL 32114 |

1)

Return To:  Division of Corporations
P.O. Box 6327
Tallahassee, FL  32314

Mark Registered:  Florida Classic and design

2)  Registration Number: T05000001399

3)  Date Filed: 10/27/2005      4.)  Renewal Date: 10/27/2020      5.)  Class(es) Filed: 41 & 16

6)  Renewal statement pursuant to section 495.071, Florida Statues.  Below you must state the mark is still in use in Florida or state the reason for its nonuse is not due to any intention to abandon the mark.

Mark is still in use in Florida.

7)  If the mark is still in use, a specimen showing actual use of the mark is included with this application.

8)  If applicant is a business entity, enter the state of incorporation/formation/organization: FL

Fee: $87.50 Per Class
Certificate of Renewal:  $8.75
(Optional)

Bethune-Cookman University, Inc.
_____
Typed or Printed Name of Owner

_____
Owner's Signature or Authorized  Person's Signature

STATE OF FLORIDA
COUNTY OF Volusia

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this (numeric date) this ____ day of October ,2020. by ( Elrie LaBrent Chrite ).
                                          month        year        name of person making statement

_____
Notary Public's Signature

Fanita L. Kirkland
Notary Public's Printed Name

Personally Known ☒ OR Produced Identification ☐ _____

Type of Identification Produced:  N/A

CR2B005 (1/20)



## FLORIDA CLASSIC CONSORTIUM EVENTS



**Florida Blue Florida Classic**
Date TBD
Kickoff TBD - Camping World Stadium
FanFest TBD   Free admission

Historic rivals Bethune-Cookman University and Florida A&M University meet on the gridiron for the 41st annual Florida Blue Florida Classic



COUNTDOWN TO KICKOFF

