**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **BETHUNE-COOKMAN** | ) | |
| **UNIVERSITY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.  6:22-cv-0047-WWB-GJK** |
| | ) | |
| **DR. MARY MCLEOD BETHUNE** | ) | |
| **NATIONAL ALUMNI** | ) | |
| **ASSOCIATION, INC., MARY** | ) | |
| **MCLEOD BETHUNE** | ) | |
| **NATIONAL ALUMNI** | ) | |
| **ASSOCIATION, INC., and** | ) | |
| **JOHNNY L. MCCRAY, JR.,** | ) | |
| **individually,** | ) | |
| | ) | |
| **Defendants.** | | |

## <u>FIRST AMENDED VERIFIED COMPLAINT</u>

Plaintiff, BETHUNE-COOKMAN UNIVERSITY, INC. (the "**University**" or

"**Plaintiff**"), sues DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI

ASSOCIATION, INC. ("**Former Alumni Association**"), MARY MCLEOD

BETHUNE NATIONAL ALUMNI ASSOCIATION, INC. ("**Second Former**

**Alumni Association**")[1], and JOHNNY L. MCCRAY, JR. ("**MCCRAY**"),

---

[1] The Case Management and Scheduling Order ("CMO") sets the deadline for
motions to add parties or to amend pleadings as July 31, 2022, unless for good cause
shown.  The University previously filed its Motion for Leave Amend Complaint
setting forth its "good cause."  (Doc. 30).  However, it was denied as moot on

individually, (collectively "**Defendants**"), and as grounds for its First Amended Complaint, states as follows:

## INTRODUCTION

1.      The University's Founder, Dr. Mary McLeod Bethune, started a school for girls in 1904, which became Bethune-Cookman College, Inc. and thereafter, Bethune-Cookman University, Inc.

2.      The Former Alumni Association is a Florida corporation comprised of some of the University's alumni, who raise funds in the University's name and for its benefit. Until recently, the University allowed the Former Alumni Association to use its name and trademarks in its fundraising efforts.

3.      The Second Former Alumni Association is a Florida Corporation that filed its Articles of Incorporation with the Division of Corporations, Secretary of State, State of Florida, on June 13, 2022.  Upon information and belief, the Former Alumni Association is now using this business entity to conduct all or some of its affairs.

4.      At all relevant times, Defendant, MCCRAY, was and is the President of the Former Alumni Association and the Second Former Alumni Association.

5.      On September 1, 2021, the University's Board of Trustees voted to

---

September 22, 2022, after the Court issued its Order on Defendants' Motion to Dismiss Complaint, which granted leave to amend to the University.  (Doc. 31 and Doc. 32).

disassociate from the Former Alumni Association and to establish the University's own Alumni Direct Support Organization[2] for the University to fundraise and support alumni affairs. The University's Board of Trustees made this decision in light of the Southern Association of Colleges and Schools - Commission on Colleges ("SACS") accreditation standards and requirements, and the need to have control and oversight over its fundraising activities.

6.     The Former Alumni Association has not filed its IRS Form 990 information returns since 2016, therefore, losing its tax-exempt status with the IRS.

7.     Further, the Former Alumni Association's leadership, including MCCRAY, has made publicly disparaging remarks about the University and its Board of Trustees.  *See i.e.*, Article authored by the Former Alumni Association's President, Johnny L. McCray, Jr., attached hereto as "**Exhibit A**."

8.     With this disassociation, the Former Alumni Association is no longer permitted to use the University's name, likeness, logos, or trademarks, or represent itself publicly as associated with the University.

9.     Despite several demands by the University to the Former Alumni Association to stop using the University's name, likeness, logos, or trademarks or representing itself publicly as associated with the University, the Former Alumni

---

[2] Direct Support Organizations are widely and successfully used across the nation by universities to establish a direct connection between the University and its alumni using more organized, structured, and effective alumni-driven programming and fundraising.

Association and Second Former Alumni Association, at the authorization and direction of MCCRAY, still uses the University's name, likeness, logos, and trademarks, or falsely represents that it is associated with the University.

10.     Due to the Former Alumni Association's failure to comply with the University's repeated demands, the University seeks relief from this Court from the Former Alumni Association's and Second Former Alumni Association's continued false association with the University and use of the University's trademarks and tradenames.

## PARTIES

11.     The University is a Florida not for profit corporation, with its principal place of business in Volusia County, Florida.

12.     The Former Alumni Association is a Florida not for profit corporation, with its principal place of business in Volusia County, Florida.

13.     The Second Former Alumni Association is a Florida not for profit corporation, with its principal place of business in Volusia County, Florida.

14.     At all relevant times, Defendant, MCCRAY, was and is the President of the Former Alumni Association and Second Former Alumni Association, and is a resident of Broward County, Florida.

## JURISDICTION AND VENUE

15.     The Court has jurisdiction over the Former Alumni Association

and Second Former Alumni Association because they are Florida corporations doing business in the State and have substantial, continuous and systematic contacts with the State of Florida.  As a result, it is fair and reasonable to require it to defend this action in Florida.

16.     Defendant, MCCRAY, resides in the State of Florida.

17.     The Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a), because the Former Alumni Association and Second Former Alumni Association are in violation of the Lanham Act (15 U.S.C. § 1051, *et seq*.).  Further, the Court has subject matter jurisdiction over all claims arising under state law pursuant to 28 U.S.C. § 1367 (supplemental jurisdiction).

18.     Venue is proper in this Court, as the University's, the Former Alumni Association's, and Second Former Alumni Association's respective principal places of business are located in Volusia County, in the Middle District of Florida, and the substantial part of the events or omissions giving rise to this claim occurred in Volusia County, in the Middle District of Florida.

## FACTUAL ALLEGATIONS

### THE UNIVERSITY'S HISTORY AND TRADEMARKS

19.     On October 3, 1904, an exceptional young Black woman, Mary McLeod Bethune, opened the Daytona Literary and Industrial Training School

5

for Negro Girls—what would become Bethune-Cookman University—with $1.50, faith in God and six students, five little girls, and Dr. Bethune's son, Albert Bethune[3].

20.    In 1923, the school merged with the Cookman Institute of Jacksonville, Florida, which had been founded in 1872. The Cookman Institute was the first institution of higher education of Blacks in the State of Florida.  The merger of the two schools was finalized in 1925. The merged institution was called the Daytona-Cookman Collegiate Institute[4].

21.    In 1931, the College became accredited by the Association of Colleges and Secondary Schools of the Southern States, as a junior college and on April 27 of that year, the school's name was officially changed to Bethune-Cookman College to reflect the leadership of Dr. Mary McLeod Bethune[5].

22.    In 2007, Bethune-Cookman College achieved university status, having added a graduate program in transformational leadership to its offerings[6].

23.    On May 11, 2004, the University applied for the trademark "BETHUNE-COOKMAN" which was registered with the United States Patent & Trademark Office ("USPTO") on November 1, 2005, Registration Number

---

[3] https://www.cookman.edu/history/index.html
[4] https://www.cookman.edu/history/index.html
[5] https://www.cookman.edu/history/index.html
[6] https://www.cookman.edu/history/index.html

3010916, and is used for, *inter alia*, printed instructional, educational, and teaching materials in the fields of art, humanities, business, education, nursing, science, engineering, mathematics, and social sciences, stationery, folders, writing instruments, binders, calendars, posters, letter openers, shirts, pants, headwear, footwear, shorts, sleepwear, baby bibs not of paper, undergarments, and ties.

24.     The University's first use in commerce of the "BETHUNE-COOKMAN" trademark was at least as early as 1926.  A true and correct copy of Registration No. 3010916 is attached hereto as "**Exhibit B**."

25.     The University also owns the service mark "BETHUNE-COOKMAN" under Registration Number 2997255, for education and entertainment services, namely, providing courses of instruction at the university level, arranging and conducting athletic sporting events, and live performances by a musical band, a choral group or an orchestral performing group. The service mark was first used in commerce as early as 1926. A true and correct copy of Registration No. 2997255 is attached hereto as "**Exhibit C**."

26.     The University's "BETHUNE-COOKMAN" trademark and service mark is similarly registered in Florida. A true and correct copy of Florida Registration Number T06000001446 is attached hereto as "**Exhibit D**."

27.     The University owns[7] the service mark "FLORIDA CLASSIC",

---

[7] This mark is jointly owned by the University and the Florida Agricultural and

under Registration Number 3031481, for entertainment services, namely, football games, golf tournaments, galas, marching band events, dance events, fashion shows, festivals, and live performances by a musical band, a choral group, or an orchestral performance, and for serving food and beverages at luncheons.  The mark was first used in commerce at least as early as 1978.  A true and correct copy of Registration No. 3031481 is attached hereto as "**Exhibit E**."

28.     The University's "FLORIDA CLASSIC" service mark is similarly registered in Florida. A true and correct copy of Florida Registration Number T06000001498 is attached hereto as "**Exhibit F**."

29.     The University also owns the trademark and service mark under Registration Number 1974478, consisting of the University's seal described as "two parallel circles encircling an inverted trisected isosceles triangle in which the words 'HEAD', 'HAND', and 'HEART' are arranged clock-wise within each section; the dates '1923', '1872' and '1904' are arranged in a clockwise fashion between the isosceles triangle and the inner circle; reading left to right across the top from the 7:00 position to the 5:00 position of the boarder of the circle is '*BETHUNE-COOKMAN UNIVERSITY*'; printed along the bottom border of the circle is the year '2007'" for non-metal key-chains and for education [and entertainment] services; namely, providing courses of instruction at the college

---

Mechanical University Board of Trustees ("FAMU").

level:



30.     This mark was first used in commerce at least as early as 1923. A true and correct copy of Registration No. 1974478 is attached hereto as "**Exhibit G**."

31.     This mark was also registered in Florida. A true and correct copy of Florida Registration Number T11000000242 is attached hereto as "**Exhibit H**."

32.     The University owns the service mark under Registration Number 4406777, which consists of an angle view of a wildcat's head, for education services in the nature of courses at the university level, entertainment in the nature of beauty pageants, entertainment services in the nature of dance, musical, theater, pep rally, parades, performing arts, comedy and step performances, fashion modeling for entertainment purposes, organizing and conducting college sport competitions and athletic events:



33.     The mark was first used in commerce at least as early as August 1996. A true and correct copy of Registration No. 4406777 is attached hereto as "**Exhibit I**."

34.     The aforementioned trademarks and service marks are valid and subsisting in law, were duly and legally issued, and constitute constructive notice of the University's ownership of the marks in accordance with Sections 7(b) and 22 of the Federal Lanham Act, 15 U.S.C. §§ 1115(a), 1057(b), and 1072.

35.     Further, the USPTO has issued a Notice of Acceptance under Section 8 of the Lanham Act,  15 U.S.C. §1058(a)(l) and Section 15 of the Lanham Act, 15 U.S.C. §1065  for the aforementioned trademarks and service marks. Accordingly, the University's rights to these registrations are "incontestable" under Section 15 of the Lanham Act, 15 U.S.C. §1065.

36.     As of the date of this filing, the University also has USPTO trademark applications pending for the mark "BC" (stylized and/or with design), the literal element of which consists of "BC" styled as interlocking block letters, for goods in

10

Classes 20, 21, 16, 25, 14, and 24 specifically, for chairs and portable folding stadium seats, beverageware, decals, folders bearing stationery, pens, spiral-bound notebooks, and three-ring binders, gloves, hats, scarves, shirts, shorts, sweatshirts, jackets, and ties as clothing, keychains:



See USPTO application serial numbers: 90863047; 90863045; 90863053; 90863032; 90862998; 90863036, attached hereto as composite "**Exhibit J**."

37.　　The University first used this mark in commerce at least as early as February 24, 2021.

38.　　The aforementioned registered (or applied for) trademarks and service marks will be collectively referred to herein as the ("University's Marks").

39.　　The University's Marks have been used to identify the University's services and to distinguish them from the services of other educational institutions and organizations. For example, the University prominently displays and uses these marks on school buildings, letterhead, correspondence, direct mailings, its website, and school and Alumni newsletters, among other things.

40.     The University is a tax-exempt institution and accepts contributions from numerous donors each year. The University's Alumni represent a significant segment of the University's donor base. The University regularly employs the University's Marks in its efforts to raise money to further the University's mission.

**THE FORMER ALUMNI ASSOCIATION'S HISTORY AND MISSION**

41.     The Former Alumni Association is an independent corporation, which is not legally affiliated with the University through common ownership or otherwise.

42.     However, from the beginning, cooperation between the University and the Former Alumni Association was integral to the Former Alumni Association's founding and mission.

43.     Indeed, according to its April 28, 2020 Bylaws, the Former Alumni Association's purpose is to maintain intimate and continuous involvement with the University when conducting its fundraising activities and other support on behalf of the University:

> The general purpose of this corporation shall be to perpetuate the history, ideals and philosophy of Bethune Cookman University and to promote the University as an institution of academic excellence and to create and maintain an environment that encourages alumni participation through volunteerism and financial support for the Association and University. In addition, the Association shall maintain, foster and expand the unique and special relationship between the University and its alumni.

44.     A true and correct copy of the Former Alumni Association's April 28,

12

2020 Bylaws are attached hereto as "**Exhibit K**".

45.     The Former Alumni Association's Chapters' Assessments are to include donations to the University:

    a.     Each chapter shall pay an assessment as approved by the Board of Directors each year to include scholarship, donation to the University and operational expenses of the Association.

*See* Former Alumni Association Bylaws at Article I, Section 5.

46.     Further, the Former Alumni Association's website[8] states that its Mission is to serve the University:

## Our Mission

    The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University. The mission of the National Alumni Association is to promote, support, and advance the mission, vision, and core values of Bethune-Cookman University by fostering and enhancing the relationship between the University and its alumni, members, students, friends, and supporters.

47.     Its Vision is to advance the mission of the University:

## Our Vision

    The NAA will be recognized for its outstanding service to alumni and members, and for advancing the mission of Bethune-Cookman University. Through the National Alumni Association, alumni, members, friends and supporters will have a lifelong relationship with the University.

---

[8] https://www.mmbnaa.org/about-us-1 (as of January 6, 2022).

## ACCREDITATION IMPLICATIONS

48.     The University has achieved accreditation with the Southern Association of Colleges and Schools Commission on Colleges ("SACS"). SACS is the body for the accreditation of degree-granting higher education institutions in the Southern states.

49.     To gain or maintain accreditation with SACS, an institution must comply with the standards contained in the *Principles of Accreditation: Foundations for Quality Enhancement* and with the policies and procedures of the Commission.

50.     In recent years, the SACS accreditation standards have been revised to include more stringent standards pertaining to fundraising by "institution-related entities," which are entities organized separate from the University, but whose purpose is to raise funds to support the University and its programs.

51.     Specifically, Section 5.3 of the SACS Accreditation Standards requires the University to exercise sufficient direction and control over the fundraising activities of institution-related entities.

52.     The University will go through the SACS reaffirmation process in 2022.

53.     Failure to comply with the SACS accreditation standards could result in loss of accreditation, which would be devastating to the University. Losing

accreditation would cause the University and its students to lose access to federal student loans and grants through Title IV, Historically Black College and University (HBCU) funding through Title III, and grants, scholarships, and annual distributions through the United Negro College Fund (UNCF).

54.     Loss of accreditation would also of course, negatively impact the University's academic standing, the transferability of academic credits to other accredited institutions, and the value of degrees awarded by the University.

55.     In order to comply with SACS standards and exercise direction and control over institution-related entities' fundraising for the University, the University can create a Direct Support Organization for its alumni and other donors to contribute directly to the University.

56.     Many Southern colleges and universities with SACS accreditation use Direct Support Organizations for this purpose, including, but not limited to the University of Florida and Florida State University.

**FORMER ALUMNI ASSOCIATION'S LOSS OF TAX-EXEMPT STATUS**

57.     In addition to the issue of the University's direction and control over institution-related entities' fundraising for the University, the University has also learned that the Former Alumni Association lost its tax-exempt status with the IRS. According to public records, the Former Alumni Association has not filed its IRS Form 990 information returns since 2016—therefore, losing its tax-exempt status

due to its failure to file three (3) years of IRS Form 990 information returns.

## DISPARAGEMENT BY THE FORMER ALUMNI ASSOCIATION

58.     The Former Alumni Association's leadership has a history of publicly disparaging the University and its Board of Trustees.  *See i.e.* Exhibit A, authored by the Former Alumni Association's President, MCCRAY.

## DISASSOCIATION FROM FORMER ALUMNI ASSOCIATION AND REVOCATION OF PERMISSION TO USE MARKS

59.     The University's Board of Trustees (the "Board") convened on September 1, 2021, and unanimously voted for the University to break ties with and disassociate from the Former Alumni Association, and to create a Direct Support Organization. A true and correct copy of the Board's Resolution is attached hereto as "**Exhibit L**".

60.     Under the Direct Support Organization model, alumni will work directly with the Bethune-Cookman University Office of Alumni Affairs, which allows the University to exercise sufficient direction and control over the fundraising activities for the University, as required by SACS accreditation standards, and for more direct, efficient, and effective alumni engagement.

61.     On or about September 17, 2021, the University's counsel sent a letter to the Former Alumni Association's counsel advising that in light of the resolution passed by the Board, the Former Alumni Association was not legally authorized to use the University's name, likeness, logos, or facilities, or to represent itself

publicly as being associated with the University in any way. A true and correct copy of the September 17, 2021 Letter is attached hereto as "**Exhibit M**."

62.     The Former Alumni Association was previously known as the "National Alumni Association of Bethune-Cookman University, Inc."

63.     After receipt of cease and desist letter(s) from the University, the Former Alumni Association, at the direction and authorization of MCCRAY, changed its name to Dr. Mary McLeod Bethune National Alumni Association, Inc., to remove "Bethune-Cookman University" from its name while continuing to keep the University's Founder's name.

64.     Dr. Mary McLeod Bethune is of course, inextricably associated with the University.  Dr. Bethune is the University's Founder, the University is named after her, and in addition to her statue, her home is located on the University's campus.  Further, a replica of her National Statuary Hall statue was placed in the Riverfront Park in Daytona Beach, Florida, in such a way that it is directly facing the University, because of Dr. Bethune's inextricable ties to the University.

65.     In addition to using the University's Founder's name, the Former Alumni Association, at the direction and authorization of MCCRAY, continued to use the University's likeness, logos, and trademarks, and represent itself publicly as being associated with the University.

66.     The University's counsel sent a second cease and desist letter to the

17

Former Alumni Association's counsel on or about September 29, 2021, again demanding that the Former Alumni Association cease and desist using the University's name, likeness, logos, and trademarks, and representing itself publicly as associated with the University, including using the University's Founder's name, which is inextricably associated with the University—all creating the false impression that the Former Alumni Association is associated with the University. A true and correct copy of the September 29, 2021 Letter is attached hereto as "**Exhibit N**".

67.     In response, the Former Alumni Association's counsel responded advising that the Former Alumni Association would comply by the end of October 2021.  A true and correct copy of the October 5, 2021 Letter received is attached hereto as "**Exhibit O**".

68.     The University responded advising the Former Alumni Association that it already had ample time to disassociate, and that the continued use of the University's name, likeness, and logos, including, *inter alia* on the Former Alumni Association's website, in its email address(es), domain name(s), and flyers circulated, would cause confusion among alumni/donors, in violation of federal and state trademark law. Further, the use of the name of the University's Founder in the Former Alumni Association's new name, would further cause confusion and false association with the University. A true and correct copy of the October 12, 2021

Letter is attached hereto as "**Exhibit P**."

## THE FORMER ALUMNI ASSOCIATION'S CONTINUED INFRINGEMENT AND FALSE ASSOCIATION

69.     The Former Alumni Association is not authorized or licensed by the University to seek contributions from Alumni or the public on the University's behalf, or to use or exploit the University's Marks.

70.     Despite the University's clear notice of disassociation and multiple notices of infringement and demands to cease and desist, the Former Alumni Association, at the authorization and direction of MCCRAY, has continued to represent that it is authorized to contact the University's alumni and solicit donations for the University, and otherwise, willfully infringe upon and dilute the University's Marks by using them without permission. See several flyers, website pages, email correspondence, social media postings, etc. displayed or disseminated by the Former Alumni Association bearing the University's Marks and/or falsely representing service of and association with the University, attached hereto as composite "**Exhibit Q**."

71.     MCCRAY, himself, has authored and disseminated infringing emails that create a false association with the University. *See i.e.* Exhibits Q-11 through Q-13.

72.     See also the Former Alumni Association's logo as of the filing of the original lawsuit, which contains the University's colors, an image of the

19

University's marching band, images of the University's campus buildings and statues, and an image of the University's Founder and her home on campus:



73.     The Former Alumni Association, at the direction and authorization of MCCRAY, continues to use "Dr. Mary McLeod Bethune," the University's Founder, in its name, including having registered this new name with the Florida Division of Corporations.

74.     In addition to the above, the Former Alumni Association has been using the logo of the Alumni Direct Support Organization that the University established to manage the fundraising activities of the University.  A true and correct copy of a Facebook post believed to be from the Former Alumni Association using the University's logo is attached hereto as "**Exhibit R**."  To the extent that the Former Alumni Association disclaims association with the individual who posted the Facebook post, then this is also clear evidence of confusion of the public as to the association of the University (and its Direct Support Organization) and the Former Alumni Association.

75.     This unauthorized commercial use of the University's Marks and

20

false association with the University is designed to willfully and/or intentionally trade on the goodwill of the University's Marks and cause confusion and deception in the marketplace among customers intending to purchase goods and services affiliated with or otherwise authorized by the University, and among donors who intend to provide funds for the benefit of the University. *See Cyclonaire Corp. v. United States Systems, Inc.,* 209 U.S.P.Q. 310, 314 (D.Kan. 1980) ("A party with a prior relationship with the first mark has a greater duty to adopt a clearly distinguishable mark than does a mere stranger."); *see also Sicilia Di R. Biebow & Co. v. Ronald Cox,* 732 F.2d 417, at 432 (5th Cir.1984) ("We think that Cox's prior role as a distributor of Sicilia's citrus juice provides additional evidence of his intent to trade on the goodwill of Sicilia").

76.     The Former Alumni Association's intentional unauthorized commercial use of the University's Marks has deceived and is likely to deceive donors and the relevant consuming public into believing, mistakenly, that the Former Alumni Association's services originate from, are associated or affiliated with, or are otherwise authorized by the University, which they are not.

77.     Defendants' actions are causing, and unless restrained, will continue to cause, damage and immediate irreparable harm to the University that cannot be adequately compensated with money damages.

## ESTABLISHMENT OF THE SECOND FORMER ALUMNI ASSOCIATION

78.     On June 13, 2022, the Second Former Alumni Association filed its Articles of Incorporation with the Division of Corporations, Secretary of State, State of Florida.  See "**Exhibit S**."

79.     As with the Former Alumni Association, MCCRAY was named the President of the Second Former Alumni Association.

80.     It is believed that the Second Former Alumni Association was likely incorporated in response to this lawsuit seeking an injunction against the Former Alumni Association.

81.     In August of 2022, or earlier, MCCRAY began using the name of the Second Former Alumni Association in public speeches and emails to potential donors, in addition to the abbreviation "MMBNAA," which is indistinguishable in terms of which of MCCRAY's two corporations is being referred to.  See "**Exhibit T**."

82.     The Second Former Alumni Association, just like the Former Alumni Association, continues to use the University's Marks and falsely associate with the University in order to raise money and donations for the Second Former Alumni Association and in turn, enrich MCCRAY.

## <u>COUNT I</u>
## <u>TRADEMARK INFRINGEMENT- 15 U.S.C. § 1114</u>
### (Former Alumni Association and MCCRAY)

83.    The University incorporates by reference the allegations in paragraphs 1 through 77, as though fully set forth herein.

84.    The Former Alumni Association's use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni Association", and "Dr. Mary McLeod Bethune National Alumni Association," which are substantially similar in their entireties as to appearance, sound, connotation and commercial impression to the University's Marks constitutes infringement. *See i.e.* composite "**Exhibit Q"**, depicting examples of this infringement by the Former Alumni Association.

85.    The Former Alumni Association's use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni Association," and "Dr. Mary McLeod Bethune National Alumni Association" is in connection with the same kinds of goods and/or services as those produced, marketed and sold by the University.

86.    The Former Alumni Association's similar use of the University's Marks, including the University's seal, FLORIDA CLASSIC, the wildcat's head, and "BC"[9] constitutes unlawful infringement. *See i.e.* composite "**Exhibit Q**" at Q-

---

[9] See USPTO application serial numbers: 90863047; 90863045; 90863053;

1, Q-3, Q-4, Q-5, Q-6, Q-13, Q-15, Q-16, Q-17, Q-18, Q-19, and Q-20.

