# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BETHUNE-COOKMAN UNIVERSITY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 6:22-cv-0047-WWB-GJK<br>) |
| DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., and JOHNNY L. MCCRAY, JR., individually, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### JOINT NOTICE REGARDING EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, BETHUNE-COOKMAN UNIVERSITY, INC. (the "**University**") and Defendants, DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., and JOHNNY L. MCCRAY, JR. (collectively "**Defendants**"), by and through their undersigned attorneys, hereby file their Joint Notice Regarding Evidentiary Hearing on Plaintiff's Second Motion for Preliminary Injunction, and state as follows:

1. On December 2, 2022, the University filed its Second Motion for Preliminary Injunction ("**Motion**"). (Doc. 49).

2. On December 12, 2022, the Court filed its Order (1) directing Defendants to file its consolidated response to the University's Motion on or before

1

December 15, 2022, and (2) directing the parties to file a joint notice, on or before December 15, 2022, informing the Court if an evidentiary hearing is necessary and including the disputed issues of material fact, names of witnesses, and estimated length of the requested hearing.  (Doc. 51).

       3.      To comply with the Court's Order, the University and Defendants offer the following response to the Court's Order.

           a.      The parties anticipate an evidentiary hearing is necessary to resolve the disputed issues of material fact of whether (1) there is ongoing infringement by Defendants, (2) there is confusion by the public, and (3) Defendants are falsely associating with the University.  This list is based on verbal discussions between the parties because Defendants' consolidated Response to the University's Motion has not yet been filed.  Thus, the parties request an opportunity to supplement this Notice if additional disputed issues of material fact are raised in Defendants' Response.

           b.      The University anticipates calling the following witnesses at the hearing: (1) Belvin Perry, Jr., Board Chair of the Board of Trustees of the University, (2) Kimberly Woodard, Executive Director for the Office of Alumni Affairs and Development for the University, (3) Scott W. Cichon, Lead Counsel for the University, (4) Emma Rich, (5) Seanta Jones, (6) Monifa Madison, (7) Merlyn Williams, (8) Robert Delancy, (9) Deborah Threet, (10), Maxine DuPont, (11) Felicia Armstrong, (12) Jimmie Horne, (13) Beverly Postell, and (14) Crystal Allen.  Defendants anticipate calling the following witnesses at the hearing: (1) Johnny McCray, President of the Mary McLeod

Bethune National Alumni Association Inc., (2) Sumner Hutchinson, Fundraising Chair of the Mary McLeod Bethune National Alumni Association Inc., (3) Lavaughn Graham, Treasurer of the Mary McLeod Bethune National Alumni Association Inc., and (4) A. Ray Brinson.

        c.      The parties request a hearing length of five (5) hours.

Dated: December 15, 2022

| /s/ *Scott W. Cichon* | /s/ *Elana G. Faniel* |
|---|---|
| SCOTT W. CICHON, Lead Counsel | ELANA G. FANIEL, ESQ. |
| FLA. BAR NO. 440876 | FLA. BAR NO. 110747 |
| Cobb Cole | Greenway Law Firm, P.A. |
| Post Office Box 2491 | P.O. Box 660 |
| Daytona Beach, FL 32115-2491 | Lutz, FL 33548 |
| Primary e-mail address: | Primary e-mail address: |
| Scott.Cichon@CobbCole.com | elana@greenwayfirm.com |
| Secondary e-mail address: | Telephone: (813) 607-6060 |
| Julie.Mounts@cobbcole.com | ATTORNEY FOR DEFENDANTS |
| Telephone: (386) 323-9282 | |
| HOLLY W. ZITZKA | |
| FLA. BAR NO. 111824 | |
| Primary e-mail address: | |
| Holly.Zitzka@CobbCole.com | |
| Secondary e-mail address: | |
| Lori.Dumont@CobbCole.com | |
| ATTORNEYS FOR PLAINTIFF | |

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2022, a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following:

Elana G. Faniel, Esq.
Greenway Law Firm, P.A.
P.O. Box 660
Lutz, FL 33548
Primary Email:
elana@greenwayfirm.com
*Attorney for Defendants*

Vivian Williams, Esq.
Vivian Williams Law, LLC
P.O. Box 43682
Jacksonville, FL 32203
Primary Email:   vivian@vwillaimslaw.com
*Attorney for Defendants*

By: /s/ *Scott W. Cichon*
      Attorney

4