## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BETHUNE-COOKMAN, UNIVERSITY,
INC.,

       Plaintiff,

v.                                                                    Case No. 6:22-cv-47-WWB-DAB

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., JOHNNY L. MCCRAY, JR. and
MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,

       Defendants.

                                  /

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Second Motion for Preliminary Injunction ("**Second Motion**," Doc. 49).  Although the Second Motion involves a new corporate Defendant, it also seeks the same relief denied in this Court's November 22, 2022 Order (Doc. 46), which is currently on appeal in the Eleventh Circuit.  (Doc. 57 at 1).  Thus, the Court lacks jurisdiction to consider the Second Motion.  *See United States v. Diveroli*, 729 F.3d 1339, 1341 (11th Cir. 2013) ("When an appeal is filed, the district court is divested of jurisdiction to take *any* action with regard to the matter except in aid of the appeal." (quotation omitted)); *Dayton Indep. Sch. Dist. v. U.S. Min. Prods. Co.*, 906 F.2d 1059, 1063 (5th Cir. 1990) ("When one aspect of a case is before the appellate court on interlocutory review, the district court is divested of jurisdiction over that aspect of the case.").  Accordingly, is **ORDERED** that Plaintiff's Second Motion for Preliminary Injunction (Doc. 49) is **DENIED without prejudice**.

**DONE AND ORDERED** in Orlando, Florida on February 10, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record