# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 20-11266-AA
Case Style: MidAmerica C2L Incorporated, et al v. Siemens Energy Incorporated
District Court Docket No: 6:17-cv-00171-PGB-LRH

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-11266

_____

MIDAMERICA C2L INCORPORATED,
a Nevada corporation,

                                                                           Plaintiff-
Counter Defendant-
Appellant,

SECURE ENERGY, INC.,
a Nevada Corporation,

                                                                           Plaintiff-Appellant,

*versus*

SIEMENS ENERGY INC.,
a Delaware corporation,

                                                                           Defendant-
Counter Claimant-

ISSUED AS MANDATE: 05/30/2023

2  20-11266

Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:17-cv-00171-PGB-LRH

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 31, 2023

For the Court: DAVID J. SMITH, Clerk of Court