**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 28, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 22-14257-CC
Case Style: Bethune-Cookman, University, Inc. v. Dr. Mary McLeod Bethune National Alumni Associatio, et al
District Court Docket No: 6:22-cv-00047-WWB-DAB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14257

_____

BETHUNE-COOKMAN, UNIVERSITY, INC.,

                                                          Plaintiff-Appellant,

*versus*

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,
JOHNNY L. MCCRAY, JR.,
individually,
MARY MCLEOD BETHUNE NATIONAL ALUMNI
ASSOCIATION, INC.,

                                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-00047-WWB-DAB

2                                                                                                                    22-14257

———————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 30, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  06/28/2023