UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN
UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI
ASSOCIATION, INC., MARY
MCLEOD BETHUNE
NATIONAL ALUMNI
ASSOCIATION, INC., and
JOHNNY L. MCCRAY, JR.,
Individually,

    Defendants.
_____/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON**
**PLAINTIFF'S RENEWED MOTION TO COMPEL**

Plaintiff, Bethune-Cookman University, Inc., hereby requests oral argument in support of its Renewed Motion to Compel filed June 20, 2023.[1] Plaintiff estimates that the time needed for this argument is 30 minutes.

    Respectfully submitted,

    **s/Gregory W. Herbert**
    Gregory W. Herbert
    Florida Bar No. 0111510
    herbertg@gtlaw.com

---

[1] Although Plaintiff is not requesting its Renewed Motion to Compel be treated as "time-sensitive" pursuant to Local Rule 3.01(e), the undersigned respectfully requests oral argument as soon as convenient for the Court after Defendants' respond to the Motion in view of the imminent deadlines for expert reports and the close of discovery in this case. (D.E. 16.)

Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
Telephone No. (407) 420-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel for record.

s/*Gregory W. Herbert*
