UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION, INC.;
MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., and
JOHNNY L. MCCRAY, JR.,
Individually,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS,
30(b)(6) DEPOSITION, AND ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 37 and the Order at D.E. 5, Plaintiff moves for an order compelling documents responsive to the University's Second Request for Production ("Second Request") and a deposition under Rule 30(b)(6).

On June 16, 2023, the University served its Second Request (**Exhibit A**), to which Defendants responded on July 17th (**Exhibit B**). Apart from 42 pages of news articles and a copy of Plaintiff's letter, Defendants produced <u>no</u> responsive documents. Instead, Defendants asserted boilerplate objections previously deemed improper by the Court. *Id.*; (D.E. 83 at 3).  On July 21st Plaintiff emailed Defendants requesting they remedy these deficiencies (**Exhibit C**). The parties conferred by phone July 28th, resulting in narrowed

requests. (**Exhibit D**). To date, Defendants have still not produced <u>any</u> additional documents.

Defendants also failed to produce a properly-prepared witness in response to Plaintiff's Rule 30(b)(6) Deposition Notice. Defendants' Vice President, Michael Shorter, designated by Defendants on all non-financial topics, confirmed he did nothing to prepare for the deposition, lacked knowledge on many topics noticed, and that Anthony Barfield or others had knowledge on multiple topics. **Exhibit E** at 44:21-45:19; 48:17-49:12; 59:14-18; 65:13-25; 71:11-72:14; 74:17-75:11; 76:2-20; 82:2-85:23; 88:17-91:7; 92:20-93:11; 94:14-95:4; 97:2-8; 98:10-21; 99:3-14; 111:11-112:9; 199:8-202:5. Defendant McCray also independently confirmed Mr. Barfield is knowledgeable on many topics. **Exhibit F** at 13:5-15; 41:24-42:7; 43:7-19; 52:23-53:10; 143:20-144:3; 145:1-14; 182:17-183:13; 194:9-198:3; 303:8-15. Defendants now agree in principle to produce Mr. Barfield, but failed to provide dates. Plaintiff requests an order requiring a deposition of him or a properly prepared Rule 30(b)(6) witness to address all topics noticed, and that Defendants bear all costs/fees related to his deposition.

Parties may obtain discovery regarding any matter relevant to the claim or defense of any party. *Bukh v. Guldmann, Inc.*, 2015 WL 6736774, at *1 (M.D. Fla. Nov. 4, 2015). "Boilerplate objections such as … 'overly broad, unduly burdensome, and outside the scope of permissible discovery' are insufficient without a full, fair explanation particular to the facts of the case."  Middle District Discovery (2021), Section III.A.6.  If a motion to compel is granted or documents are produced after its filing, the Court must require the party whose conduct necessitated the motion, or the party or attorney advising that conduct, or both, to pay the movant's expenses related to the motion, including attorney's

fees. Fed. R. Civ. P. 37(a)(5).

Plaintiff respectfully requests an Order compelling: (i) Defendants to produce documents responsive to Requests No. 41, 47-52, 60, and 62-64; (ii) compelling Defendants to produce Anthony Barfield and any other properly-prepared corporate representatives to address the topics noticed in Plaintiff's Third Amended 30(b)(6) Notice, at Defendants' expense; and (iii) awarding attorneys' fees and costs pursuant to Rule 37(a), and any other appropriate relief.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to L.R. 3.01(g), the undersigned certifies that he met and conferred with Defendants' counsel, Elana Faniel, Esq., on the foregoing issues on multiple occasions, including on July 28, 2023, by telephone, and also in multiple, subsequent emails including emails attached hereto, and again on August 28, 2023, by telephone, and by follow up emails on August 29th, 2023, regarding the relief requested herein; the parties were not able to agree upon the relief requested herein within the time frame requested, necessitating the filing of this Motion. The parties will continue to attempt to meet and confer to attempt to resolve or narrow the issues and update this Certificate if any such agreements are reached.

Respectfully submitted,

**s/Gregory W. Herbert**
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone No. (407) 420-1000

3

**CERTIFICATE OF SERVICE**

    I certify that on August 29, 2023, the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

***s/Gregory W. Herbert***
