# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BETHUNE-COOKMAN, UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.; JOHNNY L. MCCRAY, JR.; and MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,

    Defendants.

Case No. 6:22-cv-47-WWB-RMN

## ORDER

This cause comes before the Court for consideration on Plaintiff's Motion to Compel Compliance with Court Order, Dkt. 88, filed on August 18, 2023. Defendants responded in opposition, Dkt. 89, and the Court held a hearing on September 1, 2023. Dkt. 94.

For the reasons stated on the record at the hearing, Plaintiff's Motion is **GRANTED in part and DENIED in part** as follows:

    1.    Plaintiff's Motion, as it relates to Request for Production Nos. 6 & 7 is **GRANTED**. Defendants shall produce all monthly bank statements for

September 1, 2021, through the present, to Plaintiff on or before September 15, 2023;

2. Plaintiff's Motion, as it relates to Request for Production Nos. 9 & 11 is **GRANTED**;

3. Defendants are **directed** to engage an e-discovery specialist to assist in document and record collection from third-party vendors and other sources, including but not limited to Constant Contact and Facebook. On or before September 15, 2023, Defendants must file a Notice with the Court certifying that they have engaged an e-discovery specialist, the name of the specialist engaged, and that such document and record collection from third-party vendors and other sources has begun. Defendants shall produce supplemental productions and responses to Requests Nos. 9 and 11 to Plaintiff no later than October 13, 2023;

4. Plaintiff's Motion is otherwise **DENIED**, including its request for sanctions.

**DONE** and **ORDERED** in Orlando, Florida, on September 1, 2023.

ROBERT M. NORWAY
United States Magistrate Judge

Copies furnished to:

Counsel of Record