# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BETHUNE-COOKMAN, UNIVERSITY, INC.,

        Plaintiff,

v.                                          Case No.: 6:22-cv-47-WWB-RMN

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., JOHNNY L. MCCRAY, JR. and
MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,

        Defendants.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the September 13, 2023 Order (Doc. 103), the Court enters this Amended Case Management and Scheduling Order:

| | |
|---|---|
| **Discovery Deadline** | November 30, 2023 |
| **Dispositive Motions and *Daubert* Motions** | January 8, 2024 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | April 25, 2024 |
| **Joint Final Pretrial Statement, (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form), Trial Briefs** | May 3, 2024 |
| **All Other Motions Including Motions *In Limine*** | April 3, 2024 |
| **Trial Status Conference**<br>    Date:<br>    Time:<br>    Judge: | <br>May 14, 2024<br>10:00 a.m.<br>Judge Wendy W. Berger<br>Courtroom 3B |
| **Trial Term Begins** | June 3, 2024<br>at 9:00 a.m. |

| Mediation Deadline | December 15, 2023 |
|---|---|

All other provisions of the Case Management and Scheduling Order (Doc. 16) continue to apply.

**DONE AND ORDERED** in Orlando, Florida on September 18, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE