UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.; MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.; and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## **PLAINTIFF'S SUPPLEMENTAL CERTIFICATE PURSUANT TO L.R. 3.01(g)(3)**

On September 15, 2023, Plaintiff Bethune-Cookman University, Inc. filed its Motion for Contempt ("the Motion") [D.E. 104]. Pursuant to L.R. 3.01(g)(3), Plaintiff hereby supplements its Certificate thereunder.  The undersigned certifies that on September 7, 2023, September 8, 2023, and September 14, 2023, Plaintiff's counsel emailed Defendants' counsel of record requesting availability to meet and confer by telephone regarding Defendants' noncompliance with the Fee Award Order [D.E. 87], but received no response to any of those emails. On September 18, 2023, after filing the Motion, Plaintiff's counsel once again contacted Defendants' counsel of record via email requesting counsel's availability to meet and confer. On September 18, 2023, counsel for Defendants responded, indicating that Defendants' position is that they are not obligated to comply with the Fee Award Order until the District Court Judge rules on Defendants' Objections to Magistrate Judge's Order [D.E. 85].

Respectfully submitted,

***s/Gregory W. Herbert***
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone No. (407) 420-1000

## CERTIFICATE OF SERVICE

I certify that on September 20, 2023, the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

***s/Gregory W. Herbert***