**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BETHUNE-COOKMAN UNIVERSITY, INC.

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC. and JOHNNY L. MCCRAY, JR., individually,

    Defendants.
_____

Case No.: 6:22-cv-47-WWB-DAB

## **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**

Defendants hereby respond to Plaintiff's Motion for Contempt and Supplement to its Motion for Contempt [D.E. 104 and 108] and state as follows:

Plaintiff claims that the Defendants have failed to comply with this Court's August 4, 2023 Fee Award Order ("Order") [D.E. 87]. However, civil contempt is defined as a willful disregard of the authority of the court. *See Riccard v. Prudential Ins. Co. of Am.*, 307 F.3d 1277, 1296 (11th Cir. 2002). To establish civil contempt, clear and convincing evidence must show that: 1) the allegedly violated order was valid and lawful, 2) the order was clear and unambiguous, and 3) the alleged violator had the ability to comply with the order. *Id*. Additionally, the alleged contemnor must fail to demonstrate that they have made "in good faith all reasonable efforts" to meet the terms of the court order they seek to avoid (*Commodity Futures Trading Comm'n v. Wellington Precious Metals, Inc.*, 950

F.2d 1525, 1529 (11th Cir. 1992); *S.E.C. v. Solow*, 682 F. Supp. 2d 1312, 1326 (S.D. Fla.), aff'd, 396 F. App'x 635 (11th Cir. 2010)).

Defendants filed Objections to Judge Norway's July 12, 2023 order [D.E. 83] that awarded Plaintiff's attorneys fees, which is still pending adjudication by this Court. Because the Objections were still under the Court's consideration, Defendants believed that the Order would also be subject to that pending adjudication. The award of attorney's fees in Judge Norway's order was specifically objected to in Defendants' Objections, and so Defendants expected that no payment of fees would be required until the Court had ruled on its Objections. Moreover, Defendants aver that the Order was not lawful. Under the lodestar approach, fee applicants are required to exercise "billing judgment." If the applicants do not exclude "excessive, redundant, or otherwise unnecessary" hours, the court must exercise billing judgment for them. *See Am. C.L. Union of Georgia v. Barnes*, 168 F.3d 423, 428 (11th Cir. 1999). The number of hours (a combined 55.1 hours) Plaintiff allegedly expended in filing its non-complex Renewed Motion to Compel [D.E. 79], is categorically unreasonable. Therefore, the Court's grant of Plaintiff's Motion for Attorney's Fees was contrary to law.

<u>Defendants concede that the Court's Order was clear and unambiguous.</u>

<u>Defendants are unable to comply with the Court's Order.</u> Plaintiff claims that recent financial reports demonstrate Defendants' ability to comply with the Fee Award Order. This is not true. Complying with the Order would render the Defendants insolvent. Defendants have had to establish a legal fund just to keep up with their own legal fees and costs in this litigation. Defendants are willing to file their financial reports and bank statements under seal for the Court's consideration on this issue.

For the aforementioned reasons, Defendants respectfully request that the Court deny Plaintiff's Motion for Contempt.

Respectfully Submitted,

By: /s/Shaunette Stokes
Shaunette Stokes, Esq.
Florida Bar No. 109278
STOKES LAW GROUP, PLLC.
10150 Highland Manor Drive Suite 200
Tampa, FL 33610
Phone: (813) 444-4156 | Fax: (813) 702-1976
shaunette@stokeslegalcounsel.com
**Attorney for Defendants**

/s/Elana Greenway Faniel
Elana Greenway Faniel, Esq.
Florida Bar No. 0110747
GREENWAY LAW FIRM, P.A.
P.O. Box 660, Lutz, FL 33548
Phone: (813) 607-6060 | Fax: (813) 607-6071
elana@greenwayfirm.com
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and was served upon the following via the CM/ECF system:

Gregory Herbert, Esq., herbertg@gtlaw.com
Stephen Anderson, Esq., andersonst@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801

By: /s/Shaunette Stokes
Shaunette Stokes, Esq.

3