## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BETHUNE-COOKMAN,
UNIVERSITY, INC.,

      Plaintiff,

      v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI
ASSOCIATION, INC.; JOHNNY L.
MCCRAY, JR.; and MARY
MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,

      Defendants.

Case No. 6:22-cv-47-WWB-RMN

### <u>ORDER</u>

This cause comes before the Court for consideration on Plaintiff's Motion to Compel Production of Documents, 30(b)(6) Deposition, and Attorneys' Fees and Costs (Dkt. 92), filed on August 29, 2023. Defendants responded in opposition (Dkt. 105), the parties filed a Joint Notice Regarding Status of Conferral (Dkt. 126), and the Court held a hearing on November 3, 2023 (Dkt. 136).

For the reasons stated on the record at the hearing, Plaintiff's Motion is **GRANTED in part** as follows:

1.     To the extent Plaintiff's Second Request for Production Nos. 41, 47–52, and 60 overlap with Plaintiff's previous Requests and this Court's Order granting Plaintiff's first Motion to Compel (Dkt. 99), Plaintiff's Motion is **GRANTED**. Defendants shall produce responsive documents (monthly bank statements and documents, and information from third-party vendors and other sources, including but not limited to Constant Contact and Facebook) on or before November 15, 2023.

2.     To the extent Defendant has already responded to Plaintiff's Request Nos. 41, 47–52, and 60, Defendants must provide Plaintiffs with the exact Bates page numbers for every such request and responsive document on or before November 15, 2023.

3.     To the extent Defendant represents that no responsive documents exist, the Court cannot compel documents that do not exist. However, Defendants are reminded that once a "party learns that in some material respect the disclosure or response is incomplete or incorrect" that such party is obligated by Federal Rule of Civil Procedure 26(e) to supplement or correct the party's disclosures and responses.

4.     Plaintiff's Motion, as it relates to compelling Defendants to produce Anthony Barfield or any other properly prepared corporate representative to address the topics noticed in Plaintiff's Third Amended

30(b)(6) Deposition Notice, is **GRANTED**. Such 30(b)(6) deposition **must** take place before the close of discovery, November 30, 2023.

5.      Plaintiff is granted its reasonable expenses incurred in bringing this Motion pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and its fees and costs associated with the 30(b)(6) Deposition to take place on or before November 30, 2023. The parties are directed to meet and confer as to the amount of expenses. If the parties cannot reach an agreement, the Court will address one combined motion at the end of discovery detailing every fee and cost incurred from this point forward.[1]

**DONE** and **ORDERED** in Orlando, Florida, on November 7, 2023.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

---

[1] Because the Court foresees that fees and costs may be an ongoing issue in this litigation, the most, just, speedy, and efficient way to address the quantum of costs associated with discovery motions is to address the issue after the conclusion of discovery.