UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY,
INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC.; MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., and JOHNNY L. MCCRAY, JR.,
Individually,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE IN SUPPORT OF MOTION FOR CONTEMPT [D.E. 104]**

Pursuant to the Court's Order [D.E. 137], Plaintiff Bethune-Cookman University, Inc. ("the University"), by and through undersigned counsel hereby files this Notice in support of its Motion for Contempt [D.E. 104] and states the following.

According to Defendants' August 2023 Financial Report, the corporate Defendants Dr. Mary McLeod Bethune National Alumni Association, Inc. and Mary McLeod Bethune National Alumni Association, Inc. (collectively "the MMBNAA") had direct access to at least $[redacted] in cash at the time for compliance with the Fee Award Order.  *See* **Exhibit A** (Defendants' Financial Report dated August 10, 2023; DEF000470-71).

According to the MMBNAA's August 2023 bank statements, which include the accounts of some of the MMBNAA's Local Chapters, the MMBNAA had access to at least

1

$█████ in cash at the time for compliance with the Fee Award Order.[1]  See **Composite Exhibit B** (bank statements).  A summary of the MMBNAA's bank account balances from Exhibit B is provided in Table 1 below.

Table 1: MMBNAA's Bank Account Balances (August 2023)

| Account (Chapter) | Balance | Account (Chapter) | Balance |
|---|---|---|---|
| *1301 (National) | ███ | *5222 (Fort Pierce) | ███ |
| *1433 (National) | ███ | *9789 (Hillsborough) | ███ |
| *4238 (National) | ███ | *0828 (Miami-Dade) | ███ |
| *7189 (National) | ███ | *5575 (Palm Beach) | ███ |
| *4810 (Broward) | ███ | *3541 (Seminole) | ███ |
| *0780 (Coastal Georgia) | ███ | *2849 (Volusia) | ███ |
| *61-00 (Duval-Nassau) | ███ | *2084 (Volusia) | ███ |
| *61-80 (Duval-Nassau) | ███ | | |
| | | TOTAL: $███ | |

To date, Defendants have refused to produce financial information relating to Defendant Johnny L. McCray, Jr.'s ability to pay the Fee Award, despite the Court's

---

[1] The University notes that the MMBNAA had access to more money than disclosed herein around the time for compliance with the Fee Award Order.  Defendants' Court-ordered production of bank statements has been sporadic, incomplete, and the subject of an ongoing meet and confer between the parties. [*See, e.g.*, D.E. 127-1.]  For brevity, only the August 2023 bank statements produced by Defendants are provided here.  The University can provide additional bank statements from July and September, 2023, to the extent they were produced by Defendants, should the Court deem such disclosure helpful in evaluating Defendants' ability to pay the Fee Award.

determination that Defendants are jointly and severally liable for the Fee Award, and the Court's acknowledgement of the relevance of Mr. McCray's bank statements during the hearing of November 3, 2023.  *See* Motion Hearing Transcript at 57:20-58:15.

On September 29, 2023, the University served its Fourth Requests for Production, and on October 30, 2023, Defendants served their Objections and Responses. [*See* D.E. 127-4.]  Request for Production No. 80 seeks "[a]ll monthly bank statements of Defendant Johnny L. McCray, Jr. from September 1, 2021 to the present."  *See id*.  Defendants objected to the request "as being harassing, oppressive, and irrelevant, as it seeks documents that are neither relevant to the claims or defenses of this action, nor proportional to the needs of this case."  *Id*.

After the hearing of November 3, 2023, wherein the Court confirmed the relevance of Mr. McCray's bank statements, counsel for the University contacted counsel for Defendants and requested the production of Mr. McCray's bank statements from August 2023 to the present so they could be included in this Notice.  *See* **Exhibit C**.  In response, Defendants stated that "[i]n light of the Court's ruling on November 3, 2023, regarding our (sic) Fourth RFPs, we are reassessing the relevance of the requested documents and will be conferring with our client to ensure compliance with the Court's position."  *See* **Exhibit D**.  As of the filing of this Notice, Mr. McCray has not produced a single bank statement.

Defendants have also failed to provide any financial information relating to funds raised by Sustaining the Legacy Legal Defense Fund, Inc. ("the Fund") for the benefit of Defendants.  The Fund is operated by Mr. Percy Williamson, who is identified on Defendants' website as a current member of its Executive Board. *See* **Exhibit E**. Documents produced by Defendants in this case suggest Defendants directed the

3

formation of, and likely have control of, the Fund. See **Exhibit F** (Defendants' Meeting Minutes of February 11, 2023, discussing ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████).

Defendants' August 2023 Financial Report also suggests that Defendants have ███████████████████████████████████████████████████. See **Exhibit A** (listing █████████████████████████████████████ ); see also **Exhibit G** (identifying Pinnacle Signature Group, Inc. ("Pinnacle") as the Registered Agent for, and having the same address as, the Fund). The Fund's express purpose is to defray litigation costs for Defendants, including any fines and judgments awarded. See **Exhibit H** (excerpt from the Fund's website www.stl-legaldefense.com; accessed Nov. 6, 2023.). The Fund refused to produce financial documents in response to a subpoena from the University. [See D.E. 131; the Fund's Motion to Quash Subpoena]. On October 23, 2023, the University also served Pinnacle Signature Group, Inc. ("Pinnacle") with a subpoena for documents. See **Exhibit I**. To date, Pinnacle has not responded to the subpoena.

Nonetheless, the only reasonable explanation for Defendants' failure to comply with the Fee Award Order is Defendants' *willful* disregard of this Court's directive. Indeed, the willful defiance of this Court's authority by Defendant McCray, as a member of the Florida Bar and an Officer of the Court, is particularly disrespectful and egregious. Accordingly, the University respectfully requests an Order (i) finding Defendants in civil contempt; (ii) requiring Defendants, jointly and severally, to pay the University $18,792.00 immediately, plus a civil penalty of $1,000 per day of noncompliance; (iii) requiring

Defendants to pay the University's attorneys' fees and costs associated with its Motion for Contempt and this Supplemental Notice; and (iv) such further and other relief the Court deems appropriate.

        Respectfully submitted,

        ***s/Gregory W. Herbert***
        Gregory W. Herbert
        Florida Bar No. 0111510
        herbertg@gtlaw.com
        Stephen G. Anderson
        Florida Bar No. 0105697
        andersonst@gtlaw.com
        **GREENBERG TRAURIG, P.A.**
        450 S. Orange Avenue, Suite 650
        Orlando, Florida 32801
        Telephone No. (407) 420-1000
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2023, the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

        ***s/Gregory W. Herbert***