# EXHIBIT A

# August 2023 Financial Report
*REDACTED AND FILED UNDER SEAL*