# **EXHIBIT B**

# August 2023 Bank Statements
*REDACTED AND FILED UNDER SEAL*