



| HOME | PRESIDENT'S MESSAGE | CHAPTERS | LEGACY SCHOLARSHIP | MEMBERSHIP | DONATE | EVENTS | WATCH PARTY |

MMBNAA IS AN INDEPENDENT ORGANIZATION; IT IS NOT **AFFILIATED** WITH AND **DOES NOT** REPRESENT OR RAISE FUNDS FOR B-CU.



# THE EXECUTIVE BOARD



**Johnny McCray, Esq**

*President*

 jmccray@mmbnaa.org



**Carmen O. Williamson**

*Corresponding Secretary*

 correspondingsec@mmbnaa.org

**EXHIBIT E**



### Michael Shorter
Vice President

 vicepresident@mmbnaa.org



### Claire Williams
Recording Secretary

 recordingsec@mmbnaa.org



### LaVaughn Starks
Treasurer

 treasurer@mmbnaa.org



### Adeline Roberts-Morgan
Financial Secretary

 financialsec@mmbnaa.org



### TBA
Director of Public Relations

publicrelations@mmbnaa.org



### Gina Petty Sanders
Chaplain

chaplain@mmbnaa.org



### Percy Williamson
Parliamentarian

parliamentarian@mmbnaa.org



### Garrie Harris
Alumni Trustee

trustee@mmbnaa.org

---

## ABOUT US

The Mary McLeod Bethune National Alumni Association is a comprehensive alumni association dedicated to serving alumni and students.

## ADDRESS

MMBNAA
P. O. Box 11646
Daytona Beach, FL 32120

info@mmbnaa.org

## SUBSCRIBE FOR EMAILS

Name

Email Address

Subscribe Now

**EXHIBIT E**

Case 6:22-cv-00047-WWB-RMN   Document 141-5   Filed 11/08/23   Page 3 of 3 PageID 2840

EXHIBIT E