# EXHIBIT F

# DEF1400
*REDACTED AND FILED UNDER SEAL*