# Electronic Articles of Incorporation For

SUSTAINING THE LEGACY LEGAL DEFENSE FUND INC.

N23000007286
FILED
June 15, 2023
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

SUSTAINING THE LEGACY LEGAL DEFENSE FUND INC.

## Article II

The principal place of business address:

927 BEVILLE ROAD
SUITE 110
SOUTH DAYTONA, FL. US  32119

The mailing address of the corporation is:

POST OFFICE BOX 10233
DAYTONA BEACH, FL. US  32120

## Article III

The specific purpose for which this corporation is organized is:

THIS ORGANIZATION WILL FOCUS ON PRESERVING THE LEGACY OF DR. MARY MCCLEOD BETHUNE AND HER IMPACT ON EDUCATION SYSTEM.

## Article IV

The manner in which directors are elected or appointed is:

AS PROVIDED FOR IN THE BYLAWS.

## Article V

The name and Florida street address of the registered agent is:

PINNACLE SIGNATURE GROUP, INC.
927 BEVILLE ROAD
SUITE 109
SOUTH DAYTONA, FL.   32119

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   GEORGE STIELL

EXHIBIT G

N23000007286
FILED
June 15, 2023
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

    PERCY WILLIAMSON
    927 BEVILLE ROAD
    SUITE 109
    SOUTH DAYTONA, FLORIDA 32119

Electronic Signature of Incorporator:   PERCY WILLIAMSON

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

    Title:   P
    PERCY  WLLIAMSON
    POST OFFICE BOX 10233
    DAYTONA BEACH, FL.   32120  US

    Title:   VP
    MARGARET  CHUKUMA
    14004 43RD STREET
    WEST PALM BEACH, FL.   33407  US

    Title:   T
    CYNTHIA  CATER
    POST OFFICE BOX 11482
    HUNTSVILLE, AL.   35814  US

    Title:   S
    SYDNEY  KNOWLES
    9914 W. MILIARY DRIVE UNIT 317
    SAN ANTONIO, TX.   78251  US

    Title:   VP
    JACOB  GORDEN
    11317 NW 8TH ROAD
    GAINESVILLE, FL.   78251  US

## Article VIII

The effective date for this corporation shall be:

    06/10/2023

EXHIBIT G