

Home   About Us

PLEASE DONATE TO THE

SUSTAINING THE LEGACY LEGAL DEFENSE FUND, INC.

The Sustaining the Legacy Legal Defense Fund, Inc. ("The Fund"), an IRS approved tax-exempt 501(c)(3) non-profit organization, has been established to assist the Dr. Mary McLeod Bethune National Alumni Association, Inc. ("MMBNAA"), a not-for-profit Florida corporation, in paying legal fees, court costs, litigation costs, judgments, fines, etc., in the pending federal trademark infringement lawsuit.

The Fund is independent of the **MMBNAA** and will not be administered or controlled by the **MMBNAA**. Solicitations for the Fund will be conducted separately from any solicitations for the **MMBNAA**. The Fund will terminate once all legal costs and other costs referenced above are paid, and any excess funds will be donated to the **A** scholarship fund.

In early January 2022, The **MMBNAA** was sued by the Bethune-Cookman University leadership in a lawsuit filed in the United States District Court for the Middle District of Florida. This federal civil action demands the **MMBNAA** refrain from using the university's name, logos and trademarks — as well as its founder's name. The suit claims the **MMBNAA** has nonetheless infringed on those trademarks and "falsely represents that it is associated with the university." The **MMBNAA** has denied the University's allegations.

Since 2020, the MMBNAA has called for transparency, adherence to best practices and the engagement of a national search firm to conduct a presidential search. These calls for accountability led the university down a legal path against the **MMBNAA** that places us in a precarious situation. Thus, the Fund is necessary because the **MMBNAA** was issued a cease-and-desist letter in 2021 that eventually evolved into a questionable trademark infringement lawsuit initiated by Bethune-Cookman University in 2022. In an effort to distinguish donations to the **MMBNAA** to realize its mission (student scholarships), we found it imperative and ethical to establish this independent Fund.

No disclosure of names of donors will be made public unless requested to do so by the individual donor. You may make a donation by going to our website, www.stl-legaldefense.com or mailing a check to P.O. Box 10233 Daytona Beach, Florida 32120.

**EXHIBIT H**

We humbly request your contribution to our legal defense fund, which is established for the purpose of enabling the **MMBNAA** to fight this unfair, unnecessary, and expensive legal action, brought against this historic organization and its leadership.



## Please Donate
Help us make a difference

First name *

Last name *

Email *

Enter the amount you wish to pay: *

$

Donate

**EXHIBIT H**

Case 6:22-cv-00047-WWB-RMN    Document 141-8    Filed 11/08/23    Page 3 of 4 PageID 2846

# CONTACT US

Name *

Enter your name

Email *

Enter your email

Subject

Type the subject

Message

Type your message here...

Submit

EXHIBIT H

## Subscribe Form

| e.g., email@example.com | Join |

stldefensefund@gmail.com

©2023 by Sustaining The Legacy Legal Defense Fund. Proudly created with Wix.com

**EXHIBIT H**