IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETHUNE-COOKMAN UNIVERSITY,
INC.

    Plaintiff,                                     Case No.: 6:22-cv-47-WWB-RMN

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC. and JOHNNY L. MCCRAY,
JR., individually,

    Defendants.
_____

**DEFENDANTS' NOTICE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CONTEMPT**

Defendants, through the undersigned counsel, hereby file their Notice in accordance with this Court's Order (Doc. 137), and in Opposition to Plaintiff's Motion for Contempt (Doc. 104) as set forth below.

Defendants are prepared to pay the Plaintiff $18,792.00 immediately, and have requested payment instructions from Plaintiff's counsel to deliver such payment. *See* Counsel's Email Correspondence, attached hereto as Exhibit A. The corporate Defendants maintain that such a payment will render them insolvent, as this payment will drain the majority of the already meager funds maintained in their operating accounts. As shown in Plaintiff's Exhibit A of its Notice (Doc. 141), the vast majority of Defendants' remaining funds are earmarked for student scholarship awards.

Regarding Defendants' access to other funds, Defendants do not have access to the funds of its local chapters. Defendants do not control or manage its local chapters'

bank accounts, do not control or manage its local chapters' fundraising efforts, and do not require or receive financial reports from its local chapters. Local chapters are only required to pay a yearly assessment to the corporate Defendants.

Defendants also do not have access to the funds of the recently established legal fund, Sustaining the Legacy Legal Defense Fund, Inc. ("Legal Fund"). Defendants do not control or manage any bank accounts of the Legal Fund, they do not control or manage any of its fundraising efforts, and the Defendants neither require, nor do they receive, any financial reports from the Legal Fund.

In sum, Defendants, in a good faith effort to comply with this Court's Order and resolve the current dispute regarding the Plaintiff's Motion for Contempt, are prepared to pay the $18,792.00 award immediately. Defendants request that, in light of their payment, Plaintiff's Motion for Contempt be denied, and that Plaintiff's requests for further penalties and additional attorney's fees and costs be denied.

Respectfully Submitted,

By: __/s/ Elana Greenway Faniel_____
Elana Greenway Faniel, Esq.
Florida Bar No. 0110747
GREENWAY LAW FIRM, P.A.
P.O. Box 660
Lutz, FL 33548
Phone: (813) 607-6060
Fax: (813) 607-6071
Email: elana@greenwayfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and was served upon the following via the CM/ECF system:

Gregory Herbert, Esq., herbertg@gtlaw.com
Stephen Anderson, Esq., andersonst@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801

By: __/s/ Elana Greenway Faniel___

# Exhibit A



Elana Greenway Faniel <elana@greenwayfirm.com>

## BCU v. MMBNAA - Fee Award and Motion for Contempt
2 messages

---

**andersonst@gtlaw.com** <andersonst@gtlaw.com>  Wed, Nov 15, 2023 at 6:06 PM
To: elana@greenwayfirm.com
Cc: shaunette@stokeslegalcounsel.com, HERBERTG@gtlaw.com, Paula.Castro@gtlaw.com, alversonm@gtlaw.com

Elana,

Thank you for your call today. I understand you called my colleague Gregory Herbert at about 3:41 p.m. and since he was not available we spoke at about 4:37 p.m.

In the call, you made the following proposal – Defendants would agree to pay the Fee Award ($18,792) by wire transfer in exchange for B-CU agreeing to withdraw the pending Motion for Contempt. I mentioned to you that our primary client contact was out on vacation so that I doubted we could reach her to confer and respond today. We have reached out to our client and will advise when we hear back.

However, the amount owed under the Fee Award has already been ordered to be paid by the Court, with no conditions attached, and payment of that amount alone would not resolve the remaining issues related to the Motion for Contempt. I noted in our call that in addition to the amount of the Fee Award, B-CU would also be entitled to additional attorneys' fees associated with the preparation and filing of the Motion for Contempt itself. Likewise, B-CU would also be entitled to those fees associated with the hearing set by the Court on that Motion, as well as fees associated with the additional filings related to that Motion as directed by the Court. Thus, before we could recommend your proposal to our client, we would need to know if Defendants are willing to pay all such fees. It would take us some time to determine the amount of those additional fees that we believe we are entitled to, but we can expedite that process if Defendants will agree to our entitlement to such fees. Please advise if, as part of your proposal, Defendants are willing to agree at least that B-CU is entitled to an award of all such attorneys' fees.

Also, of course, any such agreement would be strictly limited to the Motion for Contempt and any fees associated with it, as summarized above, and would be without prejudice to B-CU's rights to continue to seek remedies for Defendants' other discovery deficiencies including those already the subject of the pending Motion to Compel.

Best regards,

Stephen

Exhibit A

**Stephen G. Anderson, Ph.D.**
Of Counsel, Intellectual Property & Technology

Registered Patent Attorney

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2432
andersonst@gtlaw.com  |  www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

---

**Elana Greenway Faniel** <elana@greenwayfirm.com>                              Wed, Nov 15, 2023 at 6:43 PM
To: andersonst@gtlaw.com
Cc: shaunette@stokeslegalcounsel.com, HERBERTG@gtlaw.com, Paula.Castro@gtlaw.com, alversonm@gtlaw.com
Bcc: MyCase Email <greenway-law-firm-pa-MwcVdNFh2C@mycasemail.com>

Stephen,

Thank you for the email. Let me talk with my clients about this, and I will get back to you ASAP.
[Quoted text hidden]
--



**Elana Greenway Faniel, Esq.**
Founder & Attorney
Greenway Law Firm, P.A.





📞  813-607-6060

✉️  elana@greenwayfirm.com

🔗  www.greenwayfirm.com

📍  P.O. Box 660, Lutz, FL 33548

  

CONFIDENTIALITY NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. It is intended only for the addressee(s) named above. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it in any manner. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at (813) 607-6060 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender. Your assistance in correcting this error is appreciated.

**Exhibit A**