UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION, INC.;
MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC., and
JOHNNY L. MCCRAY, JR.,
Individually,

    Defendants.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

Plaintiff, Bethune-Cookman University, Inc., pursuant to Local Rule 3.01(d), respectfully requests leave to file a reply to Defendants' Notice in Opposition to Plaintiff's Motion for Contempt [D.E. 147; "Defendants' Notice"]. The reply is necessary to address and rebut factual assertions made in Defendants' Notice that are material to the issues on the pending Motion for Contempt, and will consist of no more than three (3) pages for the reply itself and a total of seven (7) pages, inclusive of exhibits. *See* L.R. 3.01(d). Plaintiff respectfully requests that it be allowed five (5) business days from the date of the Court's Order to file its reply.

## **Local Rule 3.01(g) Certification**

Pursuant to L.R. 3.01(g), the undersigned certifies that he met and conferred with Defendants' counsel, Elana Faniel, Esq., on November 16, 2023, by telephone, and Defendants' counsel consents to the relief sought herein.

Respectfully submitted,

*s/Stephen G. Anderson*
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
Stephen G. Anderson
Florida Bar No. 0105697
andersonst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone No. (407) 420-1000

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2023, the foregoing was electronically filed with the Court by the CM/ECF system, which will send a notice to counsel of record.

*s/Stephen G. Anderson*