UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY,
INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC.; MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., and JOHNNY L. MCCRAY, JR.,
Individually,

    Defendants.
_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff" or "the University"), by and through undersigned counsel, and in support of its Motion to Compel [D.E. 154], hereby gives notice of the filing of the attached transcripts of the depositions of Defendant Johnny L. McCray, Jr., taken on August 9, 2023, and Mr. Anthony Barfield, Defendants' corporate representative designated pursuant to Fed. R. Civ. P. 30(b)(6), taken on November 21, 2023.

    Respectfully submitted,

    ***s/Stephen G. Anderson***
    Gregory W. Herbert
    Florida Bar No. 0111510
    herbertg@gtlaw.com
    Stephen G. Anderson
    Florida Bar No. 0105697
    andersonst@gtlaw.com
    **GREENBERG TRAURIG, P.A.**
    450 S. Orange Avenue, Suite 650

1

2

                                                      Orlando, FL 32801
                                                      Telephone No. (407) 420-1000
                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on November 29, 2023, the foregoing was electronically filed with the Court via the CM/ECF system, which will send a notice to counsel of record.

                                                       ***s/ Stephen G. Anderson***