## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BETHUNE-COOKMAN UNIVERISTY,**
**INC.**

      **Plaintiff,**                            **CASE NO.: 6:22-cv-47-WWB-DAB**

**v.**

**DR. MARY MCLEOD BETHUNE NATIONAL**
**ALUMNI ASSOCIATION, INC., MARY MCLEOD**
**BETHUNE NATIONAL ALUMNI ASSOCIATION,**
**INC., and JOHNNY L. MCCRAY, JR., individually,**

      **Defendants.**

_____/

## <u>RESPONSE TO ORDER</u>

Defendants DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC. and JOHNNY L. MCCRAY, JR., by and through the undersigned counsel, responds to this Court's Order dated December 1, 2023, [D.E. 158], pertaining filing certain documents with the Court, including certain documents under seal.

Defendants are filing a list of all names and email addresses of the people listed on the Constant Contact Subscriber List (email list) (Bates No. DEF001892) under seal. Exhibit A. Please note that there is no easy way to file the email list under seal as there are 571 pages. Nevertheless, Defendant's have attached the list to the

- 1 -

best of our ability. Also attached is the Constant Contact spreadsheet concerning communications (campaigns) (Bates No. DEF001890) made by Defendants Dr. Mary Mcleod Bethune National Alumni Association, Inc., and Mary Mcleod Bethune National Alumni Association, Inc.  Exhibit B.

Defendants are also filing a list of the names and email addresses of all Board Members under seal.  Exhibit C.

Dated this 7th day of December 2023.

Respectfully submitted,

BEUSSE SANKS, PLLC
157 E. New England Avenue, Suite 375
Winter Park, FL 32789
Telephone: (407) 644-8888
Facsimile: (407) 926-3200
Email: tsanks@firstiniplaw.com
***Attorney for Defendants, Dr. Mary Mcleod Bethune National Alumni Association, Inc., Mary Mcleod Bethune National Alumni Association, Inc., and Johnny L. McCray, Jr.***

By: */s/ Terry M. Sanks*
Terry M. Sanks
Florida Bar No. 0154430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

- 2 -

_/s/ Terry M. Sanks_____
Terry M. Sanks