## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BETHUNE-COOKMAN UNIVERISTY,**
**INC.**

       **Plaintiff,**               **CASE NO.: 6:22-cv-47-WWB-DAB**

**v.**

**DR. MARY MCLEOD BETHUNE NATIONAL**
**ALUMNI ASSOCIATION, INC., MARY MCLEOD**
**BETHUNE NATIONAL ALUMNI ASSOCIATION,**
**INC., and JOHNNY L. MCCRAY, JR., individually,**

       **Defendants.**

_____/

## NOTICE OF UNAVAILABILITY OF DEFENDANT MCCRAY FOR THE DECEMBER 11, 2023 HEARING

Defendant JOHNNY L. MCCRAY, JR. (hereinafter "McCray"), by and through his undersigned counsel, hereby respectfully notifies the Court that McCray is unavailable  to appear for the hearing in which he was ordered to appear in personal. (Dkt. 158).

McCray is a criminal defense attorney in Pompano Beach, Florida, Florida Bar No. 342319.  McCray has been representing a defendant in trial this week where the trial was expected to have concluded this week.  Unfortunately, the trial is still ongoing and is now expected to go through at least Monday, December 11, 2023. Attached hereto as Exhibit A is a letter provided by the Honorable Gary M. Farmer,

Jr., Circuit Court Judge of the Seventeenth Judicial Circuit, State of Florida, addressed to this Honorable Court providing additional specifics.

What is not communicated in Exhibit A is that McCray fully understands the importance of being at the December 11th hearing in view of the Court's Order. In the on-going criminal case, McCray is the lone attorney representing defendant and as such is unable to appear as ordered. McCray is not attempting to evade appearing.

Dated this 8th day of December 2023.

Respectfully submitted,

BEUSSE SANKS, PLLC
157 E. New England Avenue, Suite 375
Winter Park, FL 32789
Telephone: (407) 644-8888
Facsimile: (407) 926-3200
Email: tsanks@firstiniplaw.com
*Attorney for Defendants, Dr. Mary Mcleod Bethune National Alumni Association, Inc., Mary Mcleod Bethune National Alumni Association, Inc., and Johnny L. McCray, Jr.*

By: */s/ Terry M. Sanks*
Terry M. Sanks
Florida Bar No. 0154430

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 8, 2023, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system.


*/s/ Terry M. Sanks*_____
Terry M. Sanks