# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BETHUNE-COOKMAN,
UNIVERSITY, INC.,

     Plaintiff,

     v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI
ASSOCIATION, INC.; JOHNNY L.
MCCRAY, JR.; and MARY
MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,

     Defendants.

Case No. 6:22-cv-47-WWB-RMN

## ORDER

This cause comes before the Court for consideration on Plaintiff's Motion to Compel (Dkt. 154), Defendants' Motion for Shaunette Stokes, Esq., to Withdraw as Attorney (Dkt. 156), and Plaintiff's Second Motion for Contempt (Dkt. 157). Given that the discovery deadline in this matter has passed,[1] and for the purpose of this Court's expeditious and just review of the pending motions, the following deadlines will apply to the pending motions.

---

[1] Discovery in this matter closed on November 30, 2023. Dkt. 107.

Defendants shall respond to Plaintiff's Motion to Compel (Dkt. 154) on or before **December 6, 2023**. Defendants shall also respond to Plaintiff's Second Motion for Contempt (Dkt. 157) on or before **December 7, 2023**. In addition to such response, on **December 7, 2023**, the Defendants *must* file: (1) a list of all names and email addresses of the people listed on the Constant Contact email list; (2) the names and email addresses of all Board Members; and (3) the Constant Contact spreadsheet concerning the communications that have been sent out on behalf of Defendants. Such a filing may be done under seal.

Plaintiff shall respond to Defendant's Motion to Withdraw as Attorney (Dkt. 156) on or before **December 6, 2023**.

A hearing on all three pending motions will be set via separate Notice. All counsel, as well as Mr. McCray and an *additional* senior member/representative from the remaining Defendants, *must* be present, in-person, at the hearing. Failure to appear may result in personal sanctions.

**DONE** and **ORDERED** in Orlando, Florida, on December 1, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

- 2 -