# EXHIBIT A

| | |
|---|---|
| **From:** | Anderson, Stephen G. (OfCnl-ORL-IP-Tech) |
| **Sent:** | Friday, January 5, 2024 11:05 AM |
| **To:** | Terry Sanks; Herbert, Gregory W. (Shld-Orl-LT-IP); Alverson, Michelle (Para-Orl-CP-LT) |
| **Cc:** | Castro, Paula (LSS-Orl-LT); Litigation |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance |

Terry,

Thanks for your email.  We do not see any tax deduction receipts in Defendants' production.  Will you please provide the Bates numbers pursuant to the Court's prior directive.  Defendants' response to RFP 79 identifies 6 pages of documents at Bates Nos. DEF002104-DEF002109 as responsive, but we do not see documents with these numbers in Defendants' production.  Also, is it Defendants' position that they only sent out 5 tax deduction receipts since 2021?

Regarding your comment about the provision of links, we do not yet take issue with the way the videos were produced (but, of course, reserve the right to do so). We were noting Defendants' refusal to produce the video recordings of meetings held on September 21, 2021; October 16, 2021; January 2, 2022; January 15, 2022; January 17, 2022; January 18, 2022; and February 7, 2022, as set forth in my prior email.  These appear to have been excluded from the production.

Regarding the issue of bank statements not being raised in a deposition, we note that Defendants' prior (and continuing) refusal to produce certain bank statements, and numerous other categories of documents, precluded our ability to question witnesses about these documents in this case.  The bank statement referenced in my prior email was just produced - after the close of discovery.  Thus, Defendants' prior and continuing refusal to comply with their discovery obligations in this case has caused, and continues to cause, severe prejudice to the University.

Regarding Defendants using scholarship funds to pay their attorneys' fees, please see Bates numbers DEF 2279/2280 (double stamped).

We note that, based on today's production, it appears Defendants have found their correspondence with STL relating to their creation of STL's website, despite their most recent response to RFP 85 from last Friday stating "none."  Please let us know whether Defendants intend to further supplement their discovery responses to correct this inconsistency, and whether all responsive documents have been produced.

We also note that Defendants still refuse to produce the content of their social media pages, websites, and detailed reporting data from Constant Contact indicating which emails were sent to which recipients, which is the subject of multiple Court Orders.  We also still have not received a single bank statement from Defendant McCray.

Given that we are now a week past Defendants' deadline to comply with all orders in this case, and their supplemental production of yesterday morning failed to achieve full compliance, we have no choice but to

proceed with our motion for sanctions.  We again reserve all rights relating to documents not referenced herein.

Best regards,
Stephen



**Stephen G. Anderson, Ph.D.**
Of Counsel, Intellectual Property & Technology
Registered Patent Attorney

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2432
andersonst@gtlaw.com  |  www.gtlaw.com



---

**From:** Terry Sanks <tsanks@firstiniplaw.com>
**Sent:** Thursday, January 4, 2024 1:46 PM
**To:** Anderson, Stephen G. (OfCnl-ORL-IP-Tech) <andersonst@gtlaw.com>; Herbert, Gregory W. (Shld-Orl-LT-IP) <HERBERTG@gtlaw.com>; Alverson, Michelle (Para-Orl-CP-LT) <alversonm@gtlaw.com>
**Cc:** Castro, Paula (LSS-Orl-LT) <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

Stephen,

Any update on your client's review and position on the current proposed Settlement Agreement?

Though I relatively new to this case, it appears you send such emails as a basis to get additional information before the Court for discovery disputes since the word count in the pleading is limited.  I understand taking that approach but simply identifying what you believe are deficiencies would be sufficient.  Based on your email, there are contentions you have made that could easily been discussed and likely resolved.

An example of what I have termed one of  "your improper assumptions" is that my clients did not provide tax deduction receipts.  Responsive documents were provided.  Another example is your claim of withholding several video recordings.  Links to Zoom recordings (they appear to be audio only though—not video) were provided.  If not accessible, state this instead and I will see how I could produce them in a better format.  An example of an interesting newly raised issue is your comments about no documents reflecting the details of large deposits made to Defendants' bank account in September.  Again, I'm new here, but shouldn't your issue have been addressed during a deposition?  I also do not know which bank account you are referring to as being used to pay their attorney, Elana Faniel, as that account was marked for scholarships.  More context would have been appropriated.

