UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BETHUNE-COOKMAN, UNIVERSITY, INC.,

   Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.; JOHNNY L. MCCRAY, JR.; and MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.,

   Defendants.

Case No. 6:22-cv-47-WWB-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on Defendants' Motion for Shaunette Stokes, Esq., to Withdraw as Attorney (Dkt. 156); Second Motion for Elana G. Faniel to Withdraw as Attorney (Dkt. 167); and Motion for Vivian Williams to Withdraw as Attorney (Dkt. 174). All three motions are due to be denied.

On December 1, 2023, the Court noticed an in-person hearing for December 11, and ordered all counsel, Mr. McCray, and an additional senior member/representative from the remaining Defendants to be present. Dkts. 158, 159. On the Friday before the scheduled hearing, Defendant

McCray filed an improper Notice of Unavailability. Dkt. 170. In striking the filing, the Court explained that the Middle District does not permit such notices and that a party must file a properly supported motion requesting relief from the requirements of the prior court order/notice. Dkt. 171. Thereafter, on Sunday, December 10, Defendant McCray filed a Motion to be excused from the in-person hearing, which the Court granted. Dkt. 172.

At the scheduled hearing on December 11, 2023, the Court informed the parties that a hearing on counsels' motions to withdraw would be continued and directed Defendants to propose dates that their clients would be available to attend a hearing on the motions to withdraw as counsel. It is now nearly a month later, and Defendants have failed to comply with the Court's direction.

Accordingly, it is **ORDERED** that the motions to withdraw as counsel (Dkts. 156, 167, 174) are **DENIED without prejudice** for failure to comply with a Court order. Counsel must renew their motions if they wish to be relieved of their obligations in this matter. If refiled, counsel *must* propose three times and dates for a hearing on the motions that counsel and their clients are available to attend an in-person hearing.

**DONE** and **ORDERED** in Orlando, Florida, on January 8, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies furnished to:

Counsel of Record