# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BETHUNE-COOKMAN UNIVERSITY,
INC.

      Plaintiff,                  Case No.: 6:22-cv-47-WWB-RMN

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC. and JOHNNY L. MCCRAY,
JR., individually,

      Defendants.
_____

## OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.

Defendant, DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC, pursuant to Fed. R. Civ. P. 36, and by and through its undersigned counsel, hereby responds to the Plaintiff's First Requests for Admission, as set forth below.

## RESPONSES

1. Admit that the University owns U.S. Trademark Registration No. 3010916 for the mark BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

2. Admit that the University owns U.S. Trademark Registration No. 2997255 for the mark BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

3. Admit that the University owns Florida Trademark Registration No. T06000001446 for the mark BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

4. Admit that the University owns U.S. Trademark Registration No. 3031481 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

5. Admit that the University owns Florida Trademark Registration No. T06000001498 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

6. Admit that the University owns U.S. Trademark Registration No. 1974478 for the mark



.

**RESPONSE: Admitted.**

7. Admit that the University owns Florida Trademark Registration No. T11000000242 for the mark



.

**RESPONSE: Admitted.**

8. Admit that the University owns U.S. Trademark Registration No. 4406777 for the mark



.

2

**RESPONSE: Admitted.**

9. Admit that the University owns U.S. Trademark Registration Nos. 90863047; 90863045; 90863053; 90863032; 90862998; and 90863036 for the mark



.

**RESPONSE: Admitted.**


10. Admit that You do not have a license from the University to use the mark BETHUNE-COOKMAN.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

11. Admit that You do not have a license from the University to use the mark FLORIDA CLASSIC.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

12. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

13. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

14. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

15. Admit that You used the mark BETHUNE-COOKMAN after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

16. Admit that You used the mark FLORIDA CLASSIC after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

17. Admit that You used the following mark after September 2021:



**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

18. Admit that You used the following mark after September 2021:



**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

19. Admit that You used the following mark after September 2021:



**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

20. Admit that You solicit money from B-CU alumni.

**RESPONSE: Admitted. Defendant solicits money from B-CU alumni and the general public.**

21. Admit that Your 2023 Bylaws state "All chapters shall be a constituent and subordinate unit of the MMBNAA subject to the general authority and jurisdiction of the Association Board of Directors."

**RESPONSE: Admitted.**

22. Admit that MCCRAY was identified as "President, Bethune-Cookman University" on Your website www.mmbnaa.org.

**RESPONSE: Denied. Johnny McCray, as President of Defendant, mistakenly wrote and signed a letter displayed on the www.mmbnaa.org website as "President, Bethune-Cookman University". That letter was later corrected and disseminated to the relevant public.**

23. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter from MCCRAY that was present on Your website on August 9, 2023.

**RESPONSE: Defendant admits that the referenced document is a true and correct representation of a letter written by the President of Defendant, Johnny McCray. As to whether the letter was present on the referenced website on the referenced date, Defendant lacks information or knowledge to admit or deny this request. Defendant made a reasonable inquiry concerning the matter in the request; however, the information known or readily obtainable is insufficient to enable Defendant to admit or deny this matter.**

24. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter from MCCRAY that was distributed by You via email on March 13, 2023.

**RESPONSE: Admitted. The letter was written by Defendant's President, Johnny McCray, in his capacity as President of the Defendant.**

25. Admit that MCCRAY has never been the President of Bethune-Cookman University.

**RESPONSE: Admitted.**

26. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association" in commerce.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

6

27. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association."

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

28. Admit that Your website is located at the URL www.mmbnaa.org.

**RESPONSE: Admitted.**

29. Admit that You operate the Facebook page located at www.facebook.com/naabcu/.

**RESPONSE: Denied.**

30. Admit that You operate, or previously operated, the Instagram page located at www.instagram.com/naabcu/.

**RESPONSE: Denied. To Defendant's knowledge, Defendant's predecessor organization, the National Alumni Association of Bethune-Cookman University Inc. operated the referenced Instagram page.**

31. Admit that You operate the X (formerly known as Twitter) page located at https://twitter.com/naabcu .

**RESPONSE: Denied**

32. Admit that You are not affiliated with the University.

**RESPONSE: Admitted.**

33. Admit that Your tax-exempt status was revoked by the Internal Revenue Service.

**RESPONSE: Denied. Defendant was not aware that its tax-exempt status had been revoked by the Internal Revenue Service.**

34. Admit that You were advised of the revocation of its tax-exempt status by the Internal Revenue Service in a letter dated June 20, 2023.

