# EXHIBIT T

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

     Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.; MARY MCLEOD
BETHUNE NATIONAL ALUMNI ASSOCIATION,
INC., and JOHNNY L. MCCRAY, JR., Individually,

     Defendants.

_____/

## AFFIDAVIT OF KIMBERLY WOODARD

I, Kimberly Woodard, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over the age of eighteen and competent to make this Declaration.  Unless otherwise indicated, I have personal knowledge of each of the facts stated below.

2.     I reside in the city of Port Orange, in the county of Volusia, in the State of Florida.

3.     If I were called to testify as a witness at trial in this action, I would testify to the facts set forth in this Declaration.

4.     Since October 2021, I have been employed as Executive Director for the Office of Alumni Affairs and Development of Bethune-Cookman University, Inc. ("B-CU"). My responsibilities in this position include managing B-CU's official Alumni Association, coordinating and communicating with B-CU alumni and various stakeholders at B-CU in an effort to foster and maintain strong ties between B-CU and all of its alumni, to build and

1

strengthen the connections between the alumni and B-CU, to help encourage alumni to support B-CU and its ongoing mission, including financial support, assisting with recruiting new students, fundraising for B-CU, its students, its facilities, events, special projects, to help build and maintain a strong sense of community and connection among the alumni and between the alumni and B-CU. All of these efforts are intended to help support B-CU and its mission, and help maintain and enhance B-CU's reputation as an institution of higher learning and its ranking among its peer institutions. The Alumni Association is located at 558 Oak Street, Daytona Beach, Florida 32114.

5.      Except where noted otherwise below, the documents attached hereto are generally records that are regularly made or kept by B-CU employees with personal knowledge of the facts referenced therein in the ordinary course of B-CU's business and were created at or about the time of the events referenced therein.

6.      B-CU and its Alumni Association solicit donations and other support from B-CU alumni on the internet via the website www.bcualumni.com, as well as on social media, direct email and regular mail marketing campaigns, written letters, text messages, and at a variety of gatherings, meeting, recruiting events, and school sponsored events. B-CU aims to create a lifelong relationship with its alumni to increase student recruitment and fundraising and help B-CU further its mission.

7.      B-CU also operates the Bethune Cookman Alumni Network, which has a website located at alumni.cookman.edu.

8.      B-CU and its Alumni Association offer scholarships to B-CU students, and solicit donations from B-CU alumni and the general public to support these scholarships. The

Alumni Association also provides professional development services to its students and members.

9.     B-CU and its Alumni Association also offer the opportunity to become a member of the Alumni Association through the payment of dues.

10.    B-CU's Alumni Association consists of 11 local Chapters, which are located in multiple states and currently include more than 1,400 members.

11.    B-CU and its Alumni Association host various events to engage with B-CU alumni and encourage support of the Alumni Association and B-CU, such as social networking events, football game watch parties, and football game tailgate parties, banquets, and class reunions, online events, alumni conferences, leadership training, fundraising, and student recruitment events.

12.    B-CU made the decision to end its relationship with the corporate Defendants and establish its own Alumni Association for several different reasons, briefly summarized below. Before B-CU formed its current Alumni Association, it relied heavily upon its longtime, historic relationship with the corporate Defendants in this case (then known as the B-CU National Alumni Association, or "NAA") to help manage its alumni affairs. The NAA was an entirely separate corporation, distinct from and not owned by B-CU, but at all times the NAA coordinated with and worked very closely with B-CU in connection with managing the former Alumni Association.  B-CU gave its consent and permission for the NAA to make use of B-CU's brand, trademarks, logos, mascot, school colors, images of the school, and other similar indicia of affiliation with B-CU, all at the direction and control of B-CU, in the

course of working together with the NAA to manage and operate the school's alumni association.

13.     This type of informal arrangement was typical of many historically Black colleges and universities ("HBCU's") for many decades. But more recently there has been a major trend across HBCU's to end these historic arrangements and transition to a direct support organization ("DSO"), for all of the reasons that B-CU was compelled to end its relationship with the corporate Defendants and create its own DSO.

14.     First, any third-party group raising or collecting funds for B-CU affects an important metric for any university, the Alumni Giving Rate. When donations to B-CU are made through a third party, rather than directly to B-CU, these indirect donations do not count toward B-CU's Alumni Giving Rate. The Alumni Giving Rate and level of alumni engagement generally impact any university in multiple ways. For example, a high Alumni Giving Rate helps persuade outside donors to contribute and helps attracts financial grants from nonprofits, foundations and government agencies.  The Alumni Giving Rate can also greatly impact a school's overall ranking, reputation, brand, and goodwill, affecting its ability to attract and recruit students and faculty and improve its overall academic standing. In addition, raising and collecting funds directly, rather than through a third-party organization, greatly eases many administrative and regulatory burdens, such as accurately tracking a donor's individual donations over their lifetime, accurately recognizing the contribution levels of donors over time, providing tax-deductible receipts to donors, and accurately tracking and applying restricted donations such as donations limited to scholarships or student financial aid.  Further, third parties engaging in fundraising or other activities for the benefit of B-CU

creates a risk of liability for B-CU. Indeed, my understanding is that the corporate Defendants' financial and tax irregularities created risk to B-CU's reputation and accreditation, and that were also factors in the decision to end the relationship.  Accreditation agencies demand that universities have control and accountability over any fundraising activities as one factor they consider in whether a university will maintain its accreditation.

15.     All of the foregoing reasons factored into B-CU's decision to end its relationship with the corporate Defendants and to create its own, official Alumni Association, similar to the trend of many other HBCU's across the U.S. I am aware that, as with B-CU, many other HBCU's have also encountered substantial difficulties in severing these longstanding relationships.

16.     As part of my job responsibilities for B-CU, I regularly conduct meetings with B-CU alumni groups across the country, which are called "Town Halls" or "Meet and Greets."  Since November, 2021, I have participated in more than 25 such meetings across the state of Florida and several other states.  At these meetings, I have met with and talked to hundreds of B-CU alumni over more than the past two years.

17.     At these meetings, one of the topics that continually arises are questions related to B-CU's official alumni association, and its *former* alumni association, the corporate Defendants, now named the Dr. Mary McLeod Bethune National Alumni Association and/or the Mary McLeod Bethune National Alumni Association.  Over the course of the last couple of years, at each of the Town Hall or Meet and Greet gatherings, dozens and dozens of B-CU alumni have approached me and asked me questions reflecting their confusion about the affiliation or relationship between B-CU and the Defendants.  A major part of my job for

B-CU since I started has been focused on trying to clear up or minimize the confusion among B-CU alumni about the relationship between B-CU, its current, official Alumni Association, and the Defendants, its former alumni association. B-CU, originally founded in 1904, has many graduates, some of whom are less tech-savvy than younger generations, and thus more susceptible to deceptive, misleading or confusing online content in particular. Despite holding dozens of Town Hall or Meet and Greet meetings with hundreds of alumni across the country, I am still constantly asked questions including the following:  Are the Defendants the official or authorized alumni association of B-CU?  If I donate money to the Defendants will that money go to B-CU?  Which alumni association is the official association of B-CU?  Which social event is the official event sponsored by B-CU?

18.    Since starting in my current position, my staff and I have also personally received numerous telephone calls, emails, or text messages from numerous individuals and companies expressing confusion or frustration regarding an apparent affiliation between Defendants and B-CU.  The following are some of the examples of the many instances of confusion and frustration that have come to my attention in the ordinary course of my job duties for B-CU.

19.    On August 29, 2022, I received a call from an alumnus of the University, Ms. Felicia Armstrong, wherein Ms. Armstrong expressed frustration regarding an advertisement by an alumni group on a local radio station about a yacht party.  A contemporaneous email describing this interaction is attached as **Exhibit 1**.

20.    On November 30, 2022, I received a telephone call from an alumnus of B-CU indicating that they donated to Defendants' "Giving Tuesday" fundraising campaign, in the

6

mistaken belief that they were donating to B-CU's "Giving Tuesday" campaign. A contemporaneous email describing this interaction is attached as **Exhibit 2.**

21.    On or about November 30, 2022, I was contacted by an alumnus of the University expressing confusion about whether Defendants' "Giving Tuesday" fundraising campaign was the same as the University's campaign. A contemporaneous email describing this interaction is attached as **Exhibit 3**.

