## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BETHUNE-COOKMAN,
UNIVERSITY, INC.,

     Plaintiff,

     v.

DR. MARY MCLEOD BETHUNE
NATIONAL ALUMNI
ASSOCIATION, INC.; JOHNNY L.
MCCRAY, JR.; and MARY
MCLEOD BETHUNE NATIONAL
ALUMNI ASSOCIATION, INC.,

     Defendants.

Case No. 6:22-cv-47-WWB-RMN

## <u>ORDER</u>

     This cause comes before the Court for consideration on Plaintiff's Motion for Sanctions (Dkt. 186). To facilitate the expeditious and just review of this motion, the Court sets an in-person hearing and briefing schedule as follows:

     <u>All parties[1] and their counsel</u> shall appear before the undersigned on **Monday, February 26, 2024, at 10:00 A.M.** in Courtroom 3C, U.S Courthouse, 401 West Central Boulevard, Orlando, Florida, for an **evidentiary hearing and argument**. The Court will set aside five (5) hours

---

[1] This includes Mr. McCray and an *additional* senior member/representative from the remaining Defendants.

for the hearing, split evenly among the parties. The parties shall be prepared to present live witness testimony. All witnesses will be subject to cross-examination.

The following deadlines will apply to the Motion:

1.    On or before January 22, 2024, Plaintiff must provide a supplemental brief in support of its Motion. The brief must comply with the page and other requirements of Local Rule 3.01(a) and shall identify *specific* categories of evidence that are missing from Defendants' discovery responses and disclosures. "Social media accounts" is not specific enough; Plaintiff must identify each and every social media account by name and list exactly what records it expected to receive from the account, what records it received, and why it believes additional records exist.

Plaintiff shall label each category of evidence and frame its brief in the following manner:

- **A. Category of evidence No. 1** [Example: "Direct messages to and from the National Organization's Facebook Account"]

- **B. Category of evidence No. 2** [Example: "Bank statements and other Financial documents from Mr. McCray]

- **C. Category of evidence No. 3**, *etc.*

- Each numbered category of evidence must include subheadings that address the following topics: (a) identify documents/evidence

Plaintiff believes exists and have not been produced; (b) the Requests those documents are responsive to; and (c) the prejudice to Plaintiff for not having that category of documents/specific document.

- Plaintiff must attach as support all evidence it will rely on in witness testimony at the evidentiary hearing to establish existence of the missing documents/evidence and Defendants' failure to produce such documents/evidence.

2.  On or before February 5, 2024, Defendants must file their response brief, in compliance with the page requirements of Local Rule 3.01(b). Defendants brief must address every issue and/or category of evidence advanced in Plaintiff's supplemental brief in the same manner as Plaintiff. Defendants may, but need not, file a response to the Motion (that complies with the requirements of the short form discovery order) in addition to the supplemental brief required herein.

3.  On or before February 16, 2024, both parties shall file a notice on the docket that includes the names of all witnesses who will present live testimony at the evidentiary hearing.

**DONE** and **ORDERED** in Orlando, Florida, on January 11, 2024.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record