UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

    Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., and JOHNNY L. MCCRAY, JR., Individually,

    Defendants.
_____/

## JOINT NOTICE PROVIDING DATES FOR EVIDENTIARY HEARING

Pursuant to the Court's Order [D.E. 195], Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), and Defendants, Dr. McLeod Bethune National Alumni Association, Inc., Mary McLeod Bethune National Alumni Association, Inc. and Johnny L. McCray, Jr. ("Defendants"), jointly submit this Notice.

Plaintiff filed its Motion for Sanctions on January 5, 2024. [D.E. 186.] On January 11, 2024, the Court noticed the Motion for evidentiary hearing for February 26, 2024. [D.E. 193]. Due to schedule conflicts, Plaintiff filed an Unopposed Motion to Reschedule Evidentiary Hearing [D.E. 194]. The Court granted the Motion in part, requiring the parties to confer and provide the Court with mutually available dates for the hearing in April 2024. [D.E. 195.] Counsel for the parties have conferred with their respective clients and respectfully offer the Court the following dates for the hearing: **April 9, 10, 11 and 23, 2024.**

Respectfully submitted,

| | |
|---|---|
| *s/Gregory W. Herbert* | *s/Terry M. Sanks* |
| Gregory W. Herbert | Terry M. Sanks |
| Florida Bar No. 0111510 | Florida bar No. 0154430 |
| herbertg@gtlaw.com | tsanks@firstiniplaw.com |
| Stephen G. Anderson | BEUSSE SANKS, PLLC |
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | *Counsel for Defendants* |
| Orlando, Florida 32801 | |
| Telephone No. (407) 420-1000 | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a copy of the foregoing was uploaded to the Court's CM/ECF system which will notify and serve all counsel of record by electronic mail.

*s/Gregory W. Herbert*
Gregory W. Herbert