UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.:  6:22-cv-0047-WWB-RMN

BETHUNE-COOKMAN UNIVERSITY, INC.,

     Plaintiff,

v.

DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI
ASSOCIATION, INC., MARY MCLEOD BETHUNE
NATIONAL ALUMNI ASSOCIATION, INC., and
JOHNNY L. MCCRAY, JR., Individually,

     Defendants.
_____/

## JOINT MOTION FOR ENTRY OF STIPULATED INJUNCTION

Plaintiff, Bethune-Cookman University, Inc. ("Plaintiff"), together with Defendants Dr. Mary McLeod Bethune National Alumni Association, Inc., Mary McLeod Bethune National Alumni Association, Inc., and Johnny L. McCray, Jr. (collectively "Defendants"), hereby jointly move for entry of the Stipulated Injunction annexed hereto as **Exhibit "A."**[1]

Dated: February 1, 2024.

---

[1] Upon authorization from the Court, the attached Exhibit "A" shall be emailed to Chambers in WordPerfect compatible format, pursuant to this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section II(E)(4)(a).

1

Respectfully submitted,

| *s/Gregory W. Herbert* | *s/Terry M. Sanks* |
|---|---|
| Gregory W. Herbert | Terry M. Sanks |
| Florida Bar No. 0111510 | Florida bar No. 0154430 |
| herbertg@gtlaw.com | tsanks@firstiniplaw.com |
| Stephen G. Anderson | BEUSSE SANKS, PLLC |
| Florida Bar No. 0105697 | 157 E. New England Avenue, Suite 375 |
| andersonst@gtlaw.com | Winter Park, FL 32789 |
| **GREENBERG TRAURIG, P.A.** | Telephone: (407) 644-8888 |
| 450 S. Orange Avenue, Suite 650 | |
| Orlando, Florida 32801 | *Counsel for Defendants* |
| Telephone No. (407) 420-1000 | |
| | |
| *Counsel for Plaintiff* | |