# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BETHUNE-COOKMAN, UNIVERSITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC.; JOHNNY L. MCCRAY, JR.; and MARY MCLEOD BETHUNE NATIONAL ALUMNI ASSOCIATION, INC., <br><br> Defendants. | Case No. 6:22-cv-47-WWB-RMN |

## ORDER

This cause comes before the Court for consideration on Plaintiff's Motion for Contempt (Dkt. 157), filed on November 30, 2023, and Motion for Sanctions (Dkt. 186), filed on January 5, 2024.

On December 7, 2023, Defendants responded in opposition to Plaintiff's Motion for Contempt, (Dkt. 166), and a hearing was held on December 11, 2023 (Dkt. 175). On January 12, Defendants responded in opposition to Plaintiff's Motion for Sanctions (Dkt. 186), and on January 22, and at the Court's request, Plaintiff filed its memorandum in support of its motion (Dkt. 200). A hearing on this matter was set for April 23, 2024. Dkt. 199.

In the interim, on February 1, the parties filed a Joint Motion for Stipulated Permanent Injunction, which is pending before the District Judge assigned to this case. Dkt. 206. The Joint Motion and proposed Stipulated Permanent Injunction contemplates a full settlement in this matter. *See* Dkt. 206-1.

In view of the Parties' settlement of this matter, Plaintiff's Motion for Contempt (Dkt. 157) and Motion for Sanctions (Dkt. 186) are **DENIED without prejudice**. In the event the pending Joint Motion is denied by the District Judge, Plaintiff may re-file its motions if necessary.

**DONE** and **ORDERED** in Orlando, Florida, on February 9, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies furnished to:

Counsel of Record