87.     The purchasing public and donors are likely to be confused, and such use of the University's Marks is likely to cause mistake or to deceive the public as to the source or origin of the respective goods and services, causing irreparable harm to the University for which there is no adequate remedy at law, including:

a.     loss of the ability to control the use of the University's Marks in commerce, including the quality of goods and services (including fundraising) that the marks are being used in association with;

b.     loss of opportunities or interference with the University's relationship with its Alumni, students, donors, vendors and other members of the public with which it does business;

c.     confusion among the consuming public (including fundraisers and donors) as to the University's affiliation with, approval of and/or sponsorship of the Former Alumni Association and the Former Alumni Association's goods and services/ events; and

d.     actual and/or imminently threatened loss to the University's valuable goodwill and reputation with the consuming public.

88.     The University has a clearly ascertainable right as to its trademarks,

---

90863032; 90862998; 90863036.  The University has included this mark in this infringement claim in anticipation of the applications for registration of this mark being approved.

tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

89.     The Former Alumni Association's activities and infringement, at the direction and authorization of MCCRAY, have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a), including preliminary injunctive relief under Fed. R. Civ. P. Rule 65.

90.     The granting of an injunction under these circumstances is not contrary to public interest.

91.     The Former Alumni Association's infringement, at the direction and authorization of MCCRAY, has been committed with knowledge that such imitation is intended to be used to cause confusion, or to cause mistake, or to deceive.

92.     As a result of this infringement, the University has suffered and will continue to suffer substantial financial harm, including, but not limited to loss of fundraising and sponsors.

93.     The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services.  The University is entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. §

1117.

**WHEREFORE**, the University requests judgment against Defendants as follows:

1.      The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)     using the University's marks described in this count or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the University's marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Former Alumni Association's goods and services, or cause the impression that the Former Alumni Association's goods and services are associated with the University;

(b)     registering, trafficking in or using any state or federal trademark or service mark that incorporates the University's marks or any colorable imitations thereof;

(c)     displaying goods or services incorporating the University's marks in connection with any advertisement or promotion including, without limitation, over the internet;

(d)     displaying, offering for sale and selling goods or services

26

incorporating the University's marks;

(e)    otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder; and

(f)    all fundraising and solicitation efforts in the name of or on behalf of the University in any manner.

2.    The Court enter an order and judgment:

(a)    pursuant to 15 U.S.C. § 1118, requiring Defendants to deliver up for destruction all materials bearing the University's Marks, trade dress, or tradenames, in their possession, custody or control;

(b)    requiring Defendants to publicly display corrective advertising for informing consumers and donors of its unauthorized use of the University's marks and lack of affiliation with, or sponsorship or endorsement by, the University;

(c)    declaring this to be an exceptional case and awarding the

University its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

(d)    granting the University any other remedy to which it may be entitled as provided in 15 U.S.C. §§ 1116 and 1117, including, but not limited to damages and Defendants' profits;

(e)    order an accounting to determine all funds that the Former Alumni Association has received for the benefit of the University, whether those funds have been delivered to the University, and that any such funds remaining with the Former Alumni Association be immediately delivered to the University; and

(f)    for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT II
## FALSE DESIGNATION OF ORIGIN-15 U.S.C. § 1125(a)
### (Former Alumni Association and MCCRAY)

94.    The University incorporates by reference the allegations in paragraphs 1 through 77, as though fully set forth herein.

95.    At the direction and authorization of MCCRAY, the Former Alumni Association's use of the University's Marks in connection with its goods and services represents a false designation of origin in violation of 15 U.S.C. § 1125(a). *See* composite "**Exhibit Q**".

28

96.     In violation of 15 U.S.C. § 1125(a), Defendants make false or misleading descriptions and representations of fact indicating that the Former Alumni Association is associated with the University, including, but not limited to the Former Alumni Association's characterization of its services as "…dedicated to serving…Bethune-Cookman University" and describing its mission as "to promote, support, and advance the mission, vision, and core values of Bethune-Cookman University by fostering and enhancing the relationship between the University and its alumni, members, students, friends, and supporters," [10] as well as declaring that it "provides financial support to the University" and that through its website, one can "donate with NAA BCU." *See* composite "**Exhibit Q**", at Q-1, Q-14.

97.     In violation of 15 U.S.C. § 1125(a), the Former Alumni Association, at the direction and authorization of MCCRAY, makes false or misleading descriptions and representations of fact indicating that it is associated with the University by, *inter alia*, using pictures of the University's buildings, statues, the home of its Founder, and its marching band on its website and in other publications. *See* composite "**Exhibit Q**".

98.     As a result of the Defendants' violation of 15 U.S.C. § 1125(a), the University has suffered damages, and is entitled to award of those damages

---

[10] https://www.mmbnaa.org/about-us-1 (as of January 6, 2022).

and costs under 15 U.S.C. § 1117.

99.     The Former Alumni Association's activities and infringement, at the direction and authorization of MCCRAY, have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a), including preliminary injunctive relief under Fed. R. Civ. P. Rule 65.

100.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

101.    The granting of an injunction under these circumstances is not contrary to public interest.

102.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services. The University is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

WHEREFORE, the University requests judgment against Defendants as follows:

1.     The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives,

employees, and attorneys from:

    (a)    using the University's Marks or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the University's Marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Former Alumni Association's goods and services or cause the impression that the Former Alumni Association's goods and services are associated with the University;

    (b)    registering, trafficking in or using any state or federal trademark or service mark that incorporates the University's Marks or any colorable imitations thereof;

    (c)    displaying goods or services incorporating the University's Marks in connection with any advertisement or promotion including, without limitation, over the Internet;

    (d)    displaying, offering for sale and selling goods or services incorporating the University's Marks;

    (e)    otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in

31

combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder;

(f)     all fundraising and solicitation efforts in the name of or on behalf of the University in any manner;

(g)     making any statement or taking any action that suggests the Former Alumni Association or its activities are affiliated with, approved by, sponsored by, or in any way authorized by the University;

(h)     planning or organizing Alumni fundraising events, including, but not limited to during the University's Homecoming Weekend;

(i)     having representatives solicit funds or membership at University events; and

(j)     engaging in activities, including fundraising or membership solicitation, for the benefit of the Former Alumni Association at all University sponsored events, including, but not limited to football games, Alumni events, awards ceremonies, and commemoration events, etc.

2.     The Court enter an order and judgment:

(a)     pursuant to 15 U.S.C. § 1118, requiring Defendants to deliver up for destruction all materials bearing the University's Marks, trade dress, or tradenames, in their possession, custody or control;

(b)     requiring the Former Alumni Association to publicly display corrective advertising for informing consumers and donors of its unauthorized use of the University's Marks and lack of affiliation with, or sponsorship or endorsement by, the University;

(c)     declaring this to be an exceptional case and awarding the University its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

(d)     granting the University any other remedy to which it may be entitled as provided in 15 U.S.C. §§ 1116 and 1117 including, but not limited to damages and Defendants' profits; and

(e)     for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT III
## DILUTION BY BLURRING-15 U.S.C. § 1125(c)
### (Former Alumni Association and MCCRAY)

103.    The University incorporates by reference the allegations in paragraphs 1 through 77, as though fully set forth herein.

104.    In the nearly 100 years that the University has been using the "BETHUNE-COOKMAN" trademark and service mark, consumer (and donor) recognition of the mark has grown substantially.  The University's "BETHUNE-COOKMAN" trademark and service mark are famous as they are widely

33

recognized by the general consuming public of the United States as a designation of source of the University's goods and services.

105.    At the direction and authorization of MCCRAY, the Former Alumni Association's willful use of the marks "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," "Dr. Mary McLeod Bethune National Alumni Association," and/or "National Alumni Association of Bethune-Cookman University" causes dilution by blurring of the University's "BETHUNE-COOKMAN" trademark and service mark because "Dr. Mary McLeod Bethune" is the University's Founder, whose name is inextricably associated with the University and its famous mark, "BETHUNE-COOKMAN".

106.    As a result of the Defendants' violation of 15 U.S.C. § 1125(a), the University has suffered damages, and is entitled to award of those damages and costs under 15 U.S. Code § 1117.

107.    At the direction and authorization of MCCRAY, the Former Alumni Association's use of similar marks causing dilution and blurring of the University's "BETHUNE-COOKMAN" trademark and service mark have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a), including preliminary injunctive relief under Fed. R. Civ. P. Rule 65.

108.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

109.    The granting of an injunction under these circumstances is not contrary to public interest.

110.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services.  The University is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

**WHEREFORE**, the University requests judgment against Defendants as follows:

1.    The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    diluting the distinctive quality of the University's Mark(s); and

(b)    otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in

35

combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder.

2.    The Court enter an order and judgment:

(a)    declaring this to be an exceptional case and awarding the University its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

(b)    granting the University any other remedy to which it may be entitled as provided in 15 U.S.C. §§ 1116 and 1117, including, but not limited to damages and Defendants' profits; and

(c)    for such other and further relief to which the University shows it is justly entitled at law or in equity.

<u>**COUNT IV**</u>
<u>**FLA. STAT. § 495.131- INFRINGEMENT**</u>
**(Former Alumni Association)**

111.    The University incorporates by reference the allegations in paragraphs 1 through 77, as though fully set forth herein.

112.    The University owns the mark "BETHUNE-COOKMAN", registered pursuant to Chapter 495 of the Florida Statutes, Florida Registration Number T06000001446, for the following goods and services:    educational and entertainment services, namely, providing courses of instruction at the university

36

level; arranging and conducting athletic sporting events; and live performances by a musical band, a choral group, or an orchestral performing group; printed instructional, education and teaching materials in the fields of art, humanities, business, education, nursing science, engineering, mathematics, and social sciences, stationery, folders, writing instruments, binders, calendars, posters, and letter openers; shirts, pants, headwear, shorts, sleepwear, baby bibs not of paper, undergarments, and ties.

113.    The mark was first used in Florida and first used anywhere at least as early as December 31, 1926, and state registration was issued on November 7, 2007, renewed on December 2, 2016, and renewed again on November 5, 2021. *See* "**Exhibit D**".

114.    The University owns the mark consisting of the University's seal, under Florida Registration Number T11000000242. The mark is used for educational services, namely providing courses of instruction at the college level.

115.    The University's seal was first used in Florida and first used anywhere at least as early as August 31, 1923. State registration of the mark was issued on March 14, 2011, renewed on December 16, 2015, and renewed again on March 8, 2021. *See* "**Exhibit H**".

116.    The University owns[11] the service mark "FLORIDA CLASSIC",

---

[11] This mark is jointly owned by the University and the Florida Agricultural and

under Florida Registration Number T06000001498 for entertainment services, namely, football games, marching band events, dance events, and live performances by a musical band, a choral group or an orchestral performing group, and for serving food and beverages at luncheons.  The mark was first used in commerce at least as early as 1978.

117.   State registration of the mark was issued on November 20, 2006, renewed on March 1, 2017, and renewed again on November 8, 2021. *See "***Exhibit F***".

118.   The University owns the mark "Florida Classic and design of a Bethune-Cookman football helmet and a FAMU football helmet facing each other against an inverted triangle, the words 'FLORIDA CLASSIC' are written above helmets" under Florida Registration Number T05000001399 for services in association with the Florida Classic Annual Event, namely, education and entertainment; miscellaneous printing and publication of books, signs, brochures, labels, decals, newspaper advertisements and other miscellaneous items:

---

Mechanical University Board of Trustees ("FAMU").



119.   The mark was first used in Florida and first used anywhere at least as early as November 24, 1997.  State registration of the mark was issued on October 27, 2005, renewed on November 13, 2015, and renewed again on October 30, 2020. A true and correct copy of Florida Registration Number T05000001399 is attached hereto as "**Exhibit U**."

120.   The Former Alumni Association has used and continues to use the marks described in this count, or confusingly similar variations thereof (i.e. "B-CU"), for the sale, distribution, and/or advertising of goods and/or services, which is likely to cause confusion, mistake, and/or to deceive, causing irreparable harm to the University for which there is no adequate remedy at law, including:

a.   loss of the ability to control the use of the marks in commerce, including the quality of goods and services (including fundraising) that the marks are being used in association with;

b.   loss of opportunities or interference with the University's relationship with its Alumni, students, donors, vendors and other members of the

public with which it does business;

c.    confusion among the consuming public (including fundraisers and donors) as to the University's affiliation with, approval of and/or sponsorship of the Former Alumni Association and the Former Alumni Association's goods and services/ events; and

d.    actual and/or imminently threatened loss to the University's valuable goodwill and reputation with the consuming public.

121.    The Former Alumni Association's infringement, has been committed with knowledge that such marks are intended to be used to cause confusion or mistake or to deceive.

122.    The Former Alumni Association's activities and infringement have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law.

123.    Accordingly, the University is entitled to injunctive relief pursuant to Fla. Stat. § 495.141.

124.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

125.    The granting of an injunction under these circumstances is not contrary to public interest.

126.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services.

**WHEREFORE**, the University requests judgment against Defendant as follows:

1.    The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    using the marks described in this count or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Former Alumni Association's goods and services or cause the impression that the Former Alumni Association's goods and services are associated with the University;

(b)    registering, trafficking in or using any state registered trademark or service mark that incorporates the marks described in this count or any colorable imitations thereof;

(c)    displaying goods or services incorporating the marks in connection with any advertisement or promotion including, without limitation, over the Internet;

(d)    displaying, offering for sale and selling goods or services

41

incorporating the marks;

(e)     otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder; and

(f)     all fundraising and solicitation efforts in the name of or on behalf of the University in any manner.

2.     The Court enter an order and judgment:

(a)     requiring the Former Alumni Association to publicly display corrective advertising for informing consumers and donors of its unauthorized use of the marks and lack of affiliation with, or sponsorship or endorsement by, the University;

(b)     requiring Defendant to pay to the University all profits, including funds raised, which were derived from and/or all damages suffered by reason of the wrongful use, display, and/or sale;

(c)     awarding the University its full costs and reasonable

42

attorneys' fees pursuant to Fla. Stat. § 495.141;

(d)    granting the University any other remedy to which it may be

entitled as provided in Chapter 495 of the Florida Statutes;

(e)    and for such other and further relief to which the University

shows it is justly entitled at law or in equity.

**COUNT V**
**FLA. STAT. § 495.151- DILUTION**
**(Former Alumni Association)**

127.    The University incorporates by reference the allegations in

paragraphs 1 through 77 and 112 through 119, as though fully set forth herein.

128.    The University owns the mark "BETHUNE-COOKMAN", registered

pursuant to Chapter 495 of the Florida Statutes, Florida Registration Number

T06000001446.

129.    The University owns the mark consisting of the University's seal

under Florida Registration Number T11000000242.

130.    The University owns[12] the service mark "FLORIDA CLASSIC",

under Florida Registration Number T06000001498, as well as the following design

mark:

---

[12] This mark is jointly owned by the University and the Florida Agricultural and
Mechanical University Board of Trustees ("FAMU").



131.    These marks are famous in the state of Florida, and beyond.

132.    The Former Alumni Association's use of the same or confusingly similar marks, causing dilution and blurring of the trademark and service marks described in this count have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to Fla. Stat. § 495.151.

133.    In light of the University's demands that the Former Alumni Association cease use of the same or confusingly similar marks, the Former Alumni Association's continued use is willfully intended to trade on the University's reputation and/or to cause dilution of the marks described in this count.

134.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

44

135.    The granting of an injunction under these circumstances is not contrary to public interest.

136.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services.  The University is also entitled to recover its attorneys' fees and costs of suit pursuant to Fla. Stat. § 495.141.

**WHEREFORE**, the University requests judgment against the Former Alumni Association as follows:

1.    The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    diluting the distinctive quality of the University's marks described in this count;

(b)    using the marks described in this count or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Former Alumni Association's goods and services or cause the impression that the Former Alumni Association's goods and services are associated with the University;

(c)    otherwise using any trademarks, trade dress, or tradenames

45

that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder.

2.      The Court enter an order and judgment:

(a)      awarding the University its full costs and reasonable attorneys' fees pursuant to Fla. Stat. § 495.141;

(b)      awarding the University damages and profits pursuant to Fla. Stat. § 495.141; and

(c)      for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT VI
## FLORIDA COMMON LAW TRADEMARK INFRINGEMENT
### (Former Alumni Association and MCCRAY)

137.    The University incorporates by reference the allegations in paragraphs 1 through 77 and 112 through 119, as though fully set forth herein.

138.    In addition to use of the University's Marks, the Former Alumni Association, at the authorization and direction of MCCRAY, is using marks or

trade names "Dr. Mary McLeod Bethune National Alumni Association," "National Alumni Association of Bethune-Cookman University," and/or some variation thereof, which are confusingly similar as to appearance, sound, connotation and commercial impression to the University's marks described in this count. *See i.e* composite "**Exhibit Q**".

139.    The Former Alumni Association uses these marks, tradenames, and/or trade dress in connection with the same and/or related kinds of goods and services as those produced, marketed, and/or sold by the University.

140.    Accordingly, such use is likely to cause mistake or to deceive the public as to the source or origin of the respective goods and services under the Former Alumni Association's marks, causing irreparable harm to the University for which there is no adequate remedy at law, and constituting infringement of the University's common law trademark rights.

141.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

142.    The granting of an injunction under these circumstances is not contrary to public interest.

   **WHEREFORE,** the University requests judgment against Defendants as follows:

1.    The Court enter an order and judgment temporarily and permanently enjoining the Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    using the marks described in this count or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Former Alumni Association's goods and services or cause the impression that the Former Alumni Association's goods and services are associated with the University; and

(b)    otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder.

2.    The Court enter an order and judgment:

(a)    requiring the Former Alumni Association to publicly display

corrective advertising for informing consumers and donors of its unauthorized use of the marks and lack of affiliation with, or sponsorship or endorsement by, the University;

(b)    requiring Defendants to pay to the University all profits, including funds raised, which were derived from and/or all damages suffered by reason of the wrongful use, display, and/or sale; and

(c)    for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT VII
## VIOLATION OF FLORIDA'S UNFAIR AND DECEPTIVE TRADE PRACTICES ACT
**(Former Alumni Association)**

143.    The University incorporates by reference the allegations in paragraphs 1 through 77 and 112 through 119, as though fully set forth herein.

144.    This is a cause of action for damages suffered by the University as a result of the Former Alumni Association's violations of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Chapter 501 of the Florida Statutes.

145.    The Former Alumni Association has engaged in unlawful trade practices through unauthorized use of the University's trademarks.

146.    The Former Alumni Association's use of the University's marks as evidenced by composite "**Exhibit Q**", *inter alia*: falsely represents the Former

49

Alumni Association's goods and/or services as those of the University; causes confusion or misunderstanding as to the source, sponsorship, approval, or certification of the Former Alumni Association's services; causes confusion or misunderstanding as to the affiliation, connection, or association with, or certification by the University; and represents that the Former Alumni Association's services have sponsorship and approval by the University that they do not have, in violation of FDUTPA.

147.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services. Pursuant to §§ 501.2105 and 501.211, Florida Statutes, the University is entitled to recover their attorneys' fees and costs from Defendant.

**WHEREFORE**, the University demands judgment in its favor and against the Former Alumni Association for damages, attorneys' fees, interest, and costs and such other and further relief as this Court deems just and proper.

## COUNT VIII
## TRADEMARK INFRINGEMENT- 15 U.S.C. § 1114
### (Second Former Alumni Association and MCCRAY)

148.    The University incorporates by reference the allegations in paragraphs 1 through 82, as though fully set forth herein.

149.    The Second Former Alumni Association's use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni," "National

Alumni Association", and "Mary McLeod Bethune National Alumni Association," which are substantially similar in their entireties as to appearance, sound, connotation and commercial impression to the University's Marks constitutes infringement. *See i.e.* composite "**Exhibit T**", depicting examples of this infringement by the Second Former Alumni Association.

150.    The Second Former Alumni Association's use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni," "National Alumni Association", and "Mary McLeod Bethune National Alumni Association," is in connection with the same kinds of goods and/or services as those produced, marketed and sold by the University.

151.    The purchasing public and donors are likely to be confused, and such use of the University's Marks is likely to cause mistake or to deceive the public as to the source or origin of the respective goods and services, causing irreparable harm to the University for which there is no adequate remedy at law, including:

a.    loss of the ability to control the use of the University's Marks in commerce, including the quality of goods and services (including fundraising) that the marks are being used in association with;

b.    loss of opportunities or interference with the University's relationship with its Alumni, students, donors, vendors and other members of the public with which it does business;

51

c.     confusion among the consuming public (including fundraisers and donors) as to the University's affiliation with, approval of and/or sponsorship of the Second Former Alumni Association and the Second Former Alumni Association's goods and services/ events; and

d.     actual and/or imminently threatened loss to the University's valuable goodwill and reputation with the consuming public.

152.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

153.    The Second Former Alumni Association's activities and infringement, at the direction and authorization of MCCRAY, have caused and will cause irreparable harm to the University for which the University has no adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a), including preliminary injunctive relief under Fed. R. Civ. P. Rule 65.

154.    The granting of an injunction under these circumstances is not contrary to public interest.

155.    The Second Former Alumni Association's infringement, at the direction and authorization of MCCRAY, has been committed with knowledge that such imitation is intended to be used to cause confusion, or to cause mistake, or to

deceive.

156.    As a result of this infringement, the University has suffered and will continue to suffer substantial financial harm, including, but not limited to loss of fundraising and sponsors.

157.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services.  The University is entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

**WHEREFORE**, the University requests judgment against Defendants as follows:

1.    The Court enter an order and judgment temporarily and permanently enjoining the Second Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    using the University's marks described in this count or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the University's marks or that is likely to cause confusion, mistake, deception or public misunderstanding as to the origin of the Second Former Alumni Association's goods and services, or cause the impression that the Second Former Alumni Association's goods and services are associated with the University;

(b)     registering, trafficking in or using any state or federal trademark or service mark that incorporates the University's marks or any colorable imitations thereof;

(c)     displaying goods or services incorporating the University's marks in connection with any advertisement or promotion including, without limitation, over the internet;

(d)     displaying, offering for sale and selling goods or services incorporating the University's marks;

(e)     otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder; and

(g)     all fundraising and solicitation efforts in the name of or on behalf of the University in any manner.

2.     The Court enter an order and judgment:

(h)     pursuant to 15 U.S.C. § 1118, requiring Defendants to

54

deliver up for destruction all materials bearing the University's Marks, trade dress, or tradenames, in its possession, custody or control;

(i)   requiring Defendants to publicly display corrective advertising for informing consumers and donors of its unauthorized use of the University's marks and lack of affiliation with, or sponsorship or endorsement by, the University;

(j)   declaring this to be an exceptional case and awarding the University its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

(k)   granting the University any other remedy to which it may be entitled as provided in 15 U.S.C. §§ 1116 and 1117, including, but not limited to damages and Defendants' profits;

(l)   order an accounting to determine all funds that the Second Former Alumni Association has received for the benefit of the University, whether those funds have been delivered to the University, and that any such funds remaining with the Second Former Alumni Association be immediately delivered to the University; and

(m)   for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT IX
## FALSE DESIGNATION OF ORIGIN-15 U.S.C. § 1125(a)
### (Second Former Alumni Association and MCCRAY)

158.    The University incorporates by reference the allegations in paragraphs 1 through 82, as though fully set forth herein.

159.    In violation of 15 U.S.C. § 1125(a), the Second Former Alumni Association, at the direction and authorization of MCCRAY, makes false or misleading descriptions and representations of fact indicating that it is associated with the University by, *inter alia*, using pictures of the University's buildings, colors, and Founder on its website and in other publications, and its use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni," "National Alumni Association", and "Mary McLeod Bethune National Alumni Association," which are substantially similar in their entireties as to appearance, sound, connotation and commercial impression to the University's Marks. *See* Composite Exhibit T.

160.    As a result of the Defendants' violation of 15 U.S.C. § 1125(a), the University has suffered damages, and is entitled to award of those damages and costs under 15 U.S.C. § 1117.

161.    The Second Former Alumni Association's activities and infringement, at the direction and authorization of MCCRAY, have caused and will cause irreparable harm to the University for which the University has no

adequate remedy at law. Accordingly, the University is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a), including preliminary injunctive relief under Fed. R. Civ. P. Rule 65.

162.    The University has a clearly ascertainable right as to its trademarks, tradename, and trade dress, which is in need of protection, and it is likely to succeed on the merits of this action.