Based on the current draft settlement agreement where my clients have made numerous concessions, the parties appear close to settling.  However, if this process is going to drag on, and as I have requested several times in the past beginning with first filing my notice of appearance in November 2023, please provide us dates your clients are available for mediation as our deadline is February 15, 2024.

Thanks,

2

**Terry M. Sanks, Esquire**
Managing Partner

407-644-8888

firstiniplaw.com

157 E. New England Ave., Suite 375 Winter Park, FL 32789



   

NOTICE: This message, and any attachments, contain(s) information that may be confidential, proprietary and/or protected by privilege from disclosure as attorney-client communication or subject to Federal Rule of Evidence 408 or another applicable law.  Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and kindly notify the sender.

---

**From:** andersonst@gtlaw.com <andersonst@gtlaw.com>
**Sent:** Thursday, January 4, 2024 9:17 AM
**To:** Terry Sanks <tsanks@firstiniplaw.com>; HERBERTG@gtlaw.com; alversonm@gtlaw.com
**Cc:** Paula.Castro@gtlaw.com; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

Terry,

Please let us know what you believe is an improper assumption or inaccurate.

Thanks,
Stephen

**Stephen G. Anderson, Ph.D.**
Of Counsel, Intellectual Property & Technology
Registered Patent Attorney

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2432
andersonst@gtlaw.com  |  www.gtlaw.com



---

**From:** Terry Sanks <tsanks@firstiniplaw.com>
**Sent:** Thursday, January 4, 2024 8:25 AM
**To:** Herbert, Gregory W. (Shld-Orl-LT-IP) <HERBERTG@gtlaw.com>; Anderson, Stephen G. (OfCnl-ORL-IP-Tech) <andersonst@gtlaw.com>; Alverson, Michelle (Para-Orl-CP-LT) <alversonm@gtlaw.com>
**Cc:** Castro, Paula (LSS-Orl-LT) <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

3

**\*EXTERNAL TO GT\***

Greg,

Pursuant to our conversation yesterday, please find additional documents.  I have another batch I'm forwarding later this morning.  As discuss, I will follow up with supplemental responses.

https://www.dropbox.com/scl/fo/0kxxmru6ltz75ktim8o37/h?rlkey=1b1r16hd5o36p7t6m8dpgb4sk&dl=0

Also, I have reviewed Steven's email from Saturday.  There are numerous assumptions made and several inaccuracies.  If you care to discuss further, please let me know.

Thanks,

**Terry M. Sanks, Esquire**
Managing Partner

407-644-8888

firstiniplaw.com

157 E. New England Ave., Suite 375 Winter Park, FL 32789



   

NOTICE: This message, and any attachments, contain(s) information that may be confidential, proprietary and/or protected by privilege from disclosure as attorney-client communication or subject to Federal Rule of Evidence 408 or another applicable law.  Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and kindly notify the sender.

---

**From:** Terry Sanks
**Sent:** Friday, December 29, 2023 6:03 PM
**To:** HERBERTG@gtlaw.com; andersonst@gtlaw.com; alversonm@gtlaw.com
**Cc:** Paula.Castro@gtlaw.com; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

https://www.dropbox.com/scl/fo/r8hbk4wbed993zlrfobso/h?rlkey=uway7fmwlol1mc2etpqlm11as&dl=0

Please let me know if this link works.

**From:** Terry Sanks
**Sent:** Friday, December 29, 2023 4:56 PM
**To:** 'HERBERTG@gtlaw.com' <HERBERTG@gtlaw.com>; 'andersonst@gtlaw.com' <andersonst@gtlaw.com>; 'alversonm@gtlaw.com' <alversonm@gtlaw.com>

4

**Cc:** 'Paula.Castro@gtlaw.com' <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

| Court: | In the United States District Court for the Southern District of Florida |
|---|---|
| Case Number: | 9:23-mc-81205 |
| Plaintiff(s): | Bethune-Cookman University, Inc. |
| Defendant(s): | Dr. Mary Mcleod Bethune National Alumni Association, Inc., Mary Mcleod Bethune National Alumni Association, Johnny L. McCray |
| Title of document(s) served: | Discovery Production |
| Sending Attorney's Name: | Terry M. Sanks |
| Sending Atty's Phone Number: | 407-644-8888 |

Please find attached supplemental responses.  I am forwarding the documents now.