**RESPONSE: Denied.**

35. Admit that the letter attached as Exhibit A is a true and correct copy of a letter received by You.

**RESPONSE: Denied.**

Respectfully Submitted,

Objections By:   /s/Elana Greenway Faniel
Elana Greenway Faniel, Esq.
Florida Bar No. 0110747
GREENWAY LAW FIRM, P.A.
P.O. Box 660, Lutz, FL 33548
Phone: (813) 607-6060 | Fax: (813) 607-6071
elana@greenwayfirm.com

**Attorney for Defendant Dr. Mary McLeod
Bethune National Alumni Association, Inc.**

Responses By:

Michael Shorter (Nov 27, 2023 16:35 EST)

Michael Shorter
Vice President, Dr. Mary McLeod Bethune
National Alumni Association, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November 2023, a true and correct

copy of the foregoing document was electronically served upon the following:

Gregory Herbert, Esq., herbertg@gtlaw.com
Stephen Anderson, Esq., andersonst@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801

By:    /s/ Elana Greenway Faniel

8

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BETHUNE-COOKMAN UNIVERSITY,
INC.

       Plaintiff,                    Case No.: 6:22-cv-47-WWB-RMN

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC. and JOHNNY L. MCCRAY,
JR., individually,

       Defendants.
_____

**OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR
ADMISSION DIRECTED TO DEFENDANT MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.**

Defendant, MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION,
INC, pursuant to Fed. R. Civ. P. 36, and by and through his undersigned counsel, hereby
responds to the Plaintiff's First Requests for Admission, as set forth below.

**RESPONSES**

1. Admit that the University owns U.S. Trademark Registration No. 3010916 for the mark
BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

2. Admit that the University owns U.S. Trademark Registration No. 2997255 for the mark
BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

3. Admit that the University owns Florida Trademark Registration No. T06000001446 for
the mark BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

4. Admit that the University owns U.S. Trademark Registration No. 3031481 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

5. Admit that the University owns Florida Trademark Registration No. T06000001498 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

6. Admit that the University owns U.S. Trademark Registration No. 1974478 for the mark



.

**RESPONSE: Admitted.**

7. Admit that the University owns Florida Trademark Registration No. T11000000242 for the mark



.

**RESPONSE: Admitted.**

8. Admit that the University owns U.S. Trademark Registration No. 4406777 for the mark



.

2

**RESPONSE: Admitted.**

9. Admit that the University owns U.S. Trademark Registration Nos. 90863047; 90863045; 90863053; 90863032; 90862998; and 90863036 for the mark



.

**RESPONSE: Admitted.**

10. Admit that You do not have a license from the University to use the mark BETHUNE-COOKMAN.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

11. Admit that You do not have a license from the University to use the mark FLORIDA CLASSIC.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

12. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

13. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

14. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

15. Admit that You used the mark BETHUNE-COOKMAN after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

16. Admit that You used the mark FLORIDA CLASSIC after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

17. Admit that You used the following mark after September 2021:

4



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

18. Admit that You used the following mark after September 2021:



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

19. Admit that You used the following mark after September 2021:



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

20. Admit that You solicit money from B-CU alumni.

**RESPONSE: Admitted. Defendant solicits money from B-CU alumni and the general public.**

21. Admit that Your 2023 Bylaws state "All chapters shall be a constituent and subordinate unit of the MMBNAA subject to the general authority and jurisdiction of the Association Board of Directors."

**RESPONSE: Admitted.**

22. Admit that MCCRAY was identified as "President, BethuneCookman University" on Your website www.mmbnaa.org.

**RESPONSE: Denied. Johnny McCray, as President of Defendant, mistakenly wrote and signed a letter displayed on the www.mmbnaa.org website as "President, Bethune-Cookman University". That letter was later corrected and disseminated to the relevant public.**

23. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter from MCCRAY that was present on Your website on August 9, 2023.

**RESPONSE: Defendant admits that the referenced document is a true and correct representation of a letter written by the President of Defendant, Johnny McCray. As to whether the letter was present on the referenced website on the referenced date, Defendant lacks information or knowledge to admit or deny this request. Defendant made a reasonable inquiry concerning the matter in the request; however, the information known or readily obtainable is insufficient to enable Defendant to admit or deny this matter.**

24. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter from MCCRAY that was distributed by You via email on March 13, 2023.