22.    On December 7, 2022, I received the email attached as **Exhibit 4**. The email was sent to B-CU from foundation@allstate.com, and was requesting information from "National Alumni Association of Bethune Cookman College Inc." regarding a request to add the organization to a database of organizations supported by Allstate and The Allstate Foundation programs. On information and belief, the name "National Alumni Association of Bethune Cookman College Inc." is the former name of Defendant Dr. Mary McLeod Bethune National Alumni Association, Inc.

23.    In or about March, 2023, I received several telephone calls from B-CU alumni asking me if B-CU had selected a new President. I informed these individuals that B-CU had not selected a new president at this time, and in fact the search for a new President is ongoing. These individuals informed me that they had seen some type of announcement or publication that indicated that B-CU had a new President. I later learned that Defendant, Mr. Johnny McCray, Jr., Esq., had sent out an email to thousands of B-CU alumni that falsely identified himself as "President, Bethune-Cookman University." A copy of this letter is attached hereto as **Exhibit 5**. I also learned that the Defendants had posted this letter on the home page of

their website in 2023, and that Defendants did not remove this letter from their website until sometime in August, 2023.

24.     On or about July 12, 2023, I became aware of a directory of alumni associations associated with historically Black colleges and universities ("HBCUs"), wherein Defendants were incorrectly identified as the official alumni association of the University.  A copy of this directory is attached as **Exhibit 6.**

25.     On August 12, 2023, I received an email from my team member, Mr. Sean Lyn, B-CU's Director of Alumni Affairs, Pre-Alumni Council Advisor, regarding an email he received from Ms. Emma Dornath, the Convention Services & Catering Manager at the Rosen Shingle Creek hotel in Orlando, Florida, wherein Ms. Dornath inquired about an inquiry from an "affiliate group" of B-CU relating to a "BCU Alumni Gathering" at the hotel. On information and belief, the "affiliate group" is the Defendant, Dr. Mary McLeod Bethune National Alumni Association.  The correspondence is attached as **Exhibit 7.**

26.     On April 4, 2022, I received a message via web chat from Seanta Jones, stating "[i]n all honesty, I am so confused with the whole alumni association.  Just explain in laymen term the difference between the two organizations.  Also is the old alumni association is still going to be active along with the new association.  Thank you."  A copy of this message is attached as composite **Exhibit 8**.

27.     On October 30, 2022 I received a message via web chat from Monifa Madison, stating "I am so confused regarding these alumni associations.  This is really sad.  I am unsure if I belong to this alumni association or the other one.  Thank you for your assistance with this matter."  A copy of this message is attached as composite **Exhibit 9**.

28.     On April 13, 2022 I received a message via web chat from Merlyn Williams, stating "[a]t this point I am very confused.  Which one represent the alumni of BCU?  Are we still the BCU Alumni or has it changed to MBB Alumni."  A copy of this message is attached as composite **Exhibit 10**.

29.     On information and belief, B-CU alumni were being told by Defendants that the University did not want them on campus or to wear any clothing bearing B-CU's trademarks and logos.  This is not true.

30.     On numerous occasions, an individual who thought they had donated money to B-CU contacted me to inquire about not receiving a receipt for their tax-deductible donation.  Upon searching B-CU's records, it became apparent that these individuals had not made any donation directly to B-CU, and instead had mistakenly donated money to Defendants.

31.     This results in donors expressing frustration with B-CU that donations they believed were going to the University are not placing them in an increased donor class level or being recognized in any way by the University.

32.     Defendants also regularly host events that mirror official events sponsored by the University.  Advertisements for these events deceptively appear to be official University events when they are not.  Examples of Defendants' mirroring the University's official events are attached as **Exhibit 11**.  My team has received numerous inquiries from B-CU alumni about whether the events held by the Defendants are official B-CU events.

33.     In my view, the widespread confusion among B-CU alumni noted above will not come to an end as long as the Defendants continue to use B-CU's trademarks and logos,

9

continue to call themselves an "alumni association," continue to use Dr. Bethune's name in the name of their organization, and continue to use B-CU's school colors, mascot, and the black rose symbol associated with Dr. Bethune, on their website, social media content and in their other marketing and promotional materials.

[REMAINDER OF PAGE LEFT BLANK]

I, Kimberly Woodard, pursuant to 28 U.S.C. § 1746, swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

s/ *Kimberly Woodard*

KIMBERLY WOODARD
Executive Director
Office of Alumni Affairs and Development
Bethune-Cookman University, Inc.

Date:   January 8, 2024

STATE OF FLORIDA
COUNTY OF VOLUSIA

Sworn to and subscribed before me this 8th day of January 2024 by Ms. Kimberly Woodard who is personally known to me.

NOTARY PUBLIC - STATE OF FLORIDA

BELINDA M. WATKINS
Notary Public, State Of Florida
Commission No. HH 323989
My Commission Expires: 10/19/2026

11

# EXHIBIT 1



Valencia Stubbs <stubbsv@cookman.edu>

---

## Call From an Alumni

**Kimberly Woodard** <woodardk@cookman.edu>                    Mon, Aug 29, 2022 at 8:40 PM
To: Valencia Stubbs <stubbsv@cookman.edu>
Cc: Lawrence Drake <drakel@cookman.edu>

Just information:

Ms. Felicia Armstrong'87 called and said she is fed up and tired of the rouge alumni group perpetrating as the real Alumni Association. The rouge group is false advertising a yacht party over the radio in the South Florida area when they have a cease-and-desist.
--



Kimberly L. Woodard | Executive Director

Bethune-Cookman University
Office of Alumni Affairs and Development

tel: 386-481-2829
www.cookman.edu
Make An Online Gift



BCU002158

# EXHIBIT 2



Valencia Stubbs <stubbsv@cookman.edu>

## MMBNAA

**Kimberly Woodard** <woodardk@cookman.edu>                                    Thu, Dec 1, 2022 at 8:22 AM
To: Valencia Stubbs <stubbsv@cookman.edu>
Cc: Lawrence Drake <drakel@cookman.edu>

Good morning,

Just FYI!

I received a call yesterday, stating an alum donated to the MMBNAA's Giving Tuesday's fundraising campaign thinking they were donating to the university's campaign. They advised me that once the alum figured out they are attempting to stop payment that was made to the MMBNAA and they will make the donation to the university.
--



Kimberly L. Woodard | Executive Director

Bethune-Cookman University
Office of Alumni Affairs and Development

tel: 386-481-2829
www.cookman.edu
Make An Online Gift



BCU002162

# EXHIBIT 3

Case 6:22-cv-00047-WWB-RMN    Document 189-20    Filed 01/08/24    Page 18 of 115 PageID 4288

From: **Kimberly Woodard** <woodardk@cookman.edu>
Date: Wed, Nov 30, 2022 at 3:47 PM
Subject: MMBNAA Contact Information
To: Valencia Stubbs <stubbsv@cookman.edu>
Cc: Lawrence Drake <drakel@cookman.edu>

I had alumni reach out asking if our GivingTuesday was the MMBNAA Giving Tuesday campaign so I went to see what they were referencing and found this:

https://www.mmbnaa.org/contact

--



Kimberly L. Woodard | Executive Director

Bethune-Cookman University
Office of Alumni Affairs and Development

tel: 386-481-2829
www.cookman.edu
Make An Online Gift

BCU002156

# EXHIBIT 4

---------- Forwarded message ---------
From: <foundation@allstate.com>
Date: Wed, Dec 7, 2022 at 11:58 PM
Subject: Organization Information Requested by Allstate
To: <alumni@cookman.edu>


Alumi Bethune Cookman,

A request has been made to add your organization to the database of organizations supported by Allstate and The Allstate Foundation programs. Please visit the following website to review or edit the information about your organization that is currently on file:

www.cybergrants.com/pls/cybergrants/ng_nom.quick_nomination_access?x_gm_id=6310&x_proposal_type_id=45236

Organization Name: National Alumni Association Of Bethune Cookman College Inc
Nomination ID: 3170547
Nomination Access Code q8aem85j9ee4uuybp4pl

Note that Allstaters will be unable to submit requests on your organization's behalf until this information is complete and submitted.