163.    The granting of an injunction under these circumstances is not contrary to public interest.

164.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services. The University is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

**WHEREFORE**, the University requests judgment against Defendants as follows:

3.    The Court enter an order and judgment temporarily and permanently enjoining the Second Former Alumni Association and its agents, officers, representatives, employees, and attorneys from:

(a)    using the University's Marks or any colorable imitations thereof, including those that are confusingly similar to or in any way similar to the University's Marks or that is likely to cause confusion, mistake, deception or

public misunderstanding as to the origin of the Second Former Alumni Association's goods and services or cause the impression that the Former Alumni Association's goods and services are associated with the University;

(b)    registering, trafficking in or using any state or federal trademark or service mark that incorporates the University's Marks or any colorable imitations thereof;

(c)    displaying goods or services incorporating the University's Marks in connection with any advertisement or promotion including, without limitation, over the Internet;

(d)    displaying, offering for sale and selling goods or services incorporating the University's Marks;

(e)    otherwise using any trademarks, trade dress, or tradenames that are confusingly similar to any of the University's Marks, including, but not limited to "Bethune-Cookman," "Bethune-Cookman University," "B-CU," "B-CU Alumni Association," and any variation of the name of the University's Founder, "Mary McLeod Bethune," whether alone or in combination with other text, words, letters numbers, the University's colors, images of the University's campus and events, or images of its Founder;

(f)    all fundraising and solicitation efforts in the name of or on

58

behalf of the University in any manner;

(g)   making any statement or taking any action that suggests the Second Former Alumni Association or its activities are affiliated with, approved by, sponsored by, or in any way authorized by the University;

(h)   planning or organizing Alumni fundraising events, including, but not limited to during the University's Homecoming Weekend;

(i)   having representatives solicit funds or membership at University events; and

(j)   engaging in activities, including fundraising or membership solicitation, for the benefit of the Second Former Alumni Association at all University sponsored events, including, but not limited to football games, Alumni events, awards ceremonies, and commemoration events, etc.

4.    The Court enter an order and judgment:

(a)   pursuant to 15 U.S.C. § 1118, requiring Defendants to deliver up for destruction all materials bearing the University's Marks, trade dress, or tradenames, in its possession, custody or control;

(b)   requiring the Second Former Alumni Association to publicly display corrective advertising for informing consumers and donors of its unauthorized use of the University's Marks and lack of affiliation with,

or sponsorship or endorsement by, the University;

(c)   declaring this to be an exceptional case and awarding the University its full costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117;

(d)   order an accounting to determine all funds that the Second Former Alumni Association has received for the benefit of the University, whether those funds have been delivered to the University, and that any such funds remaining with the Second Former Alumni Association be immediately delivered to the University;

(e)   granting the University any other remedy to which it may be entitled as provided in 15 U.S.C. §§ 1116 and 1117 including, but not limited to damages and Defendants' profits; and

(f)   for such other and further relief to which the University shows it is justly entitled at law or in equity.

## COUNT X
## VIOLATION OF FLORIDA'S UNFAIR AND DECEPTIVE TRADE PRACTICES ACT
### (Second Former Alumni Association)

165.   The University incorporates by reference the allegations in paragraphs 1 through 82, as though fully set forth herein.

166.   This is a cause of action for damages suffered by the University as a result of the Second Former Alumni Association's violations of Florida's

Deceptive and Unfair Trade Practices Act ("FDUTPA"), Chapter 501 of the Florida Statutes.

167.    The Second Former Alumni Association's use of the University's marks as evidenced by composite Exhibit T, *inter alia*: using pictures of the University's buildings, colors, and Founder on its website and in other publications, and its use of "Bethune-Cookman," "Bethune-Cookman University," "B-CU", "B-CU Alumni," "National Alumni Association", and "Mary McLeod Bethune National Alumni Association," which are substantially similar in their entireties as to appearance, sound, connotation and commercial impression to the University's Marks, falsely represents that the Second Former Alumni Association's goods and/or services as those of the University; causes confusion or misunderstanding as to the source, sponsorship, approval, or certification of the Second Former Alumni Association's services; causes confusion or misunderstanding as to the affiliation, connection, or association with, or certification by the University; and represents that the Second Former Alumni Association's services have sponsorship and approval by the University that they do not have, in violation of FDUTPA.

168.    The University has engaged the undersigned attorneys and is required to pay them a reasonable fee for their services. Pursuant to §§ 501.2105 and

501.211, Florida Statutes, the University is entitled to recover their attorneys' fees and costs from Defendant.

**WHEREFORE**, the University demands judgment in its favor and against the Second Former Alumni Association for damages, attorneys' fees, interest, and costs and such other and further relief as this Court deems just and proper.

**COUNT XI**
**CIVIL CONSPIRACY**
**(All Defendants)**

169.    The University incorporates by reference the allegations in paragraphs 1 through 82, as though fully set forth herein.

170.    On June 13, 2022, the Second Former Alumni Association filed its Articles of Incorporation with the Division of Corporations, Secretary of State, State of Florida.  See "**Exhibit S**."

171.    As with the Former Alumni Association, MCCRAY was named the President of the Second Former Alumni Association.

172.    It is believed that the Second Former Alumni Association was likely incorporated in response to this lawsuit seeking an injunction against the Former Alumni Association.

173.    In August of 2022, or earlier, MCCRAY began using the name of the Second Former Alumni Association in public speeches and emails to potential donors, in addition to the abbreviation "MMBNAA," which is

indistinguishable in terms of which of MCCRAY's two corporations is being referred to.  See "Exhibit T."

174.    MCCRAY and the Former Alumni Association conspired to create the Second Former Alumni Association to unlawfully use the University's Marks and falsely associate with the University without interruption by an injunction against the Former Alumni Association.

175.    MCCRAY, the Former Alumni Association, and the Second Former Alumni Association are continuing to conspire to unlawfully use the University's Marks and falsely associate with the University by holding the Second Former Alumni Association out to the public as the organization authorized to seek donations and money from the University's Alumni on behalf of the University.

176.    Defendants intended that by dropping the "Dr." from the name that this change would not be noticed by the public.

177.    Defendants are conspiring to unlawfully dilute and blur the University's Mark and cause confusion in the marketplace as potential donors to the University will falsely associate Defendants with the University.

178.    The University has been damaged by this conspiracy between MCCRAY, the Former Alumni Association, and the Second Former Alumni Association because the University has suffered and will continue to suffer

substantial financial harm, including, but not limited to loss of fundraising and sponsors.

**WHEREFORE**, the University demands judgment in its favor and against MCCRAY, the Former Alumni Association, and the Second Former Alumni Association, and for damages, attorneys' fees, interest, and costs and such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.



By:   /s/ *Scott W. Cichon*
SCOTT W. CICHON, Lead Counsel
FLA. BAR NO.  440876
Primary e-mail address:
Scott.Cichon@CobbCole.com
Secondary e-mail address:
Amy.Fiorenza@cobbcole.com
Telephone: (386) 323-9282
HOLLY W. ZITZKA
FLA. BAR NO. 111824
Primary e-mail address:
Holly.Zitzka@CobbCole.com
Secondary e-mail address:
Lori.Dumont@CobbCole.com
Telephone: (386) 323-9204
Facsimile: (386) 248-0323
Post Office Box 2491
Daytona Beach, FL 32115-2491
ATTORNEYS FOR PLAINTIFF

64

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2022, a true and correct copy of the

foregoing was served electronically via the CM/ECF system on the following:

Vivian Williams, Esq.
Vivian Williams Law, LLC
P.O. Box 43682
Jacksonville, FL 32203
Email: Vivian@vwilliamslaw.com
*Attorney for Defendants*


By: /s/ Scott W. Cichon

## **VERIFICATION**

STATE OF FLORIDA
COUNTY OF VOLUSIA

     I, Belvin Perry, Jr. Esq., being duly sworn upon oath, deposes and says: (a) I am the **BOARD CHAIR** for **BETHUNE-COOKMAN UNIVERSITY, INC.** (the "University"), Plaintiff in the above-entitled action, and on oath state that I am authorized to execute the above and foregoing verified complaint on behalf of the University; (b) that not all of the facts stated therein are within my personal knowledge; (c) the facts stated therein have been assembled by authorized employees and counsel of the University; and (d) that subject to the limitations set forth therein, I am informed the allegations are true and correct.

EULISSA L. BOYD
Notary Public - State of Florida
Commission # GG 261940
My Comm. Expires Jan 14, 2023
Bonded through National Notary Assn.

**Sign:** _Belvin Perry Jr._

**Print:** _BELVIN PERRY, JR_

**Date:** _10/4/2022_

Notary Public
My Commission Expires: _1/14/2023_

66

EXHIBIT
A

## staugustine.com | The St. Augustine Record

COLUMNS | Opinion  *This piece expresses the views of its author(s), separate from those of this publication.*

# Chrite's resignation leads B-CU alumni to ask for 'best practices,' more participation

**Johnny L. McCray Jr.**  Daytona
Published 2:00 p.m. ET April 8, 2021

As stakeholders of  Bethune-Cookman University, the National Alumni Association is ready to stand with university leaders in support of best practices. For a decade, we have advocated for board reform, transparency, and more effective collaboration with stakeholders, including the NAA. Board reform is not merely the replacement of people, but the re-education of trustee roles and responsibilities as the university's fiduciary agent, distinct from "the administration" of the institution.

**More:** Chrite addresses B-CU resignation, praises school's board, acknowledges disagreements

After President LaBrent Chrite's seemingly sudden resignation and the initial reaction of the board denying any knowledge of the resignation, many (especially alumni) were taken back. As events unfolded, we learned from Chrite's statement that he and the board "were not aligned" in the vision for the institution. We also learned the chair of the board provided a reference for Chrite's new job.  But what was telling was that while most stakeholders assumed the university was recovering well  from past board and administration mistakes, dysfunction was lurking in the background that led to the departure of a president in less than two years and a board chair who wished him well.

Recognizing that Chrite "did not align" with the board leadership, we ask: What does the president need to "align" appropriately with the board to bring security and stability to the institution?  Do stakeholders have confidence that, given the abruptness of Chrite's departure, trustees are capable of employing yet another president while upholding its fiduciary responsibilities and ensuring stability? The NAA is not confident of this.

That's why the NAA recently voted "no confidence" in the leadership of the Board of Trustees. The administration and board leadership learned of this, and asked that the NAA not announce its "no confidence vote" due to potential negative impact on urgent financial

matters. We agreed to hold off for several weeks and in the meantime, wanted to meet with trustees to discuss the concerns that led to the no-confidence vote. That's why the announcement was not made, as planned, at the NAA Town Hall Meeting on March 20.

But we communicated that alumni were anxious to get responses to the issues we raised and clarity on the next steps  following Chrite's resignation before the next town hall meeting Saturday.

Specifically, we wanted to discuss:

> Engaging an external search firm to manage the appointment of both an interim and permanent president;
> A commitment to board reform and education and
> A restoration of the official voice and vote of the NAA on the board.  The alumni who currently serve on the board do not represent the voice of the association as a body and are not accountable to the association.

Over the past three weeks, the Board of Trustees has not agreed to meet with the NAA.

The NAA is ready and well able to partner with the Board of Trustees. We feel the search that resulted in the last selection of our president was nearly terminated, challenged by conflicts of interest (the current board chair applied for the job), a lack of transparency and a lack of experience associated with "best practices."

We know the long-term tenures of Dr. Richard V. Moore and Dr. Oswald Perry Bronson are uncommon  in the 21st century. We understand that best practices call for a clear delineation between administrative matters and board responsibilities, and that the tenure for current university presidents is more than 20 months. We believe those best practices require a level of respect and communication among the alumni organization, the administration, and the board of trustees.  The more transparency with stakeholders, the better.

In the 20th century Bethune-Cookman was blessed with administrative and board leaders who were loyal to the university and fully understood the nuances of educational leadership. In the 21st century, Bethune-Cookman  needs a president and trustees with compatible visions for the university, as well as recognition of the vital role the NAA played and will play to ensure stability.

Over just the past year, NAA leadership has worked to increase alumni giving, financially assisted the university with its marketing plan, recruited hundreds of students and lobbied the Legislature for increased funding in the 2020-21 budget.

Bethune-Cookman is vital to the state and nation. We must be attuned to the best practices that will guide us to an inspired trajectory for centuries to come.  The NAA is advocating for that. Let's go Wildcats!

*Johnny L. McCray Jr., a Pompano Beach attorney, is president of the Bethune Cookman University National Alumni Association and graduated from B-CU in 1978.*

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,010,916**

Registered Nov. 1, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## BETHUNE-COOKMAN

BETHUNE-COOKMAN COLLEGE, INC. (FLORIDA CORPORATION)

640 MARY MCLEOD BETHUNE BOULEVARD

DAYTONA BEACH, FL 32114

FOR: PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS IN THE FIELDS OF ART, HUMANITIES, BUSINESS, EDUCATION, NURSING, SCIENCE, ENGINEERING, MATHEMATICS, AND SOCIAL SCIENCES, STATIONERY, FOLDERS, WRITING INSTRUMENTS, BINDERS, CALENDARS, POSTERS, AND LETTER OPENERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

FOR: SHIRTS, PANTS, HEADWEAR, FOOTWEAR, SHORTS, SLEEPWEAR, BABY BIBS NOT OF PAPER, UNDERGARMENTS, AND TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,974,478.

SER. NO. 78-416,702, FILED 5-11-2004.

SHARON MEIER, EXAMINING ATTORNEY

**EXHIBIT
B**

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

**Reg. No. 2,997,255**

Registered Sep. 20, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# BETHUNE-COOKMAN

BETHUNE-COOKMAN COLLEGE, INC. (FLORI-
DA CORPORATION)
640 MARY MCLEOD BETHUNE BOULEVARD
DAYTONA BEACH, FL 32114

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY PROVIDING COURSES OF
INSTRUCTION AT THE UNIVERSITY LEVEL; AR-
RANGING AND CONDUCTING ATHLETIC
SPORTING EVENTS; AND LIVE PERFORMANCES
BY A MUSICAL BAND, A CHORAL GROUP, OR AN
ORCHESTRAL PERFORMING GROUP, IN CLASS
41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,974,478.

SER. NO. 78-368,474, FILED 2-16-2004.

SHARON MEIER, EXAMINING ATTORNEY

**EXHIBIT
C**



(Requestor's Name)

_____

(Address)

_____

(Address)

_____

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____

(Business Entity Name)

_____

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

600081294256



11/03/06--01051--011  **350.00

FILED
06 NOV -7  AM 11:00
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



**EXHIBIT D**

Thomas T. Cobb
(1916-2004)

Jonathan D. Kaney Jr.
J. Lester Kaney
C. Allen Watts
Harold C. Hubka
Thomas S. Hart
Scott W. Cichon
Robert A. Merrell III
Bruce A. Hanna
John P. Ferguson
Rhoda Bess Goodson
Jonathan D. Kaney III
Thomas J. Leek
Michael P. Olivari
Mark A. Watts

# Cobb & Cole

Law Offices • Daytona Beach • DeLand

Since 1925

150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, Florida 32115-2491
(386) 255-8171
CobbCole.com

October 30, 2006

Heather Bond Vargas
Robert Taylor Bowling
Joshua J. Pope
Andrea M. Kurak
Andrew C. Grant
Kathryn D. Weston
Elan R. Kaney
R. Brooks Casey
Christopher N. Challis
Kelly V. Parsons
Michael J. Woods
Maja S. Sander
Katherine Jane Hurst

RETIRED
W. Warren Cole, Jr.
Jay D. Bond, Jr.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**RECEIPT NO. 7005 1820 0004 0747 5897**

Florida Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, Florida 32314

Re:    State trademark applications

Dear Sir or Madam:

Enclosed for your attention are the following:

1.    An original and a copy of the Application for the Registration of a Trademark or
Service Mark for the *Bethune-Cookman* word only mark in Classes 16, 25 and 41
along with three specimens in each class consisting of a photograph of a binder, a
printout from the college's website of clothing for goods (products are too bulky to
provide) and a printout of the Bethune-Cookman's home page for services in
association with the mark; and

2.    An original and a copy of the Application for the Registration of a Trademark or
Service Mark for the Bethune-Cookman College *Seal* (design mark) in Class 41
along with three specimens consisting of a printout from the college's website for
services in association with the mark;

3.    Check in the amount of Three Hundred Fifty Dollars ($350.00) for the required filing
fees.

# Cobb & Cole

Page 2
October 30, 2006

Please file the enclosed Applications and return confirmations of the filings to the undersigned in the envelope provided.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Cynthia Wizi
Certified Paralegal
Direct Dial (386) 254-6317
Email Cynthia.Wizi@CobbCole.com
Telecopier (386) 238-7003

Enclosures

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:**  **Division of Corporations**
Post Office Box 6327
Tallahassee, FL  32314

Name & address to whom acknowledgment should be sent:

Heather Bond Vargas, Esquire

150 Magnolia Avenue

Daytona Beach, Florida  32114

( 386 )  255-8171
Daytime Telephone number

## PART I

1. (a) Applicant's name: Bethune-Cookman College, Inc.

(b) Applicant's business address: 640 Mary McLeod Bethune Boulevard

Daytona Beach, Florida  32114-3099
City/State/Zip

If different, Applicant's mailing address: same as above

City/State/Zip

(c) Applicant's telephone number: (_____)

☐ Individual    ☑ Corporation    ☐ Joint Venture    ☐ Other:_____
☐ General Partnership    ☐ Limited Partnership    ☐ Union

If other than an individual,

(1) Florida registration/document number: 712633    (2) Domicile State: Florida

(3) Federal Employer Identification Number: 590704726

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
(i.e., furniture moving services, diaper services, house painting services, etc.)

Educational and entertainment services, namely providing courses of instruction at the university level;

arranging and conducting athletic sporting events; and live performances by a musical band, a choral group,

or an orchestral performing group

(b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
(i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

Printed instructional, educational, and teaching materials in the fields of art, humanities, business, education, nursing,

science, engineering, mathematics, and social sciences, stationery, folders, writing instruments, binders, calendars,

posters, and letter openers; Shirts, pants, headwear, shorts, sleepwear, baby bibs not of paper, undergarments, and ties.

(c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

Internet website, catalogs, labels, and decals, and magazines

(Continued)

d) The class(es) in which goods or services fall:

16, 25, and 41

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: _12/31/1926_     (b) Date first used in Florida: _12/31/1926_

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

BETHUNE-COOKMAN

English Translation _____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____
_____ " APART FROM THE MARK AS SHOWN.

I, Dr. Trudie Kibbe-Reed _____, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct

Dr. Trudie Kibbe-Reed, President
Typed or printed name of applicant

Applicant's signature
(List name and title)

STATE OF _Florida_

COUNTY OF _Volusia_

On this _17th_ day of _Oct_ _____, 2006 , Dr. Trudie Kibbe-Reed, as President _____ personally appeared before me,
☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

Notary Public Signature

(Seal)

My Commission Expires _____

PHARSANDRA L LUNDY
MY COMMISSION # DD 534198
EXPIRES: March 28, 2010
Bonded Thru Notary Public Underwriters

**FEE: $87.50 per class**



SPECIMEN CLASS 16

Long Sleeve T-Shirt::eFollett.com                    Page 1 of 1

Home | Visit **Bethune-Cookman College**

Your Account | Shopping Cart | Careers | Site







INFO AND
DEALS TOO
GOOD TO MISS.
JOIN OUR
MAILING LIST!

# Product Details

- Books
- Computer Products
- Apparel and Gifts
  - > Greek Gear
  - > Apparel
    - T-Shirts
    - Sweatshirts
    - Women's
    - Kids
    - Outerwear
  - > Gifts & Accessories
  - > Alumni
- Supplies
- Gift Cards
- Faculty Services



*Long Sleeve T-Shirt*

Jansport®

Printed long sleeve t-shirt.

100% Cotton, Imported

Product #: 058890
TF37/P199/P200

**Color Code:**
[Choose a Color Code]

**Size:**
[Choose a Size]

**Price:**$28.00

**Availability:** Available

**Quantity:**
[1]

[BUY NOW]

Exclusive Offer


Buy stocks


Rap.
Indie.
Econ
audible


COUR
COA





SPECIMEN CLASS 25

Copyright 2004 - Follett Higher Education Group

FAQs | About efollett.com | About Buyback | Shipping | Contact | Hours | T

POWERED B
efolle
ONLINE, O

Bethune-Cookman College



SPECIMEN CLASS 41



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

November 18, 2021

COBB COLE P.A.
HEATHER BOND VARGAS
149 S. RIDGEWOOD AVE, STE. 700
DAYTONA BEACH, FL 32114

RE: T06000001446

The mark renewal for BETHUNE-COOKMAN was filed on November 5, 2021.   The date of expiration of this mark is now November 7, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071, Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations

Letter number: 921A00028045

Int. Cls.: 41 and 43

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,031,481

Registered Dec. 20, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# FLORIDA CLASSIC

BETHUNE-COOKMAN COLLEGE, INC. (FLORI-
DA CORPORATION)
640 MARY MCLEOD BETHUNE BOULEVARD
DAYTONA BEACH, FL 32114 AND
FLORIDA AGRICULTURAL AND MECHANICAL
UNIVERSITY BOARD OF TRUSTEES (UNITED
STATES STATE UNIVERSITY)
400 LEE HALL
MARTIN LUTHER KING BOULEVARD
TALLAHASSEE, FL 23207

FOR: ENTERTAINMENT SERVICES, NAMELY
FOOTBALL GAMES, GOLF TOURNAMENTS, GA-
LAS, MARCHING BAND EVENTS, DANCE
EVENTS, FASHION SHOWS, FESTIVALS, AND LIVE
PERFORMANCES BY A MUSICAL BAND, A CHOR-
AL GROUP, OR AN ORCHESTRAL PERFORMING
GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

FOR: SERVING FOOD AND BEVERAGES AT
LUNCHEONS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-381,494, FILED 3-10-2004.

SCOTT OSLICK, EXAMINING ATTORNEY

**EXHIBIT
E**

# T0600000/498



**600081910116**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____      Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

11/20/06--01045--021   **175.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 NOV 20 PH 1: 57

J. BRYAN   DEC _ 1 2006

*Brenda Knott* GAVE
AUTHORIZATION BY PHONE TO
CORRECT *by adding other Co owner's Name to App.*
DATE *12/01/06 @ 2:15 pm*
DOC. EXAM *J Bryan*

**EXHIBIT
F**

Thomas T. Cobb
(1916-2004)

Jonathan D. Kaney Jr.
J. Lester Kaney
C. Allen Watts
Harold C. Hubka
Thomas S. Hart
Scott W. Cichon
Robert A. Merrell III
Bruce A. Hanna
John P. Ferguson
Rhoda Bess Goodson
Jonathan D. Kaney III
Thomas J. Leek
Michael P. Olivari
Mark A. Watts

# Cobb & Cole

Law Offices • Daytona Beach • DeLand

Since 1925

150 Magnolia Avenue
Post Office Box 2491
Daytona Beach, Florida 32115-2491
(386) 255-8171
CobbCole.com

November 16, 2006

Heather Bond Vargas
Robert Taylor Bowling
Joshua J. Pope
Andrea M. Kurak
Andrew C. Grant
Kathryn D. Weston
Elan R. Kaney
R. Brooks Casey
Christopher N. Challis
Kelly V. Parsons
Michael J. Woods
Maja S. Sander
Katherine Jane Hurst

**RETIRED**
W. Warren Cole, Jr.
Jay D. Bond, Jr.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**RECEIPT NO. 7006 0810 0003 4990 2586**
Florida Department of State
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
06 NOV 20 PM 1:57

Re:    Florida Classic Trade/Service Mark Application

Dear Sir or Madam:

Enclosed for your attention are the following:

1.    Application for the Registration of a Trademark or Service Mark for "Florida Classic" in classes 41 and 42 along with three specimens for each class consisting of print outs from a website showing the mark in use in association with the services listed.

2.    Check in the amount of $175.00 for the filing fee ($87.50 for each class)

Please file the enclosed Application and return confirmation of filing to the attention of the undersigned in the envelope provided.

Please contact me if you have any questions.

Sincerely,

Brenda L. Knott
Certified Paralegal
Direct Dial (386) 323-9251
Email Brenda.Knott@CobbCole.com
Telecopier (386) 238-7003

/blk
Enclosures

000263-941-005 : BKNOT/BKNOT : 00506858.WPD; 1

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK

PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:   Division of Corporations**
Post Office Box 6327
Tallahassee, FL 32314

Name & address to whom acknowledgment should be sent:

**Heather Bond Vargas, Esquire**

150 Magnolia Avenue

Daytona Beach, Florida 32114

( 386 ) 255-8171
Daytime Telephone number

## PART I

Florida Agricultural and Mechanical University Board of Trustees STATE UNIVERSITY UNITED STATES

1. (a) Co-Applicant's name: Bethune-Cookman College, Inc.   400 Lee Hall Martin Luther King Boulevard
Tallahassee FLORIDA 23207

(b) Co-Applicant's business address: 640 Mary McLeod Bethune Boulevard

Daytona Beach, Florida 32114-3099
City/State/Zip

If different, Co-Applicant's mailing address: same as above

_____
City/State/Zip

(c) Applicant's telephone number: (_____)

☐ Individual        ☑ Corporation        ☐ Joint Venture        ☐ Other:_____
☐ General Partnership  ☐ Limited Partnership  ☐ Union

If other than an individual,

(1) Florida registration/document number: 712633        (2) Domicile State: Florida

(3) Federal Employer Identification Number: 590704726

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
(i.e., furniture moving services, diaper services, house painting services, etc.)