Thanks,

**Terry M. Sanks, Esquire**
Managing Partner

407-644-8888

firstiniplaw.com

157 E. New England Ave., Suite 375 Winter Park, FL 32789



   

NOTICE: This message, and any attachments, contain(s) information that may be confidential, proprietary and/or protected by privilege from disclosure as attorney-client communication or subject to Federal Rule of Evidence 408 or another applicable law.  Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and kindly notify the sender.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

| | |
|---|---|
| **From:** | Terry Sanks <tsanks@firstiniplaw.com> |
| **Sent:** | Tuesday, January 2, 2024 11:32 AM |
| **To:** | Anderson, Stephen G. (OfCnl-ORL-IP-Tech) |
| **Cc:** | Castro, Paula (LSS-Orl-LT); Litigation; Herbert, Gregory W. (Shld-Orl-LT-IP); Alverson, Michelle (Para-Orl-CP-LT) |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance |

Happy New Year Stephen,

I have been out of the office this morning.  Can we talk tomorrow morning, at 11 AM?  Though I suspect filing a motion is going to happen anyhow, my clients have evidently sent more documents over that I hope to review and provide to you in due course.

Thanks,

Terry

---

**From:** andersonst@gtlaw.com <andersonst@gtlaw.com>
**Sent:** Tuesday, January 2, 2024 10:15 AM
**To:** Terry Sanks <tsanks@firstiniplaw.com>
**Cc:** Paula.Castro@gtlaw.com; Litigation <litigation@firstiniplaw.com>; HERBERTG@gtlaw.com; alversonm@gtlaw.com
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

Good morning, Terry,

Just following up with the email below.  Do you have any availability today for a telephone call to discuss Defendants' continuing noncompliance with the Court's Orders?  We intend to file our motion by the end of the day or tomorrow at the latest.

Thanks,
Stephen

**Stephen G. Anderson, Ph.D.**
Of Counsel, Intellectual Property & Technology
Registered Patent Attorney

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2432
andersonst@gtlaw.com  |  www.gtlaw.com



---

**From:** Anderson, Stephen G. (OfCnl-ORL-IP-Tech)
**Sent:** Saturday, December 30, 2023 3:44 PM

**To:** Terry Sanks <tsanks@firstiniplaw.com>
**Cc:** Castro, Paula (LSS-Orl-LT) <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>; Herbert, Gregory W. (Shld-Orl-LT-IP) <HERBERTG@gtlaw.com>; Alverson, Michelle (Para-Orl-CP-LT) <alversonm@gtlaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

Terry,

We have reviewed Defendants production of December 29, 2023, and Defendants are still willfully disregarding multiple Court Orders.

For instance, Defendants have still failed or refused to produce the content of their social media pages, websites, and detailed reporting data from Constant Contact indicating which emails were sent to which recipients. These documents were specifically discussed during the hearing of December 11th and are responsive to at least Defendants' First and Second Requests for Production (served March 10, 2023 and June 16, 2023, respectively), the subject of multiple Court orders requiring their production, and the subject of the University's Second Motion for Contempt [D.E. 157], which is still pending.

Defendants are also improperly withholding several video recordings of their Board meetings, including at least those dated September 21, 2021; October 16, 2021; January 2, 2022; January 15, 2022; January 17, 2022; January 18, 2022; and February 7, 2022.

Defendants also failed to produce any scholarship applications, tax deduction receipts, remaining logo contest entries including losing/unsuccessful entries submitted, and documents reflecting the details of large deposits made to Defendants' bank account in September.

Defendants' continuing disregard for the Court's authority is also reflected in Defendant McCray's refusal to produce his bank statements (RFP 80) as ordered by the Court. [*See* D.E. 178.] Instead, Defendants continue to assert objections that have already been overruled, and state "Defendant McCray is appealing this issue to the Federal District Court Judge." The deadline for objecting to the Magistrate's Order, however, has clearly passed. *See* Fed. R. Civ. P. 72(a) ("A party may serve and file objections to the order within 14 days after being served with a copy."). This same deficiency is present in Defendants' response to RFP 81 as well. If the University is forced to respond to Defendants' untimely objections, it will undoubtedly result in an yet another fee award against Defendants.