**RESPONSE: Admitted. The letter was written by Defendant's President, Johnny McCray, in his capacity as President of the Defendant.**

25. Admit that MCCRAY has never been the President of Bethune-Cookman University.

**RESPONSE: Admitted.**

26. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association" in commerce.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a**

6

**trademark infringement action. Subject to, and without waiving said objection, admitted.**

27. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association."

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

28. Admit that Your website is located at the URL www.mmbnaa.org.

**RESPONSE: Admitted.**

29. Admit that You operate the Facebook page located at www.facebook.com/naabcu/.

**RESPONSE: Denied**

30. Admit that You operate, or previously operated, the Instagram page located at www.instagram.com/naabcu/.

**RESPONSE: Denied. To Defendant's knowledge, Defendant's predecessor organization, the National Alumni Association of Bethune-Cookman University Inc. operated the referenced Instagram page.**

31. Admit that You operate the X (formerly known as Twitter) page located at https://twitter.com/naabcu_.

**RESPONSE: Denied.**

32. Admit that You are not affiliated with the University.

**RESPONSE: Denied.**

33. Admit that Your tax-exempt status was revoked by the Internal Revenue Service.

**RESPONSE: Denied. Defendant was not aware that its tax-exempt status had been revoked by the Internal Revenue Service.**

34. Admit that You were advised of the revocation of its tax-exempt status by the Internal Revenue Service in a letter dated June 20, 2023.

**RESPONSE: Denied.**

35. Admit that the letter attached as Exhibit A is a true and correct copy of a letter received by You.

**RESPONSE: Denied.**

                                       Respectfully Submitted,

Objections By:      /s/Elana Greenway Faniel
                            Elana Greenway Faniel, Esq.
                            Florida Bar No. 0110747
                            GREENWAY LAW FIRM, P.A.
                            P.O. Box 660, Lutz, FL 33548
                            Phone: (813) 607-6060 | Fax: (813) 607-6071
                            elana@greenwayfirm.com
                            **Attorney for Defendant Mary McLeod Bethune National Alumni Association, Inc.**

Responses By:      _~~Michael Shorter~~ [Nov 27, 2023 15:56 EST]_
                            Michael Shorter
                            Vice President, Mary McLeod Bethune
                            National Alumni Association, Inc.

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 27th day of November 2023, a true and correct copy of the foregoing document was electronically served upon the following:

Gregory Herbert, Esq., herbertg@gtlaw.com
Stephen Anderson, Esq., andersonst@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801

                                    By:    /s/ Elana Greenway Faniel

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BETHUNE-COOKMAN UNIVERSITY,
INC.

       Plaintiff,                    Case No.: 6:22-cv-47-WWB-RMN

v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC., MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION,
INC. and JOHNNY L. MCCRAY,
JR., individually,

       Defendants.
_____

**OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR**
**ADMISSION DIRECTED TO DEFENDANT JOHNNY L. MCCRAY, JR.**

      Defendant, JOHNNY L. MCCRAY, JR., pursuant to Fed. R. Civ. P. 36, and by and

through his undersigned counsel, hereby responds to the Plaintiff's First Requests for

Admission, as set forth below.

**RESPONSES**

1. Admit that the University owns U.S. Trademark Registration No. 3010916 for the mark
BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

2. Admit that the University owns U.S. Trademark Registration No. 2997255 for the mark
BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

3. Admit that the University owns Florida Trademark Registration No. T06000001446 for
the mark BETHUNE-COOKMAN.

**RESPONSE: Admitted.**

4. Admit that the University owns U.S. Trademark Registration No. 3031481 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

5. Admit that the University owns Florida Trademark Registration No. T06000001498 for the mark FLORIDA CLASSIC.

**RESPONSE: Admitted.**

6. Admit that the University owns U.S. Trademark Registration No. 1974478 for the mark



.

**RESPONSE: Admitted.**

7. Admit that the University owns Florida Trademark Registration No. T11000000242 for the mark



.

**RESPONSE: Admitted.**

8. Admit that the University owns U.S. Trademark Registration No. 4406777 for the mark



.

2

**RESPONSE: Admitted.**

9. Admit that the University owns U.S. Trademark Registration Nos. 90863047; 90863045; 90863053; 90863032; 90862998; and 90863036 for the mark



.