If you have any questions regarding this nomination, please contact our support team by emailing  allstate@cybergrants.com.


CG/JMAIL/258291455
--



Kimberly L. Woodard | Executive Director
Bethune-Cookman University
Office of Alumni Affairs and Development
tel: 386-481-2829
www.cookman.edu
Make An Online Gift

BCU002137



--

## Valencia Gallon-Stubbs, Esq.

General Counsel
Bethune Cookman University
640 Dr. Mary McLeod Bethune Blvd.
Daytona Beach, FL 32114
O: 386-481-2035
E: stubbsv@cookman.edu

**"Ascending to Greatness.......One student at a Time"**

CONFIDENTIALITY AND PRIVACY NOTICE: Information transmitted by this email is proprietary to Bethune-Cookman University and is intended for use only by the individual or entity to which it is addressed, and may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this mail has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please delete this mail from your records.  If you have received this e-mail in error, please immediately notify us by return e-mail.  Thank you.



BCU002138

# EXHIBIT 5

DEF001562



**LETTER FROM THE DESK OF THE PRESIDENT--**
**THE DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.**

Dear Alumni and Supporters:

Alumni have always been a vital part of the success of The Dr. Mary McLeod Bethune National Alumni Association ("MMBNAA"), f/n/a National Alumni Association of Bethune Cookman-University. Since 1932, when Dr. Bethune founded this organization, alumni like you have been dedicated to a tradition of engagement, inclusiveness, and service to our alma mater and her legacy.

Dr. Bethune's "Last Will and Testament" beautifully provides us guidance for the challenge she knew we would face. In obedience to two of her testamentary mandates:**"I LEAVE YOU A THIRST FOR EDUCATION" and "**… **FINALLY A RESPONSIBILITY TO OUR YOUNG PEOPLE",**the MMBNAA's principal mission was revised over a year ago to promote Dr. Bethune's legacy, specifically to support new and returning students by raising scholarship and emergency funds. The MMBNAA depends on the support of alumni volunteers and donors in order to fulfill its mission. Therefore, chapter leaders like you are the lifeblood of our organization. You have done an excellent job promoting the MMBNAA in your communities. You provide our alumni, their families and supporters with opportunities for networking, friendship-building, advocating for and remaining active with our organization.

The Board of Directors is pleased to provide you with assistance in your alumni relations efforts. We are in the process of establishing written recommended procedures for our chapters to assist them in operating. You may share it with your officers and members, and refer to it when planning chapter activities throughout the year. Of course, in addition to these written procedures, our national officers will be available to support you in your endeavors.  Together, our efforts aim to encourage fellow alumni of all ages to connect with the MMBNAA and with one another as we raise scholarship funds, assist in the employment of fellow graduates and encourage professional development opportunities for them.

I appreciate all that you do to help with these endeavors. Your loyalty is appreciated and your contributions are a key component to the continued success of the MMBNAA. We have demonstrated through uncontroverted proof that we have the commitment, capacity, and capability to raise funds, with our award of our first scholarships in 2023 and our plans for our Annual Meeting on Saturday, June 24, 2023. Additional details are forthcoming.

We look forward to working with you and seeing you at the Annual Meeting.

Warmest Regards,

Johnny L. McCray, Jr., Esq. '78
President, Bethune-Cookman University

jmccray@mmbnaa.org                              www.mmbnaa.org

MMBNAA IS AN INDEPENDENT ORGANIZATION;
IT IS NOT **AFFILIATED** WITH AND **DOES NOT** REPRESENT OR RAISE FUNDS FOR B-CU.

## Visit our Website To Donate

  

MMBNAA | PO BOX, Daytona Beach, FL 32120

Unsubscribe info@naabcu.org

Update Profile |Constant Contact Data Notice

Sent byjmccray@mmbnaa.orgpowered by



Try email marketing for free today!

# EXHIBIT 6



ATLANTA
**HBCU**
ALUMNI ALLIANCE

Support

Home    About ▾    Scholarships ▾    Events ▾    Join    Shop

## Chapters

Home › Chapters

# Chapter Directory



### Alabama A&M University Alumni Association, Inc.
Metro Atlanta Chapter

✉   f   🐦

**Chapter President:** Ira Andrews (aamumaacpres@gmail.com)
**Representative:** Jermaine Ralph
**Address:** P.O. Box 91314, Atlanta, GA 30364
**Website:** AAmuatl.org
---
Chapter meets 2nd Sunday of the month at Metropolitan Library - 1332 Metropolitan Parkway, Atlanta, GA @ 3:30 p.m
**Exceptions:** July and December



### Alabama State University
Metro Atlanta Alumni Chapter

✉

**Chapter President:** Willie Jackson
**Representative:** Natasha Wilson
**Address:** P.O. Box 310777, Atlanta, GA 31131
**Website:** www.asuatlchapter.org
---
Chapter meets 4th Sunday of each month at 3pm
Metropolitan Library
1332 Metropolitan Pkwy, SW Atlanta, GA
**Exceptions:** July, August and December

BCU002153



## Albany State University

ASUNAA-North Perimeter Area Alumni Chapter

✉   f

**Chapter President:** H. Rodney Banks
**Representative:** Tamara H. Nelson
**Address:** P.O. Box 1765, Snellville, GA 30078
**Website:** http://www.asuramsnorthperimeter.com/
—
Meetings are held every 2nd Thursday at 7:30 p.m. (Currently Virtual)



## Albany State University

DeKalb County Area Alumni Chapter

✉   f   𝕏

**Chapter President:** Brandon Payne
**Representative:** Monica Franklin-Redden
**Address:** P.O Box 370074, Decatur, GA 30037
**Website:** www.asuramsdekalb.com
**Instagram:** https://www.instagram.com/asuramsdekalb/
—
Chapter meets 2nd Saturday of each month at The Exchange Park
2771 Columbia Drive, Decatur, GA 30034
**Exceptions:** TBD
**Signature Scholarship Events:**
1. The Real Ram's Silent Auction.
2. Hearts of Fire Scholarship Fundraiser.



## Alcorn State University

Metro-Atlanta Alumni Chapter

✉

**Chapter President:** Terry Sadler
**Representative:** Marquita Cain
**Address:** P.O. Box 54143, Atlanta, GA 30308
**Website:**
—
Chapter meets 1st Saturday of each month at 3pm
The Mechanicsville Library
400 Formwalt Street. SW. Atlanta, GA 30312
**Exceptions:** June and July

## Benedict College

National Alumni Association Atlanta Alumni Club

✉

**Chapter President:** Teshine G. Good
**Representative:** Jackie White
**Address:** 1518 Sage Ridge Drive, Marietta, GA 30064
**Website:** www.atlantabenedictalumni.com

BCU002154

Chapter meets 3rd Sunday of each month at 7:00 p.m. by Tele-
Conference
**Exceptions:** June and July



## Bennett College
Bennett College National Alumnae Association

✉   f

**Chapter President:** Francena Brown
**Representative:** Chaundra Luckett
**Address:** P.O. Box 42299, Atlanta, GA 30311
**Website:** For more information please email
bennettatlantaalumnae@gmail.com
—
Meetings are held at 11:00 a.m. on the first Saturday of most
months, with the exception of most holiday weekends. Where the
holiday falls on the first of the month, the meeting is usually on the
second Saturday of that month. Please use the listed email
address for updated meeting location information.