Entertainment services, namely football games, golf tournaments, galas, marching band events, dance events,

fashion shows, festivals, and live performances by a musical band, a choral group, or an orchestral performing

group; Serving food and beverages at luncheons

(b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
(i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

_____

_____

(c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

Internet website, magazines, newspaper advertisements, tickets, and decals

_____

(Continued)

d) The class(es) in which goods or services fall:

41, 42

_____

**PART II**

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere:   _12/31/1978_   (b) Date first used in Florida:   _12/31/1978_

**PART III**

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

_____

Florida Classic

_____

English  Translation _____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____
_____ " APART FROM THE MARK AS SHOWN.

I, __Dr. Trudie Kibbe-Reed_____, *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct*

Dr. Trudie Kibbe-Reed, President
_____
Typed or printed name of applicant

Co—  Applicant's signature
(List name and title)

STATE OF __Florida_____

COUNTY OF __Volusia_____

On this _17th_ day of _Oct_____ , _2006_ , Dr. Trudie Kibbe-Reed, as President _____personally
appeared before me,
☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

_____
Notary Public Signature

(Seal)

_____
Notary's Printed Name

My Commission Expires: _____

CASSANDRA A. L. LUNDY
MY COMMISSION # DD 534198
EXPIRES: March 29, 2010
Bonded Thru Notary Public Underwriters

**FEE: $87.50 per class**

d) The class(es) in which goods or services fall:

41, 42

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: _____12/31/1978_____   (b) Date first used in Florida: _____12/31/1978_____

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

Florida Classic

English Translation_____

2. DISCLAIMER (if applicable)

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _____ " APART FROM THE MARK AS SHOWN.

I, Dr. Castell Bryant, Interim-President _____, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct

Dr. Castell Bryant, Interim-President
Typed or printed name of applicant

*Castell Vaughn Bryant*
Co–Applicant's signature
(List name and title)

STATE OF Florida

COUNTY OF Leon

On this 14th day of November , 2006 , Dr. Castell Bryant, as Interim-President personally appeared before me, ☑ who is personally known to me  ☐ whose identity I proved on the basis of _____

(Seal)

*Annie L. Byrd*
Notary Public Signature

Annie L. Bryant
Notary's Printed Name

My Commission Expires: 3/28/2010

**FEE: $87.50 per class**

2006 Official Florida Classic Events :: (as of April 13 - exact times and locations are TBD)        Page 1 of 2

**F C S P O R T S . C O M**  :::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::  SEARCH

      

Nov. 18, 2006
Time: TBD

About FCSports | Bowl Patch | Club Suites | Official Partners | Media | Membership | Sponsorship | Stadium | Varsity Club

| TICKETS | BETHUNE-COOKMAN COLLEGE | FLORIDA A&M | HISTORY | MEDIA |
|---------|-------------------------|-------------|---------|-------|

## 2006 Official Florida Classic Events
(as of April 13 - exact times and locations are TBD)

📠 Printer-Friendly Format
✉ E-mail this article

### April 13, 2006

The following events are official events sanctioned by the Florida Classic Consortium. Proceeds from these events support educational initiatives at Bethune-Cookman College and Florida A&M University.

**Corporate Luncheon - Friday, Nov. 17**
Central Florida civic and corporate leaders gather in support of the Florida Classic and the missions of both Bethune-Cookman College and Florida A&M University.

**Alumni Gala - Friday, Nov. 17**
The national alumni associations of both institutions come together for a black tie gala. The event features school presidents, headline entertainment and all of the pomp and glitter of Hollywood. Held on the eve of the game, it is sure to become a trademark formal event in Central Florida.

**Battle of the Bands - Friday, Nov. 17**
Eight of the best high school bands from across the nation perform at the TD Waterhouse Centre in this perennially sold-out event. The night is headlined by show-stopping performances from two of the nation's best college bands, The FAMU Marching "100" and The Marching Wildcats of B-CC.

**Florida Classic Game - Saturday, Nov. 18**
Bethune-Cookman College and Florida A&M University renew their classic gridiron rivalry on the field and a thundering halftime performance from the school marching bands adds to this festive event.

**Student Concert - Saturday, Nov. 18**
After the game, students and fans will be treated to another big show at the Florida Citrus Bowl Stadium, featuring top-level entertainment to end the Florida Classic weekend in style.

**Alumni Hospitality Party - Saturday, Nov. 18**
Alumni from both schools will be entertained at the official alumni party following the conclusion of the Florida Classic game.

ADVERTISEMENT ▼



## Join Florida Citrus Sports Today
and get Capital One Bowl tickets, and Champs Sports Bowl tickets, and Orlando Citrus Parade Grandstand seats, and VIP parking, and pregame tailgates, and networking opportunities, and merchandise credit, and college football scouting, and...

Contact FCSports | Florida Classic Home

Specimen Class 42



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

November 17, 2021

COBB COLE P.A.
HEATHER BOND VARGAS
149 SOUTH RIDGEWOOD AVE.
DAYTONA BEACH, FL  32114

RE: T06000001498

The mark renewal for FLORIDA CLASSIC was filed on November 8, 2021.  The date of expiration of this mark is now November 20, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071, Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations

Letter number: 621A00027947

Int. Cls.: 20, 21, 25 and 41

Prior U.S. Cls.: 2, 13, 28, 33, 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,974,478
Registered May 21, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BETHUNE-COOKMAN COLLEGE (FLORIDA PRIVATE INSTITUTION OF HIGHER EDUCATION)
640 SECOND AVENUE
DAYTONA BEACH, FL 32118

FOR: NON-METAL KEY CHAINS, IN CLASS 20 (U.S. CL. 28).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: BEVERAGE GLASSWARE; NAMELY, SHOT GLASSES AND MUGS , IN CLASS 21 (U.S. CLS. 2, 13 AND 33).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: CLOTHING; NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1972; IN COMMERCE 8-0-1972.

FOR: EDUCATION AND ENTERTAINMENT SERVICES; NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE LEVEL AND PROMOTING SPORTS AND ATHLETIC PROGRAMS IN CONJUNCTION WITH ITS EDUCATIONAL ACTIVITIES AS A UNIVERSITY, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-0-1923; IN COMMERCE 8-0-1923.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE", "1872", "1904" AND "1923", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF TWO PARALLEL CIRCLES ENCIRCLING AN INVERTED TRISECTED ISOSCELES TRIANGLE IN WHICH

EXHIBIT
G

2                                        1,974,478

THE WORDS "HEAD", "HAND", AND
"HEART" ARE ARRANGED CLOCK-WISE
WITHIN EACH SECTION; THE DATES "1923",
"1872", AND "1904" ARE ARRANGED IN A
CLOCKWISE FASHION BETWEEN THE ISOS-
CELES TRIANGLE AND THE INNER CIRCLE;
READING LEFT TO RIGHT FROM THE 4:00
POSITION TO THE 8:00 POSITION OF THE
BORDER OF THE CIRCLE WRITTEN IN BOLD

PRINT IS "*BETHUNE-COOKMAN*"; PRINTED
IN BOLD PRINT ALONG THE BOTTOM
BORDER OF THE CIRCLE IS THE WORD
"COLLEGE".

SER. NO. 74–429,052, FILED 8–27–1993.