We also note that Defendants appear to have paid at least Ms. Faniel's attorneys' fees out of one of their bank accounts allegedly designated for "scholarships." This is surprising since Defendants previously asserted to the Court that they could not pay the University's first attorneys' fee award in this case from these accounts. This is yet another example of Defendants' willful disregard for, and refusal to comply with, the Court's orders and underscores Defendants' willingness to make false and misleading representations to the Court.

Defendants' response of "none" to RFP 85 is demonstrably inaccurate. Documents produced by Sustaining the Legacy Legal Defense Fund ("STL") in response to a subpoena, and raised during Mr. Barfield's deposition, confirm the existence of email communications between Defendants and STL relating to Defendants' creation and financing of STL's website.

Defendants have also re-produced many of their previously produced bank statements.  This type of duplicate production was done on at least one other occasion in this case, apparently to make Defendants' production appear larger than it is.

In view of this, please let us know your availability for a phone call to discuss Defendants' continuing refusal to comply with the Court's Orders.  We reserve all rights relating to Defendants' refusal to produce additional documents not specifically referenced herein.

Best regards,
Stephen


**Stephen G. Anderson, Ph.D.**
Of Counsel, Intellectual Property & Technology
Registered Patent Attorney

Greenberg Traurig, P.A.
450 So. Orange Avenue, Suite 650 | Orlando, FL 32801
T +1 407.418.2432
andersonst@gtlaw.com  |  www.gtlaw.com



---

**From:** Terry Sanks <tsanks@firstiniplaw.com>
**Sent:** Friday, December 29, 2023 6:03 PM
**To:** Herbert, Gregory W. (Shld-Orl-LT-IP) <HERBERTG@gtlaw.com>; Anderson, Stephen G. (OfCnl-ORL-IP-Tech) <andersonst@gtlaw.com>; Alverson, Michelle (Para-Orl-CP-LT) <alversonm@gtlaw.com>
**Cc:** Castro, Paula (LSS-Orl-LT) <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

**\*EXTERNAL TO GT\***

https://www.dropbox.com/scl/fo/r8hbk4wbed993zlrfobso/h?rlkey=uway7fmwlol1mc2etpqlm11as&dl=0

Please let me know if this link works.

**From:** Terry Sanks
**Sent:** Friday, December 29, 2023 4:56 PM
**To:** 'HERBERTG@gtlaw.com' <HERBERTG@gtlaw.com>; 'andersonst@gtlaw.com' <andersonst@gtlaw.com>; 'alversonm@gtlaw.com' <alversonm@gtlaw.com>
**Cc:** 'Paula.Castro@gtlaw.com' <Paula.Castro@gtlaw.com>; Litigation <litigation@firstiniplaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT: Case 9:23-mc-81205-DMM Bethune-Cookman University, Inc. v. Dr. Mary McLeod Bethune National Alumni Association, Inc. et al Notice of Compliance

| Court: | In the United States District Court for the Southern District of Florida |
|---|---|
| Case Number: | 9:23-mc-81205 |
| Plaintiff(s): | Bethune-Cookman University, Inc. |

| | |
|---|---|
| Defendant(s): | Dr. Mary Mcleod Bethune National Alumni Association, Inc., Mary Mcleod Bethune National Alumni Association, Johnny L. McCray |
| Title of document(s) served: | Discovery Production |
| Sending Attorney's Name: | Terry M. Sanks |
| Sending Atty's Phone Number: | 407-644-8888 |

Please find attached supplemental responses.  I am forwarding the documents now.

Thanks,

**Terry M. Sanks, Esquire**
Managing Partner

407-644-8888

firstiniplaw.com

157 E. New England Ave., Suite 375 Winter Park, FL 32789



   

NOTICE: This message, and any attachments, contain(s) information that may be confidential, proprietary and/or protected by privilege from disclosure as attorney-client communication or subject to Federal Rule of Evidence 408 or another applicable law.  Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and kindly notify the sender.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.