**RESPONSE: Admitted.**

10. Admit that You do not have a license from the University to use the mark BETHUNE-COOKMAN.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

11. Admit that You do not have a license from the University to use the mark FLORIDA CLASSIC.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

12. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

13. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

14. Admit that You do not have a license from the University to use the mark



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to, and without waiving said objection, admitted.**

15. Admit that You used the mark BETHUNE-COOKMAN after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

16. Admit that You used the mark FLORIDA CLASSIC after September 2021.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

17. Admit that You used the following mark after September 2021:

4

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

18. Admit that You used the following mark after September 2021:



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

19. Admit that You used the following mark after September 2021:



.

**RESPONSE: Defendant objects to this request as it seeks admission as to the "use" of a trademark, which is a question of law or a legal conclusion in a**

**trademark infringement action. Subject to and without waiving said objection, Defendant denies this request as stated.**

20. Admit that You solicit money from B-CU alumni.

**RESPONSE: Denied. Within the scope of his duties as President of the corporate Defendants, Defendant has and presently does seek contributions and support from both B-CU alumni and the wider public.**

21. Admit that You were identified as "President, Bethune-Cookman University" on the website www.mmbnaa.org.

**RESPONSE: Denied. Defendant mistakenly wrote and signed a letter displayed on the www.mmbnaa.org website as "President, Bethune-Cookman University". That letter was later corrected and disseminated to the relevant public.**

22. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter written by You that was present on the website www.mmbnaa.org on August 9, 2023.

**RESPONSE: Defendant admits that the referenced document is a true and correct representation of a letter written by Defendant, in his capacity as President of the corporate Defendants. As to whether the letter was present on the referenced website on the referenced date, Defendant lacks information or knowledge to admit or deny this request. Defendant made a reasonable inquiry concerning the matter in the request; however, the information known or readily obtainable is insufficient to enable Defendant to admit or deny this matter.**

23. Admit that the document produced by the University as Bates No. BCU002143 is a true and correct representation of a letter from You that was distributed via email on March 13, 2023.

**RESPONSE: Admitted.**

24. Admit that You have never been the President of Bethune-Cookman University.

**RESPONSE: Admitted.**

25. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association" in commerce.

**RESPONSE: Denied.**

26. Admit that You use the name "Dr. Mary McLeod Bethune National Alumni Association."

**RESPONSE: Denied.**

6

27. Admit that You have the ability to control the content of the website located at the URL www.mmbnaa.org.

**RESPONSE: Denied. Defendant, in his individual capacity, does not have the ability to control the content of the referenced website. In his capacity as President of the corporate Defendants, Defendant does not directly control or manage the content of the referenced website.**

28. Admit that You have the ability to control the content of the Facebook page located at www.facebook.com/naabcu/.

**RESPONSE: Denied.**

29. Admit that You have the ability to control the content of the Instagram page located at www.instagram.com/naabcu/.

**RESPONSE: Denied**

30. Admit that You have the ability to control the content of the X (formerly known as Twitter) page located at https://twitter.com/naabcu_.

**RESPONSE: Denied**

31. Admit that You are not affiliated with the University.

**RESPONSE: Denied. Defendant is an alumnus of the University.**

32. Admit that You were informed of the revocation of Defendant Dr. Mary McLeod Bethune National Alumni Association, Inc.'s tax-exempt status by the Internal Revenue Service prior to June 20, 2023.

**RESPONSE: Denied.**

33. Admit that the letter attached as Exhibit A is a true and correct copy of a letter received by You.

**RESPONSE: Denied. Defendant never received the letter referenced in this request.**

Respectfully Submitted,

Objections By:     /s/Elana Greenway Faniel
Elana Greenway Faniel, Esq.
Florida Bar No. 0110747
GREENWAY LAW FIRM, P.A.
P.O. Box 660, Lutz, FL 33548
Phone: (813) 607-6060 | Fax: (813) 607-6071
elana@greenwayfirm.com
**Attorney for Defendant Johnny McCray**

7

Responses By:

_____
ID WxEAa7AFP3NbUn1XfrzMPFpq

Johnny McCray, Jr.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of November 2023, a true and correct

copy of the foregoing document was electronically served upon the following:

Gregory Herbert, Esq., herbertg@gtlaw.com
Stephen Anderson, Esq., andersonst@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801

By:     /s/ Elana Greenway Faniel

8