## Bethune-Cookman University
Dr. Mary M. Bethune National Alumni Association MM Bethune
NAA - Atlanta

✉   f

**Chapter President:** Joy D. Eleby
**Representative:** Joy D. Eleby
**Address:**P.O. Box 161912, Atlanta, GA 30321
**Website:** https://linktr.ee/mmbnaa_atlanta
**Instagram:** https://www.instagram.com/mmbnaa_atlanta/
---
Meetings are held the last Tuesday of each month @ 6:30 p.m. via
Zoom
**Exceptions:** July and August



## Central State University
Atlanta Alumni Association

✉

**Chapter President:**
**Representative:**
**Address:**
**Website:** www.centralstateatlantaalumni.com
---
Chapter meets 4th Saturday of each month at 4pm (unless
otherwise noted)
Horizon High Rise Condos – Conference Room (hosted by Mr.
George Petaway)
3300 Windy Ridge Parkway SE Atlanta, GA 30339
**Exceptions:** June and July

BCU002155

# EXHIBIT 7

| | |
|---|---|
| **From:** | Kimberly Woodard <woodardk@cookman.edu> |
| **Sent:** | Tuesday, August 22, 2023 12:15 PM |
| **To:** | Valencia Stubbs; Kimberly Woodard |
| **Cc:** | Anderson, Stephen G. (OfCnl-ORL-IP-Tech); Castro, Paula (LSS-Orl-LT); Herbert, Gregory W. (Shld-Orl-LT-IP) |
| **Subject:** | Fwd: Florida Classic Weekend - Bethune-Cookman - Rosen Shingle Creek (88075) |


**\*EXTERNAL TO GT\***


---------- Forwarded message ---------
From: **Sean Lyn** <lyns@cookman.edu>
Date: Sat, Aug 12, 2023 at 11:21 AM
Subject: Fwd: Florida Classic Weekend - Bethune-Cookman - Rosen Shingle Creek (88075)
To: Kimberly Woodard <woodardk@cookman.edu>


---------- Forwarded message ---------
From: **Sean Lyn** <lyns@cookman.edu>
Date: Sat, Aug 12, 2023 at 11:17 AM
Subject: Re: Florida Classic Weekend - Bethune-Cookman - Rosen Shingle Creek (88075)
To: Emma Dornath <EDornath@rosenshinglecreek.com>


Good Afternoon Emma,

Thank you so much for reaching out! Please allow me to look into this further as I am not familiar with the name provided below.

Also, we are advising all B-CU alumni to use our official Room block link that we received from the Rosen Shingle Creek to book and reserve rooms.

The request below seems to be in direct conflict with our room blocks along with our events which will be held at the hotel on Friday and Saturday for our guests.

Again, I thank you so much for bringing this to my attention and I will look into this matter further and update you soon!

Should you have any other requests similar to this please let me know.


On Sat, Aug 12, 2023 at 11:06 AM Emma Dornath <EDornath@rosenshinglecreek.com> wrote:

  Good afternoon Sean,

BCU003211

I hope you are doing well! I wanted to connect with you as I received an inquiry from an affiliate group in conjunction with the program this November. Please see below details and let me know if this would be approved to host on property at the hotel and/or if you have any questions.


Keiana Long Hargett

386-301-8661

Meeting Space and Guestrooms

BCU Alumni Gathering

*first time the event is happening


30 Room Nights on both Friday, 11/17 and Saturday, 11/18.

Meeting space needed on Friday, 11/17.

Estimated 125 attendees.


Thank you in advance,


*Emma Dornath*

*Upcoming Out of Office: 8/25-9/1*

Convention Services & Catering Manager

Rosen Shingle Creek | Convention Services

Office Phone: 407.996.8504

Email: edornath@rosenshinglecreek.com

9939 Universal Boulevard, Orlando, FL 32819


--

Respectfully,

*Sean Lyn*

BCU003212



**Sean Lyn**
**Director of Alumni Affairs**
**Pre-Alumni Council Advisor**

**Bethune-Cookman University**
**Office of Alumni Affairs and Development**

**O:  386-481-2928**
**www.bcualumni.com**
**Make An Online Gift**

--

Respectfully,



**Sean Lyn**
**Director of Alumni Affairs**
**Pre-Alumni Council Advisor**

**Bethune-Cookman University**
**Office of Alumni Affairs and Development**

**O:  386-481-2928**
**www.bcualumni.com**
**Make An Online Gift**

--

K. Woodard
(386) 481-2829

3

BCU003213

# EXHIBIT 8

**10:32** ➤                                              ▪▫▫ **5G+** ▫▫

‹     **Seanta Jones**
          Bcualumni                                  



## Contacts

### First Name
Seanta

### Last Name
Jones

### Email
sdjonesfl@aol.com

### Add a message

In all honesty, I am so confused
with the whole alumni
association. Just explain in
laymen term the difference
between the two organizations.
Also is the old alumni
association is still going to be

**BCU002164**

active along  with the new
association. Thank you

📄 Form Submission

Subject: B-CU Office of Alumni Affairs... ⌃

Compose email...

 Email ⌄                      Send

BCU002165

# EXHIBIT 9

Case 6:22-cv-00047-WWB-RMN Document 189-20 Filed 01/08/24 Page 36 of 115 PageID 4306

**10:29** 

**5G+** 

 MM **Monifa Madison**
Bcualumni

  •••

⚡ Automated Chat



## Contacts

**First Name**
Monifa

**Last Name**
Madison

**Email**
m0madison1913@icloud.com

**Add a message**
I am so confused regarding
these alumni associations. This
is really sad. I am unsure if I
belong to this alumni

BCU002166

7/12/23, 11:43 AM
Bethune-Cookman University Email System Mail - Alumni Confused by the MRLO
Case 6:22-cv-00047-WWB-RMN Document 189-20 Filed 01/08/24 Page 37 of 115 PageID 4307

association or the other one.
Thank you for your assistance
with this matter.

▤ Form Submission

Subject: **Bcualumni sent you a new m...** ∧

# Compose email...

 **Email** ⌄                   ⊕        Send

BCU002167

# EXHIBIT 10

10:30 ✈

▫️▫️ 5G+ 🔋

<  **Merlyn Williams**
Bcualumni

  

A**nairs, need any help.**

⚡ Automated Chat



## Contacts

**First Name**
Merlyn

**Last Name**
Williams

**Email**
merlynwilliams2405@yshoo.com

**Add a message**
At this point I am very confused. Which one represent the alumni of BCU?  Are we still the BCU

BCU002168

Alumni or has it changed to
MBB Alumni.

🔖 Form Submission

Subject: Bcualumni sent you a new m...  ⌃

Compose email...

 ✉ **Email** ⌄                      

People, alumni and others, are confused and is not aware who
they should support or if they are supporting the university.

Robert Delancy
Deborah Threet
Maxine DuPont
Felicia Armstrong
Jimmie B. Horne
Beverly Postell
Crystal Allen - sent an email

BCU002169

# EXHIBIT 11



# Bethune-Cookman University Events

BCU003015



**Florida Classic**

**Nov. 19-20, 2021**

BCU003016



BCU003017



# Bethune-Cookman University

# Dr. Mary McLeod Bethune's Statue Unveiling Campus Watch Party via Livestream

## July 13, 2022

BCU003018



Sean Lyn <lyns@cookman.edu>

---

**\*\*\*\*CORRECTION\*\*\*\* MMB Campus Watch Party / Wednesday, July 13th**

1 message

---

**B-CU Communications** <communications@cookman.edu>      Thu, Jul 7, 2022 at 3:10 PM
To: staff <staff@cookman.edu>, students@cookman.edu, faculty <faculty@cookman.edu>

# DOORS OPEN AT 9:30AM    THE EVENT BEGINS AT 10:30AM



BCU003019



# Bethune-Cookman University

## South Florida: Wildcat Fireside Chat with B-CUAA

## (B-CU vs UM)

## Sep 02, 2022, 7:00 PM

BCU003020

Fri, Sep 02 | Fairfield Inn & Suites Ft. Lauderdale

# South Florida: Wildcat Fireside Chat with Dr. Lawrence Drake, B-CU Interim President

Join us for a robust conversation with the University's Interim President. Seating is limited - please RSVP below to save your spot!

Registration is closed
See other events



## Time & Location

Sep 02, 2022, 7:00 PM
Fairfield Inn & Suites Ft. Lauderdale , 1650 SW 145th Ave, Pembroke Pines, FL 33027, USA

BCU003021

## About the event

Due to limited seating, RSVP is required!
Hail Wildcats! Your Alma Mater is Calling!! Join us for a robust conversation with Dr. Lawrence Drake as we Reimagine B-CU NOW, NEXT, and BEYOND. Along with Executive Director of Alumni Affairs and Development, Kimberly Woodard, regarding the B-CU Alumni Association, if Not YOU, then WHO?
We invite you to come fellowship with fellow wildcat alumni and supporters to hear first-hand the vision and direction of your alma mater and meet and greet with the University's Interim President. You don't want to miss this opportunity to re-engage and have some pertinent questions answered.