JULIA HARDY COFIELD, EXAMINING AT-
TORNEY

Division of Corporations                                        Page 1 of 1



**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H11000066242 3)))

H110000662423ABCW

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6383

From:
        Account Name   : COBB & COLE
        Account Number : I20030000050
        Phone          : (386)255-1811
        Fax Number     : (386)238-7003
```

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
11 MAR 14 PM 1:22

### Trademark/Servicemark Registration
### Bethune Cookman Seal

| Certificate of Registration | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 22 |
| Estimated Charge | $87.50 |

Rec'd.
3/14/11
_bt_

Electronic Filing Menu       Trademark/Servicemark          Help
                              Filing Menu

EXHIBIT
H

B Tadlock   MAR 1 5 2011

*This registration is equivalent to state registration T06000001445.  It contains two non-material alterations in that the word "College" has become "University" and the year "2007" has been added to the outer circle to reflect the College's transition to University status.  The corresponding federal registration 1974478, is being amended accordingly.  Since the state registration system does not allow for amendments in the same way as the federal system, this new registration has been filed to reflect this amendment.*

H11000066242 3

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
## PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:  Division of Corporations
     Post Office Box 6327
     Tallahassee, FL 32314

## PART I

1.  OWNER/APPLICANT:  Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

   (a) Owner's/Applicant's name: Bethune-Cookman University, Inc.

   (b) Owner's/Applicant's business address: 640 Dr. Mary McLeod Bethune Boulevard

                                   Daytona Beach, FL 32114-3099
                                   _____City/State/Zip_____

   If different, Owner's/Applicant's mailing address: _____

                                   _____City/State/Zip_____

   (c) Owner's/Applicant's telephone number: ( 386 ) 481-2000

   Check the appropriate box to indicate the Owner/Applicant is a(n):
   ☐ Individual        ☑ Corporation        ☐ Joint Venture      ☐ Limited Liability Company
   ☐ General Partnership ☐ Limited Partnership ☐ Union            ☐ Other:_____

   If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State. If the Owner/Applicant is not an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

   (1) Florida registration/document number: 712633 _____ ⊞

   (2) Domicile State or Country:  FL _____

   (3) Federal Employer Identification Number: 590704726 _____ ⊞

2. (a) SERVICE MARK:  If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark.  If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with.  For example:  furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc.  If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:

   (Note:  List only those services currently being rendered by the owner/applicant.  Do not include future services.)

   Educational services, namely providing courses of instruction at the college level

   _____

   _____

H11000066242 3

H11000066242 3

2. (b) <u>TRADEMARK:</u> If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark.   If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify.  For example:  ladies sportswear, cat food, barbecue grills, shoe laces, etc.   <u>If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:</u>

(Note:  List only those product(s) currently available.   Do not include future products.)

_____

_____

_____

2. (c) <u>HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:</u>

<u>SERVICE MARKS:</u>  If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public.  For example:  newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc.  <u>If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:</u>

Internet website, catalogs, magazines, labels, and decals _____

_____

_____

<u>TRADEMARKS:</u>  If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging.  For example:  a tag, label, imprinted or engraved on the actual product, etc.  <u>If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:</u>

_____

_____

_____

2. (d) <u>FEE(S) AND CLASS(ES):</u>  There are a total of 45 classes or categories in which all products or services must be categorized.  The fee to register a mark is $87.50 per class.  Make check payable to Florida Department of State.

<u>List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above:</u>

41 _____

_____

H11000066242 3

H11000066242 3

## PART II

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.

**Note: The Florida Statutes require a mark to be in use prior to registration.**

(a) Date first used in other state or country, if applicable: ___August 31, 1923___

(b) Date first used in Florida: ___August 31, 1923___

## PART III

**ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:**

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering. The description of the logo and/or design must be 25 words or less. List the exact name, slogan, and/or description of the logo/design here: (NOTE: The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

Trisected triangle within double circles; "Bethune-Cookman University" across top and "2007" along bottom.

"HEAD", "HAND", "HEART" within triangle; "1923", "1872", "1904" between triangle and circles.

Provide the English translation of any and all terms listed #1 above, when applicable:_____

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others. Commonly used terms or designs must be disclaimed. When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design. All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.). Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

Enter all terms listed in #1 above which require a disclaimer in the space provided below:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S) "University" "1923" "1872" "1904" "2007"_____ " APART FROM THE MARK AS SHOWN.

H11000066242 3

H11000066242 3

**3. ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED**

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use. <u>You must submit three specimens FOR EACH CLASS listed in Part I #2(d). The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered. You may provide three identical specimens or three different specimens.</u> For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof. For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof. Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

<u>SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:</u>

*I,* Dr. Trudie Kibbe-Reed*, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.*

Dr. Trudie Kibbe-Reed, President
Typed or printed name of applicant

Applicant's signature
(List name and title)

STATE OF Florida

COUNTY OF Volusia

On this 28th day of January , 2011 , Dr. Trudie Kibbe-Reed personally appeared before me,

☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

(Seal)

Sally Mose
Notary Public Signature

Sally Mose
Notary's Printed Name

My Commission Expires: _____

**FILING FEE: $87.50 per class**

SALLY MOSE
Notary Public, State of Florida
My Comm. Expires Sept. 12, 2013
Commission No. DD 902424

Page 4 of 4

H11000066242 3

H11000066242 3



*Sustaining A Legacy of Faith, Scholarship and Service*



Bethune-Cookman University
640 Dr. Mary McLeod Bethune Blvd.
Daytona Beach, FL 32114-3099
386-481-2000

www.cookman.edu

H11000066242 3

H11000066242 3

2   Bethune-Cookman University

# 2009-2010 UNDERGRADUATE CATALOG

Bethune-Cookman University is accredited by
the Commission on Colleges of the Southern Association of Colleges and Schools
to award the Bachelor of Arts, Bachelor of Science and Master of Science degrees.
Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097
or call 404-679-4500 for questions about the accreditation of Bethune-Cookman University.

Also accredited by
*National League for Nursing Accrediting Commission, Inc.*,
3343 Peachtree Road NE, Suite 500,
Atlanta, GA 30326, telephone: 404-975-5000
Accreditation Commission for Programs in Hospitality Administration
National Collegiate Athletic Association
Florida State Board of Nursing (approved)
Florida State Department of Education for Special Programs
National Council for Accreditation of Teacher Education
University Senate of the United Methodist Church

Affiliated with
American Association of Colleges of Nursing
American Association of Collegiate Registrars and Admissions Officers
American Association of Colleges for Teacher Education
American Assembly of Collegiate Schools of Business
American Association of Higher Education
American Council on Education
American Library Association
American Management Association
Association of American Colleges and Universities
Association of Church-Related Institutions of Higher Education
Association for Continuing Higher Education
Association for Computer Machinery
Association of Fundraising Professionals
Association of Governing Boards of Universities and Colleges
Association of Institutional Research
Central Florida Library Consortium (CFLC)
College Entrance Examination Board
Council for Advancement and Support of Education
Council for Christian Colleges & Universities
Council on Hotel, Restaurant and Institutional Education
Council of Independent Colleges
Florida Association of Colleges and Universities
Florida Association of Colleges of Nursing
Florida Association for Private College and University Admissions
Florida Association of Institutional Research
Florida Chamber of Commerce
Florida Council on Aging
Florida Department of Education, School of Colleges & Universities
Florida Library Network (FLIN)

## CONTACTING THE UNIVERSITY

Address for all areas: Bethune-Cookman University
640 Dr. Mary McLeod Bethune Boulevard
Daytona Beach, Florida 32114-3099, USA
*Campus Telephone Number:* 386-481-2000
www.bethune.cookman.edu

H11000066242 3

# TABLE OF CONTENTS

**BETHUNE-COOKMAN UNIVERSITY**
Accreditation Status .......................................................................... 2
Contacting the University ................................................................. 2
Campus Map & Legend ..................................................................... 4
Academic Calendar ........................................................................... 6
The University Catalog ...................................................................... 10
President's Statement of Philosophy .............................................. 12

**GENERAL INFORMATION**
History of the University ................................................................... 13
Last Will and Testament, (Dr. Mary McLeod Bethune Founder) .... 15
The Mary McLeod Bethune Home .................................................. 16
University Mission ............................................................................. 17
Core Values ........................................................................................ 17
Ethics .................................................................................................. 18
Institutional Student Learning Outcomes ...................................... 18
Equal Employment and Educational Opportunities ...................... 20
Sexual Harassment ............................................................................ 20
Admissions ......................................................................................... 21
Financial Information ........................................................................ 32
Student Life and Support Services ................................................... 50
General Academic Information ......................................................... 65
Civic Participation & Social Responsibility ................................... 85
Research ............................................................................................. 88
Academic Schools and Programs ..................................................... 90
Degrees ............................................................................................... 91
Computing Services and Resources ................................................. 92
Academic Support Services .............................................................. 92
Honors Program ................................................................................ 95
Carl S. Swisher Library/Learning Resources Center ..................... 96
School of Arts and Humanities ........................................................ 105
School of Business ............................................................................. 164
School of Education ........................................................................... 197
School of Nursing .............................................................................. 241
School of Science, Engineering, and Mathematics ........................ 256
School of Social Sciences .................................................................. 302
Air Force ROTC ................................................................................ 340
Army ROTC ...................................................................................... 343
Professional Studies Program .......................................................... 350
Alumni Relations ............................................................................... 353
Board of Trustees ............................................................................... 354
Officers of the Administration ......................................................... 357
Faculty ................................................................................................ 358
Staff ..................................................................................................... 372
Index ................................................................................................... 373

**DISCLAIMER**
*The Catalog of Bethune-Cookman University is, in effect, an agreement between the student and the University. It contains information concerning academic requirements as well as specific regulations of the University. Each student should familiarize himself with its provisions in order to prevent unnecessary uncertainty, difficulties, and delays that will impede progress toward graduation. While this catalog accurately reflects the programs, policies, and requirements of the institution at the time of printing, the University reserves the right to change or amend its contents in any way deemed necessary.*



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

March 15, 2021

COBB COLE LAW FIRM
HEATHER VARGAS, ESQ.
149 S RIDGEWOOD AVE, STE. 700
DAYTONA BEACH, FL  32114


RE: T11000000242

The mark renewal for TRISECTED TRIANGLE WITHIN DOUBLE CIRCLES;"BETHUNE-COOKMAN UNIVERSITY" ACROSS TOP & "2007" ALONG BOTTOM;"HEAD", "HAND", "HEART" WITHIN TRIANGLE;"1923","1872","1904" BETWEEN TRIANGLE AND CIRCLES was filed on March 8, 2021.   The date of expiration of this mark is now March 14, 2026.

Please be aware to maintain "ACTIVE" status with the Division of Corporations, your next renewal must be filed within 6 months prior to its date of expiration.  Under 495.071, Florida Statutes, there is NOT a grace period once the mark has expired.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Trademark Section.

Karen A Saly
Regulatory Specialist II
Division of Corporations                    Letter number: 721A00005431

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,406,777**

**Registered Sep. 24, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BETHUNE-COOKMAN UNIVERSITY INC. (FLORIDA NON-PROFIT CORPORATION)
640 DR. MARY MCLEOD BETHUNE BLVD.
DAYTONA BEACH, FL 32114

FOR: EDUCATION SERVICES IN THE NATURE OF COURSES AT THE UNIVERSITY LEVEL; ENTERTAINMENT IN THE NATURE OF BEAUTY PAGEANTS; ENTERTAINMENT SERVICES IN THE NATURE OF DANCE, MUSICAL, THEATER, PEP RALLY, PARADES, PERFORMING ARTS, COMEDY, AND STEP PERFORMANCES; FASHION MODELING FOR ENTERTAINMENT PURPOSES; ORGANIZING AND CONDUCTING COLLEGE SPORT COMPETITIONS AND ATHLETIC EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

THE MARK CONSISTS OF A SKETCH OF AN ANGLE VIEW OF A WILD CATS HEAD.

SER. NO. 85-851,343, FILED 2-15-2013.

GEORGE LORENZO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**EXHIBIT
I**

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863047**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863047\xml1 \ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Bethune-Cookman University, Inc. |
| ***MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| ***CITY** | Daytona Beach |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 32114 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | CORPORATION |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF** | Florida |

EXHIBIT J

| | |
|---|---|
| INCORPORATION | |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 020 |
| *IDENTIFICATION | Chairs; Portable folding stadium seats |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863047\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863047\xml1 \ FTK0004.JPG |
| SPECIMEN DESCRIPTION | photographs of chair and stadium seat bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |

| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
|---|---|
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Hiram C. Powell/ |
| * SIGNATORY'S NAME | Dr. Hiram C. Powell |
| * SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| * DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863047**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 020:  Chairs; Portable folding stadium seats

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of chair and stadium seat bearing the mark.
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863047
Payment Accounting Date: 08/03/2021

Serial Number: 90863047
Internet Transmission Date: Tue Aug 03 14:46:58 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144658981
189-90863047-7816f95f633aa5d3385e72baddd
6afddd7ca8744b14d591a68ff53d31f6622621-C
C-46572225-20210803133353486955







PTO- 1478
Approved for use through 05/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863045**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863045\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | BC |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bethune-Cookman University, Inc. |
| *MAILING ADDRESS | 640 Dr. Mary McLeod Bethune Blvd. |
| *CITY | Daytona Beach |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 32114 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF | Florida |

| | |
|---|---|
| INCORPORATION | |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Beverageware |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\630\90863045\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of mug bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S.<br>Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| *SIGNATURE | /Hiram C. Powell/ |
| *SIGNATORY'S NAME | Dr. Hiram C. Powell |
| *SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| *DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863045**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 021:  Beverageware

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of mug bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863045
Payment Accounting Date: 08/03/2021

Serial Number: 90863045
Internet Transmission Date: Tue Aug 03 14:45:18 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144518864
689-90863045-78146441eb18e3334d5e8e543d9
d8f6c3744b6101f1e4ed7bb02e71c16f49-CC-45
172196-20210803134233573009





PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863053**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Interlocking block letters B and C. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bethune-Cookman University, Inc. |
| *MAILING ADDRESS | 640 Dr. Mary McLeod Bethune Blvd. |
| *CITY | Daytona Beach |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 32114 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Decals; Folders being stationery; Pens; Spiral-bound notebooks; Three-ring binders |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863053\xml1 \ FTK0005.JPG |
| SPECIMEN DESCRIPTION | photographs of products bearing mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Heather Bond Vargas, Esq. |

| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
|---|---|
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| * TOTAL FEES DUE | 250 |
| * TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Hiram C. Powell/ |
| * SIGNATORY'S NAME | Dr. Hiram C. Powell |
| * SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| * DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863053**
**Filing Date: 08/03/2021**

# To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The applicant is not claiming color as a feature of the mark. The mark consists of Interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016:  Decals; Folders being stationery; Pens; Spiral-bound notebooks; Three-ring binders

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of products bearing mark.
Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<strong>Declaration</strong>

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863053
Payment Accounting Date: 08/03/2021

Serial Number: 90863053
Internet Transmission Date: Tue Aug 03 14:49:16 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144916843
549-90863053-78176b97bac8279088f26722811
04e251f61a24d9a7f1f3deb913e17d22350d63-C
C-49152268-20210803130740432262









PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863032**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | BC |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bethune-Cookman University, Inc. |
| *MAILING ADDRESS | 640 Dr. Mary McLeod Bethune Blvd. |
| *CITY | Daytona Beach |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 32114 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Gloves; Hats; Scarves; Shirts; Shorts; Sweatshirts; Jackets; Ties as clothing |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863032\xml1 \ FTK0009.JPG |
| SPECIMEN DESCRIPTION | photographs of clothing items bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |

| | |
|---|---|
| **CITY** | Daytona Beach |
| **STATE** | Florida |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 32115 |
| **PHONE** | 386-323-9230 |
| **EMAIL ADDRESS** | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Heather Bond Vargas, Esq. |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | heather.vargas@cobbcole.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Hiram C. Powell/ |
| **\* SIGNATORY'S NAME** | Dr. Hiram C. Powell |
| **\* SIGNATORY'S POSITION** | President |
| **SIGNATORY'S PHONE NUMBER** | 3864812004 |
| **\* DATE SIGNED** | 08/03/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021, OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 90863032**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025:  Gloves; Hats; Scarves; Shirts; Shorts; Sweatshirts; Jackets; Ties as clothing

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photographs of clothing items bearing the mark.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)

heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863032
Payment Accounting Date: 08/03/2021

Serial Number: 90863032
Internet Transmission Date: Tue Aug 03 14:40:51 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144051445
310-90863032-781ba39db5a423e130b18cfef2d

d7c335b826d5ddfbed06257e30a9a9bac8d3-CC-
40492116-20210803135943098761

















PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90862998**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\908\629\90862998\xml1 \ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BC |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Bethune-Cookman University, Inc. |
| ***MAILING ADDRESS** | 640 Dr. Mary McLeod Bethune Blvd. |
| ***CITY** | Daytona Beach |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 32114 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | CORPORATION |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | Key chains |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\908\629\90862998\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of key chain bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole, P.A. |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| *SIGNATURE | /Hiram C. Powell/ |
| *SIGNATORY'S NAME | Hiram C. Powell |
| *SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| *DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90862998**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
    640 Dr. Mary McLeod Bethune Blvd.
    Daytona Beach, Florida 32114
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 014:  Key chains

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of key chain bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    P.O. Box 2491
    Daytona Beach, Florida 32115
    United States
    386-323-9230(phone)
    heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

<b>Declaration</b>

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90862998
Payment Accounting Date: 08/03/2021

Serial Number: 90862998
Internet Transmission Date: Tue Aug 03 14:37:28 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803143728764
979-90862998-78191c52e3ff815ce9f81121c1b
5b3a1322c5b84b7b5d30a0d781e9bc73db5ab8a8
-CC-37272048-20210803090439702993





PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90863036**
**Filing Date: 08/03/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863036\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | BC |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of interlocking block letters B and C. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 418 x 328 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Bethune-Cookman University, Inc. |
| *MAILING ADDRESS | 640 Dr. Mary McLeod Bethune Blvd. |
| *CITY | Daytona Beach |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 32114 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF | Florida |

| INCORPORATION | |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 024 |
| *IDENTIFICATION | Towels |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/24/2021 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/24/2021 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\908\630\90863036\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | photograph of towel bearing the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 3961380. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobb Cole |
| INTERNAL ADDRESS | P.O. Box 2491 |
| STREET | P.O. Box 2491 |
| CITY | Daytona Beach |
| STATE | Florida |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 32115 |
| PHONE | 386-323-9230 |
| EMAIL ADDRESS | heather.vargas@cobbcole.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heather Bond Vargas, Esq. |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heather.vargas@cobbcole.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

| FEE INFORMATION | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| SIGNATURE INFORMATION | |
| *SIGNATURE | /Hiram C. Powell/ |
| *SIGNATORY'S NAME | Dr. Hiram C. Powell |
| *SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 3864812004 |
| *DATE SIGNED | 08/03/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 90863036**
**Filing Date: 08/03/2021**

## To the Commissioner for Trademarks:

**MARK:** BC (stylized and/or with design, see mark)
The literal element of the mark consists of BC. The applicant is not claiming color as a feature of the mark. The mark consists of interlocking block letters B and C.
The applicant, Bethune-Cookman University, Inc., a corporation of Florida, having an address of
 640 Dr. Mary McLeod Bethune Blvd.
 Daytona Beach, Florida 32114
 United States
 XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 024:  Towels

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 024, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/24/2021, and first used in commerce at least as early as 02/24/2021, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photograph of towel bearing the mark.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3961380.

The owner's/holder's proposed attorney information: Heather Bond Vargas, Esq.. Heather Bond Vargas, Esq. of Cobb Cole, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
 P.O. Box 2491
 P.O. Box 2491
 Daytona Beach, Florida 32115
 United States
 386-323-9230(phone)
 heather.vargas@cobbcole.com

Heather Bond Vargas, Esq. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Heather Bond Vargas, Esq.
PRIMARY EMAIL FOR CORRESPONDENCE: heather.vargas@cobbcole.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Hiram C. Powell/   Date: 08/03/2021
Signatory's Name: Dr. Hiram C. Powell
Signatory's Position: President
Signatory's Phone Number: 3864812004
Signature method: Sent to third party for signature
Payment Sale Number: 90863036
Payment Accounting Date: 08/03/2021

Serial Number: 90863036
Internet Transmission Date: Tue Aug 03 14:43:21 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20210803144321596
464-90863036-7815a8254267f3f41dae4e6ccc8
f3fe11a0fd6241d4aec5c9a9c54d3f5d5291d-CC
-43202158-20210803135248588479





# 2020

# Bylaws



National Alumni Association
Bethune-Cookman University, Inc.
4/28/2020

**EXHIBIT
K**

## TABLE OF CONTENTS

**ARTICLE I** .................................................................................................................................5

  PREAMBLE – THE ARTICLE OF INCORPORATION .................................................................5

    Section 1 Purpose ....................................................................................................................5

    Section 2 Duration ..................................................................................................................5

    Section 3 Charter ....................................................................................................................5

    Section 4 Supremacy ..............................................................................................................6

    Section 5 Chapter Assessment ...............................................................................................6

    Section 6 Chapter Membership ..............................................................................................6

    Section 7 Fiscal Year ..............................................................................................................6

    Section 8 Audit Committee .....................................................................................................6

    Section 9 Activities Prohibited ..............................................................................................7

**ARTICLE II** ...............................................................................................................................7

  OFFICERS ...................................................................................................................................7

    Section 1 Composition ...........................................................................................................7

    Section 2 Duties.......................................................................................................................7

    Section 3 Terms ......................................................................................................................9

    Section 4 Executive Committee ..............................................................................................9

**ARTICLE III** ...........................................................................................................................10

  MEMBERSHIP ..........................................................................................................................10

    Section 1 Eligibility .............................................................................................................10

    Section 2 Voting Rights ........................................................................................................10

    Section 3 Dues ......................................................................................................................10

**ARTICLE IV** ............................................................................................................................11

  ALUMNI TRUSTEE ..................................................................................................................11

    Section 1 Board Representation ...........................................................................................11

**ARTICLE V** .............................................................................................................................11

  BOARD OF DIRECTORS ..........................................................................................................11

    Section 1 Administration .....................................................................................................11

    Section 2 Term ......................................................................................................................11

    Section 3 Duties ....................................................................................................................11

    Section 4 Meetings ...............................................................................................................12

    Section 5 Quorum .................................................................................................................12

**ARTICLE VI** ............................................................................................................................12

  MEETING OF NATIONAL ASSOCIATION ............................................................................12

    Section 1 Time and Place of National Meeting ...................................................................12

    Section 2 Notice of Meeting .................................................................................................12

Section 3 Quorum .................................................................................................13

Section 4 Minutes .................................................................................................13

Section 5 Special Meeting .....................................................................................13

Section 6 Attendance at National Meeting ...........................................................13

**ARTICLE VII** ..................................................................................................................14

COMMITTEES ......................................................................................................14

Section 1 Standing Committees ............................................................................14

Section 2 Membership ..........................................................................................14

Section 3 Duties ....................................................................................................15

**ARTICLE VIII** ................................................................................................................18

STAFF ...................................................................................................................18

Section 1 Administration Aides ............................................................................18

**ARTICLE IX** ...................................................................................................................18

NOMINATION AND ELECTION .........................................................................18

Section 1 Nomination /Election Committee .........................................................18

Section 2 Ballots ...................................................................................................20

Section 3 Election Results ....................................................................................20

**ARTICLE X** .....................................................................................................................21

RESIGNATIONS ...................................................................................................21