## Share this event

f    🐦    in

## Want More Information about B-CUAA?

558 OAK ST
DAYTONA BEACH, FL
32114

First Name          Last Name

_____     _____

Email *

_____

Add a message

**Menu**

HOME

GET INVOLVED

DONATE

ALUMNI SPOTLIGHT

ALUMNI VIDEO NETWORK

BCU003022



# Bethune-Cookman University

**Jacksonville, FL: Meet & Greet with Executive Director of Alumni Affairs, Kimberly Woodard**

**Oct 14, 2022, 7:00 PM**

BCU003023



**BETHUNE-COOKMAN UNIVERSITY** ENTER TO LEARN, DEPART TO SERVE

Fri, Oct 14 | Courtyard Jacksonville Butler Boulevard

# Jacksonville: Meet & Greet with Executive Director of Alumni Affairs, Kimberly Woodard

Join us for a robust conversation with the Executive Director of Alumni Affairs.
Seating is limited - please RSVP below to save your spot!

**Registration is closed**
See other events



## Time & Location

Oct 14, 2022, 7:00 PM
Courtyard Jacksonville Butler Boulevard, 4670 S Lenoir Ave, Jacksonville, FL 32216, USA

BCU003025

## About the event

Due to limited seating, RSVP is required!

Hail Wildcats! Your Alma Mater is Calling!! Join us for a robust conversation with the Executive Director of Alumni Affairs and Development, Kimberly Woodard, regarding the B-CU Alumni Association, If Not YOU, then WHO?

We invite you to come fellowship with fellow wildcat alumni and supporters to hear first-hand the vision and direction of your alma mater and meet and greet with the Executive Director of Alumni Affairs. You don't want to miss this opportunity to re-engage and have pertinent questions answered.



## Share this event

## Want More Information about B-CUAA?

THE ALUMNI
A S S O C I A T I O N
558 OAK ST
DAYTONA BEACH, FL
32114

First Name

Last Name

Email *

Add a message

Menu

HOME

GET INVOLVED

DONATE

ALUMNI SPOTLIGHT

ALUMNI VIDEO NETWORK



# Bethune-Cookman University

## Jacksonville FL: B-CU vs. Jackson State University

### Wildcat Fan Travel Pack
### Courtyard Jacksonville Butler Boulevard

**(Bus Transportation/Hotel Accommodations/Tailgate offered)**
**October 14th through Sunday, October 16th**

BCU003027



BCU003028

8/28/23, 3:01 PM                                B-CU Wildcats vs JSU Tigers | bcualumni.com



## Sat, Oct 15 | Jacksonville

# B-CU Wildcats vs JSU Tigers

CALLING ALL ALUMNI, FRIENDS AND SUPPORTERS! On Saturday, October 15, 2022, IT'S GOING DOWN in Jacksonville, FL (DUUUVAL). IT'S TIME TO SHOW UP AND SHOW OUT as your B-CU Wildcats take on the JSU Tigers at TIAA Bank Field. Put on your MAROON and GOLD and SHOW OUT!

> ### Registration is closed
> <u>See other events</u>



## Time & Location

Oct 15, 2022, 3:00 PM
Jacksonville, 1 TIAA Bank Field Dr, Jacksonville, FL 32202, USA

## About the event

The Office of Alumni Affairs is excited to offer alumni and supporters curated football fan experiences! We invite you to attend one of SWACs most anticipated games of the football season with us, as our beloved Wildcats prey upon Jackson State University, Tigers.

BCU003029

Wildcat Fan Travel Pack

**I GOT THE HOOK UP!** Get on the bus and leave the driving to us! This package is the ultimate fan experience; it includes transportation from Daytona Beach, FL to Jacksonville, FL, Club Level Seating and Wildcat souvenir--------- **It is the

Read More >

# Tickets

| | Price | Quantity | Total |
|---|---|---|---|
| **Wildcat Fan Travel Pack**<br>More Info + | $130.00<br>+$3.25 service fee | | Sale ended |

| | |
|---|---|
| **Total** | **$0.00** |

Checkout

# Share this event

f    🐦    in

BCU003030



## DON'T MISS THE WILDCAT TAILGATE AND FELLOWSHIP 11AM-3PM!

### B-CU Wildcats vs. JSU Tigers
### October 15, 2022



## Calling ALL Wildcats and Friends!! Join the Office of Alumni Affairs for the Wildcat Tailgate at Metropolitan Park in Jacksonville, FL!

We invite you to attend one of the most anticipated games of the football season with us, as our beloved Wildcats go up against the Jackson State, Tigers.

BCU003031

**As part of the Wildcat Fan Experience the Office of Alumni Affairs and its Pepsi partner are excited to invite Wildcats and Wildcat supporters for a day of music, games, giveaways, Greek strolling, food trucks, and fun for ALL!**

**Tailgate Parking**
***CashLESS Parking (Parking Lots J and D open at 10 a.m.)**

**Want to Plan Ahead? Purchase parking ahead of time using the following link:**
**Bethune Cookman University Football at Jackson State University Football Parking - Oct 15 (parkwhiz.com)**

**Purchasing Parking on Game Day? Parking is available in Lots J and D for cars and Lot W for RV's and buses.**

***Parking reentry is not permitted**

---

### Click Here To Purchase Parking

  

**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University Alumni Association | 558 Oak St Daytona Beach, Office of Alumni Affairs and Development,
Daytona Beach, FL 32114

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by



Try email marketing for free today!

BCU003032



# Bethune-Cookman University

# HOMECOMING 2022

BCU003033

8/2/23, 5:33 PM

Bethune-Cookman University (@bethunecookman) • Instagram photos and videos

**bethunecookman**

**bethunecookman** ✓ We're going epic, but just when you thought we were done, there is more. Don't miss the Alumni Wildcat Pride Weekend!

This year, we're going to have more activities than ever before—from a parade and big game to family-friendly events and an intimate night with a special guest performer. We're all about celebrating our beloved school, so don't miss this fun-filled weekend of Wildcat pride!

For more information, visit www.BCUalumni.com

40w

**d_lyfesavernp** 🏈🏈🐾🐾🍹🍹🍸🍸

40w Reply

**jmariebrands** Who do I talk to about becoming a vendor?

40w Reply

Liked by mrshaw247 and 208 others

OCTOBER 20, 2022

Add a comment...

ALUMNI WILDCAT PRIDE WEEKEND
LIST OF EVENTS

THURSDAY **11.03**

**B-CUAA WELCOME HOME RECEPTION**
Alumni House- 558 Oak St. | 4:30 PM - 6:00 PM

**B-CU UN-PLUGGED LIVE**
Hard Rock Hotel | 7:00 PM - 11:00 PM

FRIDAY **11.04**

**ALUMNI MIMOSA AND JAZZ BREAKFAST**
9:00 AM - 11:00 AM

**WILDCAT PRIDE FESTIVAL**
The Quad 10:00 AM - 8:00 PM

**STATE OF THE UNIVERSITY ADDRESS**
Location TBD | 1:00 PM - 2:00 PM

**MEETING FOR ALL REUNIONITES & CLASS RECEPTION**
Kottle Room 10 | 2:00 PM - 3:30 PM

**ALUMNI REUNION CELEBRATION DINNER & DESSERT RECEPTION**
Hard Rock Hotel | 8:00 PM - 11:00 PM

SATURDAY **11.05**

**WILDCAT BRUNCH AND PARADE VIEWING**
Alumni House- 558 Oak St. | 8:00 AM - 10:00 AM

**HOMECOMING PARADE**
Alumni House- 558 Oak St. | 8:00 AM - 11:00 AM

**ALUMNI TAILGATE | 74TH ANNUAL HOMECOMING FOOTBALL GAME**
Daytona Stadium 12:00 PM - 4:00 PM

**WILDCAT CIGAR & WHISKEY MIXER**
Don Kiki Cigar Superstore | 8:00 PM - 11:50 PM

SUNDAY **11.06**

**CLASS REUNION PHOTOGRAPHS**
Dr. Mary McLeod Bethune Gravesite | 8:30 AM - 9:00 AM

**ALUMNI CONTINENTAL BREAKFAST AND REFLECTION**
Dr. Bethune's Gravesite 9:30 AM - 10:30 AM

**ALUMNI CHAPEL SERVICE**
Heyn Memorial Chapel | 11:00 AM - 12:30 PM

https://www.instagram.com/p/Cj83nl3O2yxl/



## HOMECOMING 2022

# HOMECOMING
## BACK TO THE JUNGLE

### Wildcats! It's time to start planning!
### B-CU Homecoming is on its way!

The Official Homecoming date has been set, so start planning your trip back to Wildcat Nation!