Section 1 Resignations ..........................................................................................21

**ARTICLE XI** ...................................................................................................................21

VACANCIES ..........................................................................................................21

Section 1 Vacancies ..............................................................................................21

**ARTICLE XII** .................................................................................................................22

REPORTS ..............................................................................................................22

Section 1 State Law Requirements .......................................................................22

Section 2 Committee Reports ...............................................................................22

Section 3 Submission to Directors .......................................................................22

Section 4 Other Financial Reports .......................................................................22

**ARTICLE XIII** ...............................................................................................................23

PUBLICATIONS ...................................................................................................23

Section 1 Authorization ........................................................................................23

Section 2 Purpose .................................................................................................23

Section 3 Publication Procedure ...........................................................................23

Section 4 Editor-In-Chief .....................................................................................23

**ARTICLE XIV** ...............................................................................................................23

EXPENDITURE OF FUNDS .................................................................................23

Section 1 Authorized Signature ............................................................................23

Section 2 Board Authorization ...................................................................................................23

Section 3 Presidential Authorization ........................................................................................23

**ARTICLE XV** .............................................................................................................................24

DISBURSEMENTS ....................................................................................................................24

Section 1 Travel Expenses .......................................................................................................24

Section 2 Contributions ............................................................................................................24

**ARTICLE XVI** ...........................................................................................................................24

QUORUM ...................................................................................................................................24

**ARTICLE XVII** .........................................................................................................................24

PROCEDURES ...........................................................................................................................24

**ARTICLE XVIII** .......................................................................................................................25

AMENDMENTS .........................................................................................................................25

Section 1 Procedure .................................................................................................................25

Section 2 Compliance ..............................................................................................................25

**ARTICLE XIX** ..........................................................................................................................25

SEAL ..........................................................................................................................................25

Section 1 Form .........................................................................................................................25

NAA BCU BY-LAWS
Adopted 04/28/2020

# BYLAWS
# National Alumni Association of B-CU, Inc.

## ARTICLE I

### PREAMBLE – THE ARTICLE OF INCORPORATION

The general purpose of this corporation shall be to perpetuate the history, ideals and philosophy of Bethune Cookman University and to promote the University as an institution of academic excellence and to create and maintain an environment that encourages alumni participation through volunteerism and financial support for the Association and University. In addition, the Association shall maintain, foster and expand the unique and special relationship between the University and its alumni.

.

### Section 1 Purpose

The corporate purpose of the National Alumni Association of Bethune-Cookman University, Inc. herein referred to as the Association shall be primarily carried out through chapters and they shall exist for that reason.

The Association shall charter as many alumni chapters as they deem necessary to carry out its corporate purpose throughout the world.

### Section 2 Duration

The existence of this corporation shall be perpetual.

### Section 3 Charter

a. Five members or more of the Association in good standing may apply for a charter, provided they:
   1. Make application on the form provided.
   2. Pay the charter fee of $50.00 to the Association
   3. Pledge to abide by the charter and Bylaws of the Association

b. The National President or President's designee, subject to the approval of the Executive Committee, shall issue the charter unless it is determined that there is an active charter within said city.

c. In cities where there are more than one-hundred thousand people, the National President subject to the approval of the Executive Committee may issue a charter for each one-hundred thousand people, as needed, based on the number of alumni in the city.

d. The National President shall be responsible for obtaining permission from responsible state authorities that will allow this Association to do business in their state if the new chapter is outside the State of Florida.

### Section 4 Supremacy

All chapters shall be a constituent and subordinate unit of the Association subject to the general authority and jurisdiction of the Board of Directors of the Association.

### Section 5 Chapter Assessment

a.  Each chapter shall pay an assessment as approved by the Board of Directors each year to include scholarship, donation to the University and operational expenses of the Association.

b.  Chapter assessments shall be determined by the Board of Directors based on the chapter's potential for members and its newness.

c.  Any chapter that fails to pay the assessment shall lose the right to vote unless it is determined by the Board of Directors that the chapter had a valid reason for non-payment.

d.  Any chapter that fails to pay the assessment for two consecutive years shall be suspended by the Board of Directors at the National Meeting unless it is determined that the chapter had a valid reason for non-payment.

### Section 6 Chapter Membership

a.  Chapter membership dues shall include National dues unless the person is a life member.

b.  Each chapter shall have at least five members in good standing. Good standing shall consist of the following:
    1.  Payment of dues, and
    2.  Participation in and support of chapter and national activities

c.  The charter of any chapter with less than five (5) members in good standing shall be revoked unless the Board of Directors determines that there is a hardship.

d.  Each Chapter shall appoint or elect a chapter Historian to work with the NAA History Committee.

### Section 7 Fiscal Year

Each chapter shall adopt a fiscal year that begins July 1st of each year, which shall specifically set forth their proposed national assessment.

### Section 8 Audit Committee

a.  The Audit Committee shall conduct an annual audit.  The committee shall review and propose internal controls, perform quarterly internal audits, and report audit findings to the National Office by January 25th of each year.

b.  The failure of the chapter through its audit committee to submit a timely audit may result in the chapter losing its right to solicit money using the name or tax number of the Association.

## Section 9 Activities Prohibited

a.  No chartered organization or individual shall pledge the credit of the corporation without the express written consent of the Board of Directors.

b.  No chartered organization or individual shall enter into any contract in excess of two thousand dollars ($2,000.00) using its chartered name without the express written consent of the Board of Directors.

c.  No chartered organization shall participate in any illegal activity.

d.  No chartered organization shall use the Association's tax exempt number without written consent of the Executive Committee.

e.  Each chapter chartered by the Association shall have a hearing with the Board of Directors for resolution on any issue before being suspended.

f.  There shall be a formal meeting with the affected chapter and the Board of Directors to resolve the issue.

# ARTICLE II

## OFFICERS

### Section 1 Composition

The officers of the Association shall be President, Vice President, Recording Secretary, Corresponding Secretary, Financial Secretary, Treasurer, Parliamentarian, Chaplain, Public Relations Director, and two (2) representatives to the University Trustee Board who shall be graduates of Bethune-Cookman University.

### Section 2 Duties

a.  **PRESIDENT** - The President shall preside at meetings of the Board of Directors, serve as Chairman of the Executive Committee; be a member of all chapters and committees ex officio, except the Nominating Committee and shall appoint all chairpersons. The President shall be the chief administrative officer. Upon election, the President shall be recommended by the Association to the Board of Trustees of Bethune-Cookman University for appointment to their board for a term commensurate with his/her term of office. The President shall be  bonded.

b.  **VICE PRESIDENT -** The Vice President shall be actively involved and knowledgeable of all duties and responsibilities of the President and shall perform all the duties of the President during the latter's absence and shall succeed to the presidency in the event of withdrawal or resignation of the President for any reason. He/she shall serve as Chairman of Membership Committee. The Vice President shall also perform such other duties as may be assigned by the Executive Committee.

c. **RECORDING SECRETARY-** The Recording Secretary shall keep a record of the proceedings of the National Meeting, the Board of Directors, and the Executive Board and shall be permanently preserved. The Secretary shall perform all other duties of such office and be subject to the directions of the President, the Board of Directors/Executive Committee of the Association.

d. **TREASURER -** The Treasurer shall be bonded, hold all funds of the Association in a reputable bank, write checks only after presentation of voucher signed by the President or Financial Secretary. The Treasurer shall have complete charge of all financial transactions of the Association. The Treasurer must deposit all monies no later than seven (7) business days after receiving said funds in an approved bank under the name of the Association. The Treasurer shall supervise the preparation of the annual budget and issue at least one (1) financial statement at least 60 days prior to the close of each fiscal year. The statement shall be audited in accordance with Article VII, Section 3, Budget and Finance, Part K, page16.

e. **PARLIAMENTARIAN -** The Parliamentarian shall insure the verification of the qualifications for each candidate for office. The Parliamentarian shall advise the presiding officer of the rules governing situations in the sessions upon the request of the chair or members of the assembly. In the event the Parliamentarian is a candidate for an elected office, he/she shall be disqualified from insuring the verification of the qualifications for candidates for office. In such instances, the Chairperson of the Bylaws Committee shall serve in lieu of the Parliamentarian.

f. **CHAPLAIN -** The Chaplain shall hold devotional periods before each session of the National meeting, Board of Directors/Executive Committee meetings and other called meetings.

g. **DIRECTOR OF PUBLIC RELATIONS -** The Director of Public Relations shall work in conjunction with the President, Executive Committee/Board of Directors and Assistant Vice President/Director of Alumni Relations in the distribution of news to the media.

   1. In concert with the Assistant Vice President/Director of Alumni Relations, maintain a current mail listing of all the major media sources of all levels.

   2. Develop in conjunction with the National's volunteer staff a resource file on the past and present achievements of the Alumni. The volunteer staff shall be responsible for maintaining such a file current.

   3. Cooperate with the staff in being a liaison to the media whenever the Association is sponsoring designated activities.

h. **FINANCIAL SECRETARY -** The Financial Secretary shall receive and record the funds for the Association according to the Financial Procedure Manual.

   1.The Financial Secretary shall give or mail receipts for all income and record same in a duplicate receipt book (original copy shall be given or mailed to person or organization from whom money is received). Copies of deposit tickets, receipts, and other documentation of income and expenses may be submitted via mail or electronic methods.

   2. The Financial Secretary shall submit all funds received to the Treasurer with statement indicating the source.

3. Maintain current record of funds available

4. The Financial Secretary shall be bonded.

i. **CORRESPONDING SECRETARY -** The Corresponding Secretary shall notify the Executive Committee of regular and call meetings, retrieve mail from Association mailbox and distribute to appropriate individuals, generate correspondence as directed by President, maintain a correspondence file and read (or recap) all correspondence to the Association.  The Corresponding Secretary shall be bonded.

j. **SERGEANT-AT-ARMS -** The Sergeant-At-Arms shall assist in preserving order as the Chair may direct in Board of Directors and at National meetings, handle certain physical arrangements such as furnishing and seating.  Ensure video/audio is properly working and placed, when used, distribute printed materials for meetings, and manage the members' sign-in sheet during meetings.  They shall be responsible for the seating of delegates and the National Meeting.

<h3 align="center">Section 3 Terms</h3>

a. All elected officers term of office shall be for a period of two (2) years.

b. The President, Director of Public Relations, at least one (1) alumni nominee to the University Trustee Board, and the Parliamentarian shall be elected in even numbered years.

c. The Vice President, Recording Secretary, Treasurer, Chaplain, and one (1) nominee to the University Trustee Board shall be elected in odd numbered years.

d. The President shall appoint the Corresponding Secretary and Financial Secretary for a term of two (2) years.

e. No officer shall hold the same office more than two consecutive terms in a six (6) year period unless no candidate files to run for the office by the filing deadline. This ruling applies to elected officials only.

<h3 align="center">Section 4 Executive Committee</h3>

The Executive Committee of the Association shall consist of all of the elected and appointed National Officers, and the immediate Past President.

All Executive Committee Members of the Association shall hold Membership in the Association's Life Membership Club, or subscribing before seeking office.

The Executive Committee shall act between the meetings of the Board of Directors and shall have all of the power of the Board.

Actions of the Executive Committee shall be reported to the Board of Directors at the next scheduled meeting.

The actions of the Executive Committee shall be recorded within the report of the Board of Directors at the National Meeting.

# ARTICLE III

## MEMBERSHIP

### Section 1 Eligibility

a.  All members including Life Members shall be financial in a local chapter if there is one. A local chapter shall be defined as the city or county within a radius of 60 miles.

b.  Members of the Association shall be:
1.  All graduates of Bethune-Cookman University
2.  All students of Bethune-Cookman University who attended one semester
3.  Associate Members (non-attendees) shall be entitled to all member privileges except holding a National or Local office or Chair of National Standing Committee
4.  Honorary members as nominated by the local chapters and presented to the Executive Committee/Board of Directors and elected by the Association at its National Meeting.
5.  All the above members may be a Life member and/or eligible to become a Life Member

### Section 2 Voting Rights

a.  All members in good standing shall have the right to cast a ballot on issues before the Association.
b.  Voting shall be by secret ballot for the election of officers.

### Section 3 Dues

a.  Each individual member of the Association shall pay an annual fee as stipulated by the Board of Directors at the National Meeting for the fiscal year.

b.  The deadline for payment of annual fees (national dues) shall be April 1st of each year. Individuals or chapters submitting dues with a postmark after April 1st and the end of the fiscal year (June 30th) will be assessed a late fee of $5.00 for each dues submitted.

c.  Life members shall pay a one-time non-refundable fee as established by the Association at its National Meeting. If paid through installments, the fee shall be paid in full within 3 fiscal years and if not paid in full within established time; the amount already paid is non-refundable.

d.  A Subscribing life member is one who has not completed full payment. He/she shall pay Association dues until Life Membership pledge is paid in full.

# ARTICLE IV

## ALUMNI TRUSTEE

### Section 1 Board Representation

The Association shall recommend to the Board of Trustees of Bethune-Cookman University three (3) of its members for election to its Board, one of whom shall be the President, and who shall be known as the Alumni Trustee. One Trustee shall be elected in even numbered years and one shall be elected in odd numbered years. Each Alumni Trustee shall hold office for two (2) years with the opportunity for reelection provided no Alumni Trustee is serving for more than two (2) consecutive terms. Pursuant to the agreement reached between Alumni and Bethune-Cookman University and the Board of Directors of the Association, the Alumni Trustees, other than the President, shall be elected by the members of the Association.

# ARTICLE V

## BOARD OF DIRECTORS

### Section 1 Administration

The administration of the affairs of the Association shall be vested in a Board of Directors consisting of the President, Vice President, Recording Secretary, Treasurer, Parliamentarian, Chaplain, Director of Public Relations, Alumni Trustee(s), Financial Secretary, Corresponding Secretary,  Historian, Curator of Alumni Center, current Miss Alumni, immediate past President of the Association. Chapter Presidents, Chairpersons of Standing Committees as hereafter provided in Article VII, Section 1.  Ex-officio members without voting rights are Miss Alumni and Curator of the Alumni Center.

### Section 2 Term

Directors and Officers shall assume office on July 1st and shall serve for two (2) years and thereafter until their successors shall have been duly elected or appointed. Directors may be reappointed and Officers may be reelected, but no officer may serve more than two (2) successive terms except as stipulated in Article II Section 3(e).

### Section 3 Duties

a.  The Board of Directors shall manage the business operation of the Association.

b.  The Board of Directors, through the secretary and approved by the President, shall make written reports after each meeting to the local chapters.

c.  The Board of Directors through the President shall make an annual report (written) at the National Meeting.

d.  The Board of Directors of the Association shall have the right and the ability to remove officers who have not performed their duties as outlined in the bylaws by 2/3 vote of the Board of Directors at the next scheduled meeting.

## Section 4 Meetings

a. The Board of Directors shall hold regularly scheduled meetings at such times and places as it shall establish. The Board of Directors should meet at least two times per year.  Minutes of all meetings will be provided to chapter presidents and members present.

b. There may be a special call meeting if concurred in by two-thirds of the members of the Board, or the Board shall convene upon the written request of a majority of its members.

c. The procedure for notice and agenda matters shall be the same as with a special called National Meeting (See Article VI, Section 5)

d. Meetings shall be face-to-face or via teleconference.

## Section 5 Quorum

At least eight (8) members of the Board of Directors, excluding ex-officio members, present at a duly called meeting or special meeting that has been announced shall constitute a quorum.

# ARTICLE VI

## MEETING OF NATIONAL ASSOCIATION

### Section 1 Time and Place of National Meeting

a. The time of the National Meeting shall be set by the Executive Committee/Board of Directors and announced before the close of the National Meeting.

b. Local chapters shall have the right to bid or volunteer for the hosting of the National Meeting.

c. Requests for hosting the National Meeting should be presented in writing from the Host City and Chapter as set forth in the guidelines approved by the Executive Committee/Board of  Directors for their recommendation to the National Meeting.

d. The National Meeting will be held every two years, occurring in odd numbered years.

e. The National Meeting may be cancelled if it is detrimental to the Association or jeopardizes the achievement of the Association's mission, and if concurred by two-thirds vote of the members of the Board of Directors.

### Section 2 Notice of Meeting

a. The notice of the National Meeting of the Association shall be published in the official  Alumni Journals, local and national newspapers, social media, and other available news media.

b. All members in good standing shall be sent written notice of the National Meeting no less than two weeks prior to said meeting, at their last known address, or electronic mail (email).

c.  The Corresponding Secretary and/or webmaster shall be responsible for getting out notifications.

d.  At least one meeting per quadrennial shall be held in Daytona Beach, Florida.

## Section 3 Quorum

a.  Members present at a duly called meeting of the members shall constitute a quorum, with the exception of ex-officio members.

b.  No proxy votes shall be allowed at any meeting.

## Section 4 Minutes

a.  The Alumni Business Sessions minutes shall be read daily at the beginning of each business session.

b.  The Association shall approve each Business Session minutes.

c.  The last day Business Session minutes shall be approved by the Board of Directors at its official meeting following the close of the National Meeting of the Association.

## Section 5 Special Meeting

a.  The Association shall meet in Special Session at the call of the National President, provided the special meeting is approved by two-thirds of the members of the Board of Directors, or the National meeting shall convene upon the written request of two-thirds of the chapter presidents. After due call with proper notice, the members present shall constitute a quorum, with the exception of ex-officio members.

b.  The notice for the special meeting shall include the date, time, and place of said meeting along with the agenda items to be acted upon.

c.  The special meeting shall only deal with those matters listed in the notice of call. In no case shall other matters be dealt with at a special meeting.

d.  No proxy vote shall be permitted.

e.  No less than three (3) days written notice be given.

## Section 6 Attendance at National Meeting

a.  All Chapters shall have at least two representatives at the National Meeting.

**b.**  Any chapter that fails to attend at least two national meetings, within a four (4) year time frame, shall be reviewed by the Executive Committee, for action to be taken by the Board of Directors recommending withdrawal, probation, and/or other sanctions.

# ARTICLE VII

## COMMITTEES

### Section 1 Standing Committees

There shall be seven (7) Standing Committees:

a. Fundraising Committee
b. Budget and Finance Committee
c. Bylaws Committee
d. Reunion Committee
e. Chapter Liaison
f. Nomination/Election Committee
g. Manual of Operational Procedures Committee (MOPAC)

### Section 2 Membership

a. Each Standing Committee shall consist of no more than (12) or less than (6) persons.

b. The President shall appoint the Chairperson to serve on (7) Standing Committees. No more than two (2) voting members of each committee shall be from the same chapter.

c. Each Standing Committee shall at the National Meeting hold an organizational meeting at which time the Secretary and Business Manager of the Committee shall be elected by and from the members of said committee.

d. Each Standing Committee shall function for a period of one (1) year.

e. Each Standing Committee shall make a minimum of three (3) reports annually. The said reports shall be made in writing to the Executive Committee/Board of Directors at its regular meetings and at the National Meeting.

f. Each Standing Committee's report must, among other things, give a progress report and make positive recommendations for the betterment of the program of the Association.

g. Each Standing Committee is expected to submit annually Bylaws Amendments concerning their Committee when the committee deems it necessary by its members.

h. The exception to the limited number of persons on a given committee shall be the Fund Raising Committee, Budget and Finance Committee and the Election Committee. These committees may consist of a higher number of persons.

i. Each Standing Committee shall be personally responsible for travel to and from committee meetings

j. The chairperson of each standing committee shall be a member of the Board of Directors.
k. Standing Committees can be added or removed with the majority vote of the Board of Directors.

**Section 3 Duties**

**FUND RAISING COMMITTEE**

a.  Shall be responsible for implementing the financial program of the Association as designated by the membership in its National Meeting.

b.  The said implementation shall take form of various fund raising activities, which shall be supported by local chapters, individual members and donors.

c.  The Fund Raising Committee shall make a minimum of three (3) reports annually to the Executive Committee and the final being a comprehensive report at the National Meeting.

d.  The annual report of the Fund Raising Committee shall include a report of past and present performances and recommendations for forthcoming campaigns.

e.  Shall be responsible for devising the Fund Raising activities of the Association.

f.  Shall be responsible for setting a realistic timetable for the ongoing Fund Raising activities of the Association.

g.  Fund Raising activities shall have precedence over ALL other activities, which might be in conflict.

h.  Shall cooperate with local chapters in joining Fund Raising activities and develop a percentage plan for sharing receipts and expenditures.

i.  Must work in harmony with the Budget and Finance Committee.

**BUDGET AND FINANCE COMMITTEE**

a.  Shall be responsible for the development of a comprehensive budget for the Association, which will serve to meet the goals and objectives of the Association.

b.  The committee must work in harmony with the Fund Raising Committee.

c.  Both the Fund Raising and Budget and Finance Committees shall designate the dates, times and places wherein the Association activities shall take precedence over all other considerations.

d.  Shall insure that all facets of the Association's work are duly funded.

e.  Shall work in conjunction with the National Treasurer and Financial Secretary in ensuring that the work of the Association is moving in a positive direction.

f.  Shall make a minimum of three (3) reports annually to the Executive Committee/Board of Directors Meeting. The final shall be a comprehensive report at the National Meeting.

g. The annual report shall include a report of the past budgeting items, the actual amount utilized, and a projection for forthcoming year(s).

h. The recommended budget for the Association shall be published and distributed to the local chapters and presented at the Fall Board of Directors Meeting.

i. The recommended budget for the Association shall be approved by the Board of Directors.

j. Shall assist in setting up the accounting system of the Association.

k. Shall be responsible for having an annual internal audit by the audit committee of the Association's financial records and by a certified public accountant when a new treasurer is elected.

## BYLAWS COMMITTEE

a. Shall be responsible for recommending to the Executive Committee changes in the Bylaws and Constitution, which will be beneficial to the growth of the organization.  The Executive committee shall be responsible for evaluating all proposed Bylaw changes prior to the Bylaw Committee report being presented to the Board of Directors.

b. Shall be the receivers of proposed amendments to the Bylaws from local chapters or individual members.

c. Shall make local chapters aware of proposed changes to the bylaws before the National Meeting.

d. Shall apprise the Board of Directors of the proposed changes being contemplated.

e. Shall be responsible for preparing sufficient copies of the proposed amendments for the National Meeting. The said amendment proposals shall have included the recommendations from the Board and/or their amendment proposals.

## REUNION COMMITTEE

a. Shall be responsible for encouraging alumni to plan and participate in their class reunion activities.

b. Shall work in accordance with the Memorandum of Understanding, in maintaining listings of classes along with their addresses.

c. Shall be responsible for setting up guidelines for the reunion activities in conjunction with the Assistant Vice President/Director of Alumni Relations.

d. Shall be responsible for making an Annual Report to the Association on the proposed reunions and the result of those held.

e. Shall utilize this method in attempting to rekindle the Bethune-Cookman University spirit

## CHAPTER LIAISON

a. Shall work, to develop plans and programs, which will strengthen local alumni chapters.

b. Shall be responsible for an annual report to the Association at its National Meeting.

c. Shall include in their report recommendations for developing better relations and understandings.

d. Shall make recommendations to the Executive Committee/Board of Directors related to chapters and their relationships to the ongoing program of the University.

e. Shall be responsible for assisting in the coordination of National and local activities.

f. Shall be responsible, along with the National President in assuring that all chapters comply with local and state laws and bylaws as they affect that chapter and the Association.

g. Shall present a National Alumni calendar of events and bylaws at the National Meeting.

h. Shall be a member of the Membership committee.

## NOMINATIONS/ELECTIONS COMMITTEE

a. Shall utilize the official journal to publish the vacant positions for election.

b. Shall be recipients of the nominations for all elected positions.

c. Shall be responsible for the preparation of the official ballot of the recommended candidates of elected officers.

d. Shall certify in its annual report the results of the election based upon the external accounting firm's tabulations.

e. Shall, in its annual report, make recommendations that will enhance the election process.

## MANUAL OF OPERATIONAL PROCEDURES COMMITTEE

a. Shall monitor the effectiveness of the Manual in facilitating better organizational function at the National, Regional, and local levels.

b. Will send updates of the Manual of Operational Procedure to the Board of Directors at the fall and Spring Meetings.

**c.** Shall make recommendations for Bylaw Amendments and/or addition to keep the Manual in compliance with the regulations of the Association.

## CHAIRPERSON'S DUTIES

**THE PRESIDING OFFICER OF EACH STANDING COMMITTEE SHALL**:

a.  Preside over the committee as per Robert's Rule of Order, Newly Revised.

b.  Make written, oral and/or electronic reports to the Board of Directors at its regular meetings and/or at special call meetings.

c.  Keep their committee members informed of the changes in the Association's policies.

d.  Work harmoniously with the National President for the good of the Association.

e.  Have authority to formulate sub-committees to assist in the committee's achievement of their goals.

f.  Ensure that a budget for said committees is submitted to the Budget and Finance committee.

g.  Ensure that the said committees shall not exceed its approved budget without permission from the Board of Directors.

## ARTICLE VIII

## STAFF

### Section 1 Administration Aides

a.  The staff of the Association shall consist of volunteers and such other persons hired by the Association or loaned to the Association to implement the program of the Association.

b.  Persons volunteering their services to the Association shall be considered staff members.

c.  All staff shall be accountable to the Executive Committee/Board of Directors through the President.

## ARTICLE IX

## NOMINATION AND ELECTION

### Section 1 Nomination /Election Committee

a.  In accordance with the provisions of the Bylaws, the Nomination/Election Committee shall annually publish the positions in the Association, which shall become vacant.

b.  The Nomination/ Election Committee shall list persons qualified for vacancies among the officers of the Association. To qualify for the office of President, Vice President, Alumni Trustee and Treasurer, a member must have been in good standing of the Association and a local chapter for at least two (2) consecutive fiscal years immediately prior to seeking an elective office and

served on the Executive Committee or Board of Directors. The candidate must have been fully registered and attended at least one National Meeting within the last two fiscal years prior to seeking an elective office.

c.   All other candidates for elective offices must have been a member in good standing of the Association and a local chapter, for at least one (1) fiscal year prior to seeking an elective office. The candidate must have been fully registered and attended at least one National Meeting within the last two fiscal years prior to seeking an elective office.

d.   The Parliamentarian shall review the requirements and guidelines for each office with the committee and assist the committee in verifying the qualifications of the candidates in accordance with and subject to the limitations of Article II, Section 2(e) and Section 3(e).

e.   The accounting firm  shall be responsible for receiving ballots of all members of the Association.

f.   The Nomination/Election Committee shall report at the 2nd Plenary Session of the National Meeting.

g.   The Nomination/Election Committee shall officially announce the predetermined deadline for sending in nominations. Nominations shall not be accepted after the deadline date.

h.   The Nomination/Election Committee shall receive nominations from members of the Associations on forms approved by them for this purpose.

i.   No candidate's name shall be presented without his/her written consent.