It's time to start making plans, selecting outfits, and requesting time off! The B-CU Homecoming game against Alabama State University will take place at Daytona Stadium on **Saturday, November 5, 2022.**

# Book Your Hotel Today

BCU003035

# Host Hotel: Hard Rock Hotel Daytona Beach

**Address:** 918 N Atlantic Ave., Daytona Beach, FL 32118
**Room Rates:** $199.00 USD - $289.00 USD per night
**Phone:** 386-947-7300




**To make a room reservation at The Hard Rock Hotel, please click here.**

# Delta Hotels by Marriott Daytona Beach Oceanfront

**Address:** 2505 S Atlantic Ave, Daytona Beach Shores, FL 32118
**Room Rate**: $159.00 USD per night
**Phone:** 386-366-8515




**To make a room reservation at The Delta by Marriott, please click here.**

*The deadline to book your homecoming hotel and receive B-CU exclusive rates is Monday, August 1, 2022.*
*Rooms are filling up quickly, so don't wait!*

BCU003036

# REUNION 2022

## A CALL TO ALMA MATER

Dear Wildcat,

Congratulations on your upcoming class reunion! Bethune-Cookman University will be celebrating the classes of 1927, 1932, 1937, 1942, 1947, 1952, 1957, 1962, 1967, 1972, 1977, 1982, 1987, 1992, 1997, 2002, 2007, 2012, and 2017, during Homecoming Weekend, November 4-6, 2022. In addition, we will pay special honor to the Golden Class of 1972.

We invite you to return home and celebrate the tradition that you have come to love. Each reunion class member will have the opportunity to reacquaint and fellowship with their respective classmates as we celebrate your reunion and savor the sweet spirit of the Wildcat Family.

As part of your reunion celebration, reunion classes are invited to present the University with a class gift during the Alumni Reunion Banquet on Friday, November 4, 2022. These presentations contribute to the excitement of the banquet as each class announces its gift.

Show your class that you care by considering a gift and plan to attend the 2022 Alumni Reunion Celebration. Class gifts are due in the Office of Alumni Affairs by June 30, 2022, or feel free to bring your gift if you are attending the reunion weekend. Remember to place your class year in the memo section of your check.

We are asking that you register for your reunion so special homage can be given to those returning home to the Wildcat Nation! Individuals registered for their class reunion will enjoy reunion activities, discounts, and trinkets – *Alumni let's toot your horn and make this a banner year with donations directly to the university that will make an immediate impact to your alma mater!*

You will receive a schedule of activities along with reunion registration information in the coming weeks. For more information about your Reunion or if you would like to be a Class Agent for the 2022 Reunion, please contact the Office of Alumni Affairs at 386-481-2928 or email at alumni@cookman.edu.

Once again, congratulations on your reunion and we look forward to greeting you during Alumni Reunion Homecoming Weekend 2022.

### NO MATTER THE SIZE, ALL GIFTS MAKE A DIFFERENCE!

Sincerely,

*Kimberly Woodard*
Kimberly Woodard
Executive Director

*Sean Lyn*
Sean Lyn
Director of Alumni Affairs

\* If you are aware of a graduate in one of the reunion classes that did not receive this letter, please contact the Office of Alumni Affairs at the above.

- - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - -

# REUNION 2022

**Yes, I will support my Reunion CLASS RALLY with a gift of:**

Name: _____

Address: _____

City: _____ State: ___ Zip: _____

Home Ph: _____ Work Ph: _____

Class Year: _____ Email: _____

❏ $1,000  ❏ $500  ❏ $250  ❏ $100  ❏ Other _____
❏ Please find enclosed my check made payable to:
  **Bethune-Cookman University**
❏ Please charge my credit card for the above amount.
  ○ VISA  ○ MASTER CARD  ○ DISCOVER  ○ AMEX

Card# _____ Exp. _____

Signature: _____ CVS#: _____

❏ I work for a company that will match this contribution. I will send the form to the Office of Alumni Affairs.
**Class Gift Mailing Address**
Bethune-Cookman University

❏ I will attend my class reunion during Homecoming Weekend, November 4-6, 2022.
❏ I want to be a class agent for the class of _____

BCU003037



## Alumni Homecoming Events
## Early Bird Special Ticket Discount

### Calling All Alumni!

The early bird registration discount ends on Monday, August 1, 2022. Thereafter, the price will increase to $260.00. Access to all B-CU Homecoming Alumni Reunion Activities sponsored by the Office of Alumni Affairs is included in this package. One (1) football ticket, a Homecoming 2022 T-shirt, a Wildcat Bag, and B-CU Homecoming 2022 souvenirs are included in the package.

**Use Coupon Code Reunion2022 to save 10% on your reunion registration package.**

Side Note: Interested in attending a specific event? Don't be concerned. We've got you covered! All tickets are available for purchase à la carte.

**Purchase Your Official B-CU Alumni Event Tickets or Reunion Package Here!**

BCU003038



**Homecoming 2022**
**Alumni Wildcat Pride Weekend**
**Class Reunion Events**

**Thursday, Nov 03, 2022**

- 1:00 PM – 6:00 PM
  **Registration Check in & General Ticket Sales/Pick-up**
  **Alumni House– 558 Oak St.**
  During this time, Alumni and Friends can check in and pick up their registration package at the Alumni House located at 558 Oak St. Daytona Beach, FL 32114.

- 12:00 PM - 2:00 PM
  **Wildcat Talk**
  **Alumni House– 558 Oak St.**
  Join us for an open discussion with Athletic Director Mr. Reggie Theus, who played 13 seasons in the National Basketball Association (NBA), where he was a two-time NBA All-Star.  Don't miss the opportunity to meet and greet with the AD as the Wildcats prepare to devour the Alabama State University Hornets.

- 2:00 PM - 4:00 PM
  **Campus Bus Tour**
  **Alumni House– 558 Oak St.**
  Check-out your university on this student-led bus tour of the campus!  (Reservation Required)

- 4:30 PM - 6:00 PM
  **B-CUAA Welcome Home Reception**
  **Alumni House– 558 Oak St.**
  Welcome Home Alumni and Friends!!  Let us mix and mingle in the newly renovated Alumni House!  Come learn more about the B-CUAA, and Legacy Partners Giving Society.

- 7:00 PM - 11:00 PM
  **B-CU Un-Plugged Live**
  **Hard Rock Hotel**
  Come enjoy an intimate evening at the host hotel rooftop lounge while enjoying a full live music show experience on a personal scale.  (Ticket Required)

BCU003039

## Friday, Nov 04, 2022

- 10:00 AM – 6:00 PM
  **Registration Check in & General Ticket Sales/Pick-up**
  **Alumni House- 558 Oak St.**
  During this time, Alumni and Friends can check in and pick up their registration package at the
  Alumni House located at 558 Oak St. Daytona Beach, FL 32114.

- 9:00 AM - 11:00 AM
  **Alumni Mimosa and Jazz Breakfast**
  **Center for Civic Engagement**
  Come enjoy Mimosas and Breakfast with your fellow classmates.
  (Ticket Required) - All Reunion Classes and Alumni are welcome to attend!
  A special honor to the classes of 1997 and 1972.

- 10:00 AM - 8:00 PM
  **Wildcat Pride Festival**
  **The Quad**
  Calling All Wildcats to the Yard for a day of fun in the sun! Pep Rally, Vendors, Music, and
  Much Much More!

- 1:00 PM - 2:00 PM
  **State of the University Address**
  **Location TBD**
  Don't miss the opportunity to meet and greet Interim President Drake and discover all the
  wonderful things happening at your alma mater!