j.   Election shall be held by nominations and secret ballot as described in Article IX Section 2.

## Section 2 Ballots

a.  The Nomination/Election Committee shall mail ballots containing the names of all candidates (a minimum of 30 days) prior to the National Meeting to all members in good standing with the Association.

b.  Upon the return of the individual ballots they shall not be opened until the official meeting of the Nomination/Election Committee at the seat of the National Meeting.

c.  The deadline for the return of ballots shall be stated in publications of the Association and on the ballots.

d.  Members shall have the option of voting for the entire slate of officers on the ballot or for any combination he/she desires without penalty.

e.  Provisions shall be made available in each category for "Write Ins" on the official ballot.

f.  In a special election, only those returned ballots received in the association's Post Office Box postmarked by the U.S. Postal Service prior to/on the deadline date will be considered valid.

g.  At the close of each election, the ballots shall be stored for a period of at least one (1) year.

## Section 3 Election Results

a.  The Nominations/Election Committee shall announce the official results of the election at the National Meeting of the Association.

b.  The election results shall be published in the official periodicals of the Association.

c.  The National President  with the signature of the Chairperson of the  Nomination/Election Committee shall notify the Administration of Bethune-Cookman University in writing of the election results.

d.  All elections for offices of the Association will be decided by a majority of votes cast in said election. If there are more than two (2) candidates for any office of the Association, and no majority reached on the first ballot, a run-off election shall be held between the two (2) candidates receiving the greatest number of votes. The run-off election will be held at the National Meeting of the Association by those in good standing and in attendance. The time and place shall be determined and announced by the Executive Committee.

e.  In case of a tie, the winner shall be determined by an onsite revote conducted by the Nomination/Election Committee.

# ARTICLE X

## RESIGNATIONS

### Section 1 Resignations

a.  Members of the Association who wish to resign their position whether elected, appointed or on a specific committee, shall do so in writing. The Executive Committee/Board of Directors shall consider this statement of resignation.

b.  The vote of the Executive Committee on this matter may be taken by individual ballot. This is the ONLY exception wherein a member of the Executive Committee rather than being present at the meeting may send in a proxy or ballot.

c.  Members of the Association who hold office whether elected, appointed or serving on a given committee who refuse to submit a letter of resignation upon 3/4 vote by the Board of Directors shall be expelled from said post.  This decision can be appealed to the Board of Directors.

# ARTICLE XI

## VACANCIES

### Section 1 Vacancies

a.  In the event any of the elected or appointed offices of the Association shall become vacant for whatever reason, the vacancy shall be filled by the action of the Board of Directors.

b.  The vacancy involving the election process shall be in the case of:

1.  The vacancy in the office of President shall be filled by the Vice President

2.  The Board of Directors would then fill the vacancy in the office of Vice President until the completion of that term.

c.  The vacancies in the Standing Committee Chairperson shall be filled as set forth in Article VII Committees, Section 2, Membership, Item b.

# ARTICLE XII

## REPORTS

### Section 1 State Law Requirements

The Board of Directors shall present at the National Meeting an annual report consistent with Chapter 617 of the Florida Statutes

    d.  The assets and liabilities of the Association as of the end of a 12-month fiscal period

    e.  The principal changes in assets and liabilities during the year immediately preceding the date of the report (prior budget).

    f.  The revenue or receipts of the Association during the year immediately preceding the date of the report (prior budget).

    g.  The expenses or disbursements of the Association during the year preceding the date of the report.

    h.  The number of members of the Association as of the date of the report, together with a statement of increase or decrease in such number during the year immediately preceding the date of the report, and a statement of the place where the names and places of residence of the current members may be found (membership roster).

The report shall be filed with the records of the Association and a copy thereof shall be entered in the minutes of the National Meeting of the members.

### Section 2 Committee Reports

Every officer, every standing committee, the Alumni Trustees and special committees shall present written and/or electronic reports to the Board of Directors and to the Association at its National Meeting.

### Section 3 Submission to Directors

No report shall be presented to the Association at its National Meeting which has not been submitted previously to the Board of Directors. The Executive Committee/Board of Directors may advise changes or demand additional information to be formulated in the report before it is presented to the Association.

### Section 4 Other Financial Reports

The Chairperson of the Budget and Finance Committee shall present at the National Meeting a report concerning any assets held by the Association in trust for, or with a direction to apply the same to, any specific purpose, and the use made of such assets and of income thereof.

# ARTICLE XIII

## PUBLICATIONS

### Section 1 Authorization

The Association shall issue a publication at least annually.

### Section 2 Purpose

The purpose of the publication shall be to publish alumni news, to further various alumni projects and to promote the best interest of Bethune-Cookman University.

The Alumni News can give notice to membership of special meetings and the National Meeting along with publishing any other information as called for by the Bylaws.

### Section 3 Publication Procedure

This publication is distributed as directed by the Board of Directors, pursuant to editorial policy established by the Board of Directors.

### Section 4 Editor-In-Chief

The Public Relations Director shall serve as editor-in-chief of the publication and shall have the authority to appoint an Editorial Board consisting of five (5) members. The editor-in-chief shall be the Chairperson of the Editorial Board.

# ARTICLE XIV

## EXPENDITURE OF FUNDS

### Section 1 Authorized Signature

Any two (2) of the following: President, Treasurer, or Financial Secretary signatures shall be necessary to authorize expenditures of Association monies.

### Section 2 Board Authorization

The Executive Committee/Board of Directors may authorize the payment of certain line items in advance, without those items coming before the body.

### Section 3 Presidential Authorization

The President may authorize the expenditures approved within the annual budget.  The Executive Committee may revoke this privilege, if expenditures are not accounted for with the appropriate receipts.

# ARTICLE XV

## DISBURSEMENTS

### Section 1 Travel Expenses

a.  Executive Committee officers who attend a minimum of 75% of the duly called meetings shall
    be reimbursed for the National Meeting registration fee plus up to $300.00 to help defray the cost
    of related expenses (travel and lodging) at the National Meeting upon submitting receipts and the
    Voucher form to the NAA Treasurer.

b.  Each officer living in Florida shall be paid a prorated fee according to distance traveled up to
    $50.00 per trip to assist with expenses incurred at Board of Directors meetings or Executive
    Committee meetings.  Officers living out-of state shall be afforded up to $200.00 to assist with
    airfare, when applicable.  To assist the President, if living out of state, not to exceed $1,000.

c.  The National President shall have funds allocated in the budget for travel related expenses
    (lodging, airfare and shuttle) when applicable.

d.  Local chapters shall be responsible for the travel expenses for their presidents, committee
    chairpersons, Ms. Alumni contestant and/or representatives.

e.  The expenses of the Association's Ms. Alumni queen, Ms. Maroon and Ms. Gold shall be
    covered as directed in the Ms. Alumni Guidelines.

f.  It is understood that said per diem and travel expenses (listed in items a-e above) are subject to
    the condition of the Treasury.

### Section 2 Contributions

a.  All contributions, dues, and correspondence shall be mailed directly to National Alumni
    Association of Bethune-Cookman University, Inc., P. O. Box 11646, Daytona Beach, FL  32120.

b.  Checks should be made payable to National Alumni Association of Bethune-Cookman
    University, Inc.

# ARTICLE XVI

## QUORUM

Where the Bylaws do not specify a quorum, the quorum shall be a majority of the membership present
where due notice has been given, with the exception of ex-officio members..

# ARTICLE XVII

## PROCEDURES

These Bylaws and <u>Robert Rules of Order</u>, Newly Revised shall govern the proceedings of all meetings of the
Association and of the Board of Directors.

# ARTICLE XVIII

## AMENDMENTS

### Section 1 Procedure

These Bylaws may be amended by vote of the majority of the members present at the National Meeting or at any special meeting duly called for that purpose, provided that notices of such proposed amendments shall be mailed at least 30 days prior to the date for which the meeting is called and the Executive Committee/Board of Directors shall have conducted two readings approving said amendment(s) with the final reading being at the time of adoption.  Proposed amendments shall be submitted in writing to the Chairperson of the Bylaws Committee at least 60 days before the date, with the final meeting being at the National Meeting or special meeting.

### Section 2 Compliance

Any amendments to the Bylaws affecting a change in the number of Directors shall conform to the provisions of the Not-For-Profit Corporation Law of the State of Florida.

# ARTICLE XIX

## SEAL

### Section 1 Form

The corporate seal shall have the name of the corporation and the word "SEAL" inscribed thereon, and may be an impression seal.

*THE BYLAWS ADOPTED AS AMENDED THE  28th   DAY OF   JUNE   IN THE YEAR OF OUR LORD TWO THOUSAND AND EIGHTEEN.*

**BETHUNE-COOKMAN UNIVERSITY**
**BOARD OF TRUSTEES**
**RESOLUTION NO:**_____

The Board of Trustees (the "Board") of Bethune-Cookman University, Inc., a Florida not-for-profit corporation (the "University), at a duly called meeting on September 1, 2021, resolves:

**WHEREAS**, the University is moving towards establishing a Direct Support Organization to support the efforts of alumni affairs and other auxiliaries that represent the University.

**WHEREAS**, the Board recognizes the immense value of having an active alumni association and will endeavor to create an appropriately sanctioned organization that will serve, among other things, to positively promote and support the efforts of the University's students and alumni and be formally recognized as a Direct Support Organization.

**WHEREAS**, any Memorandum of Understanding between the National Alumni Association of Bethune-Cookman University, Inc. ("NAA") and the University has expired.

**WHEREAS**, the Board has determined that it is in the best interest of the University that the NAA in its current form be dissolved and to the extent it continues to exist as a Florida nonprofit corporation or other 501(c)(3) tax exempt organization that the NAA ceases any mention or representation that it acts with any authority or that it represents in any formal manner the University.

**WHEREAS**, the Board has determined there is a need to restructure all Direct Support Organizations using the University's name, trademark Head, Hand and Heart Seal and logos, property, facilities, or personal services, or who raise funds for the benefit of the University or in the name of the University, or who receive, hold, invest, or administer assets or property or make expenditures for the benefit of the University under its supervision in order to ensure consistency and uniformity among those organizations.

**NOW, THEREFORE BE IT RESOLVED,** that:

The University will establish a Direct Support Organization and procedures for governing the same.

I HEREBY CERTIFY that the foregoing is a full, true and correct copy of the Resolution adopted by the Board of Trustees of the University. This Resolution shall become effective immediately and remain in effect until amended or revoked by the Board of Trustees.

**Dated this** 2nd **day of September 2021**

_____
Belvin Perry, Jr., Esquire, Chairperson

Dated: 9-2-2021

_____
Jennifer L. Adams, Secretary

Dated: 9-2-2021

**EXHIBIT**
**L**



ALEXANDER | DEGANCE | BARNETT

Michelle Bedoya Barnett
(904) 345-3278
Michelle.barnett@adblegal.com

September 17, 2021

VIA EMAIL AND CERTIFIED MAIL,
<u>RETURN RECEIPT REQUESTED</u>
Willie J. Walker, Esquire
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202
Email: wjwesq@aol.com

Dear Mr. Walker:

This Firm represents Bethune-Cookman University ("B-CU"). I am in receipt of your letter dated September 13, 2021 addressed to the Board of Trustees ("Board"). I have been tasked with responding to your letter. Please understand that B-CU appreciates the efforts of its alumni and is appreciative of the support its alumni have afforded over the years. However, as B-CU works to ensure that there is uniformity in its practices and that B-CU's records are appropriately maintained, B-CU is moving towards establishing a Direct Support Organization program to support the efforts of alumni affairs and other auxiliaries that represent the B-CU. As it relates to the National Alumni Association of Bethune-Cookman University, Inc. ("NAA"), at the board meeting on September 1, 2021, the Board unanimously approved a resolution stating that it is in the best interest of the University that the NAA in its current form be dissolved. To the extent that it is not dissolved and continues to exist as a Florida nonprofit corporation or other 501(c)(3) tax exempt organization, the NAA should cease any mention or representation that it acts in any manner on behalf of B-CU.

As I am sure you understand, the NAA is not sanctioned by B-CU and for this reason, it is not legally authorized to use B-CU's name, likeness, logos, facilities or to represent itself publicly as being associated with B-CU in any way. A review of the website https://www.naabcu.org/ suggests that this organization is associated with B-CU and membership dues are collected on behalf of B-CU. Moreover, it appears that discounted rates are negotiated based on the representation that the NAA is acting on B-CU's behalf. The University respectfully requests that the website and all representations regarding or relating to a formal relationship between NAA and the University be removed from any websites, social media and other publications and that the NAA and you, in your position as its legal counsel, ensure that no further representations are made. To be clear, the NAA is not authorized by B-CU to represent itself as having a formal relationship with the University and to the extent the NAA is conducting any business which suggests in any way that it is associated with or sanctioned by B-CU, these actions should immediately cease, and efforts should be taken to rectify any misrepresentations that have been made.

EXHIBIT
M

{00395794 1 }

B-CU does not find it necessary to engage in mediation.  Rest assured that B-CU is committed to its alumni network and to this end is developing programming to ensure its alumni engagement.

I ask that you and your client, the NAA, refrain from contacting the Board, faculty, and staff of B-CU regarding this matter.  If you have any questions or there is anything that you would like to discuss, please feel free to contact me directly.


Sincerely,

Michelle Bedoya Barnett


CC: Valencia Gallon-Stubbs



Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
William A. Rice
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Nika K. Hosseini
Sydney V. Cichon

OF COUNSEL
Larry D. Marsh

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Daytona Beach • DeLand

**149 South Ridgewood Avenue, Suite 700**
**Daytona Beach, Florida 32114**
**(386) 255-8171**
**CobbCole.com**

September 29, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT NO.: 7020 1810 0000 9086 7346**
**AND ELECTRONIC MAIL**
wjwesq@aol.com
National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202

Re:    Final Demand to Cease and Desist False Association- National Alumni Association of Bethune-Cookman University, Inc.

Dear Mr. Walker:

This firm represents Bethune-Cookman University ("B-CU").  As you know, B-CU is establishing a Direct Support Organization program to support the efforts of alumni affairs and other auxiliaries that represent B-CU.  On September 1, 2021, B-CU's Board of Trustees approved a resolution for the dissolution/disassociation of the National Alumni Association of Bethune-Cookman University, Inc. ("NAA").  Subsequently, you received a letter dated September 17, 2021, from B-CU's counsel, Michelle Bedoya Barnett, advising that to the extent that the NAA is not dissolved, it should cease any mention or representation that it acts in any manner on behalf of B-CU, including use of B-CU's name, likeness, logos, or representing itself publicly as associated with B-CU.

As of the date of this letter, NAA has announced that it is changing its name to the "Dr. Mary McLeod Bethune National Alumni Association."  Not only does this new name strongly indicate association with B-CU, but NAA's website (https://www.naabcu.org/) and logos still contain B-CU's name, likeness, logos, and public representation that the NAA is associated with B-CU.  Thus, NAA continues to create the false impression that it is associated with B-CU.

**EXHIBIT**
**N**

National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
September 29, 2021
Page | 2

This conduct is a violation of federal and state trademark law, including prohibitions against infringement, dilution, false advertising, and false association. We note for your consideration this surprisingly similar 2020 case regarding the dissociation of the Oakwood University Alumni Association from Oakwood University: *Oakwood Univ., Inc. v. Oakwood Univ. Alumni Ass'n*, Case No. 5:18-cv-870-MHH (N.D. Ala. Aug. 14, 2020). The court in that case issued a preliminary injunction against the alumni association for conduct that is virtually identical to the conduct of the NAA in this matter.

Accordingly, please immediately cease and desist any public representation that NAA is associated with B-CU or its founder, Dr. Mary McLeod Bethune, and refrain from any fundraising or other activity indicating a relationship with the school, and specifically, in association with the university's upcoming homecoming events.

Please respond by no later than October 1, 2021, confirming that NAA will comply with this demand. Should NAA fail or refuse to comply, B-CU will take the appropriate legal action necessary to enjoin NAA from any further conduct in violation of state or federal law.

Thank you for your anticipated cooperation.

Sincerely,

**Heather Bond Vargas**
Board Certified in Intellectual Property Law
Direct Dial (386) 323-9220
Email: Heather.Vargas@CobbCole.com
Fax (386) 323-9206

HBV/lad

# The Walker Law Offices, P.A.
# Attorneys and Counselors at Law

625 W. Union Street - Suite 3
Jacksonville, FL  32202
Phone: (904)358-7104   Fax: (904)353-3702

Willie J. Walker, Esq.**+
Louis J. Fields, III, Esq.*

*Licensed in Florida
**Licensed in Florida and Georgia
+Circuit Civil Mediator

**VIA US MAIL**
Heather Bond Vargas, Esquire
Cobb Cole Attorneys at Law
149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114

### RE: Bethune Cookman Alumni

Dear Ms. Vargas,

I have reviewed your recent correspondence and the same has been shared with my clients. As you know, the Organization in question consists of alumni volunteers. They have been working over the past several weeks to disengage from the University as requested by the University through its board of trustees. These efforts are continuing. The expectation is that by the end of the month of October, the Organization formerly known as the National Alumni Association of Bethune-Cookman University and its alumni membership will have been completely disassociated from the University. I would ask that they be given until that time to do so.

I previously submitted correspondence to the University's corporate counsel regarding the attempted conscription of the subservient chapters from my client. I am attaching a copy of said correspondence to this letter. Please emphasize to your clients they are not to attempt to take away chapters which derive their authority from the corporation now known as Dr. Mary McLeod Bethune National Alumni Association. In this regard and to the extent those activities have been continuing, we would request you advised them to cease and desist.

Sincerely,

Willie J. Walker, Esquire

WJW/ajh

**EXHIBIT
O**



Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
William A. Rice
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Nika K. Hosseini
Sydney V. Cichon

**COBB COLE**
Attorneys at Law
Since 1925

OF COUNSEL
Larry D. Marsh

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Daytona Beach • DeLand

149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
(386) 255-8171
CobbCole.com

October 12, 2021

**VIA US MAIL**
**AND ELECTRONIC MAIL**
wjwesq@aol.com
National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
The Walker Law Offices, P.A.
625 W. Union Street – Suite 3
Jacksonville, FL 32202

Re:   Dr. Mary McLeod Bethune Cookman National Alumni Association- Response to Letter Received October 5, 2021- Final Demand to Cease and Desist

Dear Mr. Walker:

I am in receipt of your correspondence of October 5, 2021, in response to Bethune-Cookman University's ("B-CU" or "the University") September 29, 2021 demand that the National Alumni Association of Bethune-Cookman University, Inc. d/b/a Dr. Mary McLeod Bethune National Alumni Association ("NAA") cease publicly representing that it is associated with B-CU, including use of B-CU's name, likeness, and logos, and the use of "Dr. Mary McLeod Bethune"—whose name and image are inextricably associated with the University. As we have previously discussed, continued use of "Dr. Mary McLeod Bethune" by the NAA and its chapters will cause confusion among alumni/donors, in violation of federal and state trademark law. As of the date of this letter, NAA's website, email address(es), domain name(s), and flyers circulated, continue to use B-CU's name, likeness, and logos. See for example, enclosed flyer recently circulated by the NAA.

I understand from your correspondence that the NAA and its chapters request until the end of October 2021 to completely disassociate from the University. Please recall that B-CU's counsel originally demanded that the NAA disassociate back on September 17, 2021. Accordingly, the University demands that the NAA and its chapters completely disassociate, including use of B-

EXHIBIT
P

National Alumni Association of
Bethune-Cookman University, Inc.
d/b/a Dr. Mary McLeod Bethune
National Alumni Association
c/o Willie J. Walker, Esq.
October 12, 2021
Page | 2

CU's name, likeness, and logos, and use of "Dr. Mary McLeod Bethune" within ten (10) days of receipt of this letter—which is over thirty (30) days since the original demand.

Again, B-CU will take the appropriate legal action necessary to enjoin NAA from any further conduct in violation of state or federal law.

Sincerely,

**Heather Bond Vargas**
Board Certified in Intellectual Property Law
Direct Dial (386) 323-9220
Email: Heather.Vargas@CobbCole.com
Fax (386) 323-9206

HBV/lad
Enclosure

From: The National Alumni Association.... <info@naabcu.org>
Sent: Tue, Oct 5, 2021 6:00 pm
Subject: Hope To See You on The Yard...

## The National Alumni Association...

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar





**COME & SHARE YOUR QUESTIONS & CONCERNS**

TOPIC OF DISCUSSION

*NAA & University
Relationship
(Update/Next Steps)*

PUBLIC SPEAKERS:

**Johnny McCray Jr., Esq,
President & Task Force
Committee**

All Alumni, Students, Supporters & Friends Are Welcome

FOR MORE INFORMATION:
Transparency@naabcu.org



*B-CU
Belongs To
All of
US!*





National Alumni Association... | PO BOX 11646, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by info@naabcu.org powered by



Try email marketing for free today!

EXHIBIT
Q



# Dr. Mary McLeod Bethune
# National Alumni Association

HOME     ABOUT US     MEMBERSHIP     TRANSPARENCY     DONATE     EVENTS     CONTACT     RESOURCES

READ MORE    >

# WELCOME HOME

No matter how far away we are, Bethune-Cookman University is part of us. It's where we became a family. And where we realized we were part of something much bigger than ourselves. So, of course, when we depart from dear B-CU, we feel the need to continue that connection with others who share the love for our alma mater.

The Dr. Mary McLeod Bethune National Alumni Alumni Association was established to always keep you connected to home. It's our place to come together and connect with all things B-CU and continue the legacy of our founder Dr. Mary McLeod Bethune.

**Q-1**









MEMBERSHIP/SERVICE

Join the National Alumni Association and find your local chapter to connect to fellow Wildcats!
Learn how to be of service to your community.

READ MORE >>

Highlights of the 53rd Convention

READ MORE >>

DONATE

Invest in the legacy of Dr. Mary McLeod Bethune through your donation to the National Alumni Association.

READ MORE >>

# NAA NEWS

Meet the Candidates Forum

#ILEAVEYOULOVE

"Invest in the human soul. Who knows, it might be a diamond in the rough."

**Dr. Mary McLeod Bethune**

HELP US TO GIVE BACK!

Learn how to donate with NAA B-CU

**DONATE NOW>>**

### ABOUT US

### ADDRESS

### SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org



# Dr. Mary McLeod Bethune
# National Alumni Association

HOME          ABOUT US          MEMBERSHIP          TRANSPARENCY          DONATE          EVENTS          CONTACT          RESOURCES

## Donate

"Invest in the human soul. Who knows, it may be a diamond in the rough" - Dr. Mary McLeod Bethune

When you give to the Dr. Mary McLeod Bethune National Alumni Association, you help make it possible to offer scholarships to deserving students. From your generous gift to volunteering your time, giving back has an immeasurable impact on students and fellow alumni.

## MBBNAA DONATE FORM

When you give to the Dr. Mary McLeod Bethune National Alumni Association, make it possible to offer scholarships to deserving students. From your gen to volunteering your time, giving back has an immeasurable impact on stude fellow alumni.

* Required

Email *

Your email

First Name *

Your answer

Q-2



Last Name *

Your answer

Cell Phone Number *

Your answer

Home Number *
If none put N/A

Your answer

Home Address *

Your answer

Please choose which secured payment you would like to use: *
VERY IMPORTANT - In subject, please put your info (name, email, cell number, and addr

○ PayPal

○ Cash App

○ Zelle

Next

Never submit passwords through Google Forms.

GoogleForms    This form was created inside of Bethune-Cookman University National Alumni Association.

Your generosity and dedication to Bethune-Cookman University will help to improve the lives of alumni, as well as bring the best students in the world, regardless of socio-economic standing.
You may make your contribution online or by mail, in honor or memoriam of someone. Specific instructions are outlined below. Thank you again for giving back to the Wildcat community.

    

### GIVE ONLINE

Make your tax-deductible donation in a secure and convenient way. Pay with a credit card or through your PayPal account.

DONATE NOW

### MATCHING GIFTS

Does your employer match your giving? Thousands of companies support their workforce by matching gifts to the institutions their employees care about. To see if your company is one, check the database of matching gift companies before making your donation. Learn how you can increase your giving with matching gifts!

READ MORE

### MEMORIAL & TRIBUTE GIFTS

Make a donation in memory or on behalf of a wildcat. We make it easy to give for any occasion.

READ MORE

### ABOUT US

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

### ADDRESS

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

### SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

 

# 2020

# Bylaws



National Alumni Association
Bethune-Cookman University, Inc.
4/28/2020

Q-3

# NATIONAL ALUMNI ASSOCIATION

# MANUAL OF OPERATIONAL PROCEDURES



**DAYTONA BEACH, FLORIDA**

**REVISED: JUNE 2020**

**Q-4**

# NAA HISTORY AND STRUCTURE



This section contains information about the history of the National Alumni Association, National Convention, and the structure of its makeup, individual/chapter/Life membership guidelines and related processes.





## Alumni Newsletter Submission

Please click below to submit chapter updates, news, events, and alumni spotlights.
Submissions are due on the 1st of every month.

**CLICK HERE**

**Q-5**

ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org



Dr. Mary McLeod Bethune
National Alumni Association



**Q-6**



## ABOUT US

## ADDRESS

## SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a
comprehensive alumni association dedicated to
serving alumni and Bethune-Cookman
University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org





# Dr. Mary McLeod Bethune
# National Alumni Association

HOME        ABOUT US        MEMBERSHIP        TRANSPARENCY        DONATE        EVENTS        CONTACT        RESOURCES



## NAA B-CU
## Bio-Questionnaire

The NAA B-CU's History Committee is documenting the stories of Alumni for preservation at the University archives. Please complete this questionnaire.

Learn More



## Tell Us About Your Experience at B-CC/B-CU

Share the story of your time as a student at Bethune-Cookman to be shared for generations to come.

Learn More

ABOUT US

ADDRESS

SUBSCRIBE FOR EMAILS

Name

Email Address

| Subscribe Now |

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

  



Q - 8



HOME          ABOUT US          MEMBERSHIP          TRANSPARENCY          DONATE          EVENTS          CONTACT          RESOURCES



READ MORE    >

Q-9

# New Logo Competition

 The purpose of this contest is to design a logo to be used by the NAA. The logo's design should reflect the values of NAA. This includes promoting the legacy of our esteemed founder, Dr. Mary McLeod Bethune. The logo should incorporate the full NAA name. The logo must be appropriate for a professional business setting. Entries must be submitted as a PNG files. The logo must be easy to use, handle, resize, and manipulate for all reproduction purposes. It should be visually appealing on both small (as small as 2 cm x 2 cm) and large scales.

Switch account

The name and photo associated with your Google account will be recorded when you upload files and submit this form. Only the email you enter is part of your response.

* Required

Email *

Your email

First Name *

Your answer

Last Name *

Your answer

**Q-10**

Postal Address *

Your answer

Cell Number *

Your answer

Upload PNG file here for submissions. *

⬆ Add file

Please fill free to express your design and or   on  ept in detail.

Your answer

A copy of your responses will be emailed to the address you provided.

Submit                                                                 Clear form

Never submit passwords through Google Forms.

reCAPTCHA
Privacy Terms

This form was created inside of Bethune-Cookman University National Alumni Association. Report Abuse

Google Forms

-----Original Message-----
From: Dr. Mary McLeod Bethune National Alumni Association <jmccray@mmbnaa.org>

Sent: Thu, Nov 11, 2021 4:17 pm
Subject: Happy Veterans Day to Chapter Presidents & Chapter Members

## From the desk and pen of Johnny McCray, President of the MMBNAA

**Greetings Fellow Alumni:**

Today, the United States observes Veterans Day, honoring its citizens who serve and have served in the armed forces. This day serves as a formal recognition of the commitment and valor that safeguards the rule of law and protects us all. Everyday, we acknowledge the sacrifice this requires of our military personnel and their families.

Our esteemed founder, Dr. Mary McLeod Bethune, was no stranger to supporting her people and the armed forces. During the war years, the National Council of Negro Women, under Dr. Bethune's leadership, focused on, among other projects, a campaign for the admission of African American women into the Women's Auxiliary Army Corps (WAACS) and the appointment of Women for Voluntary Emergency Service (WAVES). In 1944, Dr. Bethune toured hospitals in the First, Second, and Third Service Commands, advising on the rehabilitation of America's war veterans.

Today, the Dr. Mary McLeod Bethune National Alumni Association joins the country in saluting our alumni, students, faculty, and staff, who have served in the military. But we also honor them every day by supporting their work as a year-round demonstration of our continued commitment to veterans when they return home. In that way, we uphold the principles of liberty and freedom for which so many have worked so hard and given so much.

**Q-11**

**Thank you for your patriotic sacrifice. You are "The Real Heroes"!**

**Best regards,**


**Johnny L. McCray, Jr., Esq.**

**President, MMBNAA**


Your copy should address 3 key questions: Who am I writing for? (Audience) Why should they care?
(Benefit) What do I want them to do here? (Call-to-Action)

Create a great offer by adding words like "free" "personalized" "complimentary" or "customized." A sense
of urgency often helps readers take an action, so think about inserting phrases like "for a limited time
only" or "only 7 remaining!"



MMBNAA | 5460 N Ocean Dr., 12b, Riveria Beach, FL 33404

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by jmccray@mmbnaa.org powered by



Try email marketing for free today!

-----Original Message-----
From: Dr. Mary McLeod Bethune National Alumni Association <info@mmbnaa.org>
To: chriteb@cookman.edu
Sent: Thu, Nov 25, 2021 10:00 am
Subject: Special Thanksgiving From MMBNAA President McCray



**From the desk and pen of Johnny McCray President of the MMBNAA**

Wildcats:

It's Thanksgiving and I would like to share a message of gratitude with you. Thanksgiving affords us the opportunity to take the time to assess our lives and reflect on all that we're grateful for.Though the last several months have been unlike anything we could have ever imagined or thought about. It would be easy to focus on the difficult times and challenges we have faced, but I hope this Thanksgiving and the days to come allow us to pause and focus our attention on the people and occasions that have meant so much to us.

I am grateful for the resilience of the Dr. Mary McLeod Bethune National Alumni Association, Inc. Much like our esteemed founder and namesake, the MMBNAA is committed to the cause of making a difference in the lives of those who need and desire to become formally educated. Collectively, we will support, preserve, and promote the legacy of Dr. Bethune by, among other initiatives, preparing ourselves to provide scholarships to needy and deserving students aspiring to matriculate at our alma mater.

I am grateful to lead the MMBNAA at such an important time in our alma mater's history. I take very seriously the responsibility given to me, and I know that I am serving as a steward of this amazing organization that has the moral responsibility to provide meaningful oversight of our alma mater as well as call for accountability, and to transform the lives of our young people through assisting them in gaining a college education.

Personally, I am grateful for my family – for my wife Karen and my three kids, Lauren, Johnny III and AJ. They remind me of what's truly important in my life and bring me great joy.