- 2:00 PM - 3:30 PM
  **Meeting for ALL Reunionites & Class Reception**
  **Kottle Room 101**
  Meet up with your classmates and get updates on the weekend activities. Light refreshments and
  drinks.

- 8:00 PM - 11:00 PM
  **Alumni Reunion Celebration Dinner & Dessert Reception**
  **Hard Rock Hotel**
  Reunion Classes Recognition, Class Reunion Check Presentation, Music, Food, Drinks & Fun.
  Plated meals are included in purchase. (Ticket Required)

BCU003040

## Saturday, Nov 05, 2022

- 8:00 AM – 10:00 AM
  **Registration Check in & General Ticket Sales/Pick-up**
  **Alumni House– 558 Oak St.**
  During this time, Alumni and Friends can check in and pick up their registration package
  at the Alumni House located at 558 Oak St. Daytona Beach, FL 32114.

- 8:00 AM - 10:00 AM
  **Wildcat Breakfast and Parade Viewing**
  **Alumni House– 558 Oak St.**
  Join us at the Alumni House for Game Day Breakfast and the Homecoming Parade
  before the 74th Annual Homecoming Football Game. (Breakfast Ticket Required)

- 8:00 AM - 11:00 AM
  **Homecoming Parade**
  **Alumni House– 558 Oak St.**
  Join us at the Alumni House to view the parade!  The Homecoming Parade will pass by
  the Alumni House.

- 11:20 AM - 11:40 AM
  **Wildcat Pride Gameday Transportation**
  **Alumni House– 558 Oak St.**
  **Leave the Driving and parking to Us and Get on the Charter Bus!**
  **HAIL WILDCATS! (Ticket Required)**

- 12:00 PM - 4:00 PM
  **Alumni Tailgate**
  **Daytona Stadium**
  Join us at the alumni tent for food, music and fun!  (FREE to all B-CUAA members with
  a card)

- 2:00 PM - 5:30 PM
  **74th Annual Homecoming Football Game**
  **Daytona Stadium**
  Bethune-Cookman University vs. Alabama State University

- 8:00 PM - 11:50 PM
  **Wildcat Cigar & Whiskey Mixer**
  **Don Kiki Cigar Superstore**
  To round out the evening, join your classmates for a cigar and your favorite drink. Free
  Cigar included! (Ticket Required)

BCU003041

### Sunday, November 06, 2022

- 8:30 AM - 9:00 AM
  **Class Reunion Photographs**
  Dr. Mary McLeod Bethune Gravesite

- 9:30 AM - 10:30 AM
  **Alumni Continental Breakfast and Memorial Reflection (Laying of the Wreath)**
  **Dr. Bethune's Gravesite**
  Before you return home let's pause to honor your classmates who are no longer with us and grab a bite to eat before church service.

- 11:00 AM - 12:30 PM
  **Alumni Chapel Service**
  **Heyn Memorial Chapel**
  Guest Speaker Alumnus Darran Mitchell, '94

### HAIL WILDCATS!

**Click Here!**



THE ALUMNI
A S S O C I A T I O N

BCU003042



# Bethune-Cookman University

# Florida Classic
# (Held in Orlando, Florida a/k/a O-Town)
# November 18-20, 2022

Bus Transportation/Hotel Accommodations Offered

BCU003043



## Book Your Official B-CUAA
## Host Hotel Today!



## HAIL WILDCATS!

BCU003044

Calling **ALL** Alumni, Friends, and Wildcat supporters! With little more than a month before we gather for the 2022 Florida Blue Florida Classic. Bethune-Cookman University's Office of Alumni Affairs and Development is pleased to announce that the **Rosen Shingle Creek** will serve as the university's **OFFICIAL HOST HOTEL** during the 2022 Florida Classic Weekend in Orlando, Florida.

Book your hotel at the exclusive **B-CUAA discounted rate of $139.00 per night (excluding taxes and fees)!** Then get ready to **SHOW UP** and **SHOW OUT** for kickoff at Camping World Stadium on Saturday, November 19, 2022, as we cheer on our B-CU, Wildcats to victory over the FAMU, Rattlers!

### HAILLLL WILDCATS!

You don't want to miss out on a fun-filled weekend of Wildcat victory and fellowship.

**Book Your Hotel Here**



BCU003045

  

**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University | 558 Oak St., Daytona Beach, FL 32114
https://www.bcualumni.com/

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by



Try email marketing for free today!

BCU003046



**Wildcats SHOWED UP and SHOWED OUT
in O-Town for Florida Classic!**

BCU003047





## Thank You for Your Support!



Wildcats descended upon O-Town for Classic Weekend and painted the town Maroon and Gold and filled the city with that Old Bethune-Cookman Spirit as we prepared to take on the FAMU Rattlers! We didn't win the game, BUT we did make new memories and celebrate our history during the Night of Distinction, the Kick-Off Luncheon, Battle of the Bands, the 77th Florida Blue Florida Classic, and Cocktails and Conversations with Interim President Dr. Drake where alumni were able to get answers to pertinent questions and engage with Dr. Drake. We had a great time meeting fellow Wildcats and thank you for your support this year. We look forward to the 2023 football season's events with you! If you missed out on this season's events share your contact information with us at bcualumni.com and check out our website for future updates. You don't want to miss out on the 2023 season!





Let's Go Wildcats!
Keep in Touch:          bcualumni.com          +386-481-2895

## Greetings WILDCATS!

Football season may be over, but we have more in store for our alumni and friends throughout the 2022-2023 academic year. Share your contact information with us using the button below, check your email, and **bcualumni.com** for updates.

BCU003048



**Not a B-CUAA Member Yet?** <u>**Click here**</u> to join!

## Happy Holiday Season Wildcats!

**Keep in Touch**



**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University Alumni Association | 558 Oak St Daytona Beach, Office of Alumni Affairs and Development,
Daytona Beach, FL 32114

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by

Constant Contact

Try email marketing for free today!

BCU003049



BETHUNE-COOKMAN UNIVERSITY   ENTER TO LEARN, DEPART TO SERVE

Fri, Nov 18 | Orlando,FL

# Florida Classic 2022

CALLING ALL ALUMNI, FRIENDS AND SUPPORTERS! Florida Class Weekend, November 18, 2022- November 19, 2022, IT'S GOING DOWN in Orlando, FL. IT'S TIME TO SHOW UP AND SHOW OUT as your B-CU Wildcats take on the FAMU, Rattlers at Camping World Stadium. Put on your MAROON and GOLD and SHOW OUT!

Registration is closed
See other events



## Time & Location

Nov 18, 2022, 1:00 PM
Orlando,FL, 1 Citrus Bowl Pl, Orlando, FL 32805

## About the event

The Office of Alumni Affairs is excited to offer alumni and supporters curated football fan experiences! We invite you to attend one of the most anticipated games of the football season with us, as our beloved Wildcats prey upon the FAMU, Rattlers.

BCU003050

Wildcat Fan Travel Pack $40 per person

Get on the bus and leave the driving to us! The Wildcat Fan Travel Pack includes round trip transportation from the B-CUAA Host Hotel, Rosen Shingle Creek to Camping World Stadium and back. ———— **It is the responsibility of the individual to purchase their Two (2) night hotel stay from Friday, November 18th through Sunday, November 19th at the Rosen Shingle  Creek using the following link: https://bit.ly/OrlandoClassicBCUAAOfficialHotel

Not Riding with the pack but still attending the game?  Purchase game tickets at: https://bit.ly/FloridaClassic2022

Classic Consortium Lunch Individual Tickets  $125 per person

The Classic Consortium Lunch starts the weekend off with players, pep bands, university officials and student leaders gathering to celebrate the season, preview the upcoming matchup and show that Rattlers and Wildcats remain divided on the field but united in the world. Individual tickets are $125 (including lunch).

Classic Consortium Lunch Tables $1250

The Classic Consortium Lunch starts the weekend off with players, pep bands, university officials and student leaders gathering to celebrate the season, preview the upcoming matchup and show that Rattlers and Wildcats remain divided on the field but united in the world. A  table of 10 (including lunch) is $1,250.