I know this year's Thanksgiving gatherings will be close to normal and is likely different than last year; you are once again able to be with family and friends. I hope nevertheless you're able to take some time and reflect on the many blessings in your own life.

Peace and all good. And may God bless you and your families. Spread the gratitude, love and joy!

Johnny L. McCray, Jr., Esq. '78



**Q-12**

**Fw: Support Our Fellow Wildcats**



Dr. Mary McLeod Bethune
National Alumni Association

**News & Updates**

Visit our Website

# Hail Wildcats!

Anthony Barfield, c/o 2003, who is one of our dedicated Wildcats and an active member of the NAA has been nominated as the 2021 Grand Marshal for the 50th Annual Holiday Parade for the City Boynton Beach, FL. The parade will take place on December 4th, beginning at 4p in #downtownboynton.

The person with the most Facebook photo "LIKES" will be invited to be the Grand Marshal. Votes will be tallied on Tuesday, November 30 at 4:00 PM.

As of November 29th at 8:30pm-EST, he ranked in 3rd place.



Here is the nomination that was submitted on his behalf.

*In what ways has the nominee helped a fellow resident during the COVID-19 pandemic?*

"During the pandemic, Mr. Barfield didn't give up on trying to provide music instruction Online and in-person to the students of Boynton Beach High. He provided high quality instruction and genuinely showed humility with the many different situations."

*Why does the nominee deserved to be honored?*

"Anthony deserves this honor because he has been caring for his wife who was diagnosed with cancer for the second time. He has been by her side while maintaining the band program."

  

VOTE NOW BY LIKING HIS PHOTO ON FACEBOOK

**Q-13**

**The UNCF Torch Bearer Magazine**

Kudos to our Director of Public Relations, Anthony H. Brown, c/o 1992, who also leads the UNCF National Alumni Council. Under his leadership, his team has created this electronic-interactive magazine. The Torch Bearer is the official publication of UNCF National Alumni Council & National Pre-Alumni Council, the entire HBCU community, institutions, supporters and friends. The management and staff are committed to provide relevant topics and stories, to include, HBCU Advocacy, Student Recruitment/Scholarships, Alumni Engagement, Fundraising, Networking & Career Development and HBCU Sports & Entertainment.



  

National Alumni Association Bethune-Cookman University | PO BOX 11646, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by jmccray@mmbnaa.org powered by



Try email marketing for free today!







 Dr. Mary McLeod Bethune Nati... 



## About                                                See all

558 Oak St Daytona Beach, FL 32114

The Dr. Mary McLeod Bethune National Alumni Association (MMBNAA) is a non-profit organization which provides financial support to the University through networking and programs to increase social and professional interaction. **See less**

The Dr. Mary McLeod Bethune National Alumni Association (DMMB NAA) is a group of graduates of Bethune-Cookman. The mission is to primarily support recruitment of students and networking for all alumni. We are a non-profit organization which provides financial support to the University through networking and coordination of efforts, activities, and programs to increase social and professional interaction among alumni. **See less**

 Dr. Mary McLeod Bethune Nati...    ✉ Send Email    👍 Like    💬 Message    🔍    •••

## About    See all



558 Oak St Daytona Beach, FL 32114

ℹ The Dr. Mary McLeod Bethune National Alumni Association (MMBNAA) is a non-profit organization which provides financial support to the University through networking and programs to increase social and professional interaction. **See less**

ℹ The Dr. Mary McLeod Bethune National Alumni Association (DMMB NAA) is a group of graduates of Bethune-Cookman. The mission is to primarily support recruitment of students and networking for all alumni. We are a non-profit organization which provides financial support to the University through networking and coordination of efforts, activities, and programs to increase social and professional interaction among alumni. **See less**

 3,585 people like this including 1 of your friends



**PINNED POST**

 **Dr. Mary McLeod Bethune National Alumni Association**    •••
November 13 at 7:30 AM · 🌐

Florida Classic Game Day Transportation

Wildcats roaring at the Florida Classic.
Round Trip Transportation From The Rosen Centre Hotel To The Stadium.... **See more**





# Dr. Mary McLeod Bethune
# National Alumni Association

HOME        ABOUT US        MEMBERSHIP        TRANSPARENCY        DONATE        EVENTS        CONTACT        RESOURCES



EVENTS



Sat, Nov 20  |  Rosen Centr...

## Florida Classic Game Day Transportatio n Rosen Centre Hotel

Q-16



Register Now



Sat, Oct 23  |  Mississippi V...

## Wildcats Roar On The Road

Join us on the road to Mississippi as we fight the Jackson State University Tigers. #HailWildcats #BCUBeatJSU #WildcatsRoar

Details



Fri, Oct 08  |  Daytona Beach

## The Alumni Kickback

The Alumni Kickback Rooftop Party - Kickoff your homecoming weekend after the pep rally with your fellow alumni!

Details

Sat, Jun 26  |  Online Event

## 53rd Annual Convention

Join the National Alumni Association of Bethune-Cookman University, Inc. for the 53rd Annual Convention. Don't miss The Year of the Resilient Wildcat: Renewing the B-C in U!

Details





Thu, Jun 17  |  Online Event

## NAA B-CU Convention Town Hall

Details

Wed, Apr 28  |  Livestream …

## Meet the Candidates



Meet the candidates for the 2021 election season in a

Details





Sat, Apr 10  |  Zoom

Alumni Town

Details

Sat, Mar 20  |  Zoom

Alumni Town Hall

Join the National Alumni Association of Bethune-Cookman University, Inc. for a special town hall meeting regarding the recent resignation of university president Dr. E. LaBrent

Details





Sat, Feb 27  |  Zoom

## Alumni Membership Rally

Wildcats...It's Time to Get on the Bus! Join the NAA B-CU for an evening of fun and fellowship as we seek to increase membership within

> Details

Wed, Jan 13  |  Zoom

## A Virtual Evening with Master Sculptor Nilda Comas

Join NAA B-CU for a conversation with Nilda

> Details





Wed, Dec 16  |  Online Event

## WILDCAT WINTER WONDERLAND



You are invited to our Wildcat Winter Wonderland, a scholarship fundraiser for Hillsborough Alumni Chapter

Details



Sat, Nov 21  |  Zoom

## Florida Classic Wildcat Pep Rally

Join the NAA B-CU on the zoom platform for the Florida Classic Wildcat Pep Rally. Hosted by Comedian ROD Z, music by DJ ChiTunes,

Details



Sat, Oct 10  |  Zoom

## Virtual Wildcats Homecoming Pep Rally

To join the Wildcat Virtual Homecoming Pep Rally use the Zoom meeting information below: Meeting



Thu, Sep 03  |  Zoom

Alumni

# ABOUT US

# ADDRESS

# SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

The National Alumni Association is a comprehensive alumni association dedicated to serving alumni and Bethune-Cookman University.

(386) 226-2131

Post Office Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org



-----Original Message-----

From: Dr. Mary McLeod Bethune National Alumni Association <info@mmbnaa.org>

Sent: Sat, Nov 13, 2021 7:30 am
Subject: Florida Classic Game Day Transportation Rosen Centre Hotel

## Florida Classic Game Day Transportation

**Wildcats roaring at the Florida Classic.**
**Round Trip Transportation From The Rosen Centre Hotel To The Stadium.**



**Q-17**



MMBNAA | 5460 N Ocean Dr., 12b, Riveria Beach, FL 33404

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by info@mmbnaa.org powered by



Try email marketing for free today!





From: The National Alumni Association.... <info@naabcu.org>
Sent: Tue, Oct 5, 2021 6:00 pm
Subject: Hope To See You on The Yard...

## The National Alumni Association...

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar

**Q-19**





## Dr. Mary McLeod Bethune National Alumni Association (MMBNAA)

# NAA Homecoming
# RALLY

### FRIDAY, OCTOBER 8, 2021 - 3:30PM - 5:30PM

New Mt. Zion Missionary Baptist Church
515 Dr. Mary McLeod Bethune Boulevard
Daytona Beach, Fl 32114
(4 Blocks East of B-CU)

### COME & SHARE YOUR QUESTIONS & CONCERNS

TOPIC OF DISCUSSION

*NAA & University Relationship (Update/Next Steps)*

PUBLIC SPEAKERS:

**Johnny McCray Jr., Esq, President & Task Force Committee**

All Alumni, Students, Supporters & Friends Are Welcome



FOR MORE INFORMATION:
Transparency@naabcu.org

B-CU Belongs To All of US!





National Alumni Association... | PO BOX 11646, Daytona Beach, FL 32120

## Dr. Mary McLeod Bethune National Alumni Association
## Monthly News & Updates

Visit our Website

**Wildcats Roar on the Road**

The Fighting Wildcats and Fans are headed to Jackson, Mississippi for the biggest cat fight of the year. Join us on the road to Mississippi as we fight the Jackson State University Tigers.

Head over to **WWW.NAABCU.ORG/EVENTS** for registration and tickets
#HailWildcats #BCUBeatJSU #WildcatsRoar



The NAA | PO BOX 11646, Daytona Beach, FL 32120

Q-20



**Dr. Mary McLeod Bethune National Alumni Association**
November 3 · 🌐
...

Video credits - Ken Moore - Voice of the Marching Wildcats

We do not own the rights to music being played.

0:07 / 6:53

👍❤️ 58          11 Comments  41 Shares

👍 Like          💬 Comment          ↪ Share



**Dr. Mary McLeod Bethune National Alumni Association**
October 28 · 🌐

LAST CHANCE TO BE APART OF HISTORY. SEND IN YOUR BEST LOGO
DESIGN BY FRIDAY, OCT. 29TH.
$500 PRIZE

https://www.naabcu.org/newlogocompetition

EXHIBIT
R



← Taji Givens

re, should you have any questions/concerns. Feel ee to contact through any of the local chapters or at ww. MMBNAA.org. Don't get fooled by all of the yers, homecoming events, Florida Classic, The Whiskey and Cigars. It's so sad that we all are Alumni and division is among us, let's work together to be the Bethune Cookman family that we once were and get rid of the BOT Chair and take back over our institution.

Sidenote: The MMBNAA raised/donated $116,000 to Dr. Bethune's Statuary Committee. Hail Wildcats!!!





 10

 10         💬 4         ↪





## Office of Alumni Affairs and Development

Greetings Wildcats!

We hope this letter finds you all well and in good spirits! As you may or may not be aware, on Wednesday, March 30, 2022, Bethune-Cookman University ("B-CU" or "University") approved and sanctioned the Bethune-Cookman University Alumni Association ("B-CUAA") to fully function and operate as the University's official and sole Alumni Association.

We are proud to announce that as of today, August 26, 2022, we have garnered the support of over 1,400 alumni who have joined the B-CU Alumni Association and believe in the mission and vision of the University and the B-CUAA.

Please be assured that the Office of Alumni Affairs and Development is diligently working and have spoken with many Alumni who have expressed interest in chartering a Regional Chapter in their state, city, or country under the umbrella of the B-CUAA, which is overseen by the Office of Alumni Affairs and Development at Bethune-Cookman University.

In fact, the Mid-Atlantic Regional Chapter (Virginia, Washington, Maryland, Delaware, Pennsylvania, and New Jersey) was one of the first to be chartered under the B-CUAA on Tuesday, July 12, 2022, in Washington, DC, during the week of Dr. Bethune's unveiling in National Statuary Hall. This was indeed an exciting time!

The B-CUAA not only engages its constituents and members through social events, community involvement and service but also raises financial support (donations) from Alumni, Friends, and Wildcat Supporters in order to assist and directly impact the students of our beloved alma mater, Bethune-Cookman University. Your financial assistance and donations not only touches the lives of many B-CU students, but it also changes their future.

As we continue the legacy and wondrous work of our beloved founder, Dr. Mary McLeod Bethune, the Office of Alumni Affairs and the B-CUAA will continue to focus on enhancing long-term relationships with students, alumni, and partners by securing the support of our alumni through their time, financial support, and advocacy.

The mission and vision of the B-CUAA is simple: To move the excellence of Bethune-Cookman University forward by enriching its future, engaging alumni and students who enter to learn and departed to serve. Allowing us to continue the University's overall advancement by cultivating a culture of philanthropy and a lifetime partnership between alumni and the University.

If you are interested in joining the University's official sanctioned Alumni Association (B-CUAA), starting a regional chapter, or learning more about the B-CUAA, please contact the Office of Alumni Affairs and Development directly at (alumni@cookman.edu). Also, for more information or to review the Frequently Asked Questions, please visit www.bcualumni.com.

As Always, HAIL WILDCATS!

The Office of Alumni Affairs and Development/B-CUAA

*Sustaining a legacy of faith, scholarship and service*
640 Dr. Mary McLeod Bethune Blvd. · Daytona Beach, FL 32114-3099
386.481.2895 ·
www.bcualumni.edu



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Not For Profit Corporation

MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION INC

### Filing Information

| | |
|---|---|
| **Document Number** | N22000006626 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 06/13/2022 |
| **Effective Date** | 06/09/2022 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

5460 N OCEAN DR
SUITE 12B
RIVIERA BEACH, FL 33404

### Mailing Address

5460 N OCEAN DR APT 12B, SUITE 12B
SUITE 12B
RIVIERA BEACH, FL 33404 UN

### Registered Agent Name & Address

STARKS, LAVAUGHN G
5460 N OCEAN DR
SUITE 12B
RIVIERA BEACH, FL 33404

### Officer/Director Detail

**Name & Address**

Title TREA

STARKS, LAVAUGHN G
5460 N OCEAN DR SUITE 12B
RIVIERA BEACH, FL 33404

Title P

MCCRAY, JOHNNY, JR
1219 HIBISCUS AVE
POMPANO BEACH, FL 33062

**EXHIBIT S**

Title VP

SHORTER, MICHAEL
7098 NW 49TH COURT
LAUDERHILL, FL 33319

Title RS

WILLIAMSON, CARMEN O
PO BOX 11646
DAYTONA BEACH, FL 32120 UN

Title FS

ROBERTS MORGAN, ADELINE
PO BOX 120662
FT LAUDERDALE, FL 33312

Title CHAP

SANDERS, GINA
1202 TUXFORD DR
BRANDON, FL 33511

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

06/13/2022 -- Domestic Non-Profit | View image in PDF format

Florida Department of State, Division of Corporations

---------- Forwarded message ---------
From: **Johnny L. McCray Jr. Esq. President, MMBNAA** <jmccray@mmbnaa.org>
Date: Thu, Aug 25, 2022 at 7:30 AM
Subject: Letter from Johnny L. McCray Jr. Esq. President, MMBNAA

## From The Desk Of Johnny L. McCray Jr. Esq. President, MMBNAA

EXHIBIT
T



August 25, 2022

Re: Student Loan Forgiveness

Greetings Fellow Alumni:

What a blessing!! President Joe Biden, in keeping with his central campaign promise, announced a plan to forgive federal student loans up to $20,000. Federal student loan payments and interest accrual have been frozen since March 2020 due to a pandemic-related pause that Mr. Biden has extended several times. Payments are set to resume after August 31 st . The forgiveness would not include the 6 million who borrowed from private lenders.

Proudly, The Mary McLeod Bethune National Alumni Association, Inc., has as a component of its mission- - to raise and provide direct scholarship funds to deserving students, urges all alumni who are eligible to take advantage of this recently established student forgiveness program, especially in light of former HBCU students saddled with the financial burden of student loans they carry for years after leaving school.

Studies have shown that students who attend HBCUs borrow nearly twice the amount of student loan debt as their peers at non-HBCUs. Black borrowers also earn less than their white peers, default at a higher rate, and take much longer to pay back the debt — which hobbles their efforts to invest, purchase a home, save for retirement, etc. According to experts, loan forgiveness could also help narrow the racial wealth gap, some experts say.

For those who qualify, please take advantage of this opportunity to reduce your federal student loan debt.

Regards,

Johnny L. McCray, Jr., Esq.

jmccray@mmbnaa.org                    www.mmbnaa.org

MMBNAA IS AN INDEPENDENT ORGANIZATION;
IT IS NOT **AFFILIATED** WITH AND **DOES NOT** REPRESENT OR RAISE FUNDS FOR B-CU.



# The Biden Administration's Student Loan Debt Plan

## FORGIVING DEBT

$20,000 if you went to college on Pell Grants

$10,000 if you didn't receive Pell Grants

Forgiveness only applies to those earning less than $125,000

Student loan pause extended one final time through Dec 31, 2022

## PAYMENT BASED ON INCOME

If you have undergraduate loans, you can cap repayment at 5% of your monthly income

  

MMBNAA | PO BOX, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

# President, MMBNAA





Fellow Alumni:

Today, marked another historic moment for our wonderful founder, Dr. Mary McLeod Bethune. A bronze statue, a replica of the marble one installed last month at Statuary Hall in Washington, D.C., was unveiled and dedicated on Beach Street in the Riverfront Esplanade in Daytona Beach.

I am writing to thank all of you for the vital role you played in bringing both the marble statue and the bronze statue to fruition. We, the Mary McLeod Bethune National Alumni Association, Inc., have been proudly recognized as the single largest donor in support of the creation and placement of both historic masterpieces.

The nice thing about writing thank-you letters is that we are blessed twice. Once when we receive a gift, and again when we remember it in writing. I pray you are doubly blessed in the giving. When called upon, our alumni responded admirably, without hesitation or reservation. Our alumni are honorable people, who respond when duty calls and we as show at least a modicum of respect. Thank you very much.

On the heels of our passionate feat, I ask you to build upon the momentum we have garnered. In support of our new aim (i.e. raise and provide direct scholarship for student attending or aspiring to attend our alma mater), I am urging all of you to **join us and party with a purpose on our "Remember When-Remember Why" Scholarship Cruise, Friday, September 2, 2022, 7:00-11:00 (boarding at 6:00 p.m.)** in Fort Lauderdale, Florida. Tickets are selling fast and we want as many alumni as possible to join us as we expect to have a ball as we endeavor to support our future alumni. Please go to the MMBNAA website and purchase your tickets.

Again, thank you very much and let's keep honoring our founder's historic and divine legacy.

Best Regards,

Johnny L. McCray, Jr., Esq.
President, MMBNAA

jmccray@mmbnaa.org                    www.mmbnaa.org

MMBNAA IS AN INDEPENDENT ORGANIZATION;
IT IS NOT **AFFILIATED** WITH AND **DOES NOT** REPRESENT OR RAISE FUNDS FOR B-CU.

---------- Forwarded message ---------
**From: Johnny L. McCray Jr. Esq. President, MMBNAA** <jmccray@mmbnaa.org>
**Date:** Mon, Sep 5, 2022 at 7:01 AM
**Subject: Letter from Johnny L. McCray Jr. Esq. President, MMBNAA**

From The Desk Of Johnny L. McCray Jr. Esq.
President, MMBNAA



September 5, 2022

### Thank You!        Thank You!        Thank You!

Friends and Members of the Dr. Mary McLeod Bethune National Alumni Association, Inc., partied with a sense of purpose as they enjoyed the Caprice party yacht in Fort Lauderdale. The occasion was the "Remember When-Remember Why" Scholarship Cruise this past Friday during the HBCU football weekend. Over 100 alumni and friends partied, fellowshipped, reminisced, ate, and drank. Oh, what a night!

Notably, and more importantly, in obedience to our founder Dr. Mary McLeod Bethune's charge- - "Our responsibility to our children"- -members and other supporters alike gave to our scholarship fund. We were indeed blessed to raise over $60,000 in our initial fundraising event. Thank you graciously to our two title sponsors- - Joyce Moorehead, Esq. '67, and yours truly. Other sponsors were Larry R. Handfield '78, Esq., and the following alumni chapters: Volusia, Duval-Nassau, Broward, Miami-Dade, Orange, and Seminole.

Remarkably, we have been further blessed with the support of an avid non-alumni supporter, Mr. Ray Robinson, who in recent years was introduced to the legacy and history of Dr. Bethune. During the dinner portion of the scholarship cruise Ray, who has donated $40,000 through the NAA over the last four years, announced his intention to donate at least $20,000 yearly for scholarships, in perpetuity. Ray made certain that everyone knows in perpetuity means "even after his demise". Thank you, Ray!

This is an exciting time for the MMBNAA as we prepare to provide direct scholarships to students aspiring to attend HBCUs, such as Bethune-Cookman University. I invite you all to join in. Every gift of every size has a role to play. Let's change lives, and change the world, together. To make a MMBNAA gift to our scholarship fund, donors may go to our website, and click the donate page. Our website address is www.mmbnaa.org/donate.

Warm Regards,
Johnny L. McCray, Jr., Esq. '78
President, MMBNAA

jmccray@mmbnaa.org                    www.mmbnaa.org

MMBNAA IS AN INDEPENDENT ORGANIZATION;
IT IS NOT **AFFILIATED** WITH AND **DOES NOT** REPRESENT OR RAISE FUNDS FOR B-CU.

## Visit our Website To Donate



MMBNAA | PO BOX, Daytona Beach, FL 32120

Unsubscribe chriteb@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by jmccray@mmbnaa.org powered by



Try email marketing for free today!



# Dr. Mary McLeod Bethune National Alumni Association

@mmbnaalumni ·   4.4 52 reviews   · Nonprofit
organization

**Send Email**

| Home | About | Events | Photos | More ▾ | | Like | Message | | ⋯ |

 **Dr. Mary McLeod Bethune National Alumni Association** is   ⋯
in **Daytona Beach, Florida**.

August 25 at 5:27 PM · 🌐

Last week was a momentous occasion for all alumni of Bethune-Cookman University, especially the members of the Dr. Mary McLeod Bethune National Alumni Association. Thanks, alumni for all your support of OUR Association!



   



 This photo is from a post.                                                                 View post

**Dr. Mary McLeod Bethune National Alumni Association**
August 25 at 5:27 PM · 🌐

 5

| Like | Comment | Share |

   +     



  

Fellow Alumni:

Today, marked another historic moment for our wonderful founder, Dr. Mary McLeod Bethune. A bronze statue, a replica of the marble one installed last month at Statuary Hall in Washington, D.C., was unveiled and dedicated on Beach Street in the Riverfront Esplanade in Daytona Beach.

I am writing to thank all of you for the vital role you played in bringing both the marble statue and the bronze statue to fruition. We, the Mary McLeod Bethune National Alumni Association, Inc., have been proudly recognized as the single largest donor in support of the creation and placement of both historic masterpieces.

The nice thing about writing thank-you letters is that we are blessed twice. Once when we receive a gift, and again when we remember it in writing. I pray you are doubly blessed in the giving. When called upon, our alumni responded admirably, without hesitation or reservation. Our alumni are honorable people, who respond when duty calls and we as show at least a modicum of respect. Thank you very much.

On the heels of our passionate feat, I ask you to build upon the momentum we have garnered. In support of our new aim (i.e. raise and provide direct scholarship for student attending or aspiring to attend our alma mater), I am urging all of you to join us and party with a purpose on our "Remember When-Remember Why" Scholarship Cruise, Friday, September 2, 2022, 7:00-11:00 (boarding at 6:00 p.m.) in Fort Lauderdale, Florida. Tickets are selling fast and we want as many alumni as possible to join us as we expect to have a ball as we endeavor to support our future alumni. Please go to the MMBNAA website and purchase your tickets.

Again, thank you very much and let's keep honoring our founder's historic and divine legacy.

Best Regards,

Johnny L. McCray, Jr., Esq.
President, MMBNAA



jmccray@mmbnaa.org          www.mmbnaa.org

MMBNAA IS AN INDEPENDENT ORGANIZATION;
IT IS NOT AFFILIATED WITH AND DOES NOT REPRESENT OR RAISE FUNDS FOR B-CU.

 **Dr. Mary McLeod Bethune National Alumni Association**          ...
August 20 at 9:00 AM · 🌐

Letter from Johnny L. McCray, Jr., Esq. President, MMBNAA
https://youtu.be/-pJ41jN3rJl

 5                                                        17 Shares

 Like           Comment           Share

  

T050000O 1399

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

789/2928/740/671

Florida

Office Use Only



300060155463

10/03/05--01058--032   **175.00

W05-45676

T05-1399

C5 OCT 27  AM 9: 06
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

**EXHIBIT
U**



**FLORIDA DEPARTMENT OF STATE**
Glenda E. Hood
Secretary of State

October 4, 2005

FLORIDA A&M UNIVERSITY, % GLYNDELL B. PRESLEY
1601 MARTIN LUTHER KING JR. BLVD.
SUITE 103, LEE HALL
TALLAHASSEE, FL 32307

SUBJECT: FLORIDA CLASSIC AND DESIGN OF A BETHUNE-COOKMAN
FOOTBALL HELMET AND A FAMU FOOTBALL HELMET FACING EACH
OTHER AGAINST AN INVERTED TRIANGLE, THE WORDS "FLORIDA
CLASSIC" WRITTEN ABOVE THE HELMETS
Ref. Number: W05000045676

We have received your document for FLORIDA CLASSIC AND DESIGN OF A
BETHUNE-COOKMAN FOOTBALL HELMET AND A FAMU FOOTBALL
HELMET FACING EACH OTHER AGAINST AN INVERTED TRIANGLE, THE
WORDS "FLORIDA CLASSIC" WRITTEN ABOVE THE HELMETS and your
check(s) totaling $175.00.  However, the enclosed document has not been filed
and is being returned for the following correction(s):

You must list a more specific service in #2(a) in Part I of the application.

Your mark contains word(s)/design(s) that must have a disclaimer.  All
geographical terms, such as cities, states, countries, and designs of same, must
be disclaimed.  Some commonly used words and corporate suffixes must also be
disclaimed. You must disclaim the following term(s) by completing the disclaimer
statement found in #2 of Part III of the application: "FLORIDA"

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6918.

Nanette Causseaux
Document Specialist Supervisor                    Letter Number: 805A00060228

Division of Corporations - P.O. BOX 6327, Tallahassee, Florida 32314



FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State

October 13, 2005

FLORIDA A&M UNIVERSITY, % GLYNDELL B. PRESLEY
1601 MARTIN LUTHER KING JR. BLVD.
SUITE 103, LEE HALL
TALLAHASSEE, FL 32307

SUBJECT: FLORIDA CLASSIC AND DESIGN OF A BETHUNE-COOKMAN
FOOTBALL HELMET AND A FAMU FOOTBALL HELMET FACING EACH
OTHER AGAINST AN INVERTED TRIANGLE, THE WORDS "FLORIDA
CLASSIC" WRITTEN ABOVE THE HELMETS
Ref. Number: W05000045676

We have received your document for FLORIDA CLASSIC AND DESIGN OF A
BETHUNE-COOKMAN FOOTBALL HELMET AND A FAMU FOOTBALL
HELMET FACING EACH OTHER AGAINST AN INVERTED TRIANGLE, THE
WORDS "FLORIDA CLASSIC" WRITTEN ABOVE THE HELMETS and your
check(s) totaling $175.00. However, the enclosed document has not been filed
and is being returned for the following correction(s):

You failed to make the correction(s) requested in our previous letter.

You must list a more specific service in #2(a) in Part I of the application.

If you use this mark with an annual event or a combination of events, we  must
know what those events are, and the services these events are providing.

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 245-6918.

Nanette Causseaux
Document Specialist Supervisor                    Letter Number: 805A00062554

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK

PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:**  Division of Corporations
Post Office Box 6327
Tallahassee, FL  32314

Name & address to whom acknowledgment should be sent:

## Florida A&M University

c/o Glyndell B. Presley, 1601 Martin Luther King Jr. Blvd., Suite 103 Lee Hall

### Tallahassee, Florida 32307

( 850 ) 599-3413
Daytime Telephone number

## PART I

1. (a) Applicant's name: **Florida A&M University and Bethune-Cookman College**

   (b) Applicant's business address: **1601 Martin Luther King Jr. Blvd., Suite 103 Lee Hall**

   **Tallahassee, Florida 32307**

   City/State/Zip

If different, Applicant's mailing address: _____

_____
City/State/Zip

   (c) Applicant's telephone number: ( 850 ) 599-3413

   ☐ Individual       ☐ Corporation       ☐ Joint Venture     ☑ Other: _____
   ☐ General Partnership  ☐ Limited Partnership  ☐ Union

If other than an individual,

(1) Florida registration/document number: _____  (2) Domicile State: _____

(3) Federal Employer Identification Number: **59-0977035**

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
   (i.e., furniture moving services, diaper services, house painting services, etc.)

Education and entertainment; and miscellaneous *Printing and publication of books, signs, brochures, labels, decals for our annual Florida Classic between the two colleges in November. Example: Classic football game and residents ~~~~~~ ticket.*

   (b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
   (i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

_____

_____

   (c) The mode or manner in which the mark is used:(i.e., labels, decals, newspaper advertisements, brochures, etc.)

Labels, decals, newspaper advertisements, brochures, signs, books and other miscellaneous items.

_____

_____

(Continued)

d) The class(es) in which goods or services fall:

41 and 42

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: 11-24-97          (b) Date first used in Florida: 11-24-97

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.)

A Bethune-Cookman football helmet and a FAMU football helmet facing each other against an inverted triangle. The words "Florida Classic" are written above the helmets.

English Translation_____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " Florida _____ " APART FROM THE MARK AS SHOWN.

I, Florida A&M University and Bethune-Cookman College , *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct*

Florida A&M University
Typed or printed name of applicant

Glyndell Pres , Director of Publications
Applicant's signature
(List name and title)

STATE OF FLORIDA
COUNTY OF LEON
On this 8th day of September ,2005, Glyndell Pres By personally appeared before me,
☑ who is personally known to me  ☐ whose identity I proved on the basis of _____

(Seal)

Abigail V. Raddar
Notary Public Signature
Abigail V. Raddar
Notary's Printed Name
My Commission Expires: April 29, 2005

**FEE: $87.50 per class**

ABIGAIL V. RADDAR
MY COMMISSION # DD 207141
EXPIRES: April 29, 2007
1-800-3-NOTARY    FL Notary Discount Assoc Co



Florida Citrus Sports                                                                                9/7/05 12:41 PM

**F C S P O R T S . C O M**  ............................................................  SEARCH



# FLORIDA CLASSIC



       

About FCSports | Bowl Patch | Club Suites | Official Partners | Media | Membership | Sponsorship | Stadium | Varsity Club

| TICKETS | BETHUNE-COOKMAN COLLEGE | FLORIDA A&M | HISTORY | MEDIA |
|---------|-------------------------|-------------|---------|-------|



Rodney Johnson rumbled for a 15-yard touchdown in overtime to lead BCC past FAMU in the Walt Disney World Florida Classic in 2004.

**Walt Disney World Florida Classic Tickets On Sale Wednesday, June 1**

Tickets for the 2005 Walt Disney World Florida Classic will go on sale beginning at 10:00 a.m. on Wednesday, June 1. The 26th Annual Classic, which features intra-state rivals Bethune-Cookman College and Florida A&M University, will be played Saturday, November 19 in the Florida Citrus Bowl Stadium at 4:00 p.m.
Complete Story

# T05000001399



000354105700

10/30/20--01017--004   **175.00

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

K. SALY

NOV  3 2020



Scott W. Cichon
Robert A. Merrell III
John P. Ferguson
Mark A. Watts
Heather Bond Vargas
Michael J. Woods
Raymond L. Schumann
Kathleen L. Crotty
Michael O. Sznapstajler
Matthew S. Welch
Robert E. Doan
Douglas J. Collins
Sara E. Glover
Holly W. Zitzka
Jessica L. Gow
Joseph A. Cottingham
Nika K. Hosseini
Sydney V. Cichon

OF COUNSEL
Harold C. Hubka
Larry D. Marsh

RETIRED
Thomas S. Hart

William M. Cobb
(1881-1939)
Thomas T. Cobb
(1916-2004)
W. Warren Cole, Jr.
(1926-2008)

Attorneys at Law
Since 1925

Daytona Beach • DeLand

149 South Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
(386) 255-8171
CobbCole.com

October 22, 2020

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

   Re: State Trademark Registration
     Bethune-Cookman University, Inc.
     Registration No.: T05000001399

To Whom It May Concern:

   Enclosed please find the Mark Renewal Application for the above-referenced Trademark and our firm's check in the amount of $175.00 to cover the renewal fee.

   Should you need anything further, please feel free to contact our office.

          Sincerely,

          **Heather Bond Vargas**
          Board Certified in Intellectual Property Law
          Direct Dial (386) 323-9220
          Email Heather.Vargas@CobbCole.com

Enclosures
1. Application
2. Check

# MARK RENEWAL APPLICATION

Name and Mailing Address of Owner:

Florida A&M University

1700 Lee Hall Drive, Suite 304

Tallahassee, FL 32307

Return To: Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

1)  Mark Registered: Florida Classic and design

2)  Registration Number: T05000001399

3)  Date Filed: 10/27/2005      4.)  Renewal Date: 10/27/2020      5.)  Class(es) Filed: 41 & 16

6)  Renewal statement pursuant to section 495.071, Florida Statues.  Below you must state the mark is still in use in Florida or state the reason for its nonuse is not due to any intention to abandon the mark.

Mark is still in use in Florida.

7)  If the mark is still in use, a specimen showing actual use of the mark is included with this application.

8)  If applicant is a business entity, enter the state of incorporation/formation/organization: FL

Fee: $87.50 Per Class
Certificate of Renewal:  $8.75
(Optional)

Florida A&M University

Typed or Printed Name of Owner

*Larry Robinson* (signature)

Owner's Signature or Authorized  Person's Signature

STATE OF FLORIDA
COUNTY OF  LEON

Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this
(numeric date) this ___23rd___ day of ___October___, __2020__, by ( _Larry Robinson_ ).
                      numeric date          month        year        name of person making statement

ABIGAIL VALERIE RADDAR
MY COMMISSION # GG056593
EXPIRES January 26, 2021

*Abigail V. Raddar* (signature)

Notary Public's Signature

Abigail V. Raddar

Notary Public's Printed Name

Personally Known ☑ OR Produced Identification ☐ _____

Type of Identification Produced: _____

CR2E005 (1/20)

# MARK RENEWAL APPLICATION

Name and Mailing Address of Owner:

| Bethune-Cookman University, Inc. |
|---|
| 640 Dr. Mary McLeod Bethune Blvd. |
| Daytona Beach, FL 32114 |

Return To:  Division of Corporations
P.O. Box 6327
Tallahassee, FL  32314

1)   Mark Registered: Florida Classic and design

2)  Registration Number: T05000001399

3)  Date Filed: 10/27/2005      4.)  Renewal Date: 10/27/2020      5.)  Class(es) Filed: 41 & 16

6)  Renewal statement pursuant to section 495.071, Florida Statues.  Below you must state the mark is still in use in Florida or state the reason for its nonuse is not due to any intention to abandon the mark.

Mark is still in use in Florida.

7)  If the mark is still in use, a specimen showing actual use of the mark is included with this application.

8)  If applicant is a business entity, enter the state of incorporation/formation/organization: FL

Fee: $87.50 Per Class
Certificate of Renewal:  $8.75
(Optional)

Bethune-Cookman University, Inc.
Typed or Printed Name of Owner

Owner's Signature or Authorized  Person's Signature

STATE OF FLORIDA
COUNTY OF Volusia

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this (numeric date) this ___ day of October ,2020, by ( Elrie LaBrent Chrite ).
month      year      name of person making statement

Notary Public's Signature

Fanita L. Kirkland
Notary Public's Printed Name

Personally Known ☒ OR Produced Identification ☐ _____

Type of Identification Produced: N/A

CR2E005 (1/20)



## FLORIDA CLASSIC CONSORTIUM EVENTS

**Florida Blue Florida Classic**
Date TBD
Kickoff TBD - Camping World Stadium
FanFest TBD   Free admission

Historic rivals Bethune-Cookman University and Florida A&M University meet on the gridiron for the 41st annual Florida Blue Florida Classic.



COUNTDOWN TO KICKOFF