Read Less >

# Tickets

| | Price | Quantity | Total |
|---|---|---|---|

### Wildcat Bus Transportation

Get on the bus and leave the driving to us! The Wildcat Fan Travel Pack includes round trip transportation from the B-CUAA Host Hotel, Rosen Shingle Creek to Camping World Stadium and back. ———— **It is the responsibility of the individual to purchase their Two (2) night hotel stay from Friday, November 18th through Sunday, November 19th at the Rosen Shingle Creek using the following link: https://bit.ly/OrlandoClassicBCUAAOfficialHotel

Less Info -

$40.00
+$1.00 service fee

Sold Out

### Consortium Lunch (1) Ticket

The Classic weekend gets started with players, pep bands, university officials and student leaders gathering to celebrate the season, preview the upcoming matchup and show that Rattlers and Wildcats remain divided on the field but united in the world.

Less Info -

$125.00
+$3.13 service fee

Sale ended

### Consortium Lunch (10) Table

The Classic weekend gets started with players, pep bands, university officials and

$1,250.00
+$31.25 service fee

Sold Out

BCU003051

student leaders gathering to celebrate the
season, preview the upcoming matchup and
show that Rattlers and Wildcats remain
divided on the field but united in the world.

Less Info -

Total                                          $0.00

Checkout



## Share this event

f   🐦   in

## Want More Information about B-CUAA?

558 OAK ST
DAYTONA BEACH, FL

First Name                    Last Name

Email *

Menu

HOME

GET INVOLVED

BCU003052



# Bethune-Cookman University

# Giving Tuesday
# November 29, 2022

BCU003053



BCU003054

**November 29, 2022**

## Power B-CU Forward

Wildcats, come celebrate with us! We're making progress toward our goal of securing **100 NEW donors** during this day of giving. It's been an absolute honor to see everyone donate and share this campaign, and with just a little more pushing, we'll be at our goal.

### What can you do now?

If you haven't donated yet, go donate! If you've already donated, consider one more gift: share this link **bit.ly/BCUGiving** with your family, friends, and social networks. We can only accomplish this goal if everyone joins in. Let's do it!

Use the hashtags #BCUgivingtuesday #givingtuesday #GT and **#unselfie** when you give and post a picture to tell the world how much you love Bethune-Cookman University!

## HAIL WILDCATS!

---

**Donate to Educate**

  

**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University Alumni Association | 558 Oak St Daytona Beach, Office of Alumni Affairs and Development,
Daytona Beach, FL 32114

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by



Try email marketing for free today!

BCU003055



# Bethune-Cookman University

# B-CUAA Leadership Conference
# April 14, 2023 – April 16, 2023

BCU003056



## Calling ALL B-CUAA Leaders Home!



### WILDCAT FAMILY

Calling **ALL** B-CUAA Chapter Leadership Members to join us for the first **B-CUAA Leadership Conference** from **April 14-April 16, 2023**!

BCU003057

and Procedure Training Workshops, Alumni Mixer, and more!

**\*\*Discounted hotel rates have been negotiated for attendees. Hotel details will be sent to all registered leadership conference members following registration.**

Click the link below to register **TODAY**!

## **Let's Go Wildcats!**

**Click Here For Registration**

  

**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University Alumni Association | 558 Oak St Daytona Beach, Office of Alumni Affairs and Development,
Daytona Beach, FL 32114

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by



Try email marketing for free today!

BCU003058



# Bethune-Cookman University

## Day of Giving

## June 15, 2023

BCU003059



BCU003060



## POWER B-CU FORWARD



**Greetings Wildcats!**

Support B-CU Day of Giving on **June 15th**!

BCU003061

empowering students at B-CU. By participating in the Day of Giving, you'll have the opportunity to support scholarships, programs, and initiatives that transform lives.

Mark your calendars for **June 15th** and get ready to contribute to the future of education. Together, we can help shape a brighter tomorrow for students at B-CU!

### Power B-CU Forward!!!

---

  

**Office of Alumni Affairs**
**The Bethune-Cookman University Alumni Association**
386-481-2985
Privacy Policy

Bethune-Cookman University Alumni Association | 558 Oak St Daytona Beach, Office of Alumni Affairs and Development,
Daytona Beach, FL 32114

Unsubscribe alumni@cookman.edu

Update Profile | Constant Contact Data Notice

Sent by alumni@cookman.edu powered by



Try email marketing for free today!

BCU003062

# B-CU Mirrored Events by NAA

BCU003063

# NAA1/2 Event

## Florida Classic Post Game Celebration

## November 20, 2021

BCU003064



BCU003065

# NAA1/2 Event

## Virtual Watch Party

## July 13, 2022

BCU003066

Dr. Mary McLeod Bethune NAA (@mmb_naa) • Instagram photos and videos

8/2/23, 4:51 PM

https://www.instagram.com/p/Cfq4ftMMUxU/

mmb_naa

**mmb_naa** Be apart of History!
Connect with your local MMBNAA Chapter
Join the Virtual Watch Party!
Wednesday, July 13, 2022
Pre show starts at 10:00am

Rod Z Zeigler will be hosting.

56w

Liked by mmbnaa_orangecounty and 11 others

JULY 6, 2022

Add a comment...

**NATIONAL ALUMNI ASSOCIATION**

*Watch Party*

DR. MARY MCLEOD BETHUNE

CONNECT WITH YOUR LOCAL MMBNAA CHAPTER

AND JOIN THE LIVE STREAM STATUE UNVEILING

www.mmbnaa.org

JULY 13, 2022 • 10:00 AM UNTIL 12 NOON

LIVE FROM WASHINGTON, DC

MMBNAA IS AN INDEPENDENT ORGANIZATION; IT IS NOT AFFILIATED WITH AND DOES NOT REPRESENT OR RAISE MONEY FOR B-CU.

BCU003067

# NAA1/2 Event

## Scholarship Cruise

## Sep 02, 2022, 7:00 PM

BCU003068



# NAA1/2 Event

## SWAC Showdown in Duval Weekend Activities

## (Bus Transportation/Hotel Accommodations/Tailgate/ Party Offered)

BCU003070



**Dr. Mary McLeod Bethune National Alumni Association**
August 20, 2022 · 🌐

SWAC CATS SHOWDOWN IN DUVAL Hotel Reservation

👍❤️ 10                                                               6 ↗

Like                                    Comment

## See more of Dr. Mary McLeod Bethune National Alumni ...

Log In    or    Create new account



 

mmb_naa

mmb_naa ~ Last Chance Ticket Purchase ~ HBCU SWAC Showdown Weekend (SEE YOU THERE) 🏈
https://www.mmbnaa.org/events

CLICK LINK IN BIO

42w

Liked by parkerkappa and 8 others

OCTOBER 12, 2022

Add a comment...

BCU003072

# NAA1/2 Event

## Homecoming 2022

BCU003073



BCU003074

# NAA1/2 Event

## Show Down in O Town

## November 18-20

**(Bus Transportation/Hotel Accommodations Offered)**

BCU003075





BCU003076





**Dr. Mary McLeod Bethune National Alumni Association**
October 23, 2022 · 🌐

···

👍 Like          💬 Comment

## See more of Dr. Mary McLeod Bethune National Alumni ...

| Log In | or | Create new account |
|--------|-----|--------------------|





**Dr. Mary McLeod Bethune National Alumni Association**
October 23, 2022 · 🌐

    ···

👍 Like           💬 Comment

# See more of Dr. Mary McLeod Bethune National Alumni …

| **Log In** | or | **Create new account** |

BCU003078

# NAA1/2 Event

## Giving Tuesday

## November 29, 2022

BCU003079

8/2/23, 5:00 PM

Facebook

https://www.facebook.com/nmbnaalumni/photos/pb.100064533116856.-2207520000./2845724635568748/?type=3

See more of Dr. Mary McLeod Bethune National Alumni Association on Facebook

Log In

or

Create new account

BCU003080



BCU003081



BCU003082



BCU003083

# NAA1/2 Event

## 2023 Annual Meeting

## June 6, 2023

BCU003084



BCU003085



BCU003086

# NAA1/2 Event

## Day of Giving

## June 15, 2023

BCU003087

